UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | CIVIL ACTION |
| VERSUS | |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL. | NO. 22-00338-BAJ-SDJ |

## PARTIAL JUDGMENT

For written reasons assigned (Doc. 52 at pp. 16-17),

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's negligence claims against Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College ("LSU") be and are hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction under the Eleventh Amendment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant LSU be and is hereby **DISMISSED** from this action.

Baton Rouge, Louisiana, this 18th day of January, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA