UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION** |
| **VERSUS** | |
| **BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL.** | **NO. 22-00338-BAJ-SDJ** |

## ORDER

**IT IS ORDERED** that the **Motion For Leave To File Reply To Jane Doe's Opposition To Motion To Change Venue (Doc. 61)** submitted by Defendant Lafayette City-Parish Consolidated Government ("LCG") be and is hereby **GRANTED**. LCG's proposed reply memorandum shall be entered as a separate docket entry.

Baton Rouge, Louisiana, this 8th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**