UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JANE DOE,

    Plaintiff,

v.                                                No. 3:22-cv-00338-BAJ-SDJ

BOARD OF SUPERVISORS OF THE
UNIVERSITY OF LOUISIANA SYSTEM;
BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AND AGRICULTURAL
AND MECHANICAL COLLEGE; and
LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT;

    Defendants.

## MOTION TO WITHDRAW

NOW INTO COURT, through undersigned counsel comes Plaintiff, Jane Doe, who respectfully submits this motion to withdraw Chloe M. Neely as one of the counsel of record from The Fierberg National Law Group, PLLC. Ms. Neely will no longer be associated with the firm as of May 19, 2023.

WHEREFORE, Plaintiff Jane Doe prays that her motion be granted, and that Chloe M. Neely be withdrawn as one of the counsel of record for the Plaintiff in the above-referenced matter.

Dated: May 17, 2023                        Respectfully Submitted:

                                                       /s/ Chloe M. Neely
                                                       **THE FIERBERG NATIONAL**
                                                       **LAW GROUP, PLLC**
                                                       Chloe M. Neely*
                                                       Monica H. Beck*
                                                       Bailor B. Bell*
                                                       201 E. 17th Street, Suite A
                                                       Traverse City, MI 49684
                                                       Telephone: (231) 933-0180
                                                       Facsimile: (231) 252-8100

Email: cneely@tfnlgroup.com
Email: mbeck@tfnlgroup.com
Email: bbell@tfnlgroup.com
*Admitted pro hac vice

## LOCAL CIVIL RULE 7(E) CERTIFICATE

Pursuant to Local Civil Rule 7(e), I hereby certify that all counsel of record for opposing parties were contacted on May 17, 2023, to obtain consent for the filing and granting of this motion. Counsel for all remaining defendants have indicated that they have no objection.

/s/ Chloe M. Neely
**THE FIERBERG NATIONAL LAW GROUP, PLLC**
Chloe M. Neely*
Monica H. Beck*
Bailor B. Bell*
201 E. 17th Street, Suite A
Traverse City, MI 49684
Telephone: (231) 933-0180
Facsimile: (231) 252-8100
Email: cneely@tfnlgroup.com
Email: mbeck@tfnlgroup.com
Email: bbell@tfnlgroup.com
*Admitted pro hac vice

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Motion to Withdraw* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be emailed to all counsel of record.

Traverse City, Michigan this 17th day of May, 2023.

/s/ Chloe M. Neely
**THE FIERBERG NATIONAL LAW GROUP, PLLC**
Chloe M. Neely*
Monica H. Beck*
Bailor B. Bell*
201 E. 17th Street, Suite A
Traverse City, MI 49684
Telephone: (231) 933-0180
Facsimile: (231) 252-8100
Email: cneely@tfnlgroup.com
Email: mbeck@tfnlgroup.com
Email: bbell@tfnlgroup.com
*Admitted pro hac vice*