**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 3:22-cv-00338-BAJ-SDJ** |
| **BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM;** | **JUDGE BRIAN A. JACKSON** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; and** | **MAGISTRATE JUDGE: SCOTT D. JOHNSON** |
| **LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**JOINT CONSENT MOTION
TO EXTEND NON-EXPERT DISCOVERY AND
DISCOVERY MOTION DEADLINE**

NOW INTO COURT, through undersigned counsel, come Defendants, BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM ("ULS") and LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG") (collectively "Defendants"), and Plaintiff, JANE DOE ("Plaintiff"), who jointly move to extend certain deadlines relating to discovery for the following reasons:

The current Scheduling Order in place provides that all discovery motions must be filed and all discovery except experts must be completed by September 1, 2023. (Doc. 32, p. 2, §2(b)). The Scheduling Order was issued when preliminary motions were pending. (Doc. 32, issued September 1, 2022). Since then, the Court has ruled upon initial Rule 12 motions on January 10, 2023, (Doc. 52), and LCG's motion to transfer venue on March 31, 2023, (Doc. 66). No discovery was contemplated prior to these rulings.

Further, there are two other matters related to the captioned matter pending in other courts: *Jane Doe v. Board of Supervisors of the Univ. of La. System and Board of Supervisors of La. State Univ. and Agricultural and Mechanical College*, No. C-719433, 19th Judicial District Court, Parish

of East Baton Rouge, State of Louisiana; and *M.D., J.B., P.P., and Jane Does 1-100 v. La. Board of Regents, La. State Univ. Board of Supervisors, Univ. of La. System Board of Supervisors, Lafayette Consolidated Government, et. al.,* Civ. A. No. 22-02089 (W.D. La.). Parties, witnesses, issues and allegations overlap amongst the three pending suits. Pending the 19th Judicial District Court matter are exceptions of prescription and no cause of action, currently set for hearing on October 26, 2023, and pending in the Western District Court matter are various Rule 12 motions to dismiss. These pending exceptions and motions have affected discovery in the captioned matter.

Parties to the captioned matter have worked together to attempt to conduct discovery. Written discovery requests and preliminary responses have been exchanged. Requests for depositions of Plaintiff, "Students 1-5" identified in the Complaint, and a list of individuals from La. Tech. Univ. and Univ. of La. at Lafayette have been requested. It is anticipated that more depositions will be requested. Scheduling of these depositions has been slow due to the inability to identify and locate "Students 1-5"; the fact that at least one of the plaintiffs in the Western District matter is believed to be one of "Students 1-5"; and the congested calendars for two Louisiana universities as summer sessions conclude and new semesters/quarters with entering freshmen begins. Therefore, all Parties move the Court to extend the non-expert discovery deadline to allow time for parties to further pursue depositions and to allow for the availability of the deponents. The proposed, extended deadline for non-expert discovery and discovery motions is October 31, 2023.

Parties do not anticipate needing to extend any other deadlines at this time. If non-expert discovery, the exchange of expert reports, and ongoing discovery necessitate extending any other deadline, Parties will move the Court pursuant to Rule 16, Fed. R. Civ. Proc.

Parties are committed to working together to move this matter forward as expeditiously as possible, without prejudicing any party. Therefore, all parties seek to continue the discovery motion and non-expert discovery deadline to October 31, 2023.

|  | **Existing Deadline** | **Requested Deadline** |
|---|---|---|
| Deadline for filing discovery motions and completing all discovery except experts | September 1, 2023 | October 31, 2023 |

All other deadlines and settings are to remain as set in the Scheduling Order (Doc. 32), including the trial date, currently set for December 9, 2024.

WHEREFORE, for reasons set forth above, and in accordance with Federal Rule Civil Procedure 16, Defendants, BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM ("ULS") and LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG") (collectively "Defendants"), and Plaintiff, JANE DOE ("Plaintiff"), respectfully request that this Honorable Court extend the deadline as prayed for above.

RESPECTFULLY SUBMITTED,

**JEFF LANDRY**
**Attorney General**

By:  s/Andrew Blanchfield
Andrew Blanchfield, T.A. (#16812)
Email: ablanchfield@keoghcox.com
Catherine S. Giering (#26495)
Email: cgiering@keoghcox.com
Special Assistant Attorneys General
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612

*(Counsel for the Board of Supervisors of the University of Louisiana System)*
-and-

*Signature Blocks Continued on Following Page*

**DECUIR, CLARK & ADAMS, L.L.P.**

By: s/ Brandon J. DeCuir
Brandon J. DeCuir (#28014)
Linda Law Clark (#22305)
Monica Gant Moton (#27222)
732 North Boulevard
Baton Rouge, La 70802
Tel: 225.346.8716
Fax: 225.336.1950

**BORNE, WILKES & RABALAIS, L.L.C.**

By: s/ Grant R. Schexnailder
JOY C. RABALAIS (26476), T.A.
H. EDWARD BAROUSSE, III (28310)
JORDAN JOHN HENAGAN (36206)
GRANT R. SCHEXNAILDER (40040)
K. ELIZABETH HEINEN (24452)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 232
Facsimile: (337) 232-1837
Email: rabalais@bornewilkes.com
*(Counsel for Lafayette City-Parish Consolidated Government)*

/s/ Monica H. Beck
**THE FIERBERG NATIONAL LAW GROUP, PLLC**
Monica H. Beck-Lead Attorney*
Bailor B. Bell*
*Admitted pro hac vice
201 E. 17th Street, Suite A
Traverse City, MI 49684
Telephone: (231) 933-0180
Facsimile: (231) 252-8100
Email: mbeck@tfnlgroup.com
Email: bbell@tfnlgroup.com

*Signature Blocks and Certificate of Service Continued on Following Page*

- and -

**CAZAYOUX EWING LAW FIRM**
Donald J. Cazayoux, Jr. (LBN 20742)
J. Lane Ewing, Jr. (LBN 29854)
257 Maximilian Street
Baton Rouge, LA 70802
Telephone: (225) 650-7400
Facsimile: (225) 650-7401
Email: don@cazayouxewing.com
Email: lane@cazayouxewing.com

*(Counsel for Plaintiff, Jane Doe)*

## CERTIFICATE OF SERVICE

    I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 27th day of July, 2023.

/s/ Andrew Blanchfield
Andrew Blanchfield