UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 3:22-cv-00338-BAJ-SDJ** |
| **BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM;** | **JUDGE BRIAN A. JACKSON** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; and LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MOTION TO EXTEND DISCOVERY DEADLINE FOR DEPOSITIONS

NOW INTO COURT, through undersigned counsel, comes Defendant, Board of Supervisors of the University of Louisiana System ("ULS"), who moves to extend the deadline relating to fact discovery to accommodate certain depositions for the following reasons:

Plaintiff and Defendants are committed to working together to move this matter forward as expeditiously as possible, without prejudicing any party. This Court previously ordered the extension of the fact discovery deadline to October 31, 2023. (R. Doc. 70). The parties have worked together to conduct discovery prior to this deadline. However, it has become clear, *prior to* the Oct. 31, 2023 deadline, that necessary discovery, including certain depositions, remain outstanding and the current deadline does not allow sufficient time to conduct these depositions and/or follow-up with any necessary discovery motions or other discovery.

Counsel for Plaintiff and undersigned counsel conferred on October 13, 2023 regarding some of these discovery issues. At that time, ULS proposed agreement to extend the discovery deadline. Plaintiff objected. After further discussion, Plaintiff and ULS agreed to extend the October 31, 2023 discovery deadline to November 10, 2023 to allow for certain depositions that "had already been noticed" per Plaintiff's counsel. It has since been determined that those certain depositions, agreed to be taken by Nov. 10, 2023, are the following:

- Pres. Les Guice – November 6 – morning
- Tree' George (30(b)(6) witness) – November 6 – afternoon
- Joshua Chovanec (30(b)(6) witness) – November 7 – morning
- Tasha Evans (30(b)(6) witness) – November 8
- Amy Desormeaux (30(b)(6) witness) – November 8
- Ryan Ford -  November 10 at 9:00 a.m.
- Kayla Alvarez – November 10 at 11:00 a.m.
- Various LSU witnesses requested by Plaintiff – not yet set
- Officer Bettencourt, LSU PD – not yet set

Counsel for ULS circulated a proposed Joint and Consent Motion to Extend the Discovery Deadline to allow for depositions. Counsel for Lafayette Consolidated Government ("LCG") objected to the motion on the grounds that Plaintiff had recently refused to respond to discovery requests propounded by LCG, the due date of which was Nov. 8, 2023. LCG objected to the extension of the discovery deadline to Nov. 10 to only accommodate certain depositions but not to include Plaintiff's responses to LCG's discovery requests, necessitated by Plaintiff's deposition testimony on September 20, 2023. LCG then filed its own motion to extend not only the discovery deadline in place, but any other necessary deadlines, including expert deadlines, in order to accommodate the

completion of *all* discovery, not just select depositions. (R. Doc. 75). Plaintiff opposes LCG's motion. ULS does not oppose this motion. ULS also finds LCG's motion to be well-founded, necessary, and non-prejudicial as it will not upset the December 2024 trial date in place. ULS, therefore, respectfully suggests that LCG's pending motion, which includes a request for a scheduling conference with the Court, should be entertained by the Court prior to the instant motion.

Subject to the foregoing, and in the interest of subscribing to the Court's local rules, methods, and practices of extending deadlines of record prior to their expiration, ULS moves the Court to extend the October 31, 2023 discovery deadline to November 10, 2023, to allow for the depositions outlined above. LCG opposes this limited request; Plaintiff does not oppose this limited request.

Trial in this matter is scheduled for December 9, 2024, at 8:30 a.m. Therefore, a brief and limited extension of this deadline (or any others as deemed necessary by the Court) will not affect the trial date.

WHEREFORE, for reasons set forth above, and in accordance with Federal Rule Civil Procedure 16, Defendant, Board of Supervisors of the University of Louisiana System ("ULS") respectfully requests that this Honorable Court extend the deadline as prayed for above.

*Signature Blocks Continued on Following Page*

Respectfully submitted,

| | |
|---|---|
| **JEFF LANDRY**<br>**Attorney General** | **DECUIR, CLARK & ADAMS, L.L.P.** |
| By:  s/ Andrew Blanchfield<br>Andrew Blanchfield, T.A. (#16812)<br>Email: ablanchfield@keoghcox.com<br>Catherine S. Giering (#26495)<br>Email: cgiering@keoghcox.com<br>Special Assistant Attorneys General<br>Post Office Box 1151<br>Baton Rouge, Louisiana 70821<br>Telephone:  (225) 383-3796<br>Facsimile:  (225) 343-9612<br>*(Counsel for the Board of Supervisors of the University of Louisiana System)* | By: s/ Brandon J. DeCuir<br>Brandon J. DeCuir (#28014)<br>Linda Law Clark (#22305)<br>Monica Gant Moton (#27222)<br>732 North Boulevard<br>Baton Rouge, LA 70802<br>Tel: 225.346.8716<br>Fax: 225.336.1950<br>*(Counsel for the Board of Supervisors of the University of Louisiana System)* |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States Mail, properly addressed and postage prepaid, and/or by electronic transmission and/or facsimile transmission.

Baton Rouge, Louisiana, this 25th day of October, 2023.

 s/ Andrew Blanchfield
ANDREW BLANCHFIELD