UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 3:22-cv-00338-BAJ-SDJ** |
| **BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM;** | **JUDGE BRIAN A. JACKSON** |
| **BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; and LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT** | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND COMMUNICATIONS IN THE POSSESSION OF THIRD-PARTY WITNESS**

NOW INTO COURT, through undersigned counsel, comes Defendant, Board of Supervisors of the University of Louisiana System ("ULS"), who moves to compel the production of documents and communications in the possession of Rev. Kaitlin ("Kaiti") Lammert that are critically relevant to the instant litigation and memorialize Plaintiff's communications related to the alleged sexual assault.

In support of this motion, ULS relies upon and incorporates by reference the facts, arguments, and legal authority set forth in the accompanying memorandum in support, as well as the pleadings on file with this Court.

Pursuant to Federal Rule of Civil Procedure 37, counsel for ULS conferred with Lammert via direct communication during her deposition, attempts at telephone conferences, and e-mails to attempt to resolve the discovery dispute. Despite the best efforts of counsel for ULS, and the production of limited portions of the relevant messages,

no satisfactory resolution was reached and the relief of Court is required as set forth in the accompanying memorandum in support.

For the foregoing reasons, ULS respectfully requests that this Honorable Court enter an order compelling Lammert to provide to all parties her communications with Plaintiff, Jane Doe, that are directly relevant to the subject litigation.

Respectfully submitted,

| | |
|---|---|
| **JEFF LANDRY**<br>**Attorney General** | **DECUIR, CLARK & ADAMS, L.L.P.** |
| By:  s/ Andrew Blanchfield<br>Andrew Blanchfield, T.A. (#16812)<br>Email: ablanchfield@keoghcox.com<br>Catherine S. Giering (#26495)<br>Email: cgiering@keoghcox.com<br>Special Assistant Attorneys General<br>Post Office Box 1151<br>Baton Rouge, Louisiana 70821<br>Telephone:  (225) 383-3796<br>Facsimile:  (225) 343-9612<br>(*Counsel for the Board of Supervisors of the University of Louisiana System*) | By: s/ Brandon J. DeCuir<br>Brandon J. DeCuir (#28014)<br>Corey L. Pierce (#24601)<br>Linda Law Clark (#22305)<br>Monica Gant Moton (#27222)<br>732 North Boulevard<br>Baton Rouge, LA 70802<br><br>Tel: 225.346.8716<br>Fax: 225.336.1950<br>(*Counsel for the Board of Supervisors of the University of Louisiana System*) |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served this day upon all known counsel of record by placing a copy in the United States Mail, properly addressed and postage prepaid, and/or by electronic transmission and/or facsimile transmission.

Baton Rouge, Louisiana, this 31st day of October, 2023.

  s/ Andrew Blanchfield<br>
ANDREW BLANCHFIELD

## RULE 37.1 CERTIFICATION

  I hereby certify that on October 27, 2023, pursuant to Rule 37.1 of the Federal Rules of Civil Procedure, I conferred with Kaitlin Lammert, as documented in the e-mail correspondence attached to this motion, regarding the production of the text messages sought by this motion to compel. Lammert advised that she would not produce the messages and I advised that ULS would be forced to proceed with the instant Motion to Compel.

  Baton Rouge, Louisiana, this 31st day of October, 2023.

          <u>s/ Catherine Giering</u>
          CATHERINE GIERING