**EXHIBIT 1**

1                    UNITED STATES DISTRICT COURT

                      MIDDLE DISTRICT OF LOUISIANA

2

3        JANE DOE                        CIVIL ACTION NO.

                                          3:22-CV-00338-BAJ-SDJ

4        VERSUS

5        BOARD OF SUPERVISORS OF         JUDGE BRIAN A. JACKSON

         THE UNIVERSITY OF

6        LOUISIANA SYSTEM; BOARD OF      MAGISTRATE JUDGE

         SUPERVISORS OF LOUISIANA        SCOTT D. JOHNSON

7        STATE UNIVERSITY AND

         AGRICULTURAL AND

8        MECHANICAL COLLEGE; and

         LAFAYETTE CITY-PARISH

9        CONSOLIDATED GOVERNMENT

10

11       * * * * * * * * * * * * * * * * * * * * * * * * *

12          TRANSCRIPT OF THE VIDEOTAPED DEPOSITION OF:

13                        JANE DOE,

14       TAKEN ON BEHALF OF BOARD OF SUPERVISORS OF THE

15       UNIVERSITY OF LOUISIANA SYSTEM, REPORTED IN THE ABOVE

16       ENTITLED AND NUMBERED CAUSE BY YOLANDA J. PENA,

17       CERTIFIED COURT REPORTER FOR THE STATE OF LOUISIANA.

18       * * * * * * * * * * * * * * * * * * * * * * * * *

19

20             REPORTED AT THE LAW OFFICES OF:

21             CAZAYOUX EWING LAW FIRM

22             257 MAXIMILIAN STREET

23             BATON ROUGE, LOUISIANA  70802

24       Job No. CS6079529

25          COMMENCING AT 10:04 A.M., ON SEPTEMBER 20, 2023

```
 1              A P P E A R A N C E S
 2
 3      FOR THE PLAINTIFF:
 4          THE FIERBERG NATIONAL LAW GROUP, LLP
            (BY:  MONICA H. BECK, ESQ.)
 5          201 EAST 17TH STREET, SUITE A
            TRAVERSE CITY, MICHIGAN  49684
 6          (231) 933-0180
            mbeck@tfnlgroup.com
 7
 8
        FOR BOARD OF SUPERVISORS OF THE UNIVERSITY OF
 9      LOUISIANA SYSTEM:
10          JEFF LANDRY, ATTORNEY GENERAL
            (BY:  CATHERINE S. GIERING, ESQ.)
11          (BY:  ANDREW BLANCHFIELD, ESQ.)
            701 MAIN STREET
12          BATON ROUGE, LOUISIANA  70801
            (225) 383-3796
13          cathygiering@gmail.com
            ablanchfield@keoghcox.com
14
                - AND -
15
            TAYLOR, WELLONS, POLITZ & DUHE, LLC
16          (BY: COREY L. PIERCE, ESQ.)
            4041 ESSEN LANE, SUITE 500
17          BATON ROUGE, LOUISIANA  70809
            (225) 387-9888
18          cpierce@twpdlaw.com
19              - AND -
20          DECUIR, CLARK & ADAMS, LLP
            (BY:  BRANDON J. DECUIR, ESQ.)
21          732 NORTH BOULEVARD
            BATON ROUGE, LOUISIANA  70802
22          (225) 346-8716
            brandon@decuirlaw.com
23
24
25
```

1          A P P E A R A N C E S (Continued)

2

3     FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT:

4          BORNE WILKES AND RABALAIS LLC
           (BY:  GRANT R. SCHEXNAILDER, ESQ.)

5          200 WEST CONGRESS STREET, SUITE 1000
           LAFAYETTE, LOUISIANA  70501

6          (337) 232-1604
           schexnailder@bornewilkes.com

7

8

     ALSO PRESENT:

9

           JEFFREY HORNER, VIDEOGRAPHER

10

11

     REPORTED BY:

12

           YOLANDA J. PENA

13         CCR NO. 2017002, RPR
           STATE OF LOUISIANA

14

15

16

17

18

19

20

21

22

23

24

25

I N D E X

PAGE

LIST OF EXHIBITS.....................................5

STIPULATION.........................................6

EXAMINATION BY:

    MS. GIERING................................8, 327

    MR. SCHEXNAILDER..............................322

REPORTER'S PAGE....................................330

REPORTER'S CERTIFICATE.............................331

1                    LIST OF EXHIBITS

2

3        Exhibit No. 1.....................................79
             (PL-000041, Screenshot of
4              tweet, Sigma Kappa Sorority)
5        Exhibit No. 2.....................................80
             (PL-000022, Screenshot of
6              tweet, Andie Richard)
7        Exhibit No. 3....................................175
             (PL-000011, Screenshot of
8              contact information, Daniel)
9        Exhibit No. 4....................................215
             (PL-000018, Screenshot of
10             contact information, T)
11       Exhibit No. 5....................................253
             (PL-000023, Statement of
12             Jane Doe)
13       Exhibit No. 6....................................258
             (Louisiana Tech University,
14             Incident Report, 12/14/18)
15       Exhibit No. 7....................................273
             (Ruston Police Department,
16             Incident report, 12/14/18)
17       Exhibit No. 8....................................303
             (PL-000063, Printout of
18             "Staff")

19

20

21

22

23

24

25

1                    S T I P U L A T I O N

2

3          IT IS STIPULATED AND AGREED by and among the

4     parties that this deposition is hereby being taken

5     pursuant to the Federal Rules of Civil Procedure.

6          All formalities, excluding the reading and

7     signing of the transcript by the witness, are hereby

8     waived.

9          All objections, except as to the form of the

10    question and responsiveness of the answer, are

11    considered reserved until trial or other use of the

12    deposition.

13

14

15

16

17

18

19

20

21

22

23

24

25

1          THE VIDEOGRAPHER:  We're on the record.

2      The time is 10:04 a.m.  This is the video

3      deposition of Jane Doe taking place in

4      Baton Rouge, Louisiana on September 20th,

5      2023.

6          My name is Jeffrey Horner, certified

7      legal video specialist, and I'm the

8      videographer on behalf of goDEPO Court

9      Reporting & Litigation Support.  The court

10      reporter is Yolanda Pena with Veritext.

11          The proceedings, including all

12      conversation, is being recorded.  At any time,

13      counsel may state "off the record" before

14      dialogue intended to be excluded from the

15      video recording and "back on the record"

16      before resuming on-the-record questioning.

17      Off-the-record dialogue can be edited out of

18      the final video recording.  The recording can

19      be provided at additional cost upon request of

20      any party ordering a certified copy of the

21      transcript.

22          At this time, will counsel and all

23      present please introduce themselves for the

24      record, starting with the taking attorney.

25          MS. GIERING:  Cathy Giering for the

1        University of Louisiana System.

2              MS. BECK:  Monica Beck from The Fierberg

3        National Law Group for the plaintiff, Jane

4        Doe.

5              MR. DECUIR:  Brandon DeCuir on behalf of

6        the University of Louisiana System.

7              MR. SCHEXNAYDER:  Grant Schexnayder on

8        behalf of Lafayette Consolidated Government.

9              MR. BLANCHARD:  Andrew Blanchard on

10       behalf of ULS.

11             MR. PIERCE:  Corey Pierce on behalf of

12       ULS.

13             THE VIDEOGRAPHER:  Thank you very much.

14             Madam Court Reporter, will you swear in

15       the witness, please.

16                   JANE DOE,

17       having been first duly sworn, was examined and

18       testified as follows:

19                   EXAMINATION

20       BY MS. GIERING:

21       Q.   Good morning, Ms. Doe.  My name is Cathy

22       Giering, and I am here representing one of the

23       defendants in the lawsuit that you have filed in the

24       Middle District of Louisiana.

25             Do you mind if I call you by -- by your last

1  name?

2      A.   I don't mind.

3      Q.   Okay.  And -- and feel free to call me Cathy,

4  Ms. Giering, whatever makes you feel most comfortable.

5  Okay?

6      A.   Okay.

7      Q.   All right.  Have you ever given a deposition

8  before?

9      A.   No, ma'am.

10      Q.   Okay.  I'm going to give you a few ground

11  rules just to make you feel more comfortable with the

12  process?

13      A.   Sure.

14      Q.   Okay.  You were just administered an oath to

15  tell the truth.  That's the same oath that you would be

16  given if you were testifying in a court of law.

17          Do you understand that?

18      A.   Yes.

19      Q.   Even though we are in a somewhat informal

20  setting, do you understand that the oath that you have

21  taken to tell the truth is the same oath you would be

22  given if you were testifying before a judge or a jury

23  in a court of law?

24      A.   Yes.

25      Q.   Do you also understand that your testimony

1     today has the same effect as if you were testifying

2     before a judge or a jury in a court of law?

3         A.   Yes.

4         Q.   I'm going to ask you questions, and you are

5     going to answer.  When I have finished completing my

6     examination, the other attorneys will be given an

7     opportunity to ask you some questions as well.  Okay?

8         A.   Okay.

9         Q.   All right.  If you do not understand my

10    question, I ask that you stop me and tell me that you

11    do not understand my question.

12         Will you agree to do that?

13        A.   Yes, ma'am.

14        Q.   And if you do not stop me or tell me that you

15    do not understand the question, I'm going to assume

16    that you understood the question.  Okay?

17        A.   Okay.

18        Q.   Also, the court reporter, Ms. Yolanda, who is

19    seated here with us, is taking down everything we say,

20    so I need you to answer questions out loud.  That means

21    avoiding nods and shakes of the head, which is very

22    common; we all do it.  But although we are on video as

23    well here today, sometimes that does not translate the

24    way that you intend it to be --

25        A.   Sure.

1        Q.   -- on paper.

2        A.   Okay.

3        Q.   Same thing with "uh-uhs" and "uh-huhs" and

4    just common conversational vernacular.  Try to avoid

5    those responses and use "yes" or "no" or a complete

6    sentence just because the whole goal here today is to

7    get your testimony.  And we want to make sure that what

8    we memorialize and what we walk away -- what the

9    understanding we walk away with here today is true to

10   your testimony.  Okay?

11       A.   Okay.

12       Q.   All right.  Finally, if at any time you need

13   to take a break, please stop me or tell your attorney

14   that if you -- that you are happy to take as many

15   breaks as you feel like you need.  I know that this is

16   going to -- not going to be your -- your favorite day,

17   but it is -- we're going to make it as comfortable for

18   you as possible.  If you need a break, we're happy to

19   do that.  The only caveat to that is that if there's a

20   question on the table, I'm going to ask that you answer

21   the question before we break.

22       A.   Okay.

23       Q.   If we're coming to a natural break and topic,

24   I may ask if I can -- if I can ask a question or two to

25   finish up that topic to -- before we take a break.

1        A.   Okay.

2        Q.   Okay?

3        A.   Okay.

4        Q.   All right.  Okay.  Before we got on the record

5    and got started, your attorney advised us that you are

6    deaf in your right ear.  Is that correct?

7        A.   Yes, ma'am.

8        Q.   Okay.  If you are unable to hear me, I've --

9    I've never been accused of that.  Drew can attest to

10    that, that no one has been unable to hear me.  But if

11    you are unable to -- to hear me or you are finding that

12    it's -- the noise level in the room is getting too high

13    and it's distracting for you, please let us know

14    because we want to make sure that you're understanding

15    the -- that you hear the question.  Okay?

16        A.   Okay.

17        Q.   All right.  Thank you.

18              MS. GIERING:  I should have done this

19              first, Monica.  But just for the purposes of

20              the record, we are taking this deposition

21              subject to the terms of the protective order

22              and confidentiality agreement in the record

23              Record Document 51 and the terms incorporated

24              in there.  We discussed that we are going to

25              go ahead and utilize names and identities for

1           the flow of the deposition, but our court

2           reporter is going to be able to -- to conceal

3           those names and that information in accordance

4           with the confidentiality agreement, correct?

5                MS. BECK:  Correct.  And whenever the

6           plaintiff's true name is used, the court

7           reporter will substitute in "Jane Doe" in the

8           final transcript.

9                MS. GIERING:  Okay.  All right.

10   BY MS. GIERING:

11        Q.   Do you have any discomfort at all with me

12   using -- using your name?  I am not -- my intent is not

13   to -- to violate any terms of any agreement.  I -- I do

14   understand the protection of your identity and -- but I

15   want -- I don't want to be impersonal either.

16        A.   You're welcome to use my name.

17        Q.   Okay.  Thank you.  All right.

18             Please state your full name for the record?

19        A.   Jane Doe.

20        Q.   Okay.  Do you have a middle name?

21        A.   Jane Doe.

22        Q.   Do you have any nicknames?

23        A.   No, ma'am.

24        Q.   Do you go by any other names besides Jane Doe

25   or any variation of that when utilizing social media or

1        messaging or emails, anything of that nature?

2            A.    No.

3            Q.    Okay.  How old are you?

4            A.    Twenty-five.

5            Q.    And what is your birthday?

6            A.    June 11th, 1998.

7            Q.    In September of 2018, how old were you?

8            A.    I was 22.

9            Q.    And we are -- later in the deposition, we're

10       going to be talking about an individual named Victor

11       Daniel Silva.  Do you know how old he was in

12       September of 2018?

13           A.    I do not.

14           Q.    Do you have any idea, a range?

15           A.    Mid-20s, maybe.

16           Q.    And do you have any idea of his birthday?

17           A.    I do not.  I would like to make a correction.

18       I think I was 20, actually, at that time.

19           Q.    In September of 2018?

20           A.    In 2018.  '98 to '18, 20 years.

21           Q.    Okay.  Okay.  All right.  So that -- we are

22       here primarily to talk about the September 2018

23       incident that is made the subject of your lawsuit.  But

24       I first want to kind of get an idea of where you are

25       now.  Okay?

1          A.    Okay.

2          Q.    So that's been about five years --

3          A.    Yes.

4          Q.    -- from that moment until now.  So why don't

5    you just kind of walk us through from -- from that

6    moment when you graduated, what did you graduate in,

7    what did you -- you know, where did you move, where did

8    you live, who did you live with.  And I'll just kind of

9    give you the floor to -- to kind of give us a thumbnail

10   sketch of your pathway for those five years.

11              MS. BECK:  Objection; form of the

12         question.

13              You can answer.

14         A.    Sure.  So I'm going to answer what I graduated

15   with, where I moved --

16   BY MS. GIERING:

17         Q.    Okay.

18         A.    -- who I lived with.

19         Q.    Okay.

20         A.    Because those are the specific things that you

21   asked me for.  So I graduated with a bachelor's of the

22   arts.  I lived in Shreveport, Louisiana, with my

23   parents for a year.  I moved to Indiana where I lived

24   with Sarah Lawler.  Then I moved back to Shreveport

25   where I live currently on my own.

1      Q.    Okay.  So what year did you graduate in?

2      A.    2020.

3      Q.    And that is from Louisiana Tech University?

4      A.    Yes, ma'am.

5      Q.    Okay.  Did you graduate on time?

6      A.    Yes.

7      Q.    So four years?

8      A.    Yes.

9      Q.    And you had a bachelor's of arts degree.  What

10     was your major?

11     A.    English.

12     Q.    Did you have any minors?

13     A.    Plant science.

14     Q.    What was your GPA when you graduated?

15     A.    I don't recall the exact GPA.  I think it was

16     in the 3.9 range.

17     Q.    Very good.  Do -- did you have, like, a

18     ranking, or did you graduate with honors?

19     A.    We did not have rankings.  I -- I don't -- I

20     don't know what the honors are for -- for that range of

21     GPA at Louisiana Tech.  I would have to go back and

22     look, but I was part of the honors program at Louisiana

23     Tech.

24     Q.    An honors college graduate?

25     A.    It was the honors program, I think.  It wasn't

1      a college or a separate -- it was a pretty small entity

2      within the school.

3          Q.   And when you were at Louisiana Tech, where did

4      you live?

5          A.   I lived off campus with -- yeah, I lived off

6      campus, in a house off campus.

7          Q.   Do you remember the address?

8          A.   I don't remember the exact address at -- at

9      this moment.

10         Q.   Do you remember the street?

11         A.   Northwood, I think.

12         Q.   Did you have roommates?

13         A.   I lived with family friends.  They were a

14     married couple.

15         Q.   What were their names?

16         A.   Rob and Nancy Pierce.

17         Q.   Is that P-i-e-r-c-e?

18         A.   Yes, ma'am.

19         Q.   Did you live with them the entire time you

20     were at Tech?

21         A.   Yes.

22         Q.   So you lived in this house your entire four

23     years?

24         A.   Yes.

25         Q.   And these were your only roommates, was this

1      married couple?

2              A.    And their children.  They had grown children

3      who were my age or older, so they would often be in and

4      out because they were -- their youngest was also in

5      university.  So he would be out of town at university

6      and then back in this -- in this house.  And then in

7      the summers, I returned home.

8              Q.    And home was Shreveport?

9              A.    Yes.

10             Q.    Okay.  And who was the -- the Pierces' child

11     that sometimes returned home?

12             A.    Jackson.

13             Q.    Where do your parents live in Shreveport?

14             A.    They live at 610 McCormick Street.

15             Q.    And your parents' names are?

16             A.    Mark and Stephanie.

17             Q.    Does anyone else live at home with -- lived at

18     home with you and your parents?

19             A.    No.

20             Q.    Are you an only child?

21             A.    No.

22             Q.    Did you ever at any time while you were --

23     since you were in college, did you ever live at home

24     with your siblings?

25             A.    Since I was in college?

1      Q.    Uh-huh.

2      A.    I can't exactly recall the times that we

3    overlapped at home.  It may have been that some of the

4    summers I was back home, that my -- my immediately

5    older brother was also back at home.

6      Q.    Okay.  And tell me -- tell me the names of

7    your siblings.

8      A.    Rosy, Calvin, Arie, A-r-i-e, Annelies, and

9    Frits.

10     Q.    How old is Rosy?  And current ages are fine.

11     A.    Rosy is 33.

12     Q.    Calvin?

13     A.    Thirty-three.

14     Q.    They're twins?

15     A.    Yes.

16     Q.    Okay.  And is it --

17     A.    Arie.

18     Q.    Arie?

19     A.    He's 31.

20     Q.    Annelies?

21     A.    Twenty-nine.

22     Q.    And Frits?

23     A.    Twenty-seven.

24     Q.    Okay.  All right.  So you're the baby of -- of

25    many?

1    A.   Yes.

2    Q.   Okay.  All right.  And you -- so you graduated

3  from -- from Tech.  And did you -- did you immediately

4  move home to Shreveport after graduation?

5    A.   Yes.

6    Q.   Okay.  And you were there for one year?

7    A.   Yes.

8    Q.   Okay.  What did you do in that year?

9    A.   In that year, I worked as a long-term -- from

10  what I recall, I worked as a long-term substitute at

11  Providence Classical Academy.

12    Q.   And what did you do as -- as a substitute?

13    A.   I taught sixth grade Latin.

14    Q.   Anything else?

15    A.   That was all I taught at Providence.

16    Q.   Okay.  Did you have any desire to be a

17  teacher?

18    A.   I had some desire.  It was -- it was COVID, so

19  that was the job that was in front of me.

20    Q.   All right.  Were you teaching virtually or in

21  the classroom?

22    A.   In the classroom.

23    Q.   When you graduated with your degree in

24  English, what was your plan?

25    A.   I can't say that I had a solid plan.

1        Q.   That's okay.

2        A.   Yeah.

3        Q.   That's perfectly natural.

4        A.   Yeah.

5        Q.   Did you -- what were your interests or things

6    that you wanted to -- you thought you might want to

7    explore?

8        A.   I thought I might want to go to grad school --

9    graduate school in English.

10       Q.   Okay.  Was there a reason that you spent a

11   year at home as opposed to going directly to grad

12   school?

13       A.   Yeah.  I found undergraduate to be -- I felt

14   a little burnt out at the end of undergraduate.

15   Obviously a lot had happened over those four years

16   and -- both -- both in my personal life and in school.

17   It was hard to maintain the GPA that I had, and so I --

18   yeah, I felt that it -- it was necessary to take --

19   take some time at home.

20       Q.   Had you applied to grad schools --

21       A.   Not --

22       Q.   -- prior to graduation?

23       A.   Not at that point, no.

24         MS. BECK:  I just -- Ms. Doe, just let

25        her finish the question --

1                THE WITNESS:  I'm sorry.

2                MS. BECK:  -- before you begin

3           answering.  Okay?

4                THE WITNESS:  Yes, yes.

5                MS. GIERING:  That was the one

6           instruction that I failed to give even though

7           it is right here in front of me.

8      BY MS. GIERING:

9           Q.   Because our court reporter is taking down

10     everything, please wait for me to finish my question

11     before you answer.

12          A.   Okay.

13          Q.   I know in a conversation, that's very natural,

14     but it will -- it's only going to benefit the record.

15     And I will afford you the same courtesy.

16          A.   Sure.

17          Q.   I will wait for you to complete your answer

18     before I begin my next question.  Okay.

19                MS. GIERING:  Thank you.

20     BY MS. GIERING:

21          Q.   Okay.  So we were -- so you are in undergrad

22     at Tech.  You're an English major, and you are nearing

23     graduation.  Did you apply to any grad schools?

24          A.   Not at that time, no.

25          Q.   Did you apply for any jobs?

1          A.   I can't recall if I did at that time, at

2     least -- yeah, sitting here now, I don't -- I don't

3     think so.

4          Q.   And you graduated in May of 2020, which is at

5     the very beginning of COVID?

6          A.   Yes.

7          Q.   Tell me about the effects of those initial

8     months of lockdown and COVID and how that affected your

9     plan and, you know, looking into the future for

10     yourself.

11               MS. BECK:  Objection; form.

12               You can answer.

13          A.   Sure.  I had already planned to take a year

14     because I had not started applying to graduate schools.

15     And so thankfully I did have -- COVID almost allowed me

16     a -- a built-in fallback.  And I mean, I -- COVID

17     affected all of us, right --

18     BY MS. GIERING:

19          Q.   Uh-huh.

20          A.   -- I think, in a lot of ways.  But as far as

21     plans for the future, like I said, I did not have a

22     whole lot of plans for the future coming out of -- out

23     of university.  And so having that time back home

24     allowed me to kind of explore those plans, I think.

25          Q.   And how did you fall into the substitute

1    position at the school in Shreveport?

2        A.   I had attended that school early on, second,

3    third grade, something around there, so I knew the

4    headmaster at the school.  And they were in need of a

5    long-term substitute, and so he reached out to me, and

6    I -- I agreed.  I -- I also want to the clarify that I

7    worked at my old dance studio during that time as well.

8        Q.   Okay.  And what did you do at the dance

9    studio?

10        A.   I taught a number of classes.  I can't

11    remember exactly how many.

12        Q.   Any particular genre of dance?

13        A.   Ballet and tap.

14        Q.   Do you continue to dance today?

15        A.   Yes.

16        Q.   That's great.  Do you teach dance?

17        A.   Yes.

18        Q.   Okay.  So during this time, you're at home.

19    You're teaching dance and Latin.  And at what point do

20    you decide "Okay.  I'm -- I'm going to apply to grad

21    school"?

22        A.   You know, I don't know the exact time that

23    that -- I decided to do that.  I had stayed in touch

24    with my professors in undergrad, and they had

25    encouraged me to.

1      Q.   Uh-huh.

2      A.   And so, you know, at some point in the fall, I

3      think -- applications were due typically between, like,

4      November and January, so I was kind of getting

5      applications in right on the line there.

6      Q.   Okay.  And what did -- what program were you

7      applying for?

8      A.   I was applying for masters and Ph.D. programs

9      in English.

10     Q.   What schools did you apply to?

11     A.   I applied to Indiana University.  I applied

12     to Notre Dame.  I applied to University of Mississippi.

13     I applied to University of Colorado Boulder.  I -- and

14     I -- I can't recall exactly the other ones that I

15     applied to, yeah.

16     Q.   Was there a particular reason you were

17     applying to all out-of-state universities?

18     A.   I felt that I might have better opportunity

19     if I were to leave kind of the environment that I was

20     in in college.  I felt that -- in speaking with my

21     therapist at the time, she had said that I may receive

22     better institutional support were I to go to a

23     university that was a little bit larger and out of

24     state.

25     Q.   And by "institutional support," what does that

1    mean?

2        A.    Louisiana Tech did not have a very robust

3    counseling program, from my experience, and I felt

4    that -- and my counselor felt that were I to go out of

5    state, I might receive more counseling and more

6    understanding for the -- the assault, specifically,

7    that I went through.  That's specifically what she

8    was -- she was referring to when we were having this

9    conversation.

10        Q.    Where -- who is this counselor who was guiding

11   you with that advise?

12        A.    LaNita Proctor.

13        Q.    Do you know how to spell LaNita's name?

14        A.    L-a-N-i-t-a.

15        Q.    Where is LaNita Proctor?

16        A.    Shreveport.

17        Q.    Is she with a group?

18        A.    Clint Davis Counseling.

19        Q.    So you -- you wound up at Indiana University?

20        A.    Yes.

21        Q.    What made you choose Indiana University over

22   the others?

23        A.    They offered me good funding, and they had a

24   robust Victorian studies program.  And they were ranked

25   fairly highly when it came to Ph.D. programs in

1          English.

2                    Q.    Did you graduate with your Ph.D.?

3                    A.    No.

4                    Q.    How long were you at Indiana University?

5                    A.    Two school years.

6                    Q.    And tell me about those two school years.

7                              MS. BECK:  Objection; form.

8                              You can answer.

9                    A.    Can I ask for, like, what specifically you'd

10         like to know about those two years?

11         BY MS. GIERING:

12                   Q.    Very poor question.

13                        So how long was the Ph.D. program that you

14         entered?  How long was it supposed to be?

15                   A.    It was a combined master's and Ph.D.

16         program --

17                   Q.    Uh-huh.

18                   A.    -- with no -- it was advertised as no terminal

19         master's.

20                   Q.    Uh-huh.

21                   A.    So the combined program was six years for a

22         bachelor's to a Ph.D.

23                   Q.    Okay.  So from -- meaning you already had

24         obtained the bachelor's degree?

25                   A.    Yes.

1    Q.    Okay.  So six years --

2    A.    From -- to get a master's and then a Ph.D. --

3    Q.    Okay.

4    A.    -- but not a terminal master's technically.

5    At the time, that's how it was advertised to me.

6    Although, that changed.

7    Q.    Okay.  And you said that changed.  What

8    changed?

9    A.    I did receive my master's.

10    Q.    Okay.

11    A.    I think it was a technicality that they say

12    there was no terminal master's.  Technically they do

13    not accept you for a terminal master's, but things in

14    my life changed.  I decided not to go forward with the

15    Ph.D., and I just obtained the -- the master's.

16    Q.    Okay.  And what made you decide not to go --

17    put schooling towards a Ph.D.?

18    A.    I found grad school to be really overwhelming

19    and academia to be really overwhelming.  I had found

20    that I had put -- been putting a lot of pressure on

21    myself to be extremely good at what I was doing, both

22    in undergrad and in grad school.  And I had been told

23    by professors that I was really good at what I was

24    doing.  And because I came out of undergrad without

25    much of a plan, it seemed like the right way forward,

1    and so I think that at some point in grad school, I

2    just realized, like, I -- I had been -- there was a lot

3    of pressure to be maintaining.  And I -- I had, again,

4    burnout, I think, similar with how I felt at the end of

5    undergrad.

6        Q.    Did you experience stress from that pressure?

7        A.    Yes.  Yeah --

8        Q.    Anxiety?

9        A.    -- I would say so.  Yes.

10       Q.    What -- what did you do to help relieve your

11   stress and anxiety?

12       A.    At what point?

13       Q.    Well, let's talk about -- let's talk about in

14   grad school since that's where we are in the timeline.

15       A.    Sure.  In graduate school, I -- Indiana

16   University had a counseling program I was able to

17   receive a couple of -- a few free sessions through,

18   so -- so that is one way that I coped.

19       Q.    What are the other ways?

20       A.    That's a tricky question.  I'm not sure.  I'm

21   not -- I'm not exactly sure that I was -- I was

22   actually coping very well with it, so.  But I -- yeah,

23   get good sleep, exercise, those type of things.  The

24   things that I could -- I can control.  And of course in

25   grad school, you're on a grad school budget, so things

1    that didn't cost much.

2          Q.    Frequently you see in a university setting

3    that coping with stress and anxiety is sometimes done

4    through alcohol.

5          A.    Uh-huh.

6          Q.    Did you find yourself -- did you drink alcohol

7    in graduate school?

8          A.    I had a rule that I did not drink when I was

9    at school.  If I did, it was once a week and one or two

10   drinks.  Again, it's expensive.

11         Q.    And the same -- the same premise to -- to

12   drugs.  You see that frequently in an academic

13   environment.  Is that something that you engaged in?

14         A.    No.

15         Q.    Have you ever used drugs?

16         A.    What do you mean by -- by "drugs"?

17         Q.    Have you ever smoked pot?

18         A.    No.

19         Q.    Have you ever taken prescriptive medication

20   that was not prescribed for you?

21         A.    No.

22         Q.    Have you ever had a prescription that you --

23   you didn't take in accordance with the directions from

24   your physician?

25         A.    No.

1         Q.   Any street drugs?

2         A.   Street drugs?

3         Q.   So that would be -- there's a long list,

4   but --

5         A.   Sure.

6         Q.   -- these would be like illegal drugs.

7         A.   Okay.

8         Q.   So cocaine, those types of -- those types of

9   drugs.  Have you ever engaged in --

10        A.   Besides prescription drugs, the only drugs

11   I've ever taken were -- I had an edible.  I've had

12   edibles twice.

13        Q.   Okay.  All right.  And when was that?

14        A.   In -- in college, once.  After college, once,

15   in about the year after college, I think.

16        Q.   Okay.  And by "edibles," what do you -- what

17   is that?  Describe that for us.

18        A.   Cannabis.  I was in Colorado for one of those

19   with my family.

20        Q.   Uh-huh.

21        A.   My mom went through cancer a couple years

22   back, and so she -- when we went to go visit Colorado,

23   she was partaking in edibles for her own pain, so I

24   joined her in that once.  Yes.  So I found it to be not

25   enjoyable.

1        Q.   And that would be the -- the one time after

2    college?

3        A.   Yes.

4        Q.   Okay.  Now what about the one time in college?

5    When was that?

6        A.   The one time in college, I believe, was my

7    sophomore year, yeah.

8        Q.   Do you remember an exact year?  What year --

9    what -- what was your sophomore year?  Was that

10    '17/'18?

11        A.   '17 to '18, and I believe that it was in the

12    spring.  Although, I could be remembering that wrong,

13    so it would be the beginning of 2018.

14        Q.   Okay.  Got you.  And what setting was that,

15    that you had an edible in college?

16        A.   I was at a friend's house.  We got a bunch of

17    snacks, and we watched The Twilight Zone.

18        Q.   Who was with you?  Who are those friends?

19        A.   Would you like names?

20        Q.   (Shakes head.)

21        A.   Conner and Eric Hartupee.  I don't remember if

22    anyone else was there, and I -- if there were, they

23    were roommates of theirs, I think, yeah.

24        Q.   Okay.  You don't remember the name of the

25    roommates?

1       A.    Not at this moment, no.

2       Q.    Okay.  So we're going -- we're going to back

3    up off the road that we were on.

4             You decided not to do the Ph.D.  You found

5    academia overwhelming, and you found you were putting a

6    lot of pressure on yourself?

7       A.    Yes.

8       Q.    And by putting pressure on yourself, I'm

9    understanding that to be to perform at a high level

10   academically, to make really good grades.  Is that

11   correct?

12      A.    Yes.

13      Q.    Okay.  So you make the decision to -- to

14   receive your master's and to graduate from Indiana

15   University; is that correct?

16      A.    Yes.

17      Q.    And what year was that?

18      A.    2023.

19      Q.    At that time -- so that would have been -- was

20   that May of 2023?

21      A.    I technically finished my master's in -- I

22   received my master's in January after the fall

23   semester -- after last fall semester.

24      Q.    Okay.  So just at the beginning of this year?

25      A.    Yes.

1     Q.   Okay.

2     A.   But I do want to clarify that I finished out

3     the semester through May.  Although I had already had

4     my master's, I finished the spring semester out --

5     Q.   Okay.

6     A.   -- through May, so I was at Indiana University

7     until this -- this May.

8     Q.   Who were your roommates at Indiana University?

9     A.   Sarah Lawler.

10    Q.   Where does Sarah Lawler live currently?

11    A.   The same apartment that we lived in there.

12    Q.   What is that address?

13    A.   I always forget the number.  I think it is

14    3246 South Walnut Springs Drive in Bloomington.  I know

15    the street is correct.  I could be wrong about the

16    number.  I always forget it.

17    Q.   Okay.  What is her number, her phone number?

18    A.   I don't know right now.

19    Q.   Do you have it available to you?

20    A.   Not at this moment, but I do.

21    Q.   Okay.  If you could, get that phone number and

22    provide that to your attorney.  Or if we take a break

23    and you have it available to you, you could give it to

24    us then.  Okay?

25    A.   Okay.

1          Q.   Okay.  So what was your plan as you were

2     nearing the end of the spring semester of 2023?

3     What -- what did you want to do with -- with your

4     degree?

5                    MS. BECK:  Objection; form.

6                    You can answer.

7          A.   Frankly, I'm -- I, again, did not have a plan,

8     yeah.

9     BY MS. GIERING:

10         Q.   What were your interests?  What were some of

11    your ideas?

12         A.   I thought I might teach.  I thought -- I had

13    received my minor in plant science in undergrad and

14    worked at farms, and so I thought I might do that

15    again.

16         Q.   I am not familiar with plant science.  What --

17    what is that?

18         A.   It could have also been called a horticulture

19    minor.

20         Q.   Okay.

21         A.   Yeah.

22         Q.   Okay.  So you -- were you planning on moving

23    in May of 2023 when you finished out the semester?

24         A.   Yes.

25         Q.   And what was your plan?  Where were you

1      planning to move?

2              A.    Back to Shreveport.

3              Q.    Was it always your desire to move back home?

4              A.    No.

5              Q.    Okay.  What made you decide that you were

6      going to move back home?

7              A.    Because I didn't have much of a plan, it felt

8      like a good place to land.  I've worked at that dance

9      studio I was speaking about, on and off, since high

10     school, so I -- I knew that -- that there -- that would

11     be somewhere I could work.

12             Q.    Did you move in with your parents?

13             A.    Initially when I moved back, I lived for maybe

14     a month with my sister and my brother-in-law.

15             Q.    Okay.

16             A.    And then I moved into my own apartment.

17             Q.    And who is your sister and brother-in-law?

18             A.    My sister is Annelies.

19             Q.    Okay.

20             A.    And her husband is Seth, and their last name

21     is Harrison.

22             Q.    Thank you.  And it sounds like you found a

23     place of your own?

24             A.    Yes.

25             Q.    Okay.  Where is that?

1          A.    523 Forest Avenue in Shreveport.

2          Q.    It's in Shreveport, okay.

3                And what have you -- have you been working?

4          A.    Yes.

5          Q.    Where do you work?

6          A.    Providence Classical Academy.

7          Q.    Same school?

8          A.    Same school.

9          Q.    Okay.

10         A.    And Theatre School of Dance.

11         Q.    Is that the same dance school?

12         A.    Yes.

13         Q.    And what are you teaching at that school?

14         A.    Ninth and 11th grade English.

15         Q.    Is that a permanent position?

16         A.    Yes.

17         Q.    Do you enjoy it?

18         A.    So far, yes.

19         Q.    Do you plan on staying?

20         A.    I'm not sure.

21         Q.    And the dance school, are you -- what are you

22    doing there?

23         A.    Teaching.

24         Q.    What do you teach?

25         A.    Tap and ballet.

1    Q.   As you sit here today, do you have -- are you

2    making other plans to -- to move?

3    A.   No.

4    Q.   As you're sitting here today, are you making

5    other plans to change career?

6    A.   No.

7    Q.   So -- so present day, you are planning on

8    staying in Shreveport, teaching at 9th and -- to

9    11th grade English, and teaching dance at dance school?

10   A.   Yes.

11   Q.   Okay.  All right.

12        Do you have any roommates?

13   A.   No.

14   Q.   Do you -- who is your boss at the -- at the

15   school that you teach at?

16   A.   Howard Davis.

17   Q.   Is that a principal or --

18   A.   He's the headmaster.

19   Q.   Headmaster?

20   A.   Yes.

21   Q.   And same thing at the dance school?

22   A.   Emily Seale, S-e-a-l-e.

23   Q.   Am I correct that your entire time at Tech,

24   you lived with that same family?

25   A.   Yes.

1          Q.   You never lived anywhere else?

2          A.   Other than to move home over the summers, no.

3          Q.   Victor Daniel Silva is subject to -- excuse

4     me.  Victor Daniel Silva is alleged to be your -- to

5     have committed a sexual assault with you in

6     September of 2018 at Louisiana Tech University,

7     correct?

8          A.   Correct.

9          Q.   Do you know where Victor Daniel Silva is now?

10         A.   No.

11         Q.   The last time you had any knowledge of where

12    he was living, where was that?

13         A.   At Louisiana Tech.

14         Q.   And where was it that he lived?

15         A.   In the Campus Evolution.  I think it was

16    called Campus Evolution apartments.

17         Q.   That's the name of the apartment complex?

18         A.   Yes, in Ruston.

19         Q.   Okay.  Campus Evolution apartments; is that

20    correct?

21         A.   I believe that's correct.

22         Q.   I'm not questioning your memory.  I'm more

23    making sure I have the name correct.

24         A.   Sure.

25         Q.   Okay.  Do you know the address or the street

1    of those apartments?

2        A.   No.

3        Q.   Do you know if he lived on the first or second

4    floor?  Or third?  They may have a third.  I don't

5    know.

6        A.   I don't recall exactly, not at this moment.

7        Q.   Who lived with him?

8        A.   I'm not exactly sure who all was there.  There

9    was a -- I know that one of his roommates was another

10   Tech student named T.  That's the only way he was

11   introduced to me.

12        Q.   How many roommates did he have?

13        A.   I'm not exactly sure.  It was more than just

14   him and T, but I'm not exactly sure how many roommates

15   there were.

16        Q.   All males?

17        A.   From what I can recall, yes.

18        Q.   Do you know this -- would you agree with me

19   that we know that Victor Daniel Silva moved from Ruston

20   at some point?

21            MS. BECK:  Objection; form.

22            You can answer.

23        A.   If -- if that's what y'all -- you know, yes,

24   I -- I would agree with that.  I personally was unsure

25   about where he was -- I -- I didn't know where he moved

1      to or whether he stayed in Ruston, so.

2      BY MS. GIERING:

3          Q.   Do you -- as you sit here today, do you have

4      any information about other places that he lived?

5          A.   All the information I had was kind of alleged

6      information about where he might be, so Lafayette.  I

7      think at some point, I heard that he was in -- and

8      again, this -- this is speculation and -- and alleged.

9      But at some point, I heard that he was in Arkansas, I

10     think.

11         Q.   Where did you hear that he was in Lafayette?

12         A.   That's a good question.  I -- I don't -- I

13     don't actually recall when I -- when I heard that, that

14     information that he was in Lafayette.  I believe that

15     it was after -- yeah, I -- I don't recall.

16         Q.   When's the first time that you heard that he

17     may be in Lafayette?

18         A.   Here's what it was.  I believe that it was in

19     the meeting with -- no.  Daniel himself told me that he

20     was from Lafayette.  I think that maybe I was assuming

21     that he went back to Lafayette.  Daniel himself told me

22     that he was from Lafayette.  And in the meeting with

23     Dickie Crawford with someone from the tech

24     administrators, they told me that he had left Tech, and

25     so I think maybe I assumed that he returned home.  I

1    don't exactly know, yeah.

2         Q.   Okay.  So you know from Daniel that he was

3    from Lafayette, correct?

4         A.   Yes.

5         Q.   In the meeting, you were told that he had left

6    Tech, correct?

7         A.   Yes.

8         Q.   And you assumed that he went home?

9         A.   I guess so, yeah.

10        Q.   As you sit here today, has anyone told you

11   that they have seen him or encountered him?

12        A.   Yes.  So shortly after the assault --

13        Q.   Uh-huh.

14        A.   -- in December, I received a -- a message in a

15   group chat that had a screenshot of a tweet in which --

16   the message alleged something about him having been in

17   Lafayette, yes.

18        Q.   This is December of 2018?

19        A.   Yes.

20        Q.   Is this the sorority group chat that you

21   reference in your lawsuit?

22        A.   Yes.

23        Q.   The Sigma Kappa group chat?

24        A.   Yes.

25        Q.   Are you a member of Sigma Kappa?

1          A.   No.  I received -- no.  I'm not a member of

2     Sigma Kappa.

3          Q.   Were you in any sorority?

4          A.   No.

5          Q.   How did that group chat message come to you?

6          A.   It was a screenshot of that group chat that

7     was sent in another group chat that I was in, yeah.

8          Q.   What group chat was -- were you in?

9          A.   It was a group chat of a bunch of women in --

10    on campus that was a part of a -- there was an art

11    student at Tech.  She was a photographer, and she was

12    doing a project, and she needed a bunch of female

13    volunteers for this project.  It was just a photography

14    project, and so we were all in that -- that group chat

15    together to kind of coordinate for this project that

16    she was doing.

17         Q.   So it was a group chat related to a

18    photography project?

19         A.   A school project, yes.  Yeah.  A school

20    photography project, yes.

21         Q.   And who was the person who reposted the Sigma

22    Kappa group chat?

23              MS. BECK:  Objection; foundation.

24              You can answer.

25         A.   I don't recall.

1     BY MS. GIERING:

2        Q.  What are the names of the individuals in your

3     photography project group chat?

4        A.  I only remember the name of the girl who --

5     who was coordinating it, the -- the photographer,

6     the -- the student.  Her name was Skylar.  I don't

7     remember her last name.  Otherwise, I -- I did not know

8     anybody -- prior to that group chat, I did not know

9     anyone, and -- and I still don't recall their names.

10    It was kind of a brief time that I was in that group

11    chat.

12        Q.  Is Skylar the person who posted the Sigma

13    Kappa -- the screenshot of the Sigma Kappa group chat

14    in your photography project group chat?

15        A.  I don't think so.  But I -- yeah, sitting here

16    today, I'm not sure.  I don't -- I don't think so,

17    though.

18        Q.  Do you have a phone number or contact

19    information for Skylar?

20        A.  No.

21        Q.  Do you maintain contact with anyone who was in

22    your photography project group chat?

23        A.  No.

24        Q.  Okay.  So other than the assumption that

25    Daniel moved back home and the December 2018 screenshot

1     that referenced that he had been living in Lafayette,

2     do you recall anywhere else you gained information as

3     to where Victor Silva was living?

4          A.   As I'm sitting here right now, I don't -- I

5     don't recall anywhere else, no.

6          Q.   What about Arkansas?  Where in Arkansas was he

7     living?

8          A.   I don't know.

9          Q.   You just know the state?

10         A.   Yes.

11         Q.   Where did you -- where did you learn that

12    information?

13         A.   Sorry, I'm trying to think --

14         Q.   That's okay.

15         A.   -- about where that was.

16              I don't remember exactly where I heard that

17    from.  It may have been -- there was a lot circulating

18    on social media at the time about Daniel, it seems

19    like.  None that I was engaging with but just that I --

20    I saw, and so it could have been speculation at the

21    time from -- it seemed like a lot of women knew about

22    him from social media and were kind of warning people,

23    for lack of a better word.  And so it could have been

24    something on social media, I think.

25         Q.   And you said "at the time."  What time are you

1       talking about?

2              A.    Sure.  That would have been December of -- of

3       2018, yes.

4              Q.    Okay.  So you made reference to there was

5       discussion on social media at the time about Daniel,

6       warning, for lack of a better word, about him.  Is that

7       accurate?

8              A.    Yes.

9              Q.    Okay.  Tell me about the social media

10      platforms.  Which platforms were -- was this that you

11      are referring to?

12             A.    Twitter.

13             Q.    Any others?

14             A.    Not that I can recall, no.

15             Q.    Any Facebook?

16             A.    Not that I can recall.

17             Q.    Instagram?

18             A.    Yeah, not that I can recall sitting here right

19      now.  Yeah.

20             Q.    Okay.  Snapchat?

21             A.    Not that I can recall sitting here, yeah.

22             Q.    Were you on Twitter at the time?

23             A.    Yes.

24             Q.    Okay.  And what -- what was your name or

25      handle, or how were you referred to on Twitter?

1          A.    I believe it was Jane_Doe.

2          Q.    Are you still on Twitter?

3          A.    No.

4          Q.    And I realize that Twitter is not Twitter

5    anymore, and it's Threads.  But when I say "Twitter,"

6    I'm referring --

7          A.    Yes.

8          Q.    -- even to its present day name of Threads.

9          A.    Yes.

10         Q.    Okay.  So even under that new -- new name, you

11    were -- do not have an account?

12         A.    No.

13         Q.    When did you end your Twitter account?

14         A.    I believe it was 2022.

15         Q.    And why did you end your Twitter account?

16         A.    There were a couple different reasons.  I was

17    about to start graduate school, and I was going to have

18    students.  And just in an effort, I think, to be more

19    private across platforms, yeah, I felt it was necessary

20    to delete that.

21               But additionally and honestly, I'm proceeding

22    as -- as a pseudonym here, right, and when this lawsuit

23    came out, I was concerned that there were enough

24    identifiable details that were Daniel to be keeping

25    himself appraised of lawsuits having to do with him,

1    that, like, he could look at this lawsuit and -- and

2    know who I was, and I didn't want him searching me

3    either.  I didn't want to open that can of worms.  And

4    so -- yeah, I -- I felt it was necessary.  And then

5    just to -- I was limiting my time on social media,

6    trying to be a little bit more focused, yeah.

7         Q.    Smart girl.  I need to tell my -- my kids the

8    same thing.

9              So you said you had students in grad school.

10   Did you teach in grad school?

11        A.    I did.

12        Q.    Okay.  What did you teach in grad school?

13        A.    Freshman composition.

14        Q.    Did you enjoy that?

15        A.    I -- I loved the students.  Yeah.

16        Q.    Since September of 2018 -- let me rephrase

17   that because I -- because I know that that is going

18   to -- let's say since December of 2018, has Victor

19   Daniel Silva attempted to make contact with you?

20        A.    No.

21        Q.    Since September of 2018, have you encountered

22   him in person?

23        A.    Since when?  Sorry.

24        Q.    December of 2018.

25        A.    No.

1          Q.   Since December of 2018, have you encountered,

2     engaged with Victor Daniel Silva on any social media

3     platform?

4          A.   No.

5          Q.    In September of 2018, were you friends?  And I

6     realize that's a Facebook term.  But were you liked,

7     friends, part of any social media platforms of Victor

8     Daniel Silva?  Does that question make sense?  I'm

9     really dating myself.

10               MS. BECK:  And I'm going to object to

11          the form.

12               MS. GIERING:  Right.

13               MS. BECK:  You can answer.

14     BY MS. GIERING:

15          Q.   Do you understand what I'm asking?

16          A.   So can you rephrase?  I'm sorry.

17          Q.   Sure, okay.  So on Facebook, for instance --

18          A.   Uh-huh.

19          Q.   -- someone friends another person.

20          A.   Yes.

21          Q.   And you can accept or decline the invitation.

22          A.   Yes.

23          Q.   Are you familiar with that?

24          A.   Yes.

25          Q.   Okay.  Were you friends with Victor Daniel

1    Silva on Facebook?

2           A.    No.

3           Q.    Okay.  On other platforms, it's not

4    necessarily called friending, but it's the same

5    concept; you can join or follow or tweet with or have

6    access to someone's postings on a social media

7    platform.  Are you familiar with that?

8           A.    Yes.

9           Q.    Okay.  Were you able to -- did you engage with

10   Victor Daniel Silva on any of -- any social media

11   platforms?

12          A.    No.

13          Q.    So in December of 2018, you -- it wasn't

14   necessary for you to de-friend or block or, in any

15   other means, to have Victor Daniel Silva no longer have

16   access to what you're posting on social media?

17                MS. BECK:  Objection; form.

18                You can answer.

19          A.    I had previously blocked him -- his number on

20   my phone.

21   BY MS. GIERING:

22          Q.    Okay.  But that was different than on a social

23   media platform.  Would you agree?

24          A.    Yes.

25          Q.    Okay.  So on social media platforms, did you

1    have to go and purge Daniel Silva?  Block him?

2          A.   No, not -- no.

3          Q.   Okay.  Because you were -- you were not

4    friends with him or engaged with him; is that accurate?

5          A.   Yes.

6          Q.   Okay.  Has he attempted to send a friend

7    request or invited you to follow him on any social

8    media platforms?

9          A.   No.

10         Q.   Has he -- has he left you alone since December

11   of 2018?

12        A.   Yes.

13                MS. BECK:  Would this be a good time to

14            take a break?

15                MS. GIERING:  Sure.

16                MS. BECK:  Is that all right?

17                MS. GIERING:  Yeah.

18                MS. BECK:  Is -- is that all right?  I

19            drank a lot of coffee this morning.

20                THE VIDEOGRAPHER:  Okay.  We're going

21            off the record at 11:03.

22                   (Recess taken.)

23                THE VIDEOGRAPHER:  We are back on the

24            record.  The time is 11:09.

25    BY MS. GIERING:

1        Q.   Ms. Doe, before we went off the record, we

2    were discussing social media.  And I made a mistake,

3    and I referred to Twitter's successor as Threads, which

4    is inaccurate.  It's X.

5        A.   Yes.  Yes.

6        Q.   Okay.  Are you on X, or are you on --

7        A.   No.

8        Q.   -- social media?  No?

9        A.   No.

10       Q.   Okay.  Were you ever?

11       A.   No.

12       Q.   Okay.  And Threads is like Twitter but -- but

13    not related, different company.  And I understood your

14    testimony to be that you do not have a Threads account?

15       A.   I do not.

16       Q.   Okay.  And have you ever?

17       A.   No.

18       Q.   Okay.  We were -- I was also asking you -- in

19    the context of your time in graduate school, we were

20    talking about alcohol and drugs and things that you

21    may -- that you may have taken.  When I was speaking of

22    prescriptions, I was asking questions in the context of

23    prescriptions not for you or prescriptions that were

24    for you but you used them not according to the

25    instructions.

1     Do you recall that testimony?

2     A.   Yes.

3     Q.   Okay.  What I did not ask you about was any

4     prescriptive medication that you are on and use

5     according to your doctor's orders.  So let's start with

6     the present day.

7          Are you on any prescriptions presently?

8     A.   Yes.

9     Q.   Okay.  What are those?

10    A.   Fluoxetine.

11    Q.   Can you spell that for me or attempt to?

12    A.   I can't, but it is the -- it's the generic of

13    Prozac.

14    Q.   Okay.  Any others?

15    A.   No.

16    Q.   Okay.  When did you begin using the generic

17    Prozac?

18    A.   This time?

19    Q.   Yes.

20    A.   I believe it was earlier this year.  It was

21    while I was still in Indiana.

22    Q.   Why did you begin using the generic Prozac

23    this time in early 2023?

24    A.   I was beginning to experience some of my more

25    physical anxiety symptoms again and depressive symptoms

1     as well.

2          Q.   Tell me about those anxiety -- you said

3     physical anxiety symptoms?

4          A.   Yes.

5          Q.   Okay.  Explain those to me.

6          A.   When I experience anxiety, oftentimes I have

7     what feels like a faster heart rate.  It feels like

8     burning in my arms.  I think it would be considered

9     like a panic attack, kind of.

10         Q.   Has a medical professional ever told you that

11    you have had a panic attack?

12         A.   Yes.

13         Q.   When have you had panic attacks?

14         A.   In college.  I couldn't tell you exactly how

15    many times or when, but I do remember them beginning in

16    late high school and continuing through till just

17    recently.

18         Q.   If you had to approximate how many panic

19    attacks you've ever had, what would you say?

20         A.   That's a tricky question.  More --

21         Q.   Not attempting to be tricky.

22         A.   No, that's all right.  No, no, no, no.

23              More than ten --

24         Q.   Okay.

25         A.   -- less than 25.

1          Q.    Okay.  That's fair.

2                And has a medical professional ever indicated

3     to you what triggers these panic attacks?

4          A.    Mental health professionals have suggested

5     what might be triggering them.

6          Q.    What was that suggestion?

7          A.    There have been a number of suggestions, some

8     having to do with feeling overwhelmed with school, some

9     having to do with the rape.  Those are the big two.

10         Q.    So your panic attacks began in late high

11    school.  When was the first time you had a panic

12    attack?

13         A.    I couldn't tell you exactly when.  I think it

14    was senior year.

15         Q.    Okay.  And what triggered that panic attack in

16    your senior year of high school?

17         A.    At the time, I was dancing pretty intensively.

18    We did big exams every year, and I -- I believe it was

19    approaching that time.

20         Q.    Okay.  When I hear "big exams" in the context

21    of dance, I can't put the two together.  Can you help

22    explain that to me?

23         A.    Sure.  So my dance studio did -- it's like a

24    curriculum, kind of, called the Royal Academy of Dance.

25    They send an -- the Royal Academy of Dance sends

1    examiners to different Royal Academy of Dance certified

2    studios around the world.  You can complete an exam

3    every year up to a certain level.  If you pass that

4    level, you have an associate's degree in -- in

5    classical ballet, so it was yearly exams with an

6    examiner, dancing.  You're graded on technique, things

7    like that.

8         Q.   Okay.  So you were approaching a big exam, and

9    you had a panic attack?

10        A.   Uh-huh.

11        Q.   Did you know that it was a panic attack that

12   you were having at the time?

13        A.    It was a long time ago, so I don't exactly

14   remember.  I -- I -- and of course, hindsight is 20/20.

15   So I may be getting mixed up with, you know, what I

16   know now and -- and what I knew then.  I -- I -- I

17   think it's safe to say that I had an inkling that it

18   might be or at least that something was wrong.  I knew

19   that something was wrong, that this was not normal,

20   yeah.

21        Q.   When you had that first panic attack, what

22   were you experiencing?

23        A.   Some tightness in my chest, difficulty

24   breathing, racing thoughts.

25        Q.   When you have panic attacks -- when you have

1     had panic attacks since then, did you experience those

2     same symptoms?

3          A.   Yes.

4          Q.   Okay.  When you had that first panic attack,

5     did you seek medical attention?

6          A.   No.

7          Q.   What did you do for that panic attack?

8          A.   I don't -- I don't remember.  I think I went

9     to my mom, and I don't -- I don't know exactly what

10    we -- we did to defuse the situation.

11         Q.   Okay.  Did you begin medication for that at

12    that time?

13         A.   Around that time, yes.

14         Q.   Okay.  And what was -- was it Prozac?

15         A.   Same thing, yes.

16         Q.   Exact same thing?

17         A.   Yes.

18         Q.   Okay.  So --

19              MS. BECK:  Just a reminder to let her --

20              THE WITNESS:  So sorry, yes.

21              MS. BECK:  -- let her finish asking the

22         question and then answer it.  Okay?

23              THE WITNESS:  Yes, ma'am.

24    BY MS. GIERING:

25         Q.   So what year is this?  Your senior year was

1     what year?

2          A.   2015 to 2016.

3          Q.   Who prescribed the generic Prozac for you in

4     '15, '16?

5          A.   That was Dr. Mandy Crow.

6          Q.   Is that C-r-o-w?

7          A.   I think so.

8          Q.   And is Dr. Mandy Crow in Shreveport?

9          A.   Yes.

10         Q.   Okay.  Okay.  So to get back -- back on track,

11    we were talking about this time in early 2023, you

12    began to experience anxiety again, correct?

13         A.   Correct.

14         Q.   And -- which was a faster heart rate, and you

15    felt burning in your arms, correct?

16         A.   Correct.

17         Q.   And this physical symptoms of anxiety, is that

18    different than what you -- the physical symptoms you

19    experience when you are having a panic attack?

20         A.   I think the difference would come in degree.

21    For a panic attack, you're almost -- you have an

22    inability to function.  Whereas anxiety, I thought of

23    as a more constant base-level feeling.

24         Q.   Okay.  And you also stated that in early 2023,

25    that you were also feeling some depression.  Is that

1      correct?

2              A.    Yes.

3              Q.    Okay.  Explain what you experience when you

4      have depression.

5              A.    I tend to sleep a lot more.  I tend to be

6      weepy.  Difficulty getting out of bed in the morning.

7      Difficulty having motivation to do things, yeah.

8              Q.    Do you see a physician for depression?

9              A.    Not currently.

10             Q.    Any medical professional?

11             A.    Not currently.

12             Q.    Do you see a medical professional for anxiety?

13             A.    Not currently.

14             Q.    Who currently prescribes the generic Prozac

15     for you?

16             A.    My current prescription was filled -- or

17     was prescribed by -- I think the doctor's name was

18     Kiply Myers in Bloomington, Indiana.

19             Q.    Is that M-e-y or M-y-e-r-s?

20             A.    M-e-y.  Again, I -- that could be wrong.  I'm

21     not exactly sure.

22             Q.    Okay.

23             A.    Yes.

24             Q.    And you continue to refill Dr. Myers'

25     prescription?

1    A.   Yes.  He has one -- he gave me one refill.  I
2    just still haven't gotten around to a physician in
3    Shreveport yet.
4         Q.   Okay.  You made reference to "this time," so
5    I want to -- that you have -- began a prescription --
6    began taking a prescription of generic Prozac.
7    Correct?
8         A.   Correct.
9         Q.   Okay.  So I want to work -- I want to work
10   backwards from "this time," which when you explained
11   was early 2023.
12        A.   Uh-huh.
13        Q.   When was the time before that, that you had
14   taken Prozac?  I'm going to refer to it as Prozac with
15   the understanding that you may take the generic form of
16   it.
17        A.   Sure.  The -- the first time was in high
18   school.  I continued that through college.  I believe
19   that I got off of it after college for a short time.
20   At that time, I was seeing a counselor in Shreveport.
21   This is after college, before grad school.  I don't
22   exactly remember when I stopped or started taking it,
23   but I -- but I think that it -- it is true that it was
24   high school through college, a stop, and then again in
25   grad school.

1        Q.    Okay.  Do you find that the symptoms that --

2    that give rise to you needing Prozac occur in your

3    academic environment?

4        A.    Sometimes, yes.  Yeah.

5        Q.    Okay.  And you say "sometimes."  The reason

6    I'm asking the question is because you explained very

7    well that you were on Prozac from your senior year of

8    high school through college --

9        A.    Yes.

10       Q.    -- that you were off after college when you

11   were not in school, correct?

12       A.    Yes, correct.

13       Q.    And then you began grad school, and you began

14   taking Prozac again?

15              MS. BECK:  Objection; form.

16              You can answer.

17   BY MS. GIERING:

18       Q.    Is that correct?

19       A.    Again, I could be wrong about those dates.

20   Sitting here right now, I'm not exactly sure exactly

21   when I started and stopped because it's been since

22   2016, right.  But yes.  And -- and I will also say that

23   some of that had to do with whether or not I had --

24   even had a physician to prescribe it to me at the time.

25              I did not have health insurance until grad

1   school.  My parents did not have health insurance when

2   I was growing up.  If we had to go to the doctor, we

3   had to pay money, and so it felt like kind of a rarity,

4   or it felt like a -- yeah, a rarity to -- to even go to

5   the doctor, to go to a physician to get someone to

6   prescribe it.

7           In grad school, I know that I got it there

8   because I -- grad students have -- have free access to

9   the counseling center there and -- or very cheap access

10  to the counseling center.  And so I was able to be

11  prescribed it there.

12      Q.   Okay.  Do you find -- I think you were

13  describing earlier to me that you put pressure on

14  yourself to perform at a high level academically.  Is

15  that fair?

16      A.   Yes.

17      Q.   Okay.  Do you find that that pressure and

18  performing well academically -- that that triggers

19  these physical symptoms of anxiety?

20      A.   In some instances, yes.  I think that it's

21  that combined with a lot of other things.  I think that

22  sometimes I thrive in that pressure, and other times

23  it's -- that pressure is -- when coupled with -- with

24  maybe other factors, I think that that pressure can

25  also be detrimental.  So I think it -- it's kind of a

1     double -- you know, "two sides of the same coin" type

2     situation.

3          Q.   And depression, when -- when did you first

4     experience depression?

5          A.   In college.

6          Q.   Can you be more specific to a time period?

7          A.   I believe it was my freshman year.

8          Q.   And your freshman year would have been

9     '16/'17?

10         A.   '16/'17, yes, ma'am.

11         Q.   What brought on that depression in your

12    freshman year?

13         A.   I think the transition to college was pretty

14    difficult for me, but I can't say exactly -- exactly

15    what it was.

16         Q.   Other than Prozac, from -- I'm just going to

17    limit my question to the time period of your time at

18    Louisiana Tech University --

19         A.   Yes.

20         Q.   -- so your freshman year at Louisiana Tech

21    University to the present day.  Have you been on any

22    other prescriptions other than Prozac?

23         A.   Does that include, like, short-term

24    prescriptions for -- like, I had an ear infection.

25         Q.   Okay.  We can eliminate an ear infection.

1           A.   Okay.  Not that I can recall right now, no.

2           Q.   Okay.

3                MR. PIERCE:  I'm sorry.  My seat is

4           squeaking.

5      BY MS. GIERING:

6           Q.   Okay.  We talked about social media, and now

7      I'm going to ask you about some apps.

8                Is that clear, what I mean whenever I say

9      "apps"?

10          A.   Yes.

11          Q.   Okay.  So specifically I'm going to ask you

12     about dating apps.  Okay?

13          A.   Okay.

14          Q.   All right.  You have used the dating app

15     Tinder; is that correct?

16          A.   Correct.

17          Q.   Okay.  When is the first time that you used

18     Tinder?

19          A.   I don't recall as I'm sitting here right now.

20     I think it was in college.

21          Q.   Freshman year?

22          A.   No.

23          Q.   Sophomore year?

24          A.   Yes.  It may have even been with -- the time

25     that I met Daniel.  That may have been the first time

1            that I used Tinder.

2                 Q.   Okay.  And what led you to Tinder?

3                 A.   A lot of people used it at the time.

4                 Q.   Yeah, that's my understanding as well.  It's

5            before me and that time.  But it -- was it -- tell me a

6            little bit about your experience with Tinder.  How many

7            people have you met on Tinder?

8                 A.   By "meet" -- what do you mean by -- by "meet"?

9                 Q.   How about match --

10                A.   Matched?

11                Q.   -- with?

12                A.   I'm -- I'm not sure what that number is, yeah.

13                Q.   Other than Victor Daniel Silva, is there

14           anyone else you can identify that you met through

15           Tinder --

16                A.   One --

17                Q.   -- matched with through Tinder?

18                A.   One other person.

19                Q.   Okay.  And who's that other person?

20                A.   His name is Nathan.

21                Q.   What is Nathan's last name?

22                A.   Kurtz, C-u-r-t -- or sorry, K-u-r-t-z, I

23           think.

24                Q.   Okay.  Do you maintain a relationship with

25           Nathan Kurtz?

1          A.    Kind of passively.

2          Q.    Okay.  Friends?

3          A.    We're friends, yes.

4          Q.    Not involved romantically at this time?

5          A.    Not at this time.

6          Q.    Okay.  Were you ever involved romantically?

7          A.    Yes.

8          Q.    Okay.  What is the time period that you and

9     Nathan Kurtz were together romantically?

10         A.    That would have been mid-2020 through early

11    2021.

12         Q.    Any time since then?

13         A.    No.

14         Q.    Okay.  And friends currently?

15         A.    We follow each other on Instagram.

16         Q.    Oh, okay.  I got you.

17               Where does he live?

18         A.    I think Memphis right now.

19         Q.    All right.  So those are the only two

20    individuals that you have matched with on Tinder?

21         A.    Not that I have matched with, no.

22         Q.    Okay.  Who else?

23               MS. BECK:  Objection; form.

24               Go ahead.

25         A.    Yeah, I think what I mean is I -- on Tinder,

1    you can match with people.

2    BY MS. GIERING:

3         Q.   Uh-huh.

4         A.   And at that point, you can start messaging

5    each other, whatever.  Those are the two that I can

6    recall that -- right now, that we ended up meeting in

7    person.

8         Q.   Okay.

9         A.   That I can recall right now.  I'm not sure if

10   that's everyone, but that's the two that I can recall

11   right now.

12        Q.   Okay.  Thank you.

13             Do you continue to use Tinder today?

14        A.   No.

15        Q.   Do you -- so when you have -- when you're on a

16   Tinder dating app, like, do you maintain, like, an

17   account?

18        A.   It's like a profile, an account, yes.

19        Q.   Okay.  Do you maintain that profile?  Do you

20   still have one?

21        A.   No.

22        Q.   Okay.  When did you end it?

23        A.   Definitely after Nathan and I met.  But prior

24   to that, I did not have it consistently.  So I

25   downloaded Tinder; I met Daniel.  After that, I deleted

1      it, and I think it was one of those things that it was

2      kind of on and off.  Maybe I downloaded it.  But again,

3      I'm not sure if I met anyone in person off of it up

4      until I met Nathan.

5          Q.  Okay.

6          A.  And then I have not had it since.

7          Q.  Okay.  What about Badoo, B-a-d-o-o?  Have you

8      ever used that dating app?

9          A.  No.

10         Q.  Okay.  What about Bumble?

11         A.  No.

12         Q.  Hinge?

13         A.  No.

14         Q.  Match?

15         A.  No.

16         Q.  POF?

17         A.  No.

18         Q.  OkCupid?

19         A.  No.

20         Q.  Have you used any other dating apps that I

21     have not named?

22         A.  No, not that I can recall right now.  But I'm

23     fairly certain, no.

24         Q.  And when you have used the Tinder dating app,

25     your intention was to engage socially with a man?

1      A.   Yes.

2      Q.   Okay.  What is the name of your high school?

3      A.   I was homeschooled.

4      Q.   What year did you graduate from homeschool?

5      A.   2016.

6      Q.   Do you receive the equivalent of -- is it

7      called a homeschool high school degree?

8      A.   Yes, yeah.  There's a certification process

9      that -- that parents have to go through in order to

10     meet certain criteria for their students to receive a

11     high school degree, so yes.

12     Q.   Okay.  And you graduated in -- is it May of

13     2016?

14     A.   Yes.

15     Q.   Tell me the name of the school that you're

16     working at again.

17     A.   Providence Classical Academy.

18     Q.   Providence Classical --

19     A.   Yes.

20     Q.   -- Academy?

21          And what grades are there?

22     A.   They have K through 12.

23     Q.   Do you -- who are your coworkers at Providence

24     Classical Academy with whom you would consider close

25     friends, close colleagues?

1          MS. BECK:  Objection; form.

2          You can answer.

3     A.   Because I'm fairly new -- I started this

4     year -- I'm not particularly close with many of my

5     coworkers, and I would not consider them close friends,

6     certainly.

7     BY MS. GIERING:

8     Q.   You have a lunch buddy?

9     A.   We -- we take lunch in different places at

10    different times, so --

11    Q.   Okay.

12    A.   -- not really, no.

13    Q.   Do you have a -- are you the only teacher in

14    the classroom?

15    A.   Yes.

16    Q.   There's no helper teacher?

17    A.   No.

18    Q.   No associate teacher, correct?

19    A.   No.  Correct.

20    Q.   Any student teacher?

21    A.   No.

22    Q.   Okay.

23          MS. GIERING:  We are about to get into

24          the complaint.  But now I need a restroom

25          break very quickly, if that's okay.

1          THE VIDEOGRAPHER:  We're going off the

2          record at 11:36.

3                (Recess taken.)

4          THE VIDEOGRAPHER:  We are back on the

5          record.  The time is 11:45.

6    BY MS. GIERING:

7          Q.   Ms. Doe, did you review your complaint that

8    you filed in -- that commenced this lawsuit prior to

9    your deposition?

10         A.   Yes.

11         Q.   All right.  What -- the series of questions

12   that I am about to ask you come directly from your

13   complaint.  Okay?

14         A.   (Witness nods head.)

15         Q.   In your complaint, you claim that five women

16   had reported Victor Daniel Silva to Louisiana public

17   universities and law enforcement for rape and other

18   criminal sexual misconduct before September of 2018.

19              Who are those five women?

20         A.   I actually don't recall their names at this

21   time, but they were the women that -- I'm assuming

22   they're the women that Kenny Jacoby mentioned in his

23   article.

24         Q.   Have you ever met with the -- any of these

25   women?

1        A.   Not in person, no.

2        Q.   Have you ever spoken to any of these women?

3        A.   Yes.

4        Q.   Okay.  Tell me who you have spoken to and

5  when.

6        A.   After Kenny Jacoby's article was published --

7  so that would have been May of 2020 -- some of the

8  women in that article -- and -- and again, I don't know

9  all of their names, but there was -- there was a group

10  chat that had those women.  Again, after -- after the

11  article came out, there was a group chat that was --

12  that was made with some of those women.

13        Q.   Were you one of the women in the group chat?

14        A.   Yes.

15        Q.   How did -- who put that group chat together?

16        A.   It was put together before I entered it, but I

17  think it was Andie Richard, I think is how you say her

18  last name.

19        Q.   When was that group chat started?

20        A.   I don't --

21        MS. BECK:  Objection.

22        Go ahead.  I'm inserting an objection.

23        You can answer.

24        A.   I don't know when it was started, but I joined

25  after the article -- or I was added after the article

1      had been published.

2      BY MS. GIERING:

3            Q.   When were you added?

4            A.   I don't recall the exact time.  I think it was

5      in the week after the article was published.

6            Q.   Do you remember the month?

7            A.   It was either May or June of 2020, I think.

8            Q.   Who added you?

9            A.   Andie Richard or "Richard" -- Richard.  I

10     think she has a hyphenated last name.  I'm not sure

11     what it is.

12           Q.   How do you know Andie?

13           A.   She had been the one to -- who made that tweet

14     that I had seen a screenshot of in that sorority group

15     chat about Daniel.  It was a tweet about Daniel.

16           Q.   Okay.  Let me see if I understand that.  She

17     is the one who made the tweet.  What --

18           A.   Who tweeted --

19           Q.   Explain that to me.

20           A.   Yes.  Sorry.

21                In that -- that original screenshot that I saw

22     in the group chat --

23           Q.   The photography project?

24           A.   The photography project group chat, yes.  That

25     was a screenshot of a -- a tweet that was tweeted by --

1 posted by Andie Richard, yes.

2     Q.   Was Andie in the photography project group

3 chat?

4     A.   No.

5     Q.   Andie was in the Sigma Kappa group chat?

6     A.   No.

7     Q.   Andie was the one who issued the tweet that

8 got posted in the sorority group chat?

9     A.   Yes.

10     Q.   Okay.  And when -- when did Andie make that

11 tweet?

12     A.   I don't recall.  I don't know.  It was before

13 it was posted in the group chat, I'm assuming, yeah.

14     Q.   Did you see the tweet when it was originally

15 tweeted?

16     A.   No.

17     Q.   No?  You didn't see that tweet until it --

18 until the screenshot of it was reposted in the

19 photography project group chat?

20     A.   Yes.

21     Q.   Okay.  How did Andie get your number?  When's

22 the first time you've ever met Andie?

23     A.   So Andie was someone who regularly posted

24 about Victor Daniel Silva on Twitter.

25     Q.   Uh-huh.

1       A.  My understanding that she had some kind of

2     encounter with him when they were young.  I don't know

3     the exact nature or -- I think she has allegations

4     against him.  So she was someone who regularly, again,

5     as I said before, for lack of a better word, warns

6     people--

7       Q.  Uh-huh.

8       A.  -- of him.  At some point in the couple of

9     years following the assault, I reached out to her

10    because I felt I could be helpful in saying I also had

11    an experience with this -- this man.

12       Q.  Okay.  When did you reach out to Andie?

13       A.  It would have been, I believe, a year or two

14    after.  I'm -- I'm not completely sure, but I think it

15    was a year or two after.

16       Q.  A year or two after what?

17       A.  The assault.

18       Q.  And when you say -- I'm -- I'm not trying to

19    be difficult with you.  But I understand Andie alleges

20    he assaulted her.  You also claim --

21       A.  Yes.

22       Q.  -- that he assaulted her.  So you're referring

23    to your assault?

24       A.  Yes.

25       Q.  Okay.  So a year or two after your assault,

1      you reached out to Andie Richard?

2            A.    Yes.

3            Q.    Okay.  How did you reach out to Andie Richard?

4            A.    I believe it was on Instagram direct messages.

5      I -- I think -- sitting here right now, I think that's

6      what -- where it was.

7            Q.    Did you follow her on Instagram?

8            A.    Let me make a correction.

9            Q.    Okay.

10            A.    It must have been -- I think it was Twitter.

11      It was Twitter direct messages, yeah.

12            Q.    Okay.  I'm -- I'm probably going to use some

13      wrong social media terminology, so if you don't

14      understand my question, just let me know.

15            A.    Sure.

16            Q.    Okay.  So you reached out to Andie by Twitter,

17      correct?

18            A.    I think so.  Since then, we have followed each

19      other on Instagram, and so I'm -- I might be getting my

20      platforms mixed up.

21            Q.    And you say "since then."  When -- when is

22      "since then"?

23            A.    I believe since I reached out to her on

24      Twitter.  So it was probably Twitter, was the first

25      initial contact.

1     Q.   Okay.  All right.  And when you reached out to

2     her on -- on Twitter, how -- how did you -- how did you

3     know to reach out to her by -- on Twitter?

4     A.   Again, I had saw that -- I had saw her tweet

5     via the screenshot, and the nature of that tweet was

6     something like Victor -- you know, here's his -- this

7     is the first time I saw his full name as well --

8     "Victor Daniel Silva, he has assaulted me in the past.

9     People should be aware of this."  And I think she said

10    something like "I think he's at Louisiana Tech."

11    Q.   It might be easier if we just look at that --

12    A.   Sure.

13    Q.   -- at that screenshot.  Just give me one

14    second.  Okay.  I'm going to -- I'm going to hand you a

15    one-page document that is Bates numbered Plaintiff's

16    No. 41.  And I'm at the top of the page.  It says

17    "Sigma Kappa Sorority."

18              MS. BECK:  Are you marking this as an

19         exhibit?

20              MS. GIERING:  I will.

21              MS. BECK:  Okay.  Do you have an extra

22         copy by chance?

23              MS. GIERING:  I don't.

24              MS. BECK:  Okay.

25              MS. GIERING:  I'm sorry.

1    BY MS. GIERING:

2         Q.   The document that I handed to you was produced

3    on your behalf in response to discovery requests.  Is

4    this document that I just handed to you -- is this the

5    sorority group chat screenshot that you are referring

6    to that you saw in December of 2018?

7         A.   Yes.

8         Q.   Okay.  And a moment ago, we were talking about

9    your first con- -- contact with Andie Richard, correct?

10        A.   Correct.

11        Q.   And my understanding is that it was Andie

12   Richard's tweet that was reposted in the Sigma Kappa

13   group chat.  Is that correct?

14        A.   Correct.

15        Q.   Okay.  So the document in front of you, is

16   that the screenshot that you are referring to?

17        A.   No.  I believe that in addition to the

18   screenshot, there was also a screenshot of her tweet.

19   There were two screenshots, one of her tweet and one of

20   this.

21        Q.   Okay.  And I don't think that I have --

22        A.   That's the one.

23        Q.   This is it?

24        A.   Yes.

25        Q.   Okay.

1          MS. GIERING:  So let's label the Sigma

2      Kappa Sorority group chat -- we'll label --

3          MS. BECK:  Oh, sorry.  Go ahead.

4          MS. GIERING:  Is that okay?

5          MS. BECK:  Yes.

6          MS. GIERING:  Okay -- as Exhibit 1.

7      Would you mind putting that just above the

8      Bates number in the bottom right-hand corner,

9      please?  Perfect.

10     (Exhibit No. 1 was marked for identification.)

11     BY MS. GIERING:

12     Q.   Okay.  And I am going to hand you a document

13     that has been produced on your behalf in response to

14     discovery.  It's Bates numbered Plaintiff 22.  At the

15     top, it says 11:44 p.m. and it says "thread."

16          And you're nodding your head "yes" --

17     A.   Yes.

18     Q.   -- that you've reviewed it, correct?

19     A.   Yes, I have reviewed it.

20     Q.   Okay.  This document that I just handed to

21     you, this is the original tweet by Andie that you were

22     referring to?

23     A.   Yes.

24     Q.   Okay.  And it was this tweet that was reposted

25     in that Sigma Kappa group chat?

1    A.   Yes, along with -- or in the -- in the

2    photography group chat along with this screenshot of a

3    Sigma Kappa Sorority group chat.

4    Q.   Okay.

5    A.   So, like, a screenshot of this, a screenshot

6    of this -- from what I recall right now, I think this

7    is how this played out -- together sent in the

8    photography group chat.

9              MS. GIERING:  Okay.  We're going to

10             attach the tweet by Andie as Exhibit 2.  If

11             you could, put this exhibit sticker above the

12             PL number.

13       (Exhibit No. 2 was marked for identification.)

14             MS. GIERING:  Perfect.  Okay.  And then

15             if you don't -- I'm sorry.  I did not bring

16             additional copies.

17   BY MS. GIERING:

18   Q.   So it's my understanding that Andie Richard

19   tweeted Exhibit 2, and it has a date under the name

20   Victor Silva of 4/18/18, April 18th, 2018.  Correct?

21   A.   Correct.

22   Q.   It's my appreciation that that would have been

23   the date that Andie Richard originally tweeted this

24   message.  Is that correct?

25   A.   Correct.

1          MS. BECK:  Objection -- objection; form.

2          You can answer.

3     A.   Correct.

4 BY MS. GIERING:

5     Q.   Is your answer yes?

6     A.   Yes.

7     Q.   Okay.  And then this tweet is what was

8 reposted in -- in Exhibit 1, a screenshot of it, which

9 is the Sigma Kappa Sorority group chat.  Is that

10 correct?

11    A.   Correct.  That screenshot, Exhibit 1, along

12 with Exhibit 2, a screenshot of -- of that tweet.

13    Q.   Okay.  And then exhibits 1 and 2 are what

14 showed up in your photography project group chat?

15    A.   Correct.

16    Q.   Okay.  All right.  Okay.

17         So looking at Exhibit 2, which is Andie's

18 tweet from April of 2018, she says, "It's been like a

19 year since I last did, and I have new followers, so I

20 just want to share the name of a serial rapist in

21 Lafayette with 16 known victims and no charges.  Ladies

22 stay away no matter what he tells you.  Victor Silva."

23         Is that correct?

24    A.   Correct.

25    Q.   And when you saw that -- the screenshot of

1    that tweet, you used that information from that tweet

2    to reach out to Andie initially; is that correct?

3              MS. BECK:  Objection; form.

4              You can answer.

5         A.   Correct.  It was later.  It was not when I

6    initially saw these screenshots.  It would have been

7    later.  But this is the information, yes, that I used

8    to reach out to her.

9    BY MS. GIERING:

10        Q.   Okay.  And tell me -- when you reached out to

11   Andie, you said that was one to two years after your

12   assault in September of 2018; is that correct?

13        A.   From what I can recall right now, correct.

14        Q.   Okay.  So when you reach out to her, what do

15   you say?

16        A.   I believe I said something along the lines of

17   I just want to add my voice to the people who have

18   already made allegations against him.  I believe I

19   informed her that I had made a report to Tech and to

20   the Ruston Police Department.

21        Q.   Did Andie respond?

22        A.   Yes.

23        Q.   What was her response?

24        A.   I don't recall exactly what she said.

25        Q.   What is your general recollection?

1    A. My general recollection is she just said,

2  "Thank you.  I'm so sorry this happened to you."  I

3  know that she said something along the lines of

4  "Unfortunately, we're just waiting for someone to make

5  a report that will get him behind bars," something like

6  that.

7    Q. Do you have those tweets, those messages

8  between you and Andie?

9    A. I do not.

10    Q. Can you access them?

11    A. I don't think so.

12    Q. When you say you don't think so, why is that?

13    A. That -- that Twitter account was deleted, and

14  as far as I know, I cannot access the messages that

15  were sent between us.

16    Q. Can you reactivate your account?

17    A. No.

18    Q. Why not?

19    A. Because the account was deleted.

20    Q. Could you -- could you reach out to Andie now

21  and ask her to send those messages to you?

22    A. I would need to ask my lawyer if that would be

23  advisable, but yeah.

24    Q. And at some point, your conversation with

25  Andie went over to the Instagram platform, correct?

1    A. Correct.

2      MS. BECK:  Objection -- excuse me.

3     Objection; form.

4      You can answer.

5  BY MS. GIERING:

6    Q. And tell me, when did that occur?

7    A. I don't recall right now.

8    Q. How long after you initially reached out to

9  her?

10    A. I don't know.  I couldn't tell you.

11    Q. Do you stay in contact with her now?

12    A. No.

13    Q. So you're communicating with her through

14  Twitter.  You communicate with her through Instagram.

15  And if I'm understanding your prior testimony

16  correctly, that is how Andie had your number to add you

17  to a group chat of -- would -- would it be fair to say

18  of victims of Victor Daniel Silva?

19      MS. BECK:  Objection; form.

20      You can answer.

21    A. Correct.

22  BY MS. GIERING:

23    Q. Okay.  When did she add you to that group

24  chat?

25    A. As I said, it was after the Kenny Jacoby

1     article was published, in the week or month following.

2          Q.   You did.  I apologize.  Okay.  So I'm back in

3     the right time frame.

4                And she obtained that, your phone number to

5     add you to that group chat -- she obtained that from

6     your communications through Instagram and Twitter?

7                MS. BECK:  Objection; form.

8                You can answer.

9          A.   That group chat took place over Facebook.

10    BY MS. GIERING:

11         Q.   Okay.

12         A.   So it was not a phone group chat.

13         Q.   Okay.

14         A.   Although, I do believe that she had my number

15    from our communications.

16         Q.   Okay.  Did the two of you ever text?

17         A.   I don't recall.

18         Q.   Okay.

19         A.   If we -- if we did, I've -- I've turned over

20    all of that information to my -- my attorney.

21         Q.   What is Andie's number?

22         A.   I don't know.

23         Q.   Okay.  So I -- I was not aware that this group

24    was -- this was through Facebook.  So in Facebook,

25    y'all have a group?

1          A.    We did have a group, yes.

2          Q.    Okay.  And that is what she added you to?

3          A.    Yes.

4          Q.    Okay.  So tell me who else is in this group

5     that Andie started.

6          A.    Again, I don't recall names, but they would

7     have been the women that were named in the article by

8     Kenny Jacoby.  And I believe there were other women who

9     had also reached out to Andie because of her presence

10    on social media in discussing Victor Daniel Silva.

11         Q.    Other than Andie, what names do you remember?

12    Even if it's just a first name or a last name, any type

13    of identifying information.

14         A.    I think one girl's name is Mayumi.  That's all

15    I remember.

16         Q.    Okay.  So in your complaint when you refer to

17    the five women that reported Silva to Louisiana public

18    universities and law enforcement for rape, as you sit

19    here today, you do not know the names of those five

20    women?

21         A.    As I sit here today, no.

22         Q.    As you sit here today, do you have any contact

23    information whatsoever for those five women?

24              MS. BECK:  Objection; form.

25              You can answer.

1        A.   We were added to that Facebook group chat, so

2    I suppose I could -- that -- that would be the only

3    formal contact I would have with them, is -- but I

4    don't have any of their phone numbers, no, for --

5    BY MS. GIERING:

6        Q.   Are those five women in that group chat?

7        A.   I believe I removed myself from that group

8    chat since then, so I -- I wouldn't know if they still

9    are.

10       Q.   Were they?  Were those five women included at

11   any time in the group chat of victims of Victor Daniel

12   Silva that was started by Andie Richard?

13       A.   At least one of them was, I believe.  I'm not

14   sure -- I'm -- I'm not sure about the others.  Again,

15   Mayumi -- I think is her name -- she was one of the

16   ones mentioned in the Kenny Jacoby article.  I was not

17   apprised of all of the women in the group chat and what

18   their relationship to Daniel was and what they did or

19   did not report to certain entities.

20            It was just kind of generally a group chat of

21   victims of Victor Daniel Silva, and we did not discuss

22   details of -- from what I recall, obviously.  You know,

23   I was kind of focused on my own -- what I had -- had

24   reported, so I -- I don't -- I don't -- you know, they

25   did not share details about what they -- again, I

1    cannot recall right now what they did or did not report

2    to who, so.

3         Q.   So when you say that there were five women

4    that reported Silva to Louisiana public universities

5    and law enforcement, that information came from Kenny

6    Jacoby's article?

7         A.   Correct.

8         Q.   And you -- as you sit here today, you cannot

9    identify who those five women were other than Mayumi?

10        A.   Correct.  I can't recall their names right

11   now.

12        Q.   Is there something you can refer to to refresh

13   your memory?  I'm asking that question because -- to

14   give you -- you said, "I can't recall their names right

15   now."

16        A.   Sure.

17        Q.   Is there something that you can refer -- go

18   and look at to refresh your memory to get their names?

19        A.   I suppose the Kenny Jacoby article.

20        Q.   For those that are identified in that --

21        A.   For those that are identified, yes.

22        Q.   Okay.  Other than that article, is there

23   anywhere else that you -- that you -- in your mind,

24   that you can identify those five women?

25        A.   No.  Again, that -- that group chat, I -- I

1      don't remember what we did or did not talk about about

2      who or what entities they reported to.  And so, again,

3      the ones who are not identified in the Kenny Jacoby

4      article, I'm -- I'm not exactly sure, at this time, who

5      those women were, yeah.

6          Q.   Okay.  So I had asked you earlier about who

7      you have -- that you have spoken to, and that took us

8      to Andie Richard.

9          A.   Correct.

10         Q.   And we have talked about your -- when is the

11     last time that you made contact with Andie Richard?

12         A.   I can't recall exactly.  I believe it was that

13     group that she added me to shortly after the article

14     was published, which I was in for a very short time,

15     I -- I believe like a week, maybe less, and then

16     removed myself from.

17         Q.   You were only in it for a week?

18         A.   Correct.

19         Q.   Okay.  And why did you remove yourself from

20     it?

21         A.   At that time, I was considering retaining a

22     lawyer.

23              MS. BECK:  I'm just -- so I'm just going

24              to -- Ms. Doe, to the extent that the answer

25              calls for the disclosure of any

1          attorney-client privileged communications

2          between us, I would instruct you not to

3          answer.  But with that instruction, go

4          ahead --

5               THE WITNESS:  Okay.

6               MS. BECK:  -- and answer the question.

7        A.   At this point, I don't believe Monica and I

8     had spoken.  But I -- I was considering retaining a

9     lawyer, and so I felt that it wasn't smart to still be

10    in a group chat with other...

11    BY MS. GIERING:

12       Q.   Would it be fair to say that you removed

13    yourself from the group chat because that was around

14    the time that you were engaging in pursuing legal

15    action?

16               MS. BECK:  Objection; form.

17               You can answer.

18       A.   I think that is fair to say, yes.

19    BY MS. GIERING:

20       Q.   Okay.  Other than Andie, are there any other

21    victims of Victor Daniel Silva with whom you have made

22    contact, other than this group chat?

23       A.   No.

24       Q.   No one has reached out to you by phone?

25       A.   No.

1      Q.   Has anyone reached out to you by text?

2      A.   No.

3      Q.   Has anyone reached out to you on any social

4   media platform?

5      A.   No.

6      Q.   Has anyone confronted you in person?

7      A.   No.

8      Q.   In your complaint, you allege that LSU banned

9   Silva from LSU's campus in the spring of 2015.  What

10  evidence do you have that LSU banned Silva from the

11  campus?

12     A.   I was not aware of this until the Kenny Jacoby

13  article came out.  I believe that was something in --

14  in the Kenny Jacoby article, or if not, it was

15  something that was uncovered by my attorney.  And so

16  I'm assuming that those are -- the evidence of that is

17  in the hands of either Kenny Jacoby or my attorney.

18     Q.   Okay.  So your only -- as you sit here today,

19  the only information you have about LSU banning Victor

20  Daniel Silva from its campus is -- arises out of the

21  Kenny Jacoby article?

22     A.   Yes.

23     Q.   You independently do not have any other

24  information other than what is in the Kenny Jacoby

25  article?

1           A.   Correct.

2           Q.   In your complaint, you allege that it was a

3      fluke that a -- I'm going -- I'm going to refer to the

4      University of Louisiana at Lafayette as ULL.

5           A.   Okay.

6           Q.   -- that it was a fluke that a ULL

7      administrator learned of Silva's arrest -- I'm

8      referring to Victor Daniel Silva as Silva.  Is that

9      fair?

10          A.   That's fair.

11          Q.   Okay.  So I'll start over one more time.

12               It was a fluke that a ULL administrator

13     learned of Silva's arrest for rape in Baton Rouge.

14     What do you mean by "fluke"?

15          A.   Again, this is all information that I do not

16     know firsthand, so this is stuff that -- information

17     that I have received either from my attorney or from

18     the Kenny Jacoby article.

19          Q.   Okay.  That's fair.

20               What information do you have that a ULL

21     administrator learned of Silva's arrest for rape in

22     Baton Rouge?

23               MS. BECK:  Objection; asked and

24               answered.

25               You can -- you can answer.

1     BY MS. GIERING:

2          Q.   Is your answer any different than the question

3     I asked about it being a fluke?

4          A.   No, ma'am.

5          Q.   Okay.  So you don't have any information

6     independently?

7          A.   Independently, no.

8          Q.   Okay.  Thank you.

9               Your complaint goes on to say that "certainly

10    not through any formal notification from LSU or its

11    Title IX office."

12              Do -- what do you mean by "formal

13    notification"?

14         A.   Again, this is information that I do not have

15    independently or firsthand.  This is information that I

16    received from Kenny Jacoby, the journalist, and my

17    attorney.

18         Q.   Okay.  What evidence do you have that ULL

19    never followed up with LSU or Baton Rouge law

20    enforcement for additional information concerning

21    Silva?

22         A.   I can only speak to what I experienced with

23    Ruston PD and Louisiana Tech University.  That's

24    information that Kenny Jacoby and my attorney would

25    have known.

1       Q.   Okay.  And I'm going to be asking a series of

2   questions.

3       A.   Yes.

4       Q.   If that same answer applies, if it's okay with

5   your attorney, in the interest of time, you can just

6   say "I have no independent information."

7       A.   Okay.

8            MS. GIERING:  Is that fair?

9            MS. BECK:  Yes, that's fair.

10  BY MS. GIERING:

11      Q.   Okay.  In your complaint, it says -- what do

12  you mean by ULL "merely placed Silva on disciplinary

13  probation"?

14      A.   I have no independent information.

15      Q.   What evidence do you have that the UL

16  System -- and I'm going to pause here.

17           Are you aware that ULL and Louisiana Tech

18  University are two of many universities that are part

19  of what is referred to as the University of Louisiana

20  System?

21      A.   Yes.

22      Q.   Okay.  And I am going to refer to that system

23  as the UL System.  Is that fair?

24      A.   That's fair.

25      Q.   Okay.  What evidence do you have that the UL

1    System knew about Silva's arrest in Baton Rouge?

2              MS. BECK:  I'm going to object to this

3         question to the extent it calls for a legal

4         conclusion.

5              And with that, you can answer.

6         A.   Can you state it one more time?  I'm sorry.

7    BY MS. GIERING:

8         Q.   Yes.  Subject to the same objection, what

9    evidence do you have that UL System knew about Silva's

10   arrest in Baton Rouge?

11        A.   I have no independent information.

12        Q.   What evidence do you have that supports your

13   allegation that UL System, Louisiana Tech University,

14   or ULL "took no steps to protect female tech students

15   from Silva or even provide them the information they

16   needed to protect themselves"?

17        A.   I can only speak to Louisiana Tech in this

18   answer --

19        Q.   Okay.

20        A.   -- because that's who I have personal

21   experience with.  After -- I was not provided by

22   Carrie Flournoy, who was the Title IX officer, with any

23   paperwork having to do with her as -- as a Title IX

24   officer.  And then of course after the Kenny Jacoby

25   article came out, I found out then -- and of course,

1    again, that's not independent information, so I suppose

2    I can't speak to it. But I found out then that they

3    had not communicated or withheld his transcript.

4         Q.   Okay. So for that latter part of your answer,

5    you said after the article, you learned that Tech had

6    not communicated or withheld his transcript. Am I --

7         A.   Correct.

8         Q.   Did I accurately state -- state that?

9         A.   Yes.

10        Q.   And so my understanding of that answer is that

11   the article is where you gained information that Tech

12   had not communicated and had not withheld Silva's

13   transcript; is that correct?

14        A.   Correct. And it may also be my own attorney's

15   findings. I'm not sure --

16        Q.   Okay.

17        A.   -- where -- yeah.

18        Q.   Okay. I'm taking your attorney's find- --

19   your attorney's findings out of it. I'm -- your --

20   your knowledge and --

21        A.   Yep.

22        Q.   -- your information. Okay.

23             You said you were not provided, by Carrie

24   Flournoy, any paperwork. What do you mean by that?

25        A.   When I reported to the Title IX office at

1     Louisiana Tech -- it was in December of 2018 -- Carrie

2     Flournoy did not inform me of who she was as a Title IX

3     officer, what my rights were under Title IX, what the

4     protocol was for Title IX cases.

5              You know, I'm not sure that -- if that

6     would've looked like paperwork or her verbally saying

7     that to me, but I was not provided with any of those

8     things.  And of course this is hindsight, that I'm

9     saying that I know that she did not do that.  At the

10    time, this was not in my head.  At -- at the time that

11    I reported to her, I assumed that she was doing her due

12    diligence and performing her job.

13         Q.   Okay.  What do you mean in your complaint that

14    the UL System, Louisiana Tech, or ULL took no steps to

15    protect female Tech students?

16         A.   I have no independent information.

17         Q.   Prior to September of 2018, did you have an

18    expectation that Louisiana Tech University was required

19    to protect female students?

20         A.   Prior to September of 2018?

21         Q.   Correct.

22              MS. BECK:  Objection.  I'm just going to

23         object, form.

24              Go ahead.

25         A.   Again, this is a "hindsight is 20/20"

1  situation, I think.  I was a student at this

2  institution.

3  BY MS. GIERING:

4      Q.  Uh-huh.

5      A.  I had professors and people above me,

6  administrators, like a -- like an academic -- or

7  student academic adviser, things like that.  So -- so

8  I think the culture was that the university was there

9  for students.

10      Q.  Uh-huh.

11      A.  In hindsight, I -- that -- okay.  Sorry.

12  Because of that culture, I assumed that the university

13  would carry out all of the -- I had the expectation

14  that the university would -- would carry out all of the

15  due process that it could carry out in order to protect

16  its students in that -- the only way I could say this

17  is like I felt as if we were on the same team --

18      Q.  Uh-huh.

19      A.  -- me and the university, because of course,

20  why -- why would we not be.

21      Q.  Uh-huh.

22      A.  Right?  I was a student there.  And so my

23  expectations were not that -- because I didn't know I

24  would need protecting --

25      Q.  Uh-huh.

1           A.   -- my expectations were not that they were

2      there to protect me but -- but that they were there on

3      my team.

4           Q.   Okay.

5           A.   I guess does that make sense?

6           Q.   It does make sense.  Thank you.

7                Prior to September of 2018, was there ever a

8      time that you did not feel safe at -- as a student at

9      Louisiana Tech University?

10          A.   That's tricky.  As women, I feel like there's

11     often situations in which we don't feel safe.  I went

12     to maybe one or two frat parties that I just had in the

13     back of my mind "I need to be careful here."

14          Q.   Uh-huh.

15          A.   But I -- I can't -- I can't speak specifically

16     to whether or not there were moments that I felt --

17     specific moments that I felt safe or unsafe at

18     Louisiana Tech.

19          Q.   Okay.  Now, the -- the frat parties that you

20     would go to and you -- in the back of your mind, you

21     were thinking -- well, let me ask the question.

22               What -- what were you thinking in the back of

23     your mind?

24          A.   Again, this was maybe one or two parties that

25     I attended.  And -- and usually they were "cover your

1     drink" and "just be smart," right, common sense when it

2     comes to, like, protecting yourself.

3          Q.   Uh-huh.

4          A.   Yeah.

5          Q.   When were those fraternity parties that you

6     attended?

7          A.   I don't recall at this time.  It was maybe

8     freshman year.

9          Q.   Okay.  So before September of 2018?

10         A.   As I'm sitting here right now, I -- I think

11    that's probably correct, yeah.

12         Q.   What year were you in in September of 2018?

13    That would have been your --

14         A.   Junior year.

15         Q.   Beginning of your junior year?

16         A.   Yes.

17         Q.   I'm going back to the complaint.  What

18    evidence do you have that Silva "predictably targeted

19    new prey," including you, while at Louisiana Tech

20    University?

21         A.   I don't have independent information for that.

22         Q.   You claim that you met with Silva twice on

23    campus before going to his apartment on September 18th,

24    2018; is that correct?

25         A.   Correct.

1       Q.   When was the first time that you met with

2   Silva on campus?

3       A.   I believe that it was -- it was September of

4   2018.  I believe a couple of days before the assault.

5       Q.   How did you meet?

6       A.   Can you rephrase the question?

7       Q.   So there was a first time --

8       A.   Yeah.

9       Q.   -- that you and Silva -- according to your

10   complaint, that you met on campus, correct?

11       A.   Yes.  Yeah.

12       Q.   Okay.  That first time that y'all met on

13   campus, how did you -- how did you come to meet on

14   campus?

15       A.   Yes.  As you had said before, we met on

16   Tinder.

17       Q.   Okay.

18       A.   We were communicating there.  I don't know if

19   he invited me or I invited him.  I believe he invited

20   me to study with him and some friends.

21       Q.   How long had you been communicating on Tinder

22   before this first time that y'all met?

23       A.   At this moment, I don't recall, but it

24   wouldn't have been long.

25       Q.   Okay.

1          A.    A couple of days.

2          Q.    Okay.  Thank you.

3                What did you learn about him communicating on

4     Tinder before you met for the first time in person?

5          A.    I don't remember the substance -- the exact

6     substance of those conversations.  Of course, Tinder

7     has a feature where it allows you to -- to put your

8     university in your bio, and so I knew that he was

9     another Tech student.  I expect that this -- expected

10    that this was pretty -- maybe small talk, things like

11    that.  Yeah, I knew that he was a Tech student.  I knew

12    that -- when we started studying together, I knew that

13    he was a -- an engineering student.

14         Q.    Did you share pictures of each other?

15         A.    No.

16         Q.    You didn't know what he looked like?

17         A.    On Tinder, you know what someone looks like

18    when you match with them.  So I did know what he looked

19    like, yes.

20         Q.    Okay.  Like a profile picture?

21         A.    Yeah, yes.  Yeah, there are multiple -- it's

22    kind of like a -- a slide show --

23         Q.    Right.

24         A.    -- of multiple pictures, yes.

25         Q.    Okay.  So you knew what he looked like.  You

1    knew he was a student.  And then he invites you to

2    study together?

3         A.   Yes.

4         Q.   Did y'all have classes together?

5         A.   No.

6         Q.   What were y'all going to be studying together?

7         A.   We were going to be studying independently but

8    at the same -- at the same time, same place.

9         Q.   Okay.  Had you -- prior to studying with Silva

10   at his invitation, had you -- had you met other men

11   that same way and studied with them?

12                  MS. BECK:  Objection; form.

13                  You can answer.

14        A.   By "that same way," you mean over Tinder?

15   BY MS. GIERING:

16        Q.   Or digitally, you know, whether that's social

17   media, a dating app, and you -- you meet someone and

18   you get together for a study date.  Had you done that

19   before?

20        A.   I could see that being the case.  I don't

21   recall a specific situation, but that was kind of

22   the -- the MO when you're in college, right, that

23   you -- especially Tech, which is not a giant school,

24   that if you are going to meet with someone, it might

25   be -- in the low-stake situation, it might be for

1    studying, yeah.

2         Q.   Okay.  And so when he invited you to meet in

3    person, is that -- what did you think about that?

4         A.   Again, I have to assume what I was thinking at

5    the time that, yeah, a low-stakes situation where we

6    might get to know each other a little bit more in the

7    presence of other people in a familiar place, which was

8    the student center, Tolliver Hall at -- at Louisiana

9    Tech.

10        Q.   Do y'all have -- did y'all have friends in

11   common?

12        A.   You know, in college, you would make a lot of

13   acquaintances.  We did have -- while we were sitting

14   there, studying, a girl came over to our table who I

15   knew from having a previous class with her, and I think

16   maybe asked Daniel for help on a problem that they were

17   both working for their engineering homework.

18             So yeah, we -- we had circles of people in

19   common.  I knew a lot of engineering students.  And so

20   his spec- -- specific friends, I didn't know, or his

21   close friends, I didn't know.  But I knew people who he

22   knew, yeah.

23        Q.   Okay.  Prior to that first time when y'all --

24   your first date, you -- you knew that you had friends

25   in common?

1              MS. BECK:  Objection; form.

2         A.   Yeah.  Well -- well, first of all, I'm not

3    sure I would call it a date.  I think that we -- we did

4    go sit and study together, but first time meeting one

5    another.  And then if we did have friends in common

6    before that -- again, the girl that came over to our

7    table I knew before I met Daniel, so I guess in that

8    case, yes.  But of course, before I met Daniel, I

9    wouldn't have known that -- that she was a common

10   friend of ours.

11   BY MS. GIERING:

12        Q.   So your -- you meet up.  Y'all are at

13   Tolliver Hall, first time meeting?

14        A.   Yes.

15        Q.   And these girls that you had a class with come

16   over to the table?

17        A.   One girl, yeah.  From what I can recall, yeah.

18        Q.   Who was she?

19        A.   I think her name was Landry.

20        Q.   What is Landry's last name?

21        A.   I don't remember.

22        Q.   Do you stay in touch with her?

23        A.   We may follow each other on Instagram or be

24   friends on Facebook, but I'm not -- I'm not completely

25   sure.

1       Q.   Did -- after Landry came over to the table

2  where you were studying with Silva, any -- at any point

3  after that, did she ever reach out to you to -- to talk

4  about Silva?

5       A.   Not that I can recall, no.

6       Q.   Did she ever reach out to you to say -- to

7  warn you about him or talk about his reputation?

8              MS. BECK:  Objection; form.

9              You can answer.

10      A.   As I'm sitting here right now, I don't -- I

11  don't recall.

12 BY MS. GIERING:

13      Q.   Tell -- so that first meeting, y'all were at

14  Tolliver Hall the entire time?

15      A.   Yes.

16      Q.   That was the beginning/end of that meeting,

17  was -- it all took place at Tolliver Hall?

18      A.   Yes.

19      Q.   And you were in public?

20      A.   Yes.

21      Q.   There were people with you?

22      A.   Yes.

23      Q.   Okay.  Who was with y'all?

24      A.   It was not any of my friends, so I don't

25  exactly remember names.  I -- I do believe T was there.

1    Otherwise, I -- I don't remember.  It would have been

2    engineering people who were also working on engineering

3    homework.

4         Q.    So a bunch of engineers and the English major?

5         A.    Yes.

6         Q.    Don't leave to -- for any reason from

7    Tolliver Hall?

8         A.    No.

9         Q.    Okay.  You -- you arrived alone?

10        A.    From what I can recall, yes.

11        Q.    Left alone?

12        A.    Yes.

13        Q.    Did he follow you home?

14        A.    No.

15        Q.    Was there any kissing, touching, physical

16   interaction with Silva?

17        A.    From what I can recall, no.

18        Q.    Any drinking of alcoholic beverages?

19        A.    No.

20        Q.    What were your -- okay.  So that first meeting

21   is over.  What were -- what did you think about him?

22        A.    He seemed -- I mean, he was helpful.  He was

23   helping people with their homework.  He seemed -- I

24   mean, I remember laughing.  He seemed pretty funny.

25   Again, I was kind of thinking when you asked, like,

1       arrived alone, left alone -- because, of course, I

2       didn't go there with anyone.  But Tolliver Hall is like

3       a big kind of meeting place on campus, so there were --

4               Q.    Uh-huh.

5               A.    -- there were a lot of people around, from

6       what I can remember, and a lot of, obviously, tech

7       students because it was on the Tech's campus.  And so

8       it felt like more of, like, a big study hall than it

9       did necessarily, like, a one-on-one kind of

10      interaction.  But again, it was -- it was him

11      interacting with, you know, other -- other students, me

12      interacting with other students, kind of bantering,

13      seemed -- yeah, he seemed normal and nice.

14              Q.    You liked him?

15              A.    Yeah.

16              Q.    Okay.  How long did that first meeting last?

17              A.    I don't remember.  It wasn't particularly

18      long.  Like, it wasn't more than, you know, an hour or

19      two, I don't think.  Although, again, I could be wrong

20      about that.  You know, time kind of flies when you're

21      studying, so I -- yeah, I don't know for sure.

22              Q.    Do you remember what day of the week it was?

23              A.    I don't.

24              Q.    Do you -- scratch that.

25                    Okay.  So then there was a second time?

1            A.   Yes.

2            Q.   Okay.  So how long after that first meeting

3       was it before you heard from Silva again?

4            A.   This might call for a little bit of

5       speculation.  I think we -- we were kind of regularly

6       texting at that point, so later that night.

7            Q.   Okay.

8                 MS. BECK:  Ms. Cathy does not want you

9            to speculate, so.

10                THE WITNESS:  Okay.  Yeah.

11      BY MS. GIERING:

12           Q.   Do you have those text messages?

13           A.   I don't.

14           Q.   What happened to them?

15           A.   I got a new phone, and I don't know when.

16      Sometime since then.  I believe it was around when I

17      graduated, and so I -- I don't have access to those

18      text messages.

19           Q.   Did -- but I do have the text messages from

20      September 18th, 19th of 2018.

21           A.   Yes.

22           Q.   How do you have those but you don't have the

23      couple days before?

24           A.   Sure.  I think at the time, to my "untrained

25      in legal things" mind, it felt like those were the

1  relevant text messages that I should save.  And so I --
2  I did screenshot those at the time, and I saved them in
3  case they needed -- I needed them at a later date.  But
4  it -- it didn't feel relevant to screenshot earlier
5  text messages because they were not -- again, at the
6  time, I didn't -- I didn't feel like they were
7  important.  It felt like the ones that were important
8  were the ones leading directly up to the rape.
9       Q.   You never printed out any of these other text
10  messages?
11       A.   No.
12       Q.   You ever forwarded those text messages with
13  Silva to anyone?
14       A.   Not that I can recall.
15       Q.   Screenshotted them?
16       A.   Not that I can recall as I'm sitting here
17  right now, no.
18       Q.   Shared that with anyone?
19       A.   Uh-uh.  No, not that I can recall as I'm
20  sitting here.  Yeah.
21       Q.   Okay.  So he -- you continued to text with
22  him.  And then how do you get to the second time that
23  y'all were together?
24       A.   I don't exactly remember how that happened.
25       Q.   Did he ask you to get together again?

1          A.    I can't remember if he asked or if I asked.

2          Q.    It's possible you invited him?

3          A.    It's possible, yes.

4          Q.    And did you do that through Tinder or another

5     means?

6          A.    I believe at this point, we had each other's

7     numbers and were texting, so it's likely that we

8     were -- that was over text message.

9          Q.    And what -- what is it that is suggested that

10    y'all -- about the second meeting?  How does that come

11    to be?

12         A.    I don't exactly remember.  The second meeting

13    was studying in the library.  So yeah, I'm not sure.

14         Q.    How long after the first meeting is the second

15    meeting?

16         A.    It was within the span of a couple days, I

17    think, or even a day.  I don't -- I don't remember

18    exactly.  I think I -- I said in my statement.

19         Q.    Okay.  And why is it that you were -- you were

20    interested in studying with him again?

21         A.    Again, I -- I found him to be nice.  I found

22    him to be funny.  We knew some people in common.  He's

23    pretty conventionally attractive, all those things,

24    yeah.

25         Q.    Y'all meet up in the library.  Who's with you?

1          A.    I don't remember.

2          Q.    Were there others with you?

3          A.    I believe so.  I believe so.

4          Q.    How long is this meeting?

5          A.    From what I can remember, it was pretty brief.

6          Q.    Any kissing, touching, physical interaction of

7    any kind?

8          A.    No.

9          Q.    Did you arrive alone?

10         A.    I think so, yes.

11         Q.    Did you leave alone?

12         A.    Yes.

13         Q.    Did he follow you home?

14         A.    No.

15         Q.    Did you follow him home?

16         A.    No.

17         Q.    Did you pick him up on the way there?  Did he

18    ride with you?

19         A.    No.

20         Q.    When this second meeting is -- whenever y'all

21    are leaving, how -- how did you leave it?  Was there an

22    invitation to get together again?  Were there plans

23    made?

24         A.    I don't believe so.  We had been texting back

25    and forth again, so it was kind of like we were in

1    regular communication with each other.  But there was

2    no solid plans made, no, not that I can recall.

3         Q.   In your -- in your complaint, you allege that

4    Silva only identified himself as Daniel when you met

5    him; is that correct?

6         A.   Correct.

7         Q.   Okay.  So I -- I know on Tinder, it's -- it

8    would say "Daniel," correct?

9         A.   Correct.

10        Q.   Okay.  But then at some point, you're texting

11   one another, correct?

12        A.   Correct.

13        Q.   Okay.  You -- did you ever ask for his last

14   name?

15        A.   No.

16        Q.   Did he ever volunteer his last name?

17        A.   No.

18        Q.   You just know him as Daniel, and that's it?

19        A.   Yes.

20        Q.   Do you know where he's from --

21             MS. BECK:  Objection; form.

22   BY MS. GIERING:

23        Q.   -- at that point?  At that point in time, did

24   you know where he was from?

25        A.   No.

1    Q.   Did you know how old he was?

2    A.   I assumed he was around my age because we

3    were, I think, in the same year at university, and

4    that's what he seemed like.  But I didn't know for

5    sure, no.

6    Q.   Did you hear anybody refer to him as anything

7    other than Daniel?

8    A.   No.

9    Q.   Would they call him by his last name?

10   A.   No.

11   Q.   And I ask that because you know how some --

12   what I mean by that is sometimes people go by their

13   last name.  Like, they'll refer -- they'll call them

14   him Silva instead of Victor or Daniel or any other

15   nickname.

16   A.   Yes.

17   Q.   Okay.  Nobody referred to him by his last

18   name?

19   A.   No.

20   Q.   Were you -- were you curious at this point

21   of -- of anything -- any other information about him,

22   other than "This is Daniel, and he studies

23   engineering"?

24             MS. BECK:  Objection; form.

25             You can answer.

1    A.   I'm sure we talked about more.  I'm -- yeah,

2    I'm sure we talked about more in those meetings, but --

3    and -- and of course, by the time the assault happened,

4    he had mentioned to me that he -- he was from

5    Lafayette.  But in general, no.  I mean, I would assume

6    that I was curious -- again, I'm assuming.  I would

7    assume that I was curious, but from what I recall, that

8    information did not come up, things like his last name

9    or where he was from.

10   BY MS. GIERING:

11       Q.   Did you look him up on any social media

12   platform?

13       A.   Not that I can recall, no.

14       Q.   Get -- look -- did you in any way seek out

15   more information about him?

16       A.   I may have.  I know that I never saw any of

17   his social media -- or did not know his name until --

18   until that -- that sorority group chat.  So I must not

19   have found him on social media because I -- I didn't

20   know his name until I received the screenshot of the

21   sorority group chat in the -- the photography project

22   chat.

23       Q.   Was he reaching out to you by social media?

24       A.   No.

25       Q.   Did you do anything to do some type of,

1    like -- you know, check -- check out his background

2    after you met him to kind of figure out "What's this

3    guy -- who is this guy?  What's -- what's he all

4    about?"

5              MS. BECK:  Objection; form, asked and

6         answered.

7              You can answer again.

8         A.   No.

9    BY MS. GIERING:

10        Q.   No?  Okay.

11             MS. GIERING:  Do you want to take a

12        quick break?  We can do that.

13             THE VIDEOGRAPHER:  We're going off the

14        record.  The time is 12:47.

15                  (Recess taken.)

16             THE VIDEOGRAPHER:  We are back on the

17        record at 12:53.

18   BY MS. GIERING:

19        Q.   Before we went off the -- the record, Ms. Doe,

20   we were talking about this second encounter with -- or

21   meeting.  How do you refer to it?  You said it was not

22   a date.  What would you say the --

23        A.   Just a meeting.

24        Q.   Okay.  All right.  We'll call it a meeting

25   for -- for reference.

1        That second meeting, were y'all -- you and

2   Silva, were y'all in the library the entire time?

3        A.   Yes.

4        Q.   Didn't leave to go anywhere else?

5        A.   No.

6        Q.   Weren't -- didn't meet up somewhere before

7   going to the library?

8        A.   No.

9        Q.   Okay.  This is a little bit off topic.  But

10  when you came to Louisiana Tech University, did -- did

11  any of -- any friends from your hometown -- did -- were

12  they also going to Tech University?

13       A.   My friend, Caitlin Zucco, was going as well.

14  I'm sure there were more.  A lot of people from

15  Shreveport went to Tech.

16       Q.   Uh-huh.

17       A.   So I'm -- I'm sure there were many more, yeah.

18       Q.   Were these hometown friends of yours?

19       A.   Caitlin was.  But I -- I don't -- I can't

20  recall any other specific ones, but I'm -- I'm sure --

21  at this -- at this moment, I can't recall them, but I'm

22  sure there are more.

23       Q.   Okay.  And how do you spell Caitlin's name?

24       A.   C -- sorry.  C-a-i-t-l-y-n [sic].

25       Q.   And her last name?

1          A.   It's different now.  At the time, it was

2     Zucco, Z-u-c-c-o.

3          Q.   What is it now?

4          A.   Nasworthy.

5          Q.   Where does she live?

6          A.   I think she just moved to Seattle.  I think

7     she just moved to Seattle.  Again, that's just the

8     first person that I can think of because she -- she was

9     also homeschooled with me.

10         Q.   That was going to be my next question.

11         A.   Yeah.

12         Q.   Was she a homeschool student?

13         A.   Yes.

14         Q.   Okay.  And when you say you were

15    homeschooled -- I know that there are -- there are

16    different ways of doing that.  Some people, when they

17    say "homeschool," it is literally in their home, parent

18    teaching.  But some are homeschooled as part of a

19    larger homeschool network, so you do have classmates,

20    so to speak.  What was your experience?

21         A.   It was sort of a hybrid of those two.  I would

22    say it leaned towards the second one more.

23         Q.   Okay.  Explain that to me, how that was

24    structured.

25         A.   Especially in high school, we were part of

1      something called Classical Conversations.  It was once

2      a week, we met with other students and a tutor and went

3      through different subjects.  Otherwise, I worked on my

4      own.  And then I was also in dual enrollment in my

5      final year, so taking a few courses at LSUS.

6           Q.   Okay.  When did -- when did you switch over

7      from the school you were attending to homeschooling,

8      what age?

9           A.   I was very young.  I -- I always forget what

10     year.  It was second, third, or fourth.

11          Q.   Oh, okay.  So elementary?

12          A.   Yes, elementary.

13          Q.   Okay.  Very early on?

14          A.   Yes.

15          Q.   Okay.  All right.  Okay.

16               So we're going back to the second meeting with

17     Silva.  You -- you've now had two meetings with him?

18          A.   Yes.

19          Q.   Okay.  Is it -- would -- would you call him,

20     at this point, a study partner?

21          A.   I'm not sure I would have called him that.

22     An acquaintance.  Again, we had been texting pretty

23     regularly so -- and we met on Tinder, so -- maybe a

24     study partner, sure.

25          Q.   But more than that, social?

1    A.   Social, yeah.

2    Q.   A friend?

3    A.   Probably not a friend.  I don't -- maybe a

4    friend, yeah.  Maybe a friend, yeah.

5    Q.   Were you attracted to him?

6    A.   Yes.

7    Q.   Was there anything about him that raised any

8    flags for you?

9    A.   No.

10   Q.   And you met T, his roommate, as -- as of that

11   first meeting; is that correct?

12   A.   Correct.

13   Q.   So you knew T as long as you knew Silva; is

14   that correct?

15   A.   In person, yes.  Yeah.

16   Q.   Okay.  And what do you mean by "in person"?

17   A.   Of course, Daniel and I had been texting prior

18   to meeting that first time.

19   Q.   Good point.  Thank you.

20        Do you know where T lives currently?

21   A.   No.

22   Q.   Do you know his real name, his full name?

23   A.   No.

24   Q.   Do you know how old he is?

25   A.   No.

1        Q.   If you were going to describe him, how would

2    you describe him physically, if you were to describe

3    him to someone?

4        A.   He was fairly short, about my height or

5    shorter.  He was black.  I would have guessed he was

6    around my age.  That's all I really remember.

7        Q.   Was he an athlete?  Was he an athlete for

8    Tech?

9        A.   I don't recall.

10       Q.   Do you know how Silva and T knew each other?

11       A.   They were roommates, but I don't -- I don't

12   know if they met before they became roommates.

13       Q.   Do you know if they were from the same

14   hometown?

15       A.   I don't know.

16       Q.   All right.  We just took a break, so I'm going

17   to assume that you're good moving into the -- the

18   events of the evening of September 18th and going into

19   the early morning hours of September 19th.

20       A.   Yes.

21       Q.   Okay.  All right.

22       On September 18th, you -- according to your

23   complaint, you accepted an invitation to study with

24   Silva; is that correct?

25       A.   Correct.

1          Q.    Okay.  And how did this invitation come to

2     you?

3          A.    I believe it was text message.

4          Q.    Do you have that text message?

5          A.    I don't.

6          Q.    Is this part of the switching phones?

7          A.    Yes.

8          Q.    Okay.  When did you switch phones?

9          A.    Again, I think -- I got a new phone as a

10    graduation gift from my parents, so that would have

11    been graduation from undergrad in 2020.  So probably

12    around May of 2020.

13         Q.    Did you keep the other phone, your original

14    phone?

15         A.    No.

16         Q.    What did you do with it?

17         A.    I don't recall.  I think -- yeah, I don't

18    recall.

19         Q.    Did you keep a screenshot of this invitation?

20         A.    No.

21         Q.    What did his invitation say?

22         A.    I don't recall.

23         Q.    Was it sent just to you or to a group?

24         A.    Just to me.

25         Q.    And what was he inviting you to do?

1    A.   To come over and study.  Yeah, to come over

2    and study.

3    Q.   And when you -- when you say "come over," come

4    over where?

5    A.   To his apartment.

6    Q.   Was there anything more to the invitation than

7    just to study?  By that, I'm getting at, you know,

8    dinner.  Did he mention there were going to be other

9    people there, that type of thing?

10   A.   He did mention that there were -- from what I

11   can recall, he did mention that, like, there were other

12   people there, that his -- to come over and study with

13   his -- him and his roommates and some of their friends

14   or -- or something along those lines.  Again, I don't

15   remember the exact, but I do think that he had said

16   there would be other people there.

17   Q.   Did he say anything about a party?

18   A.   He may have, yeah.  Again, as I'm sitting

19   here, I can't remember.  But he may have said that they

20   were -- yeah, I don't know when I -- I learned that

21   they were going to be playing games and things that

22   night.

23   Q.   What were your expectations based on this

24   invitation?  What was your expectation of what you were

25   going to?

1       A.   Yeah, I think I expected I would go over, we

2   might study, we might kiss because we had been flirting

3   back and forth or -- or texting back and forth, and

4   then I would -- I would go home.  That was my

5   expectation.

6       Q.   Prior to this time, there had been no physical

7   interaction?

8       A.   Not that I can remember right now.

9       Q.   Was there any expectation on your part that

10  there would be drinking?

11      A.   No.

12      Q.   Was there any expectation on your part that

13  you might spend the night?

14      A.   No.

15      Q.   Was there any expectation on your part as

16  to -- other than his roommates, as to who else might be

17  there?

18      A.   No.

19      Q.   Did you ask him any of those questions?

20      A.   Not that I can remember right now.  Yeah, not

21  that I can remember.

22      Q.   So he invites you, and you say "yes"?  Was it

23  as simple as that?  Or what was -- what was the back

24  and forth?

25      A.   I don't recall exactly.

1          Q.   How did you know where he lived?

2          A.   I -- I guess he told me where -- where his

3     apartment was.

4          Q.   Did anyone ride with you?

5          A.   No.

6          Q.   What -- when did -- when did he send you the

7     invitation?

8          A.   I don't exactly remember.

9          Q.   Was it after -- immediately after y'all

10    studied at the library?

11         A.   I don't remember.  It would have been between

12    after we studied at the library and before I went to

13    his apartment, but I don't know exactly when.

14         Q.   How long was it in between, from library to

15    your going to his apartment?

16         A.   I believe I put this in my -- my statement,

17    and I can't remember the exact length of time as we're

18    sitting here.  But -- but I believe it's in my

19    statement.

20         Q.   Okay.  More than a day?

21         A.   I don't think so.

22         Q.   So he invites you to come to his apartment.

23    What time does he tell you to come over?

24         A.   I don't think he said a specific time, just

25    "sometime this evening."

1    Q.   So you say "this evening," so you might have

2    received the invitation same day?

3    A.   Maybe, yeah.  Yeah, maybe.  I -- that's --

4    sorry.  It was along the lines of, you know, tonight or

5    tomorrow night, whenever -- whenever it was that he

6    sent me the text message.

7    Q.   Did you tell anybody you were going to study

8    at his apartment?

9    A.   Not that I can recall, no.

10    Q.   Did you tell -- the couple that you lived

11    with, did you let them know where you were going?

12    A.   No.

13    Q.   Was that intentional?

14    A.   I didn't typically tell them where I was

15    going, so while maybe not intentional -- or maybe

16    intentional, it wasn't out of the ordinary for me not

17    to tell them where I was going.

18    Q.   Did you come and go as you pleased living --

19    A.   Yes.

20    Q.   -- with this other -- this couple?

21    A.   Yes.

22    Q.   Was it like a -- an apartment separate from

23    the home, or was it just you had a bedroom in their

24    house?

25    A.   I did have a bedroom in their house, yeah.

1          Q.   Key to the house?

2          A.   Yes.

3          Q.   Okay.  So you just came and went as you

4     pleased; they didn't parent you in any way?

5               MS. BECK:  Objection -- excuse me.

6               Objection; form.

7               You can answer.

8          A.   They did not -- they tried not to parent me.

9     I had a lot of expectations on myself that I would make

10    them proud and -- and not be out partying or -- so I

11    very, very rarely stayed the night anywhere.  I --

12    yeah, I was very rarely away from their house at night.

13    Very rarely, I may have gotten home late, but -- but I

14    would not stay out at people's homes, no.

15    BY MS. GIERING:

16         Q.   Had you ever spent the night anywhere other

17    than there prior to September of 2018?

18         A.   I don't recall.  Maybe at friends' houses.

19         Q.   Possible?

20         A.   Possible.

21         Q.   And in those times when you spent the night

22    out, did you let them know "I'm spending the night

23    out"?

24         A.   Probably, yes.

25         Q.   Were there times when you didn't let them

1       know, and they reached out to, like, look for you?

2           A.   No.

3           Q.   And this -- you said that this couple, they --

4       that they're family friends?

5           A.   Yes.

6           Q.   Explain that relationship.

7           A.   We went to church together when I was growing

8       up.  They're about my parents' age.  Their kids are

9       about our age, and so we knew each other.  We often

10      spent time at their home and -- yeah.

11          Q.   In Shreveport?

12          A.   In Ruston.  They lived in Ruston.  We lived in

13      Shreveport.  We often commuted to church in Ruston.

14          Q.   Oh, okay.  What church is that?

15          A.   It was called John Knox Presbyterian.

16          Q.   When did you -- was there a time when you

17      stopped going to John Knox Presbyterian, your family?

18          A.   My family, yes.  Sorry.  Me or my family?  I'm

19      sorry.

20          Q.   Well, I'll -- I guess in my mind, I'm thinking

21      you're growing up.  Your family develops this

22      relationship with another family through the -- this

23      church, John Knox Presbyterian, in Ruston.

24          A.   Uh-huh.

25          Q.   It sounds like at some point, your family is

1    not attending John Knox Presbyterian any longer.  Is

2    that correct?

3         A.   Yes.

4         Q.   Okay.  When was that?

5         A.   My -- my parents attended John Knox

6    Presbyterian through when I was in college.

7         Q.   Okay.

8         A.   So they were still attending when I was in

9    college.  They stopped attending in -- I believe it was

10   2019.  Or I guess no, that's not through college, so --

11   yeah, they stopped attending in my last year or two of

12   college, somewhere around there.  I'm -- I'm not

13   exactly sure of the exact time.

14        Q.   And what about you?  Did you continue to

15   attend John Knox Presbyterian when you moved to Ruston?

16        A.   I did.  I stopped attending also sometime in

17   college.  I don't know exactly when.

18        Q.   Before or after your parents?

19        A.   I believe it was before.

20        Q.   Was it before or after September of 2018?

21        A.   Yeah, I don't recall.

22        Q.   What was the reason you stopped attending John

23   Knox Presbyterian?

24        A.   I just felt I no longer aligned with a lot of

25   their values and -- yeah, felt I didn't align with

1    their values anymore.  I felt that I could grow better

2    at a different church.

3        Q.    And when you say you no longer aligned with

4    their values, give me an example.

5        A.    John Knox is very, like, complementarian,

6    believed that -- I would say that they, yeah, believed

7    that women, like, could not preach and -- most of the

8    time, I felt pretty disrespected there because I was

9    a -- I was a woman, so I think that was some of it.

10       Q.    Did -- when you stopped going to that church,

11   did that cause any problems with the couple that you

12   lived with?

13       A.    No.

14       Q.    Were they still members of that church?

15       A.    Yes.

16       Q.    They continued to go to that church?

17       A.    Yes.

18       Q.    Okay.  Was there ever a time prior to

19   September of 2018 where the family that you lived

20   with -- that they came to you and they questioned maybe

21   some of your choices or your lifestyle as a student at

22   Tech?

23       A.    No.

24            MS. BECK:  Objection -- excuse me.

25            Objection; form.

1          You can answer.

2          A.   No.

3    BY MS. GIERING:

4          Q.   It was -- was there ever a confrontation

5    between you and this family?

6          A.   No.

7          Q.   Did you feel comfortable living with this

8    family?

9          A.   I think for the most part, yes.

10         Q.   You hesitated.  What was the hesitation?

11         A.   I mean, I think as a college student, you

12   want to feel independent, and it felt a lot like a

13   continuation of parents, second parents in this

14   household.  So nothing more than I, you know, felt that

15   there were expectations on me.

16         Q.   You felt like you were still living at

17   home with --

18         A.   Yes.

19         Q.   -- with parents?

20         A.   Yes.

21         Q.   And you desired more independence; is that

22   fair?

23         A.   I think that's fair.

24         Q.   And I'm -- I'm only asking the question

25   because you said college students want to have more

1       independence.  And so I guess my question is, did you

2       want to have more independence?

3              A.   I would say so, yes.

4              Q.   Okay.  So you -- you have this invitation

5       from -- from Silva.  He doesn't say a specific time.

6       What time of the day is this, that he's inviting you?

7              A.   I don't recall.

8              Q.   Is it evening?

9              A.   I don't recall.

10             Q.   What were you doing at the time that he

11      invited you?

12             A.   I don't recall.

13             Q.   What were your plans for that day?

14             A.    It was a Tuesday, so I had a service at the

15      Wesley Foundation that day.  Tuesdays were the day that

16      the Wesley Foundation had their evening services.

17      That's all I remember.

18             Q.   Wesley Foundation is part of the First United

19      Methodist Church?

20             A.   Yes.

21             Q.   Okay.  And is this where you went for

22      religious services?  Were you a part of this group?

23             A.   Yes.

24             Q.   What time of day are those services?

25             A.   In the evening.  I think around 7:00 to

1    8:00 or 6:30 to 8:00, maybe a little later.  I don't

2    remember exactly.

3         Q.   So your -- at the -- before -- when you get

4    the invitation, your plan for that day was you knew you

5    were going to go to that service on Tuesday night?

6         A.   Yes.

7         Q.   Okay.  And what did you have on that -- the

8    next day, on that Wednesday?

9         A.   I had class Wednesday morning.

10        Q.   Okay.  Did you -- do you recall if you had

11   tests or quizzes, anything coming up that next day?

12        A.   I only remember this, I think, because it was

13   in -- in our text messages between me and Daniel.  But

14   I think maybe I had a test for French the next day.

15        Q.   Had you already studied, prepared for that

16   test?

17        A.   Yes.

18        Q.   You felt ready for it?

19        A.   I'm -- I'm not sure.

20        Q.   So you get -- so Silva is inviting you to come

21   over, and you know you have this service.  You know you

22   have a test the next day.  You have class the next day.

23   So what's your plan at that point when you decide "Yes,

24   I'm going to come over -- I'm going to go over to his

25   apartment"?

1          A.    Yeah, I thought we might go over.  I might

2     hang out for a little bit.  We might study a little

3     bit, and then I would leave.  I would go home.

4          Q.    Was this before or after the service at Wesley

5     Foundation?

6                    MS. BECK:  Objection; form.

7                    Go ahead.

8          A.    That I would go over to his apartment?

9     BY MS. GIERING:

10         Q.    Correct.

11         A.    After.

12         Q.    Did you communicate that to him?

13         A.    Did I communicate what to him?

14         Q.    What your plan was.

15         A.    No.

16         Q.    So --

17         A.    I'm sorry.  I -- I don't exactly know what I

18    did or did not communicate to him about my plans, yeah.

19         Q.    Did he have -- is it your appreciation he had

20    an expectation as to when you were going to show up?

21         A.    I -- I may have told him, yeah, like what

22    time -- around what time I would be able to -- to come

23    by.

24         Q.    So you -- you go to the service at the Wesley

25    Foundation.  Did you -- were friends there?  Were there

1          people that you attended the service with?

2                  A.    My friends would have been there, yes.

3                  Q.    Okay.  Who would that be?

4                  A.    People who attended the Wesley Foundation.  I

5          don't remember who exactly.  It kind of varied from

6          week to week.  I don't remember who exactly would have

7          been there.

8                  Q.    Who are your friends that you would -- you

9          would see on a consistent basis at services at the

10         Wesley Foundation?

11                 A.    There are a lot.

12                 Q.    Okay.  Closest?  I know we've seen the name

13         Kayla.  Is she a friend from Wesley Foundation?

14                 A.    Yes.

15                 Q.    Okay.  Along those lines, who were -- who were

16         your closest friends that you would have attended this

17         service with?

18                 A.    It changed from year to year, semester -- or

19         quarter to quarter.

20                 Q.    Did you tell anyone, "I'm going over to

21         someone's apartment after"?

22                 A.    No.

23                 Q.    Or did anyone at the service invite you to do

24         anything after the service?

25                 A.    No.

1     Q.   Did you say to anyone, you know, "No, sorry.

2     I got to go.  I'm -- I'm headed over to some --

3     somewhere else"?

4     A.   No.

5     Q.   Did you let Kayla know where you were going?

6     A.   No.

7     Q.   So you finish the service.  Anything out of

8     the ordinary there?

9     A.   Not that I can recall.

10    Q.   And you -- you get in your car.  Did you know

11    where you were going for his apartment?

12    A.   I -- I think so, at that point.

13    Q.   Was it a -- a familiar apartment complex to

14    you?

15    A.   Yes.

16    Q.   And how had you heard of it before?

17    A.   They were very near the TAC, which is the --

18    the basketball stadium.  And a lot of other Tech

19    students live there.  In fact, I -- I would -- I would

20    guess that it was almost all Tech students.

21    Q.   But you don't know that?

22    A.   I don't know that for sure, anecdotally.

23    Q.   And it's off campus, correct?

24    A.   Correct.

25    Q.   And -- okay.  So you've -- so you -- you know

1    what apartment complex you're going to, correct?

2           A.    Correct.

3           Q.    He tells you what apartment he's in, correct?

4           A.    Yes.

5           Q.    Okay.  You head over there from the Wesley

6    Foundation, correct?

7           A.    I think so.  I don't believe I went anywhere

8    else.

9           Q.    Okay.  Did you go anywhere in between?

10          A.    I don't -- I don't recall.  I -- I don't think

11   so, though, no.

12          Q.    Did you bring anything with you to his

13   apartment?

14          A.    I would have had my backpack because we did --

15   we studied, so I would have had schoolwork in a

16   backpack.

17          Q.    Did you bring refreshments?

18          A.    No.

19          Q.    Bring any alcohol?

20          A.    No.

21          Q.    Bring any food?

22          A.    No.

23          Q.    Anything for him?

24          A.    No.

25          Q.    Did you have on you or in your car anything in

1      case you spent the night?

2           A.   No.

3           Q.   Clothes, toothbrush, anything of that nature?

4           A.   No.

5           Q.   You arrive at his apartment at what time?

6           A.   I -- I don't exactly remember.  I think it

7      was -- yeah, I don't exactly remember.

8           Q.   How long after 8:00 o'clock?

9           A.   An hour, maybe.

10          Q.   Okay.  What did you do in between the service

11     and going to his apartment?

12          A.   Again, I don't recall.  If anything, it would

13     have been I -- I had dance on Tuesday.  I had a salsa

14     class on -- club on Tuesday nights that I sometimes

15     went to, so that would have been the only other thing,

16     but I don't -- I don't know if I did that that day or

17     not.  I don't think -- I don't think I would have

18     because that would have been a late night.

19          Q.   So is -- how far apart are the Wesley

20     Foundation and his apartment?

21          A.   Not far.  Five minutes, maybe.

22          Q.   Okay.  So I'm trying to figure out what

23     happened in that hour in between.

24          A.   Again, the timeline here is something that I'm

25     not -- I'm not sure about.  Either I -- I don't know

1    when I left the Wesley Foundation and when I arrived at

2    his apartment, but it was -- it was later in the

3    evening, both of those things were.

4         Q.   So you get to his apartment.  Did you have any

5    problems finding it?

6         A.   Not that I recall.

7         Q.   You have -- you -- you park?

8         A.   Uh-huh.

9         Q.   Okay.  Why don't you take me from that point

10   forward.  You -- you walk up to the door, and take me

11   from there and walk me forward.

12        A.   Sure.  So I arrive at his apartment, and from

13   what I remember, we -- we walked in.  I do think there

14   were there -- people there at that time already,

15   roommates and friends of roommates.  I don't know how

16   many.  He -- we went to his room.  I remember having

17   some small talk about -- not even small talk.  We were

18   having a conversation about a picture he had, I think,

19   clipped to his mirror.  That was when he told me that

20   he was from Lafayette and that he -- yeah, that he was

21   from Lafayette.  We --

22             Would you like me to go all the way through --

23   at what point would you like me stop at?

24        Q.   Just go through.  I'm -- I'll come back and

25   I'll fill in -- fill in the blanks.

1           So you walk in.  You see his roommates.  You

2      see other people there.

3           A.   Uh-huh.

4           Q.   Did you spend any time talking to them?  Were

5      there introductions?

6           A.   I don't remember.  Maybe.

7           Q.   Did you have anything to drink?

8           A.   No, not at that point.

9           Q.   Anything to eat?

10          A.   No.

11          Q.   You go to his bedroom, you say?

12          A.   Uh-huh.

13          Q.   Okay.  Is it just the two of you in there?

14          A.   Yes.

15          Q.   Okay.  Does he close the door?

16          A.   Yes.

17          Q.   Does he lock the door?

18          A.   I don't think so.  I think that would have

19      sent red flags up for me, so I don't think so.

20          Q.   Okay.  And so you're in -- you -- you see a

21      photograph.  He tells you he's from Lafayette.  Take me

22      from that point forward.

23          A.   I know we sat on the floor and studied for a

24      while.  I got out my -- probably French.  I don't know

25      how long we studied for.  It was a little while.  And

1  we were talking throughout this time.  I think we sat

2  on the edge of the bed after that.  I don't -- again, I

3  don't know.  Kind of all this, of course, just happened

4  organically.  But sat on the edge of the bed.  We were

5  talking.  He kissed me.

6          And yeah, at that point, he -- we began to,

7  like, make out.  He was kind of -- he -- he felt kind

8  of -- he was really inter- -- he was kind of coming on

9  to me.  It seems like he was interested in -- in taking

10  it further.

11      Q.  What suggested to you he wanted to take it

12  further?

13      A.  He's lowering me back onto the bed.  He was on

14  top of me.  He was initiating these kisses.  He, you

15  know, was -- you know, I don't know what -- what --

16  that's what I remember, that -- that it seemed like he

17  wanted to take it further.  But I don't know what all

18  the cues were that -- that suggested to me that.  I

19  think he maybe tried to -- well, I -- yeah, I don't

20  want to speculate.  I don't -- I don't remember

21  exactly -- exactly what those cues were.

22          But in any case, we were making out.  He had

23  his, like, hands under my shirt, things like that.  And

24  at this point, I felt like I don't -- again, I had an

25  early morning the next day.  I wasn't really planning

1    on staying very long.  We had only recently met.  And

2    so while we were, you know, making out and I thought

3    maybe we might kiss, I -- I didn't expect it to end in,

4    you know, intercourse or anything like that.

5          But again, I think he -- he was really kind of

6    persistent, and so we -- I ended up, at that point,

7    giving him a hand job.  And yeah, I don't know if --

8    yeah, so -- so that happened.  It felt like if, you

9    know, we did that, we could just kind of continue on

10   with our night, at least to me, just have a nice night

11   studying together.

12         At this point, I could hear his roommates out

13   in the living room, his friends out in the living room,

14   so it felt like, well, if I just -- you know, give him

15   the hand job, and then we'll move on, and we'll just

16   have the rest of our night.  So I gave him a hand job.

17   He finished.  We -- I don't think I was undressed.

18   I -- I was not undressed.  And we went out into the

19   living room where his friends were, and they were out

20   there playing cards and drinking.

21         So we sat down around the coffee table there

22   in the living room, and we played cards.  Daniel

23   offered me a drink, and I said yes.  And from that

24   point on, we had -- you know, we played cards for --

25   I -- I don't know exactly how long.  We were playing

1       Cards Against Humanity.  It was a -- you know, probably

2       a few rounds of that.  I got along -- from what I

3       remember, I got along pretty well with his roommates

4       and his -- the -- the friends that were there, his

5       roommates' friends.  And you know, it seemed like

6       there was pretty good banter.  They were having fun.  I

7       was -- I was having fun.  Again, it didn't seem like --

8       it seemed very friendly.

9              He brought me -- at this point, Daniel and I

10      were -- were texting each other with other -- each

11      other while we were in the same room, which I know

12      sounds silly.  But we were texting each other while we

13      were in the same room with other people around.  And I

14      had, I think, a couple shots of whiskey.  He offered

15      me another.  He texted me something like, you know,

16      "Come -- come have another drink.  You should have

17      another drink."  I said I'm already kind of drunk or I

18      even think I never said incredibly drunk.

19             I hadn't eaten that day, from what I -- I can

20      remember.  And again, this is kind of a hindsight

21      thing, that I remember looking back and thinking like,

22      "How much did I drink?  Why did I feel so drunk?"

23      Because I felt very drunk after a few -- a couple -- a

24      few shots of whiskey, and you know, I was like, well, I

25      didn't eat much that day, so that could have been part

1     of it.

2              So he offered me a few.  I remember him

3     pouring me my drink.  Again, hindsight is 20/20.  He

4     offered me a drink.  I drank it.  We -- at some point,

5     I started texting him that I didn't think -- well, I

6     think he said that you shouldn't drive home.  I don't

7     remember who exactly said that, but those are in those

8     text messages.  And he invited me to stay the night.

9              Again, it was not my practice to stay the

10    night out.  I didn't like having to tell the people

11    that I lived with that I was going to be out because

12    they had expectations for me.  Again, like good

13    Christian girl, it didn't -- I -- I had a lot of shame

14    attached to that.  And so even if I was not going to do

15    anything, even if I was just going to stay at his house

16    and sleep on his bed, which -- which was my

17    expectation, I still felt -- like even the suggestions

18    that I was there with him, felt like something I didn't

19    want to admit.

20         Q.   Uh-huh.

21         A.   So I don't know if I texted them or not,

22    but -- but he -- he said you should stay.  He said I'll

23    sleep on the couch.  That made me feel better because

24    of course, like, again, I could -- yeah, sleep on the

25    couch.  He would sleep on the couch.  I would sleep in

1    his bed.  So he texted me.  Like, he said, "I'll sleep
2    on the couch.  You should stay.  Come on, have another
3    drink."  And I don't know how long that went on for.
4    You know, I had a few drinks.
5         And then I remember going to the bathroom and
6    looking at myself in the mirror, and I don't know if
7    anyone's had this experience where you're looking in
8    the mirror when you're a little drunk, and it's kind of
9    like, "Whoa.  Like, who is that?"  I knew I -- I should
10   not drive home.  And again, there was -- I ask myself
11   all the time, like, "Why didn't you drive home?  Why
12   didn't you call someone to come get you?"
13        And again, I think a lot of that has to do
14   with, like, the shame that I felt.  Like, I can't tell
15   someone I'm over at this guy's apartment, which is
16   dangerous.  But at the time, again, it's like I can't
17   tell them I'm over here because they would think bad
18   things about me, or they would assume that I'm a
19   certain kind of person.
20        So I decided it was a good idea to stay.  I
21   know I shouldn't -- you know, looking at myself in the
22   mirror in the bathroom, I knew I should not be driving.
23   So at some point, I went down, and I laid down on his
24   bed.  I don't exactly remember what my intention was at
25   that point, maybe to sleep for a little while and then

1       to leave, just to, like, sober up a little bit and then

2       to leave, or if I was just -- I was going to stay the

3       whole night.  I don't -- inhibitions were gone at that

4       point.

5           So I went down, and I laid down on his bed.  I

6       was clothed.  And I don't remember -- I -- I dosed off.

7       I don't remember for how long.  Again, I had been

8       drinking and also sleep -- you can't really tell how

9       long you've been asleep for.  So I dosed off, and I

10      remember him coming into the room sometime later -- I

11      don't remember how much later -- and closing the door.

12      He turned on the TV to House.  I hate that theme song.

13          He turned on the TV to House.  He turned up

14      the volume, which I remember thinking was maybe a

15      little weird because I was already asleep and in bed,

16      but yeah, some people have to watch shows to fall

17      asleep.  So I was like, okay.  And he came and laid

18      down next to me.  And again, at -- at this point, it's

19      like I don't know if these things are happening like

20      immediately one after the other or if there was time

21      where I was dosing because I -- I was dosing.  You

22      know, I remember him walking into the room kind of

23      halfway asleep.  I was laying down, like, on my side.

24      Like, my eyes opened a little bit.  I saw him walking

25      in.

1          He laid down next to me.  I remember him

2     cuddling up next to me, and I was like -- you know,

3     that seemed fine, sweet, whatever.  But at some point,

4     he had his hand under my shirt and started to, like,

5     grope my breasts.  And at that point, I realized, oh,

6     like he -- he's wanting to -- he's wanting more than

7     just a nice cuddle to go to sleep.

8          Q.   Uh-huh.

9          A.   But -- but of course, I was still dosing

10    and -- and not really sure what was going on.  I kind

11    of rolled away from him.  You know, I moved his hands

12    away and -- and rolled over onto my side towards the --

13    kind of the edge of the bed.  I think in my mind maybe

14    trying to signal like, "No.  Like, leave me alone.  I'm

15    going to sleep."

16         Q.   Uh-huh.

17         A.   But -- and then he -- at some point, I open my

18    eyes.  I -- I felt him get out of bed, and I open my

19    eyes to -- I was laying on my side on the edge of the

20    bed, facing -- facing away from the bed, and he was

21    standing.  And his pelvis was in line with the bed.  He

22    was standing and started to, like, press his penis

23    against my mouth.  Yeah, so he did that.

24         And again, at this point, I was kind of

25    rolling away and saying like, "No, not right now."

1    Like -- and then he got on -- you know, I rolled away,

2    so I -- I think he climbed on top of me.  And this

3    is -- I know that he did climb on top of me eventually,

4    but I don't know exactly the timeline there.  And we

5    were making out.  He had his hands under my shirt.  He

6    was on top of me.

7            And I remember him trying to take my pants

8    off, and I remember kind of slowly -- you know, in

9    dreams when you, like, want to run but you're, like,

10   running like really, really slow?  That's kind of what

11   this felt like.  It was like he was trying to take my

12   pants off, and I was much more slowly trying to pull

13   them back up.  And so that -- that went on for a little

14   while, of us making out, him trying to take my pants

15   off, him groping me, me saying -- like, trying to pull

16   them back up, rolling over, being like, "No, not right

17   now.  No."

18           And of course, his pants were off at this

19   point because his penis was out.  So his pants were

20   off, and he got -- he eventually did get my -- my pants

21   off.  I don't know if I just -- I was just too

22   sluggish, and I couldn't -- yeah.  And it felt almost

23   like, "This won't go further.  This won't go further.

24   Like, he won't -- surely.  Surely, he won't."

25           So he got my paints off.  He began to try to

1    start putting his penis inside of me, and I said, "No."

2    And he said, you know, "Just once.  Like, let me do it

3    just once.  It's okay.  Let me just do it once."  And

4    at some point, like, he just kept doing this, and

5    again, I was, like, kind of like, ugh.

6          And I was just kind of sluggish, and so

7    eventually I said, like -- I was not on birth control

8    at the time, and it felt like, okay, if he's going to

9    do this -- was like coming to this realization, like, I

10   have to -- I don't know.  I don't know why I didn't,

11   like, get up and -- I mean, his, like, weight was on

12   top of me, like, I -- I guess.  Because I had been

13   drinking, I didn't think I could just go down to my

14   car.

15         But he -- of course no one knew I was there,

16   so.  He -- I said, "Do you have a condom?"  Because if

17   he was going to try this, he -- I was like, "I don't

18   want to get pregnant."  And he said he didn't, and I

19   said, "Well, then no."  Like, it's not going to happen.

20   In fact, I think I said exactly that.  "It's not going

21   to happen.  Like, get off."

22         And then I think it was around that when he

23   did finally get his penis inside of me.  His weight was

24   on top of me.  He was almost -- he wasn't -- like, he

25   didn't have his arms up.  It was almost like he was

1    laying down on top of me, like chest to chest, because
2    I remember my head over his shoulder, and I watched
3    House for a second.  I don't know if this was like a
4    disassociating moment or what, but I remember him,
5    like, going in and out of me and being like, "I wonder
6    what this episode of House is about."

7         And then at some point, I, like, came to my
8    senses and said, "Wait, no.  You have to" -- like,
9    again, I didn't want to get pregnant, and so I kind of
10   rolled -- rolled over and grabbed his penis.  And at
11   that point, I -- I don't know.  I -- I may have given
12   him a blow job or something.  I don't -- but again, it
13   was a similar situation where it was like he -- like, I
14   can't get pregnant, and he's obviously not stopping.

15        And so he finished, and I remember kind of
16   laying back -- like, very heavy when you're drunk,
17   right.  Like -- like, just, like, kind of, like,
18   slamming back down into the bed, laying down and
19   rolling over and, okay, that's -- yeah, I mean, I
20   remember thinking -- like, all I was thinking in that
21   moment was not, like, "Let me get out of here," but
22   like, "This has to stop.  This has to stop right now.
23   I have to get him out of me.  This has to stop.  Why
24   isn't he stopping?  I can't get pregnant."  So yeah,
25   he -- he laid down, and I closed my eyes and went to

1       sleep.

2               Q.   Thank you.  I'm going to pause here before

3       we -- we go to the next morning --

4               A.   Yeah.

5               Q.   -- so -- to ask some questions before we move

6       into that.  Okay?

7               A.   Okay.

8               Q.   Okay.  You're all right?

9               A.   Yes.

10              Q.   You need tissue?

11              A.   Yes, please.

12              Q.   Prior to -- well, let me ask this question.

13      What time was this, that this occurred?

14              A.   Early morning hours.  I don't know exactly

15      what time.  And again, because I was -- had been

16      drinking, I think my sense of time was kind of skewed,

17      so early morning hours.

18              Q.   Okay.  So it's fair to say September 19th --

19              A.   Yes.

20              Q.   -- as opposed to the 18th?

21              A.   I -- I think that's fair to say, yes.

22              Q.   Okay.

23              A.   Actually, it is fair to say because I think my

24      text messages are -- are time stamped, and I believe

25      the -- like, one of the last times we texted was after

1      midnight, so it would have been early morning, yeah.

2              Q.   September 19th?

3              A.   Yes.

4              Q.   Okay.  Which is Wednesday, early morning?

5              A.   Yes.

6              Q.   Okay.  Prior to Wednesday September 19th,

7      2018, had you -- had you had sex before?

8              A.   Yes.

9              Q.   Prior to September 19th, 2018, had you ever

10     been sexually assaulted?

11             A.   No.

12             Q.   And that would include had you ever been

13     raped?

14             A.   No.

15             Q.   Okay.  In your time at Louisiana Tech

16     University as a tech student, prior to September 19th,

17     2018, had you had sex with -- during your time as a

18     student at Tech?

19             A.   Yes.

20             Q.   Approximately how many times?

21                  MS. BECK:  I'm -- I'm just going to

22                  object to this line of questioning.  I'll let

23                  you go a little bit further, but as you know,

24                  her -- any prior sexual activity is

25                  inadmissible under the Federal Rules of

1          Evidence.  So you can go a little bit further
2          but not much.
3               MS. GIERING:  Got you.
4               THE WITNESS:  Can you restate the
5          question?
6     BY MS. GIERING:
7          Q.   Prior to September 19th, 2018, approximately
8     how many times had you had sex as a Tech student?
9          A.   Maybe five times.
10         Q.   Okay.  Did all of those previous times -- did
11    they include alcohol consumption?
12         A.   No.
13         Q.   How many had included alcohol consumption?
14         A.   None, that I can remember.
15         Q.   Okay.  Prior to September 18th, 2018, had you
16    ever consumed alcohol?
17         A.   Yes.
18         Q.   Prior to September 18th, 2018, had you been
19    drunk before?
20         A.   I don't -- I don't recall.  I don't -- I have
21    been drunk a few enough times in my life that it makes
22    me think that I -- no, before that time, but I --
23    again, speculation.  That's speculation --
24         Q.   Okay.
25         A.   -- I think.  I can't tell.

1      Q.   Well, let me ask it this way.  September 18th,
2      19th, 2018, is that the first time that you were drunk?
3      A.   I don't think so.
4      Q.   When you said he made you a drink, what drink
5      did he make you?
6      A.   He just poured me a shot.
7      Q.   Okay.  So all of the alcohol you consumed were
8      shots of whiskey?
9      A.   Yes.
10     Q.   In total, how many shots did you do?
11     A.   I don't recall exactly.  I think it was
12     between three and six.
13     Q.   And what -- what whiskey was it?  What was it
14     that you were drinking?
15     A.   It was apple flavored.  I don't know exactly
16     what that was but -- yeah.
17     Q.   Had you ever had that alcohol before?
18     A.   I've had whiskey before, yeah.
19     Q.   You had had whiskey before.  Okay.
20          Is this the drunkest that you had ever been at
21     that point in time?
22     A.   Yes.
23     Q.   Prior to September 19th, 2018, had you studied
24     with boys off campus?
25     A.   My boyfriend prior to that time.

1       Q.   Who was your boyfriend?

2       A.   Oh, wait.  No, that wasn't prior.  I'm sorry.

3   Prior to September, I don't -- I don't recall.  I don't

4   know.

5       Q.   Now, you referenced a boyfriend.

6       A.   Yeah.

7       Q.   Who is that?

8       A.   Conner.

9       Q.   What is Conner's last name?

10      A.   Hartupee.  H-a-r-t-u-p-e-e, I think.

11      Q.   And your relationship with Conner was after

12  this incident with Mr. Silva?

13      A.   It was before.  It was before.  I was getting

14  my years mixed up.  That was sophomore year, that he

15  and I had a relationship.

16      Q.   Where does Conner Hartupee live?  "Hartupee"?

17      A.   I don't know.

18      Q.   Is it "pee" or "pee"?

19      A.   Hartupee, I think.

20      Q.   So you don't know what city or state he lives

21  in?

22      A.   I believe he's still in Louisiana.

23      Q.   Do you stay in touch with him?

24      A.   No.

25      Q.   When you were invited by Silva to study with

1     him at his apartment, what did you think about that

2     invitation?

3           A.   I think I would have to speculate about what I

4     thought at the time.  I don't remember.

5           Q.   Were you excited?

6           A.   I think so, yeah.

7           Q.   Looking forward to it --

8           A.   I think so, yeah.

9           Q.   -- seeing him again?

10          A.   Yeah.

11          Q.   Okay.  Did you want to kiss him?

12          A.   Yeah.

13          Q.   Were you hoping that the relationship

14    continued to grow?

15          A.   I think so, yeah.

16          Q.   Was it your expectation that y'all would

17    actually study?

18          A.   Yes.

19          Q.   This was your first time at his apartment?

20          A.   Yes.

21          Q.   Who are the individuals that were there?  We

22    know T was there, correct?

23          A.   Yes.

24          Q.   Who else?

25          A.   I don't remember their names.

1    Q.   As you sit here today, do you -- do you stay

2    in touch with any of those individuals?

3    A.   No.

4    Q.   Were there any girls that were there?

5    A.   Yes.

6    Q.   How many girls?

7    A.   At least one.

8    Q.   Who was that?

9    A.   I don't remember her name.

10   Q.   Was she someone's girlfriend?

11   A.   I think so.  Yes, I think -- I think so.

12   Q.   Was she a roommate?

13   A.   No, I don't think so.

14   Q.   Do you typically go out on Tuesday nights

15   after service?

16               MS. BECK:  Objection; form.

17               You can answer.

18   A.   I would go out to that dance club I had on

19   Tuesday nights, but I -- I can't -- other than that,

20   I -- I don't know exactly if I did or not.

21   BY MS. GIERING:

22   Q.   And what is this dance club?  What's the name

23   of it?

24   A.   It was the salsa club.

25   Q.   Where is that?

1    A.    Louisiana Tech.

2    Q.    It's at Louisiana Tech?

3    A.    Yes.

4    Q.    Okay.  Is that like an organization salsa --

5    A.    Oh, a club.  Like, a club, not a -- yes, not

6    a --

7    Q.    Not a building, an organization?

8    A.    Yes.

9    Q.    Student organization?

10    A.    Yes.

11    Q.    Okay.  Thank you.

12           MS. GIERING:  And thank you for

13           permitting me to -- to lead that a little bit.

14           I just didn't know what she was saying.

15    BY MS. GIERING:

16    Q.    Okay.  So it's an organization.

17           And I imagine y'all dance salsa.

18    A.    Yes.

19    Q.    Is that correct?

20    A.    Yes.

21    Q.    Okay.  Was Silva a part of that organization?

22    A.    No.

23    Q.    Were y'all involved in any student

24    organizations together?

25    A.    No.

1        Q.   Did y'all have any classes together?

2        A.   No.

3        Q.   Were you on any athletic teams at Tech?

4        A.   No.

5        Q.   Was he?

6        A.   Not that I know of.

7        Q.   Was he a part of Wesley Foundation?  Did he

8 attend those services?

9        A.   No.

10       Q.   Was there any part of you that was nervous or

11 uneasy about going to Silva's apartment off campus?

12       A.   No.

13       Q.   Was there any part of you that was

14 questioning, you know, "I really -- I don't know this

15 person"?

16       A.   I don't think so.

17       Q.   Were people already drinking when you arrived?

18       A.   I don't recall.

19       Q.   Was it -- did you walk in and did you

20 immediately recognize this as a party?

21       A.   I don't think so.  I don't -- I don't recall.

22       Q.   Were they playing cards already?

23       A.   I don't remember.  I don't remember if when I

24 first walked in, if they were already sitting there

25 playing cards or if they were just sitting or what.

1   Yeah, I don't remember.

2           Q.   Had you played Cards Against Humanity before?

3           A.   Yes.

4           Q.   Okay.  This was not your first time playing

5   that game?

6           A.   I don't think so, no.

7           Q.   Okay.  Where was everyone else while y'all

8   were in his room studying?

9                MS. BECK:  Objection; form.

10               You can answer.

11          A.   I think they were in the living room, from

12  what I could tell, you know, audibly.

13  BY MS. GIERING:

14          Q.   And you say "audibly."  What were you hearing?

15          A.   I was hearing -- I think I heard them speaking

16  somewhere in the area of the living room.

17          Q.   Was it clear to you that there's a party going

18  on out there?

19          A.   I'm not sure I would have called it a --

20  definitely a gathering, that there were people there

21  talking to each other, laughing, maybe playing games,

22  yeah.

23          Q.   At what time was it that you joined them?

24          A.   I don't remember.

25          Q.   Was there anyone preventing you from leaving

1    at this point?

2         A.    No.

3         Q.    Did you want to leave?

4         A.    No, not at that point.

5         Q.    Was there anyone forcing you to drink alcohol?

6         A.    No.

7         Q.    Did you want to drink the alcohol?

8         A.    Yes.

9         Q.    Up to the -- at that point, everything was

10   consensual?

11        A.    Up to what point?

12        Q.    To the point where he makes you your first

13   drink, he hands you your first drink?

14        A.    Yes.

15        Q.    So the studying, everything that occurred in

16   his bedroom before y'all joined everyone in the common

17   area, all consensual?

18        A.    Yes.

19        Q.    What was the -- what was the first moment that

20   you recall feeling uneasy or uncomfortable with the

21   situation?

22        A.    When he came into the room after he said he

23   was going to sleep on the couch.

24        Q.    And I think you said -- you testified he laid

25   down next to you.  Correct?

1       A.   Yes.

2       Q.   And he cuddled with you, correct?

3       A.   Yes.

4       Q.   And your impression was "Oh, this is not" --

5   you know --

6       A.   Uh-huh.

7       Q.   -- "this is nice"; you cuddle, go to sleep?

8       A.   Yeah.

9       Q.   And so at that point, he's -- he's not where

10  he said he would -- he represented to you where he

11  would be, correct?

12      A.   Correct.

13      Q.   But it seems at this point, it -- it's

14  cuddling, and "we're going to fall asleep," and that's

15  kind of what -- where your mind is at at that point?

16      A.   I think so, yeah.

17      Q.   Did you ask him to leave?

18      A.   No.

19      Q.   Did you attempt to get up?

20      A.   Not that I recall, no.  I was already pretty,

21  you know, asleep -- in and out of sleep.

22      Q.   During this time whenever -- you've laid down

23  on his bed to go to sleep after you went to the -- to

24  the restroom.  He comes in at some point, turns on the

25  TV, and turns the volume up.  Do you ever -- do you

1    reach for your phone?

2         A.   I don't recall.

3         Q.   Did you have your phone with you?

4         A.   I think so.

5         Q.   Inside of the apartment?

6         A.   Yes, yes.

7         Q.   Okay.  Did you -- do you recall reaching for

8    your phone, looking at the time maybe?

9         A.   I don't recall.

10        Q.   Reaching for your phone to text someone?

11        A.   I don't recall.

12        Q.   Is anyone texting you?

13        A.   I don't -- I don't remember.

14        Q.   The next morning whenever you -- whenever you

15   have your phone, you've left -- at whatever point that

16   you first look at your phone, had anybody been texting

17   you, trying to locate you?

18        A.   No.

19        Q.   Had anybody -- did you have any missed calls,

20   anyone trying to find you?

21        A.   No.

22        Q.   Everyone that was at the apartment that

23   night -- was everyone drinking?

24        A.   I think so.

25        Q.   Was anyone doing anything other than drinking?

1           A.   Not that I --

2                     MS. BECK:  Objection; form.

3                     Go ahead.

4           A.   Not that I can remember.

5      BY MS. GIERING:

6           Q.   And by that, that includes vaping.  Was

7      anybody vaping?

8           A.   Maybe.  I don't remember.

9           Q.   Was anyone smoking?

10          A.   I don't think so.

11          Q.   Was there pot, marijuana?

12          A.   No.

13          Q.   Any other type of drug?

14          A.   Not that I can remember.

15          Q.   Okay.  In what period of time, did you have

16     the three to six shots of whiskey?

17          A.   I can't recall exactly.  My text messages that

18     I provided may give some insight into that, but I don't

19     remember exactly.

20          Q.   And you stated earlier that you hadn't eaten

21     much or you hadn't eaten that day.  What had you eaten?

22          A.   I don't -- I don't remember.

23          Q.   When was the last time that you ate prior to

24     being at his apartment?

25          A.   I don't remember.

1      Q.   Is it possible you didn't eat anything at all

2   that day?

3      A.   It's possible.

4      Q.   Is that something that you typically do, skip

5   meals, not -- not eating?

6      A.   In college, yes.

7      Q.   Okay.  Are shots of whiskey something that you

8   typically drink?

9      A.   No.

10     Q.   In your lawsuit, it says that you drank at

11  least four shots of whiskey.  Do you agree with that?

12     A.   Yeah.

13     Q.   Okay.  So at least four --

14     A.   Yes.

15     Q.   -- correct?

16     A.   Sure.

17     Q.   And you told me maybe as many as six, correct?

18     A.   Correct.

19     Q.   But you don't remember exactly how many?

20     A.   No.

21     Q.   In your lawsuit, you allege that you became

22  highly intoxicated.  What do you mean by that?

23     A.   I mean, I was intoxicated enough not to feel

24  that I could drive.  Again, there's that experience of,

25  like, walking to the bathroom and kind of having an out

1    of body -- looking at myself in the mirror, thinking

2    "Whoa, I'm kind of dizzy.  I'm a little bit drunk."

3    Intoxicated enough not to kind of recall, like, how

4    much time had passed between when I -- right when I

5    went to go lay down and kind of fell on the bed.  I

6    felt very lethargic and heavy.

7         Q.    Uh-huh.  Were you slurring your words?

8         A.    I don't remember.

9         Q.    Did you throw up?

10        A.    No.

11        Q.    Did you pass out?

12        A.    No.

13        Q.    Did you fall down?

14        A.    No.

15        Q.    Were you hanging on people?

16        A.    Not that I can remember.

17        Q.    Did you hear anyone make the comment, you

18   know, "Oh, you're really drunk, highly intoxicated"?

19   Is that -- do you recall hearing any verbal

20   observations about you?

21        A.    Daniel, when he was texting me -- this wasn't

22   verbal; it was over text.  But he said something like,

23   "Yeah, I'm really drunk too," or "Yes, you should

24   stay."  So I'm -- I'm assuming that while that wasn't a

25   verbal "you seem really drunk," it is, like, a

1      confirmation that "Yeah, you're drunk.  You should

2      stay."

3           Q.   Is this the first time that you drank alcohol

4      with Silva?

5           A.   Yes.

6           Q.   Is this the first time that you were drunk

7      with all of these people?

8           A.   Yes.

9                THE WITNESS:  I'm sorry.  I -- you may

10               need to finish a line of questioning, but I do

11               need to go to the restroom eventually.  I

12               don't know.

13               MS. GIERING:  I have a few more

14               questions.  Is that -- is that okay?

15               THE WITNESS:  Yes.

16               MS. GIERING:  And then -- then we're at

17               a natural break before --

18               THE WITNESS:  Okay.  Sure.  I just

19               wanted to put it out there.

20               MS. GIERING:  Okay.

21     BY MS. GIERING:

22          Q.   I think you testified to this earlier.  You --

23     you told Silva in the text, "I'm incredibly drunk."

24     Correct?

25          A.   Correct.

1          Q.    Okay.  And why did you choose to tell him

2      that?

3          A.    I don't know.  I think we were just -- we were

4      texting back and forth.  I was maybe letting him know

5      that -- yeah, I don't know.  I think I was just letting

6      him know how I was feeling.

7          Q.    And your lawsuit also claims that he

8      encouraged you to drink more alcohol.  What do you

9      mean by that?

10         A.    He said, "You should have another drink.  Come

11     on, let's have another drink."  He -- he went to the

12     kitchen and poured me one before I had asked for

13     another one --

14         Q.    Uh-huh.

15         A.    -- and brought it to me.

16         Q.    How did he encourage you to spend the night?

17         A.    He said, "I'll sleep on the couch.  You're

18     right; you should stay the night."

19         Q.    So at this point, why -- why not call Uber or

20     Lyft?

21         A.    I don't know.  I think I trusted him.  I

22     trusted that he would sleep on the couch.  There wasn't

23     -- didn't really seem like a reason for it.  I also --

24     again, the people I lived with were very conservative,

25     and I didn't want to call an Uber and get home drunk

1       and have to go get my car the next day.  I think

2       because I was drunk, some of those, like, critical

3       thinking skills were -- of -- of course they wouldn't

4       -- yeah.  Anyway, I just think I had a -- I just felt

5       like I -- if I can just lay down here and go to sleep,

6       that would be the easiest thing.

7              Q.   Okay.  The group that was there at that

8       apartment, was there anything in common with this group

9       other than these were roommates and friends of

10      roommates?

11             A.   Not at that time, no.

12             Q.   Okay.  What do you mean "not at that time"?

13             A.   Later, I -- I had a class with a few of them,

14      but --

15             Q.   Okay.  But at that time --

16             A.   -- we never spoke.  We never spoke after that

17      class but -- no.  Yeah.

18             Q.   Okay.  So this group -- this gathering of

19      people, this was not affiliated with any type of

20      organization or club?

21             A.   No.

22             Q.   This was not something that was organized by

23      the university?

24             A.   No.

25             Q.   This was not a social gathering in conjunction

1         with Wesley Foundation?

2               A.   No.

3               Q.   This was an impromptu casual social

4         get-together of roommates and friends?

5                    MS. BECK:  Objection; form.

6                    You can answer.

7               A.   Sure.  I mean, again, leading up to this, you

8         know, we had studied together.  I kind of assumed these

9         were going to be other Tech students.  We had some of

10        that in common.  That's where some of our banter came

11        from, I think, was that we were all at Tech.  So yes,

12        yeah.

13        BY MS. GIERING:

14              Q.   Okay.  You said that he -- I'm getting to the

15        break.  I have a couple questions.

16                   Did he -- you said that he assured you that he

17        would sleep on the couch --

18              A.   Yes.

19              Q.   -- correct?  Okay.

20                   How did he do that?

21              A.   I can't remember if this was in a text message

22        or not, but he said, "Stay here.  I'll sleep on the

23        couch."

24                   MS. GIERING:  This is a good point to

25                   take a break.

1            THE VIDEOGRAPHER:  Okay.  Going off the

2       record.  The time is 2:04 p.m.

3                 (Recess taken.)

4            THE VIDEOGRAPHER:  We are back on the

5       record at 2:15.

6  BY MS. GIERING:

7       Q.   Ms. Doe, thank you so much for -- for your

8  patience as we're getting through this.  I just have a

9  couple follow-up questions, and then we're going to

10  move to text messages.  Okay?

11            You identified a boyfriend, Conner Hartupee,

12  correct?

13       A.   Correct.

14       Q.   And earlier in your testimony when we were

15  talking about edibles and you said one time in college

16  in 2017, is that the same Conner?

17       A.   Yes.

18       Q.   Okay.  So you had edibles with Conner in

19  2000- -- so you were dating him, at least, in 2017,

20  correct?

21       A.   I'm sorry.  I'm thinking about that date.

22       Q.   So '17 would be the spring, the end of your

23  freshman year, and the fall of 2017 would be the

24  beginning of your sophomore year.

25       A.   Gosh.  I do think it was the fall of my

1    sophomore year, yeah, maybe, or -- or beginning of

2    2018.  I -- I'm not exactly sure.  I don't remember

3    when it was that we dated.

4        Q.    Do you remember when y'all broke up?

5        A.    I was around Christmastime.  Either -- it must

6    have been around Christmastime of 2017, end of 2017.

7        Q.    Okay.  You answered my question earlier that

8    you had sex around five times.  Was -- were all five of

9    those times with Conner?

10                MS. BECK:  I'm going to -- I'm going to

11                object to this line of questioning.  The

12                Federal Rules of Evidence do not allow -- or

13                is -- anyway, this line of questioning is --

14                it would be inadmissible, so I'm -- I think

15                that we need to move on from that.

16                MS. GIERING:  Are you instructing her

17                not to answer?

18                MS. BECK:  I'm not instructing her not

19                to answer, but I think that we should move on.

20                And if you continue, I may move for a

21                protective order.

22    BY MS. GIERING:

23        Q.    Well, my next question is, is there more than

24    one partner in those times that you had sex?  Was it

25    multiple partners, or was it just one partner?

1           MS. BECK:  Objection; form.

2      A.   In what span of time?

3  BY MS. GIERING:

4      Q.   I'm talking just your time at Louisiana Tech

5  University.

6      A.   There was more than one partner.

7      Q.   The -- we spent some time talking about

8  Silva's invitation to you to come to his apartment on

9  September 18th.  That was by text, correct?

10      A.   Correct.

11      Q.   Okay.  And is that a text exchange, like

12  multiple messages?

13      A.   I don't recall.

14      Q.   I'm -- I'm trying to distinguish between,

15  like, an invitation, like -- like a single text, like

16  "you're invited."  It was more of a --

17      A.   It was more a casual "Hey, you should come

18  over."

19      Q.   Thank you.  We know that you initially met

20  Silva through Tinder, correct?

21      A.   Correct.

22      Q.   And then you said then y'all moved your

23  communications to texting, correct?

24      A.   Correct.

25      Q.   Okay.  What other means of communication did

1       you and Silva --

2              A.    None, only those two.

3              Q.    Did y'all ever speak on the phone --

4              A.    No.

5              Q.    -- call each other?

6              A.    Not that I can recall, no.

7              Q.    Okay.  We talked about some text messaging

8       prior to the ones we're about to review on

9       September 18th.  And you said you had -- when you got a

10      new phone, you did not have a screenshot of those, and

11      therefore, you do not have that -- that text messaging,

12      correct?

13             A.    Correct.

14             Q.    Okay.  When you reported this in December of

15      2018 to the police, did you give them all of the text

16      messages or just the -- those same ones that have been

17      produced?

18             A.    I believe it was those same ones that have

19      been produced because I had not screenshotted the other

20      text messages.

21             Q.    But they would still have been on your phone,

22      correct?

23             A.    I think so, correct.

24             Q.    Because you -- you -- I think your testimony

25      was you got a new phone --

1       A.   Yes.

2       Q.   -- for graduation --

3       A.   Yeah.

4       Q.   -- in 2020.  Correct?

5       A.   Correct.

6       Q.   So anything prior to the new phone, you would

7    have had those text messages, correct?

8       A.   Correct.

9       Q.   Okay.

10      A.   And --

11      Q.   I'm sorry.  Go ahead.

12      A.   No.  They did not instruct me to give them any

13   of those text messages.  I handed over the ones that I

14   felt -- because, like, I needed to give them something,

15   so I handed over the ones that I felt were relevant,

16   which were the screenshots that I took.  They did not

17   instruct me to give over anything other than that.

18      (Exhibit No. 3 was marked for identification.)

19   BY MS. GIERING:

20      Q.   Okay.  I am going to hand you what has been

21   produced in discovery as Plaintiff 11 through 17.  And

22   I've marked it as Exhibit 3, but I'll allow you to look

23   at that first.  Feel free to thumb through that.

24           And just for your reference, the first line of

25   questioning asks for only about that first and halfway

1    through the next page of text messaging that go with

2    the date September 18th.

3         A.   I'm sorry.  I don't see any that go with the

4    date September 18th.

5         Q.   Okay.  My apologies.  So this first page, it

6    starts on September 19th, 12:02 a.m., correct?

7         A.   Yes.

8         Q.   And then that goes through, and then it jumps

9    to September 19th at 8:27 a.m.

10        A.   Okay.

11        Q.   So I'm going to ask up to --

12        A.   Sure.

13        Q.   I'm going to start talking about just those.

14             MS. BECK:  For the record, what are --

15        what are the Bates stamps?

16             MS. GIERING:  I just -- I just said

17        them, 11 through -- what's the last -- the

18        last Bates number on the last page?

19             THE WITNESS:  Seventeen.

20             MS. BECK:  I'm sorry.  I missed that.

21        Thank you.

22    BY MS. GIERING:

23        Q.   Okay.  Do you recognize these text messages?

24        A.   Yes.

25        Q.   Okay.  And these are text messages that -- you

1      produced these with Daniel Silva, correct?

2            A.    Correct.

3            Q.    And the first page that you produced is a

4      screenshot of his contact in your phone?

5            A.    Correct.

6            Q.    Okay.  And then if you flip to the next page,

7      page 2 of this exhibit, it starts at Wednesday,

8      September 19th at 12:02 a.m., correct?

9            A.    Yes.

10           Q.    And it says, "Hey, cutie.  You going to spend

11     the night?"  Is that correct?

12           A.    Correct.

13           Q.    And that is Daniel, correct?

14           A.    Correct.

15           Q.    And your response was what?

16           A.    "Maybe.  I'm feeling it more than I thought I

17     would," laughing face emoji.

18           Q.    Okay.  What do you mean by feeling it more

19     than you thought you would?

20           A.    I was feeling more drunk than I thought I

21     would be feeling from the alcohol that I consumed.

22           Q.    You didn't think that the shots of whiskey

23     would affect you like that?

24           A.    Not in the way that they did, no.

25           Q.    Okay.  And what -- what led you to think that

1    this wasn't going to affect you as much as it did?

2         A.   I don't know.  I'm not sure.  I can't recall

3    why I would have thought that.

4         Q.   Had you consumed that same amount of alcohol

5    prior to that time?

6         A.   I don't remember.  Maybe.

7         Q.   And you -- in response to his text, you

8    immediately say, "Maybe," correct?

9         A.   About are you going to spend the night.

10        Q.   He says -- yes, "Are you going to spend the

11   night?"  And you say, "Maybe."  Isn't that correct?

12        A.   Correct.

13        Q.   And I don't see in that response any

14   expression of being uncomfortable; is that correct?

15        A.   Correct.

16        Q.   And there's no expression of needing or

17   wanting to go home, correct?

18        A.   Correct.

19        Q.   And then he continued with "Ha, ha.  Come take

20   another shot.  I'll make you breakfast.  Don't drive if

21   you're drunk."  Correct?

22        A.   Correct.

23        Q.   Did he make you breakfast?

24        A.   No.

25        Q.   Did he feed you dinner?

1          A.   No.

2          Q.   And you responded, "Yeah.  I'm incredibly

3     drunk," correct?

4          A.   Correct.

5          Q.   "I'm" -- and then the -- "I'm kind of drunk.

6     I kind of want to take another shot."  That's from him,

7     correct?

8          A.   Correct.

9          Q.   And then your response was, "Yeah, I'm passed

10    that.  Yikes."  Is that correct?

11         A.   Correct.

12         Q.   What do you mean by "Yeah, I'm passed that"?

13         A.   I mean, I was drunk at this point, so my

14    meaning -- I think maybe it was in response to "I'm

15    kind of drunk."  I can -- I'm assuming that it was in

16    response to "I'm kind of drunk."  And I said, I'm

17    passed "kind of."

18         Q.   Okay.  Okay.  And what do you mean by "yikes"?

19         A.   "Yikes, I'm drunk," I think is what I meant.

20         Q.   Okay.  And there's nothing here, again, that

21    says that you want or need to leave, correct?

22         A.   Correct.

23         Q.   Okay.  Is there any -- I'm going to -- I'm

24    going to stop here because it jumps -- the next line of

25    texting jumps to 8:27, and I'm going to ask you some

1      questions before we get into those.

2             But are those the -- the only texts from

3      that -- that time period on the very -- before you --

4      before you went into his room and went to bed, were

5      those the only texts exchanged between the two of you

6      at his apartment?

7          A.   Yes.  If these are the ones I provided, then

8      yes.  Yeah, they are the ones.

9          Q.   Okay.

10         A.   I -- I did not -- we did not text each other

11     anymore after this.

12         Q.   Okay.  What about before, while you're at his

13     apartment?  Anything before "Hey, cutie."

14         A.   I don't -- I don't know.  It has a new time

15     stamp, so I would assume -- I don't know, like, when --

16     sorry.  This would be calling for speculation but --

17         Q.   Yeah, I don't know either.  That's why --

18         A.   Yeah.

19         Q.   Yeah, that's why I'm asking.

20            I mean, was there some texting when you're

21     studying in his room?

22         A.   I don't think so, no.

23         Q.   Okay.  And am I correct that in these -- this

24     text exchange that we just went over, nowhere in there

25     does he say, "I will sleep on the couch"?  Correct?

1        A.   Correct.

2        Q.   And nowhere in there does he say, "We'll sleep

3   separately," does he?

4        A.   Correct.

5        Q.   And nowhere in there, do you say, "I'll stay

6   the night if you sleep on the couch or if we sleep

7   separately," correct?

8        A.   Correct.

9        Q.   Okay.  I'm going to wait to attach those

10   because we're going to come back and pick up with the

11   8:30 and the 8:24 in the morning.

12            Okay.  So we have covered now, at this point,

13   everything to when you fall back asleep.  And we're now

14   at the point where you wake up the next -- you wake up

15   later in that same morning at his apartment, correct?

16        A.   Correct.

17        Q.   Okay.  What time is it that you wake up?

18        A.   I don't remember.  Around -- I don't remember.

19        Q.   Did you wake up on your own?

20        A.   Yes.

21        Q.   Okay.  No alarm set on a phone?

22        A.   I don't think so.

23        Q.   Did he have an alarm that went off --

24        A.   No.

25        Q.   -- that morning?  Okay.

1          When you woke up, were you -- what's the first

2     thing that you did?

3          A.   I don't -- I don't remember.  I think I

4     probably just rolled over and then got up and got out

5     of bed.

6          Q.   Okay.  Did you put clothes on?

7          A.   Yes, I put my pants back on, presumably.  I

8     don't -- I don't exactly remember, yeah.

9          Q.   Where were your -- where were your clothing?

10    Like -- so you wake up.  You're in his room.  What do

11    you see around you?

12         A.   I know that my backpack was down kind of near

13    the end of his bed.  I don't remember where my pants

14    were.

15         Q.   Phone?

16         A.   I don't remember.

17         Q.   Keys?

18         A.   I don't remember.

19         Q.   Shoes?

20         A.   I think those -- those were down by my -- down

21    by my backpack where I had taken them off the night

22    before.

23         Q.   You get -- you get up; you get dressed.  Do

24    you go to the restroom?

25         A.   I don't remember.

1    Q.   You -- do you wake anyone up?

2    A.   No.

3    Q.   Do you tell anyone goodbye?

4    A.   No.

5    Q.   And you leave?

6    A.   Correct.

7    Q.   And what time is it at that time, whenever

8    you're leaving?

9    A.   I don't remember.  I think it was early,

10   7:00 or 8:00 in the morning.

11   Q.   What time is your first class?

12   A.   I don't remember what time it was.

13   Q.   Did you make your first class?

14   A.   Yes.

15   Q.   Okay.  Was there any sense of urgency that you

16   were running late, anything along those lines?

17            MS. BECK:  Objection; form.

18            You can answer.

19   A.   I think so.  I felt like if the -- there's a

20   sense of, like, I can't believe -- I think there was a

21   sense of, like, I -- I -- I mean, I think I was a

22   little bit in shock, so that might lend to why some of

23   these details are foggy.  I think I kind of just felt

24   like, okay, it's time to get up and -- and go to class,

25   I feel.  I did need to go straight there.  I

1    couldn't -- I didn't go anywhere else before class.  I

2    went straight there.

3    BY MS. GIERING:

4         Q.   Straight to class?

5         A.   Yes.

6         Q.   Okay.  Didn't go home first?

7         A.   No.

8         Q.   Didn't shower?

9         A.   No.

10        Q.   Okay.  No -- no bathing?

11        A.   No.

12        Q.   Didn't stop anywhere?

13        A.   No.

14        Q.   Did you call anybody?

15        A.   I either called or texted Kayla --

16        Q.   Okay.

17        A.   -- Alvarez.

18        Q.   Before you even make it to your first class?

19        A.   Correct.

20        Q.   Okay.  And what do you say to Kayla?

21        A.   I don't exactly remember.  I think it was

22    along the lines of "Hey, something happened last night.

23    I -- I don't -- I -- I need to talk to you," basically.

24    I left it pretty vague, and -- and she agreed to see me

25    later that day.

1      Q.   Okay.  So y'all -- essentially, you're -- you

2      make plans you're going to see her after you're

3      finished with classes?

4      A.   Yes.

5      Q.   Okay.  What is Kayla's -- what is her cell

6      number?

7      A.   I don't know.

8      Q.   Okay.  Did you save any texts with her?

9      A.   No.

10     Q.   Is it safe to say Kayla is -- is this, like,

11     your best friend, your closest friend at Tech?

12     A.   She was a very close friend at that time, yes.

13     Q.   Okay.  Who were your other very close friends?

14     A.   I'm trying to think back to that time.  I

15     think Katelyn Fajardo.

16     Q.   Okay.  You -- I think you gave me her name

17     earlier.  Is that the same Katelyn?

18     A.   Different Katelyn.

19     Q.   Okay.  How does this Katelyn spell her name?

20     A.   K-a-t-e-l-y-n.

21     Q.   And how do you spell her last name?

22     A.   Fajardo, F-a-j-a-r-d-o.

23     Q.   Okay.

24     A.   That's the only one I can think of now that

25     would have been very close at that time.

1          Q.    Okay.   When you're leaving, do you see anyone
2      sleeping in the common area?
3          A.    No.
4          Q.    Do you see anyone sleeping on the couch?
5          A.    I don't remember.
6          Q.    Did you see anyone on your way out?
7          A.    I don't think so, no.
8          Q.    Had others left that night, or had -- from
9      the -- or did everybody spend the night?
10                    MS. BECK:  Objection; form.
11                    You can answer.
12         A.    I don't know.
13     BY MS. GIERING:
14         Q.    You don't know, okay.
15                Do you recall others leaving before you went
16     to sleep?
17         A.    No.
18         Q.    Before you left -- a couple questions that I
19     forgot to ask you about the night before.  Do you
20     recall crying out for help?
21         A.    No.
22         Q.    Do you recall fumbling for a phone --
23         A.    No.
24         Q.    -- trying to grab a phone?
25         A.    No.

1        Q.   Do you recall using the phone and calling --

2    speaking with somebody for help?

3        A.   No.

4        Q.   Did you try to flee the apartment?

5        A.   No.

6        Q.   Was there any part of that night that you feel

7    that you consented to?

8               MS. BECK:  Objection; form.

9               You can answer.

10       A.   We spoke earlier about you confirmed up until

11   the time that I had been drinking with the --

12   BY MS. GIERING:

13       Q.   Yes.

14       A.   -- the previous --

15       Q.   Other than that.  I'm talking about from the

16   time you're drinking, you go to the bathroom, you go

17   lay down on his bed.  From that point to the next

18   morning, was there any of those actions that you feel

19   you consented to?

20       A.   I mean, from the moment that he got into bed

21   and started groping me, I was rolling away from him.  I

22   was kind of trying to signal to him that I didn't want

23   to, so no.

24       Q.   Did you say the word "no"?

25       A.   Yes.

1      Q.   And you're sure of that?

2      A.   Fairly certain, yes.

3      Q.   Did you say "stop"?

4      A.   Yes.

5      Q.   Did you yell?

6      A.   No.

7      Q.   Did you kick?

8      A.   Again, my movements were pretty sluggish, I

9  think, so no, I don't think so.

10     Q.   Give me one second.  A lot of this, we've

11 already covered.

12          How do you know what time it was whenever you

13 left his apartment?

14              MS. BECK:  Objection; form.

15              You can answer.

16     A.   I -- I think I said that I didn't know.  I --

17 it was maybe between 7:00 or 8:00 because I -- I don't

18 know -- I know I had a fairly early class, so I'm --

19 I'm speculating there.

20 BY MS. GIERING:

21     Q.   Okay.  When you woke, was he dressed or

22 undressed?

23     A.   I don't remember.

24     Q.   Was there anyone awake whenever you left the

25 apartment?

1          MS. BECK:  Objection; form.

2          You can answer.

3     A.   I -- I don't remember.

4  BY MS. GIERING:

5     Q.   Okay.  All right.  We are going to pick up

6  with the text messages where it's -- starts at

7  8:27 a.m. on the September 19th.

8          Do you see that?

9     A.   Yes.

10    Q.   Okay.  It starts with "Good luck on your test

11 gorgeous.  When can I see you again?"

12         That's from Daniel, correct?

13    A.   Correct.

14    Q.   And this is the first time that he tries to

15 communicate with you since the assault, correct?

16    A.   Correct.

17    Q.   Okay.  And so that's at 8:27 a.m.?

18    A.   Correct.

19    Q.   Is that before you have made it to your first

20 class?

21    A.   I don't -- I don't remember.  It was after I

22 had left the apartment, but I don't know if it was

23 before that class began.

24    Q.   Okay.  And you did not respond, correct?

25    A.   Correct.

1        Q.   Okay.  And then he comes back and he says,

2     "Jane," question mark.  Correct?

3        A.   Correct.

4        Q.   All right.  And that's at 11:32 a.m.?

5        A.   Correct.

6        Q.   Okay.  Does this time frame where you're not

7     responding -- does that suggest to you -- does that

8     help you with the time frame of when you might -- might

9     have been in class?

10       A.   Yes.

11       Q.   Okay.  So the way I read this is -- and I'm --

12    I'm asking you.  Is it he's texting you at 8:27, you're

13    in class, and so it's not until sometime after that

14    that you see these messages?

15              MS. BECK:  Objection; form.

16              You can answer.

17       A.   Again, I don't know -- I know that it was

18    after I left his apartment that he texted me this, but

19    it may have been before I arrived at class.

20    BY MS. GIERING:

21       Q.   Okay.

22       A.   I don't know exactly what time my class began.

23       Q.   Okay.  And then -- and then you do respond to

24    him, and you say, "Sorry, I've been in class all

25    morning," correct?

1          A.   Correct.

2          Q.   Okay.  And did you go to all of your classes

3     that next morning?

4          A.   Yes.

5          Q.   And you did have a -- a French test?

6          A.   I -- from the text messages, he said, "How was

7     the test?"

8          Q.   Uh-huh.

9          A.   And I said, "She rescheduled it for the next

10    class period."  So I was supposed to have a test.  It

11    did not happen.

12         Q.   Okay.  And you -- and you included another

13    emoji there, correct?

14         A.   Praise hands, yes.

15         Q.   Okay.  And then he responds, "That's lucky,

16    LOL.  She knew you drank last night and wanted you to

17    ace it."  And then you did not respond to that,

18    correct?

19         A.   Correct.

20         Q.   Okay.  So what are you thinking?  Why do you

21    not respond to that?

22         A.   Again, I think I was still in shock.  I think

23    I was still trying to process what it was that had

24    happened, remember all these times that I am not

25    consenting to what happened.  I -- I was drunk.  I'm --

1    I'm piecing together what had happened the night

2    before.  So then when I wake up the next morning and

3    I'm -- I'm piecing it together, I think -- I didn't

4    respond because I was, yeah, just trying to figure out

5    how to -- how to handle it.

6         Q.   Okay.  It -- it then skips to 3:03 p.m.  So

7    what are those -- those three and a half hours in

8    between, you're finished with class.  Where do you go

9    after class?

10        A.   I had coffee with a friend.

11        Q.   Who's the friend?

12        A.   Her name was Hannah.

13        Q.   Okay.  What's Hannah's last name?

14        A.   Aycock.

15        Q.   Okay.  And do you tell Hannah what happened?

16        A.   Again, I was still in shock.  I think I was --

17   I told her something along the lines of "Hey, I think

18   something happened to me last night while I was over at

19   his guy's house."

20        Q.   And her response was?

21        A.   Hannah and I were both on leadership at the

22   Wesley Foundation.

23        Q.   Uh-huh.

24        A.   The Wesley Foundation, we signed a kind of

25   leadership contract -- it wasn't a contract.  It was

1      like a covenant, is what they called it, that said you

2      shouldn't drink, agree that you won't drink.  And so

3      when I told her this, that I thought something had

4      happened the night before, she said, "You shouldn't

5      have been drinking."

6            Q.   And that kind of shut down that conversation?

7            A.   Yes.

8            Q.   Yeah.  Is that the last time you had coffee

9      with Hannah?

10           A.   Yes.

11           Q.   Okay.  You have not stayed in touch with

12     Hannah?

13           A.   Again, we were both at the Wesley together, so

14     I felt the need to maintain some kind of, like,

15     cordiality with her.

16           Q.   Uh-huh.  Today -- as you sit here today, you

17     don't maintain a relationship with Hannah?

18           A.   No.

19           Q.   Okay.  All right.  So y'all have coffee.  You

20     have this discussion.  You -- you're done with coffee?

21           A.   Uh-huh.

22           Q.   And where do you go next?

23           A.   Kayla and I had talked earlier on that day, so

24     she walked to the coffee shop that I was at.

25           Q.   Uh-huh.

1          A.    And we got in my car together to go to her

2     apartment, and that's where we went.

3          Q.    And at what point in there do you tell Kayla

4     what happened?

5          A.    I think it was in the car.  I felt really --

6     when Hannah said that to me in the coffee shop -- and

7     she also started kind of layering on some other things

8     that -- just some guilt things, like she had a

9     boyfriend at the time that I think she felt some

10    jealousy about, and I don't know.  I just -- I felt

11    very attacked --

12         Q.    Uh-huh.

13         A.    -- and confused because it felt like it was

14    coming out of nowhere.  And so I was crying a lot in

15    that coffee shop.  It was a very small coffee shop.

16    A lady that I taught her daughter dance walked in and

17    saw me crying and was, like, looking at me, and I was

18    like -- I think that's where kind of the floodgates

19    opened, was --

20         Q.    Uh-huh.

21         A.    -- sitting there.  So -- and I -- like you

22    said, I still had not showered.

23         Q.    Uh-huh.

24         A.    I still smelled like Daniel.  I smelled like

25    sex, frankly.  I don't know.  Like, I just felt like

1   everyone could like -- in class, too, it was like -- I

2   was sitting there, like, starting to kind of tear up in

3   class, thinking like -- like, "Everyone knows. What

4   have I done? Like, this is my fault. Why did I stay?"

5   And so I think Hannah confirming that for me, saying,

6   "You shouldn't have been drinking," really kind of let

7   all that loose, and I felt very -- just like -- you

8   know, I was in this coffee shop; I felt so, like,

9   naked, like everyone was just, like, looking at me.

10          So when I got in the car with Kayla, I was

11  already visibly very upset. She offered to drive for

12  me, so we pulled over, and she got in the -- the

13  driver's seat. And she asked me what happened, and I

14  told her I was at this guy's house last night. We were

15  drinking. He came on to me. I don't know exactly what

16  I said, but I said it in as many words I -- to say the

17  word "rape." Because I think -- again, I felt too

18  guilty to say that word, like that it was my fault. He

19  couldn't have raped me because I was drinking, right.

20      Q.   Uh-huh.

21      A.   So -- sorry. So I told her that, and she --

22  yeah, she offered to take me to her apartment and -- to

23  shower and to get me some clothes.

24      Q.   Much different response than Hannah?

25      A.   Yes.

1      Q.   So she took you to her apartment.  You were

2      able to take a shower, clean up, change your clothes.

3      And about what time is this?

4      A.   It would have been early to mid-afternoon, I

5      think.

6      Q.   Okay.  Is this before the text messaging -- it

7      picks back up at 3:03 p.m. where he texts you again,

8      correct?

9      A.   Correct.

10     Q.   Okay.  So at 3:03, when he texts you again,

11     are you still at Kayla's apartment?

12     A.   I don't recall where I was at 3:03.

13     Q.   Okay.  Kayla's apartment off campus?

14     A.   Yes, it was off campus.

15     Q.   Different apartment complex than Silva?

16     A.   Yes.

17     Q.   Okay.  So he texts you, and he says, "Do you

18     want to study at Tolliver or the library with me and

19     Rebecca tonight?"  Correct?

20     A.   Correct.

21     Q.   And who is Rebecca?

22     A.   She may have been one of the people there the

23     night before.  I don't -- I didn't remember her name

24     before, but that -- that would make sense --

25     Q.   Okay.

1        A.    -- one of the women there.

2        Q.    All right.  And then -- and you don't

3   immediately respond?

4        A.    Uh-uh.

5        Q.    Did you see the message at 3:00 o'clock and

6   wait to respond, or -- or is the delay that you --

7   you're just not looking at your phone?

8        A.    I believe I waited to respond.

9        Q.    Okay.  And what was the reason for that delay

10  in response?

11       A.    I just didn't -- I didn't know what to do.  I

12  didn't know what to say to him.

13       Q.    So you're with Kayla.  You're at her

14  apartment.  Where do you go from there?

15       A.    Kayla suggested that we go to Kaiti Lammert's

16  house.

17       Q.    To her house?

18       A.    Yes.

19       Q.    Okay.  Kaiti Lammert, at that time, was with

20  the Wesley Foundation?

21       A.    Correct.

22       Q.    Okay.  I am assuming that Kayla is -- your

23  friend, is also a part of Wesley Foundation?

24       A.    Correct.

25       Q.    Okay.  So she makes this suggestion.  And what

1    do you think of that?

2         A.   I thought it was a good idea.  Kaiti was

3    someone who I thought of as just very supportive, kind

4    of thought of her as, like, a -- a leader to me or a

5    mentor.  And as she had -- she had been very open about

6    her own experiences with assaults, and so I said okay.

7         Q.   Was she a sexual assault victim as well?

8         A.   Yes.

9         Q.   Okay.  What about Kayla?  Was Kayla a -- had

10   she had that in her past?

11        A.   Yes.

12        Q.   Okay.  So did you go to Kaiti's house from

13   there?

14        A.   Yes.

15        Q.   All right.  And is Kaiti there?  Did y'all

16   tell her you were coming?

17        A.   Yes.

18        Q.   Okay.  And tell me about that interaction.

19        A.   I think we sat outside.  I just -- I told her

20   about it.  She really just listened and asked me what I

21   wanted to do about it.  And at that time, I was --

22   again, I felt still like -- it's like the day after,

23   right.  Like, I still was, like, processing it and

24   processing it out loud to the two of them and not

25   really knowing how to feel and feeling really, again,

1    like guilty and ashamed that I had not reached --

2    because, like, the night before, I didn't -- I didn't

3    text anyone because I thought, like, what would people

4    say if they knew I was at this guy's house that I

5    barely know, and I'm drunk.  I mean, like, I told them

6    the next day, and they didn't respond that way.  So I

7    think then, too, I was like, "Why didn't I just text

8    them?  Like, why didn't I?"

9         Q.   Uh-huh.

10        A.   And so I think -- so she asked me if I wanted

11   to do anything or asked me what I wanted to do.  And I

12   think I felt like if I tell anyone else, it's going to

13   be -- it's going to be my word against his.  I don't

14   want to ever talk to him ever again, though.

15        Q.   Did Kaiti kind of talk through what your

16   options were?

17        A.   No.  She --

18        Q.   Did she suggest to you a rape kit?

19        A.   She suggested reporting it, yes.

20        Q.   Did -- did she suggest that you go to, like,

21   the hospital or anywhere and have a rape kit done?

22        A.   All she -- I -- I don't remember the exact

23   wording.  I think she just said, "Do you want to report

24   this?"

25        Q.   And when she said, "Do you want to report it?"

1           she was referring reporting it to whom?

2                       MS. BECK:  Objection; form.

3                       You can answer.

4           A.   I don't know.

5      BY MS. GIERING:

6           Q.   You don't know?

7           A.   I don't know.

8           Q.   Okay.  So you don't know if she meant Ruston

9      police?  You don't know if she meant Tech?  You don't

10     know what she meant?

11          A.   No.

12          Q.   But she was just asking are you ready to

13     report it or would you like to report it?

14          A.   Uh-huh.

15          Q.   Okay.  Was there any discussion about Tech and

16     about the university?

17          A.   No.

18          Q.   Okay.  And when she suggested reporting it,

19     what was your feeling on that?  "My word against his,"

20     you did say that.  And then I -- I think that's where

21     we left off.

22          A.   Yeah.  I felt that it was going to be my word

23     against his.  I think I still -- even though they had

24     responded in that way, I felt that -- again, I think

25     what Hannah said to me really stuck with me, and I'm

1      just like, I'm not -- I'm not -- I was drunk.  Like --

2          Q.   Uh-huh.

3          A.   -- if I tell someone, they're not going to

4      believe me --

5          Q.   Uh-huh.

6          A.   -- or they're going to say, "You were drunk."

7      And I think that all just felt too overwhelming in the

8      moment.  It was like I don't want to talk to anyone

9      else about this.  I don't want to, like, expose

10     myself --

11         Q.   Uh-huh.

12         A.   -- any more than even it had felt like I

13     exposed myself from that morning to -- you know, in

14     class, at the coffee shop.

15         Q.   Okay.  So does -- is that the extent of your

16     conversation with Kaiti?

17         A.   Kaiti suggested that I text him.

18         Q.   Okay.

19         A.   I don't remember exactly what she suggested I

20     say, but I said -- but she said block his number if you

21     don't ever want to talk to him again, so I did that.  I

22     texted him, and I blocked his number.

23         Q.   Okay.  And that's what she was suggesting,

24     text him and then block his number?

25         A.   Yes.

1    Q.   Okay.  Did she help you compose your messages

2    that are -- that follow in this text?

3    A.   I don't think she helped me to compose them.

4    I do think that she said, you know, I think I showed

5    them to her, and -- and she said, "If that's what you

6    want to say, I think that's okay."

7    Q.   Okay.  So you -- you typed up your responses

8    when you were with her?

9    A.   I don't remember -- recall if I was with her

10   or if I had already left and -- and then I later said

11   to her, "Hey, I'm about to text him.  Here's what I

12   think I'm going to say."

13   Q.   Okay.  Okay.

14   A.   Yeah.

15   Q.   So whether you were with her or you consulted

16   by chatting with -- by texting her after you had

17   already left, you let her know "This is what I'm

18   thinking of saying," and she said, "If that's how you

19   feel, that's what you should do" --

20   A.   Yes.

21   Q.   -- essentially?  Okay.

22        And then you send the text to him?

23   A.   Yes.

24   Q.   Okay.  So -- so we're here at 6:32 p.m.,

25   correct?

1          A.   Correct.

2          Q.   And it says -- this is coming from you, and

3     it says, "Hey, I want you to know that I wasn't

4     comfortable with what happened last night," correct?

5          A.   Correct.

6          Q.   Okay.  "I know I wasn't fully sober, and I

7     don't remember everything, but I also know that I told

8     you many times that I didn't want to."  Correct?

9          A.   Correct.

10         Q.   Okay.  And what does "fully sober" mean?

11         A.   I think -- honestly, I think at this point, I

12    was kind of softening it.  I wanted to -- I think I was

13    afraid that if I outright said "you raped me," that I

14    would open the door up for -- like, I was just trying

15    to keep the peace, I think, and I felt like I didn't --

16    I didn't want to go -- I didn't want to, again, go

17    through more than I -- go through more, like, exposure

18    or something than I already had.  So when I say

19    fully -- "I wasn't fully sober," I think what I meant

20    was I know I was drunk.

21         Q.   Okay.  And then you continue, correct?

22         A.   Uh-huh.

23         Q.   I wasn't trying to cut you off.  Were you

24    finished, before -- before I go on in the text?

25         A.   Just -- just one moment.  I just want to look

1      at it for a second.  Is that okay?

2          Q.   Oh, absolutely.  It is okay.

3          A.   Yeah.  I think in this moment, what I was

4      thinking was I have to acknowledge -- I felt like --

5      Hannah just told me, "You shouldn't have been

6      drinking," right.  I felt like I shouldn't have been

7      drinking, and so I think I felt like I had to

8      acknowledge "I know I told you no, but I also know I

9      was drunk."

10             Like, I felt like I was, like -- I think I was

11     blaming myself a little bit here and saying, like, "I

12     know I wasn't fully sober, and I don't remember

13     everything, but I also know that I told you many times

14     that I didn't want to," like acknowledging, like, I

15     know I was drunk, but I also know that this is what I

16     remember, I think.

17         Q.   Okay.  Okay.  I'm about to continue on.  Are

18     you -- okay.

19         A.   Yes, ma'am.

20         Q.   I'm just -- I want to make sure that I'm not

21     cutting you off, abbreviating your response.  Okay.

22             And then you continue, and you say, "I

23     remember waking up to you feeling me up and feeling

24     trapped because I wasn't sober and feeling like I just

25     wanted it to be over."  Correct?

1          A.   Correct.

2          Q.   "That I would do anything just to get it over

3      with quicker, even faking being okay with it."

4      Correct?

5          A.   Correct.

6          Q.   Okay.  Do you feel like you faked being okay

7      with it?

8          A.   I think when I got him off from on top of me

9      and gave him a blow job, I was not kicking and

10     screaming and like -- because I felt like that was my

11     best out; my best out was to have him finish.  And so I

12     think in that way, I think that's what I mean here, is

13     like I know I kept going, but also, I kept going

14     because I -- I needed it to be over with, I think is

15     what I meant there.

16         Q.   Okay.  "I told you I wasn't comfortable with

17     not using a condom or even having sex in the first

18     place."  Correct?

19         A.   Correct.

20         Q.   Do you remember saying that --

21         A.   I know I told --

22         Q.   -- to him that night, that you were not

23     comfortable with not using a condom?  Did you say that

24     to him in the moment?

25         A.   Yes.

1    Q.   Okay.  And then you continue, "I know you were

2    tipsy, too, but I know you heard me."  Is that correct?

3    A.   Correct.

4    Q.   How do you know he heard you?

5    A.   Because he responded, "Just let me do it.

6    Just -- I'm not" -- here's what he said.  He said, "I'm

7    not going to fucking cum inside of you.  Just let me do

8    it."  So he was pretty upset that I was not allowing

9    him to rape me.

10   Q.   Was he upset, or was he -- was he saying it in

11   a -- in a joking, playful manner?  How did -- how did

12   he say that?

13   A.   What I remember is that he was pretty -- like,

14   "I'm not going to fucking cum inside of you.  Let me

15   put my penis inside of you."  I don't remember it as

16   joking, no.

17   Q.   Was he angry?

18   A.   Yes, I would say he was frustrated.

19   Q.   Okay.  You continue, "I don't want you to

20   think I'm ignoring you because I just wanted to sleep

21   with you and be done.  Almost the opposite."

22        What does that mean?

23   A.   I was, like, saving face.  I -- again, I felt

24   I had never, up to that point, had, like, a -- a

25   one-night stand.  And so I felt like I'm -- I -- I felt

1 like I need to -- which is ridiculous now, thinking

2 about it.  Like, he -- he raped me.  I didn't need to

3 save face for this man, but it felt like, oh, he could

4 attack me with that, that I was just some, like, slut

5 who went to, like, sleep with him for a night, and I

6 was accusing him of -- of raping me, and so I needed to

7 clarify this isn't the case.

8   Q. What does "almost the opposite" mean?

9   A. I went into that night thinking this will be a

10 sweet interaction.  We will -- maybe we'll kiss, and

11 then it'll be fine, and we'll move on.  I did not

12 intend to -- to go into that night to sleep with him

13 and then move on.

14   Q. Okay.  But here, clearly you are

15 communicating -- like, you're anticipating that you --

16 that your actions are going to communicate that you're

17 ignoring him.  You're anticipating here that "I'm about

18 to cut this off, and -- but I want to say what I need

19 to say before I cut this off."

20     MS. BECK:  Objection --

21 BY MS. GIERING:

22   Q. Is that right?

23     MS. BECK:  Objection; form.

24     You can answer.

25   A. Yes, I would say so.

1    BY MS. GIERING:

2        Q.   Okay.  You then say, "Thank you for the invite

3    to dinner."  Where was the invite to dinner?

4        A.   I must have misread the previous text because

5    we -- we didn't communicate other than this text

6    message and then the text message I sent.

7        Q.   Okay.

8        A.   So when he said "tonight," I may have just

9    miss -- misremembered what he said or misconstrued what

10   he said.

11       Q.   Okay.  So "Thank you for the invite to dinner.

12   But I don't -- but I don't think I feel comfortable

13   around you."

14       A.   Correct.

15       Q.   Okay.  And then he responds, "Jane, you

16   literally told me you wanted it last night."  Is that

17   correct?

18       A.   Correct.

19       Q.   Is -- is that what you said to him?

20       A.   No.

21       Q.   Are you sure of that?  Or is there some part

22   of you that -- you know, "Maybe I did.  I was drunk.

23   Maybe I did say that"?

24            MS. BECK:  Objection; form.

25       A.   I don't -- I don't remember saying that.

1    BY MS. GIERING:

2         Q.    Okay.  "I wouldn't have done anything if you

3    would have said no."  So here, he's saying to you that

4    you didn't say no, correct?

5         A.    He's lying.  Correct.

6         Q.    He's lying?

7         A.    Yes.

8         Q.    Okay.  "I actually like you a lot, and I

9    didn't want this to be over.  Is there anything I can

10   do to be friends with you?  Please.  I don't want you

11   out of my life.  You're super cool, and I like

12   friends."

13              So what are you thinking when you're receiving

14   that?

15        A.    To me, it felt like he was -- I mean, it was

16   three text messages in a row.

17        Q.    Uh-huh.

18        A.    The last one was sent a little bit later.  You

19   can tell because there's a little bit more of a space

20   between that and the last one.  So I think I felt like

21   he's freaking out.  He -- he is -- yeah.

22        Q.    He's a little worried?

23        A.    Yes.

24        Q.    He's a little nervous?

25        A.    Uh-huh.

1    Q. That's what that communicated to you?

2    A. Yes.

3    Q. Okay.  And you respond, "I'm sorry you may

4  remember it that way, but that doesn't change the fact

5  that I know how uncomfortable I was, and I know I told

6  you.  This is for my own comfort."  Correct?

7    A. Correct.

8    Q. Okay.  And you're saying, "I know how

9  uncomfortable I was."  How was it clear to you -- do

10  you -- you remember -- you had recollection, at that

11  point, how uncomfortable you were at that time?

12    A. Yes.

13    Q. Okay.

14    A. I remember pushing him off of me.  I remember

15  rolling over.

16    Q. Okay.

17    A. I remember trying not to let him take my pants

18  off, all of those things.

19    Q. Okay.  And I'm only asking that question

20  because you did -- you did state earlier, "I don't

21  remember everything."  So I'm just trying to clarify

22  what is distinct in your recollection and what is not.

23    A. Yes.

24    Q. Okay.  He says, "What is?  I'm so sad right

25  now.  I don't know what went wrong.  I thought we were

1      good.  I wanted to, like, date you or was kind of

2      hoping for it.  Please let me make it up to you

3      somehow.  I'll do anything to be your friend, Jane.

4      Say anything, please."  Correct?

5          A.   Correct.

6          Q.   Okay.  And what are you thinking at -- at

7      that?

8          A.   I mean, I -- I think it was just him -- I

9      mean, at that time, I could tell that he was trying to

10     get me to not do what Kaiti had advised me to do, which

11     was to block him or to try to end -- end communication

12     with him, that he was trying to keep the door open for

13     something.  And so that's -- that's kind of what I felt

14     of that.

15         Q.   Was there any part of you that thought, "Maybe

16     he really does like me.  I mean, I don't feel

17     comfortable with what he did, but maybe this guy --

18     maybe he -- he really does like me"?  Is there -- was

19     there any part of you that was thinking that?

20              MS. BECK:  Objection; form.

21              You can answer.

22         A.   I'm trying to think back to then.  No, no.  I

23     think I felt, at this point, that he -- he was saying

24     this to, again, keep the door open to try not to let

25     me -- yeah, I can't remember exactly what my mindset

1    was, but I'm -- I'm fairly certain that I don't -- I

2    did not have those kind of questions about maybe he

3    does like me or maybe he does want to be my friend.

4    BY MS. GIERING:

5        Q.   You knew immediately this is not genuine, this

6    is not really what he -- what he's saying is not

7    genuinely what he means?

8                MS. BECK:  Objection; form.

9        A.   Again, hindsight is 20/20.  I think looking

10   back on it now, I know that's what he means, and so

11   it's tricky to know what I -- I thought then and --

12   versus what I know now.

13   BY MS. GIERING:

14       Q.   So when you -- when you -- when you have --

15   what -- you've talked to Kaiti at this point, who

16   said -- you know, suggested to you to report it.

17       A.   Yes.

18       Q.   You're now having this exchange with Silva

19   himself, and you're sensing some kind of desperation.

20   Would that be a fair word to put on it?

21       A.   Fair, yes.

22       Q.   At that point, are you thinking, "Maybe I

23   should go and report it.  Look at how he's responding"?

24       A.   No.  I think I still was trying to maintain --

25   I felt very overwhelmed, even with this just -- just

1       this text exchange, and I was trying to defuse it as

2       much as possible.

3           Q.   Okay.  All right.  So you respond to him, and

4       you say, "Hey, listen.  I wouldn't do that if I hadn't

5       genuinely felt uncomfortable.  There are no hard

6       feelings."

7               What does that mean, "There are no hard

8       feelings"?

9           A.   Again, I think I was just defusing the

10      situation.  I felt there were hard feelings for me.

11      But I -- I did not want him -- I could tell he was

12      freaking out, and I -- I wanted to defuse the situation

13      because I didn't -- I didn't want to deal with any more

14      of it.  And so I said, "Listen, there are no hard

15      feelings," yeah.

16          Q.   "I just don't think I want to be around you.

17      I hope you can understand that.  I'm sorry that you

18      were interested, but we've only known each other a few

19      days."

20              You're saying there's no hard feelings.  Did

21      you mean that, that you had no hard feelings?

22          A.   No.

23          Q.   Why send that message to him, "no hard

24      feelings"?

25          A.   I knew that I was about to block him, and I

1    knew that -- I -- I was afraid that when I did block

2    him, he would -- I don't know -- do what else -- try to

3    approach me, try to talk about me to other people, try

4    to -- as I had said in a previous text message, say

5    that I had just wanted to sleep with him and now I'm

6    accusing him of something, and so -- I was afraid.  I

7    was afraid of what he would do.  I was afraid that he

8    would turn -- turn around on me, and so when I'm saying

9    that, I think I was trying to reassure him so that he

10   would not do that.

11       Q.   Okay.  And you made a point to say, "We've

12   only known each other a few days."  How many days total

13   had you known each other at this point?

14       A.   I don't recall the exact number.  As I said

15   earlier, I don't remember the exact day that -- that we

16   had that first meeting in Tolliver Hall, so a few days.

17       Q.   Okay.  Was there a part of you that -- that

18   was something that you were trying to process as well?

19   "I've only known this guy a few days.  I'm at his

20   apartment.  I don't know him.  We're doing shots.  I

21   spent the night."  Is that -- was that something that

22   you were trying to process and deal with as well?

23            MS. BECK:  Objection; form.

24            You can answer.

25       A.   I -- I think that's safe to say.  I think

1          that -- yeah, like -- like I said before, I had a lot

2          of guilt and shame and felt very -- yeah, shameful.

3          And so maybe, but -- but as it says right here, I think

4          a lot of it was just trying to defuse, make him feel

5          like -- yeah, trying to defuse the situation.

6               Q.   Okay.

7                    MS. GIERING:  We're going to attach that

8                    as Exhibit 3.  And I'm going to hand you what

9                    is going to be marked Exhibit 4.  It is

10                   Plaintiff's 18 through 21, Bates numbers, and

11                   the front page is -- it says 4:04 p.m. at the

12                   top with T.

13          (Exhibit No. 4 was marked for identification.)

14     BY MS. GIERING:

15               Q.   Do you see that?

16               A.   Yes.

17               Q.   Okay.  T is the roommate, correct?

18               A.   Correct.

19               Q.   And you only know him as T, correct?

20               A.   Correct.

21               Q.   You don't know any other identifying

22     information for him?

23               A.   Correct.

24               Q.   Okay.  That front page is his -- is a

25     screenshot of his contact in your phone?

1          A.   Correct.

2          Q.   Okay.  So let's flip the page, and these are

3    the texts that you have produced from T.

4               My first question is, are there -- were there

5    other texts in your phone, and this is another version

6    of "I just did screenshots of what I thought was

7    important"?

8          A.   May I -- may I look through this for a

9    second --

10         Q.   Sure, of course.

11         A.   -- and then -- and then answer that question?

12         Q.   Of course.

13         A.   Okay.  So to answer your question, no.  These

14    are all of the text messages between me and T.

15         Q.   Okay.

16         A.   So there -- there are no other ones.  And in

17    fact, I did not have his phone number prior to this,

18    so -- or he did not have my phone number.  So I'm

19    assuming that Daniel gave him -- after I blocked

20    Daniel, Daniel gave him my phone number to text me

21    because Daniel was no longer able to text me.

22         Q.   That makes sense.  Okay.

23              So this is timestamped at 6:58 p.m.  So you

24    had blocked Daniel --

25         A.   Yes.

1      Q.    -- by 6:58 p.m.?

2      A.    Yes, as soon as I sent -- I don't know an

3   exact -- the exact time of the last text message I

4   sent, but that whole text -- last text exchange started

5   at 6:32.  And as soon as I sent the last message, I

6   blocked him.

7      Q.    Okay.  So sometime between 6:32 and 6:58 p.m.,

8   Daniel gets blocked?

9      A.    Yep.

10     Q.    He gives T your number?

11     A.    Yes.

12     Q.    And then you get a text from T at 6:58 p.m.

13   saying -- where he's trying to convince you to talk to

14   Daniel, correct?

15     A.    Correct.

16     Q.    And he says -- he says, "You wouldn't try to

17   ruin his life, would you?"  You see that?

18     A.    Yes.

19     Q.    What does that mean?

20     A.    This felt so out of the blue to me at the time

21   because the only text messages that Daniel and I had

22   exchanged were those where I felt like I was trying to

23   defuse the situation.  And actually, for me, this felt

24   like a confirmation that Daniel knew what happened and

25   yet -- and yet was trying to say that he didn't know

1    what he did because -- yeah.  Why?  I -- I had the same

2    question.  "What does that mean?  Why -- why would you

3    say that?"

4         Q.   And when you read that, what did -- what did

5    you think when you see "You wouldn't try to ruin his

6    life, would you?"

7         A.   I mean, again, I think I felt pretty -- I

8    don't know.  It felt out of the blue.

9         Q.   Okay.  And then you respond, "Thank you for

10   being concerned, T.  It may not have been his

11   intention, but that doesn't change what I experienced.

12   There are no hard feelings."

13        So here, you're saying it again --

14        A.   Uh-huh.

15        Q.   -- "There are no hard feelings"?

16        A.   Yep.

17        Q.   What are you -- why -- why are you saying that

18   to T again, "There are no hard feelings"?

19        A.   Again, I -- I assumed that T was texting me at

20   the behest of Daniel, and so I was just reiterating to

21   T what I had already said to Daniel, assuming that

22   Daniel was probably going to read this as well.

23        Q.   Okay.  "I'm not trying to ruin his life."  Is

24   that an accurate statement?

25        A.   Yes.

1          Q.   Yes.  It was not your intention to ruin his

2     life, correct?

3          A.   I -- yes.  I think I was responding to what T

4     had said and, again, trying to defuse.

5          Q.   "I just don't think I can be around him,"

6     correct?

7          A.   Correct.

8          Q.   Okay.  Are you recognizing in this text

9     message in any way that -- that you may have played

10    into the situation?

11               MS. BECK:  Objection; form.

12         A.   What does "played into" mean?

13    BY MS. GIERING:

14         Q.   That, you know, you recognize -- you have

15    testified that, you know, you were concerned about what

16    people may think or how people may -- you didn't use

17    the word "judge you," but you said, you know, you were

18    concerned what people would think about this.  "I was

19    drunk.  I, you know, didn't really know this guy.  I

20    was there," that type of thing.  Correct?

21               MS. BECK:  Objection; form.

22    BY MS. GIERING:

23         Q.   Am I summarizing correctly?

24         A.   That sounds right.

25         Q.   What you -- and what -- and was there any part

1     of you that -- that felt like this might be construed

2     or "I may -- I may have played into him feeling like

3     that he could do -- like, that this situation that I

4     put myself in of being there with him in this -- this

5     sexual assault occurring"?

6                 MS. BECK:  Object --

7     BY MS. GIERING:

8          Q.   Was there any part of you feeling that way?

9                 MS. BECK:  Objection; form.

10         A.   I mean, I've said that I -- I felt -- I felt a

11    lot of shame.  I was blaming myself largely because of

12    what Hannah had said to me because I -- I, up to this

13    point, was not particularly -- I had not had one-night

14    stands or anything like that.

15    BY MS. GIERING:

16         Q.   Uh-huh.

17         A.   So I -- but I think that me responding here

18    is not -- I think I'm confused by "playing into" still.

19    I --

20         Q.   Let me ask the question this way.  You -- you

21    said that you said, "No hard feelings, and I'm not

22    trying to" -- because you were trying to defuse the

23    situation.  Okay.

24                 What -- what is it -- what -- what is it that

25    you thought "I need to defuse"?

1          MS. BECK:  Objection; asked and

2     answered.

3          You can answer again.

4     A.   Again, I felt -- I felt that if I accused him

5     of raping me, if I -- I knew I needed to be away from

6     him, but if I said to his face, "You raped me," I

7     was -- I was worried that he would -- I was just

8     afraid.  I was afraid of him.

9     BY MS. GIERING:

10    Q.   Okay.  Okay.  You -- you then say, "I hope you

11    understand that as a female, I have to play it safe."

12    What does that mean, "I have to play it safe"?

13    A.    I think I was just saying to T, listen -- so

14    in T's text messages, some of the ones you did not read

15    aloud, he says --

16    Q.   Uh-huh.

17    A.    -- "Daniel is literally one of the coolest

18    guys I know.  He cares about everyone, wants everyone

19    to like him.  The first time we all studied, he told me

20    how much he liked you, and I know his intentions were

21    never to make you uncomfortable in any way.  You should

22    give him a chance.  He's smart and nice and wants

23    everyone around him to succeed.  So he kind of gives

24    this character reference.

25    Q.    Uh-huh.

1          A.   And to me, that line "I hope you understand as

2     a female, I have to play it safe," he's saying you may

3     see him that way as his friend.

4          Q.   Uh-huh.

5          A.   But I know what I experienced, and I -- I

6     can't talk to him anymore.  I have to play it safe.

7          Q.   Okay.  "Y'all were fun to be around, and I

8     wouldn't do this if I hadn't genuinely felt

9     uncomfortable."

10          What do you mean by "I wouldn't do this"?

11     What are you referring to?

12          A.   Cut off communication with Daniel.

13          Q.   "He and I have only known each other a few

14     days.  I may see you around."

15          Did you have any intentions of seeing T

16     around?

17          A.   We were both at Louisiana Tech, so I was

18     saying I may see you around campus.

19          Q.   Okay.

20          A.   And then I blocked his number.

21          Q.   You did?  You blocked T?

22          A.   Yes.

23          Q.   I was going to ask you that.  Okay.

24          Did you run into him around campus after that,

25     T?

1          A.   A couple of times, yes.

2          Q.   Okay.  And what -- tell me about those

3     instances.

4          A.   I didn't speak to him.  I saw him and kind of

5     walked the other direction or tried to avoid him.

6          Q.   Did he make an attempt to talk to you?

7          A.   He -- I remember one time we were kind of

8     passing each other, and I -- he kind of went to say hi

9     or whatever, and I just -- I turned the other way.

10         Q.   Okay.  What about Silva?  Did you run into him

11    around campus?

12         A.   Yes, multiple times.

13         Q.   Okay.  And tell me about those instances.

14         A.   We both had class in George T. Madison Hall,

15    which is where the English department is housed, but

16    it's where a lot of general ed classes are also housed,

17    and so we both had classes in there.  And that quarter,

18    the following quarter, we must have had classes around

19    the same time in that building because I saw him

20    multiple times in that building walking down the

21    hallway towards me.

22              A couple of times, we made eye contact, but

23    both times I -- or not both times.  I don't want to

24    say both.  I don't know how many times I ran into him,

25    but -- but the times that I did run into him, we -- I

1       would dodge down a hallway, or I began to get to class

2       a little bit earlier just to avoid -- avoid even seeing

3       him.  I felt -- it was weird to see someone who had,

4       like, such intimate knowledge of me --

5           Q.   Uh-huh.

6           A.   -- in the sense that, like, he had attacked me

7       in, like, the way -- the most intimate way that you can

8       attack someone.  He had had himself inside of me.  And

9       I -- and to see him, I think, just like, "Oh, there's

10      Daniel in the hallway" --

11          Q.   Uh-huh.

12          A.   -- "before class" -- like, it was just every

13      time.  So like, I remember, like, feeling very -- I

14      mean, I've already talked about some of my anxiety, but

15      that -- like, kind of triggering that like -- like

16      fight or flight, like --

17          Q.   Uh-huh.

18          A.   -- breathing is heavy.  And, you know, I would

19      maybe have to go, like, sit down and -- and just, like,

20      calm down.  But none of the times did we speak.  I made

21      sure that I never had to actually confront him or

22      encounter him.  And by "made sure," I mean, again, I --

23      I -- I started getting to class a little bit earlier.

24      I took different hallways than the ones that I had seen

25      him in, things like that.

1    Q.   Okay.  So at this point now where you are --

2    you're running into him on campus, you're having a

3    reaction to -- to that.  Are you -- did you, you know,

4    maybe revisit with Kaiti about making a report at this

5    time?

6    A.   I don't remember.

7    Q.   Are -- did the thought cross your mind, you

8    know, "I need to report this guy because I'm running

9    into him on campus, and this happened, and that's not

10   okay"?

11   A.   I -- I did not feel ready, I think, to report

12   it.  I think that still felt so unthinkable to me.

13   Even though I was running into him, it was like that

14   would be so much to have to go and sit in front of

15   someone and say, "Here's what happened."

16   Q.   Uh-huh.

17   A.   "Here are the details of it.  And here, let me

18   put my word against his, and let me open myself to

19   being asked why didn't you leave?  Why did you stay and

20   drink?" right.  Like, that was unthinkable to me.

21   Q.   Uh-huh.

22   A.   And so I was seeing him around campus, but

23   still, it was better for me just to put my head down,

24   again, defuse the situation, rather than have to

25   confront it in that way.

1          Q.   Okay.  At this point when you're running into

2      him -- you know, we know that you told Hannah about

3      this.  You told Kayla.  You spoke to Kaiti.  They -- it

4      sounds like they were comforting and helpful to you.

5      And you're nodding your head yes?

6          A.   Correct, yes.

7          Q.   Was there -- and who else did you tell about

8      this in the -- in the days following?

9          A.   I told Ryan Ford.

10         Q.   Okay.  And Ryan Ford is director at the Wesley

11     Foundation?

12         A.   Correct.

13         Q.   Okay.  And I believe he's still there.  Is

14     that correct?

15         A.   Correct.

16         Q.   Okay.

17         A.   I -- I don't remember if there was anyone else

18     in this time.

19         Q.   So your complaint alleges that in the coming

20     days, you told other people, and you told Ryan Ford.

21     Were there -- were there others that -- who are those

22     other people that you talked to?

23         A.   Again, I don't -- I don't remember.  It --

24     yeah, I don't remember.

25         Q.   When you spoke to Ryan, what did you -- what

1       did you say to him?

2           A.   I went into that meeting, again, feeling quite

3       ashamed.  I had signed a leadership contract/covenant

4       that said I would not drink, so I went into that

5       meeting to say, "I'm sorry.  This thing happened.  I

6       was drinking."

7           Q.   Did someone encourage you to go to him?

8           A.   No.

9           Q.   It was your decision?

10          A.   Yes.

11          Q.   You felt like "I need to -- I need to just

12      come forward, and I need to tell Ryan what happened"?

13          A.   Yes.

14          Q.   Okay.  Did they revoke your leadership

15      position?

16          A.   No.

17          Q.   Okay.  What did -- how did Ryan respond to

18      you?

19          A.   He used "rape" for the first time.  Up until

20      this point, I felt afraid to use that word.

21          Q.   Uh-huh.

22          A.   It feels like a really big and scary word, and

23      I -- I just don't think I was ready to, like, confront

24      it.  I felt like, yeah, I -- I was afraid to use it.

25      Kaiti and Kayla had said "assault."

1           And so I -- I came to apologize to him for

2      drinking, but he said, "Jane, it sounds like you were

3      raped."  And yeah, I had been thinking -- I -- I knew

4      that's what happened, right.  It's like one of those

5      things; it's like you know what happened, but you're

6      afraid to say it because if I say it, that would make

7      it real, right.  Then I have to pay attention.

8           Q.   Uh-huh.

9           A.   So that's what he said and -- and more along

10     those lines, you -- you know, he said, "Your drinking

11     is not my concern.  And I'm -- I'm worried that you're

12     okay."

13          Q.   And did he offer to help you in any way?

14          A.   Not that I can recall.

15          Q.   Did he give you some suggestions or options on

16     what you could do?

17          A.   Not that I can recall.

18          Q.   Did he suggest to you that you should report

19     it?

20          A.   I don't think so, no.

21          Q.   Did he ask you if you had reported it?

22          A.   I don't remember.

23          Q.   Did he suggest to you, "Look, I -- I -- I know

24     these individuals who are in administration at Tech,

25     and these are people that you can go to and tell them

1     about what happened"?  Was there anything along those

2     lines?

3                    MS. BECK:  Objection; form.

4                    You can answer.

5          A.    Not that I recall.  Again, he know -- he knew

6     that I had already had a conversation with Kaiti.

7     BY MS. GIERING:

8          Q.    Uh-huh.

9          A.    And so I think that he felt as if -- if anyone

10    had raised that option to me as -- as -- not the option

11    to report to Tech, particularly, but just to report in

12    general as Kaiti had, that she would have already done

13    that.  So I -- I don't recall him offering that, no.

14         Q.    Okay.  Thank you for collecting the -- the

15    texts, the pages with the text messaging from T as

16    Exhibit 4.  We'll attach that.  Give me one second.

17    A lot of this, we've already covered, and I don't want

18    to --

19                    Did you save your clothing from that night?

20         A.    I don't recall.  I do still have the shirt

21    Kayla gave me to change into.

22         Q.    Do you and Kayla stay in touch?

23         A.    We follow each other on Instagram.

24         Q.    Okay.  Would you consider her still a friend?

25         A.    A friend in that we have been through a lot

1      together, but we don't stay in touch.  We don't, you

2      know, text or anything like that.

3           Q.   Do you stay in touch with Kaiti, Kaiti

4      Lammert?  Is that right, Lammert?

5           A.   Lammert.  Similarly -- similar to the -- to

6      the answer of -- of Kayla.  I -- you know, we follow

7      each other, friends on Facebook.  We don't speak often.

8           Q.   Now, at some point, you went home -- you went

9      back to the home that you were living in?

10          A.   Yes.

11          Q.   Was there any discussion at all with the --

12     the couple that you lived with?

13          A.   Not that I can recall, no.

14          Q.   Did they ask you, "Where were you?"

15          A.   Not that I can recall, no.

16          Q.   Parent the situation in any way?

17          A.   No.

18          Q.   Okay.  Did you have any photos of him, like

19     snap on a phone, anything like that, of Daniel?

20          A.   None that I had taken.

21          Q.   What do you mean by that, "none that I had

22     taken"?

23          A.   Oh, at that time, none, no.  No.  At that

24     time, none.

25          Q.   Okay.  And what do you mean "at that time,

1    none"?  But it sounds like now, you do have some?

2          A.    When the sorority group chat was -- when

3    the -- it was sent to me --

4          Q.    Uh-huh.

5          A.    -- the text message with the sorority group

6    chat screenshot, I then had those pictures of him.

7          Q.    Okay.  So until December of 2018, you did not

8    report anything to Louisiana Tech University, correct?

9          A.    Correct.

10         Q.    And until December 2018, you did not report

11   anything to the Louisiana Tech Police Department,

12   correct?

13         A.    Correct.

14         Q.    And before December of 2018, you did not

15   report anything to the Ruston Police Department,

16   correct?

17         A.    Correct.

18         Q.    And -- excuse me.  And other than Kaiti

19   generally suggesting to you to report it, did anyone

20   else tell you -- suggest to you that you should report

21   this to anyone?

22         A.    No.

23         Q.    What about Kayla?  Did she say you should

24   report this?

25         A.    No.

1        Q.   Did anyone suggest to you that the longer you
2     wait, the harder it would be to report it?
3        A.   No.
4        Q.   What date was it that you met with Ryan Ford?
5     How long after was it before you told him?
6                  MS. BECK:  Objection; form.
7                  You can answer.
8        A.   That I told him about the -- the assault?
9     BY MS. GIERING:
10        Q.   Yes.
11        A.   I believe it was a week, a week or two.  It
12     was still in September, I think.
13        Q.   And what was it that was holding you back
14     from -- as time went on even?  You know, the weeks
15     and -- and months are going by.  What is it that -- why
16     is it that you just -- you didn't report it?
17        A.   Again, it felt really overwhelming.  It felt
18     like something I didn't -- again, until -- until Ryan
19     said the word "rape," I couldn't even say that out loud
20     because it felt so scary.
21        Q.   Uh-huh.
22        A.   But of course, I also didn't know his full
23     name, and I didn't -- at this point, I -- I wasn't sure
24     how to know his full name, and I -- I felt like it
25     would be too hard.

1          Q.   What do you mean by "too hard"?  Too hard
2     emotionally?
3          A.   Yes, emotionally to, again, open myself up
4     to -- to lines of questioning, to have the onus on me
5     to prove that this is what happened to me.
6          Q.   But when you say "too hard," you're not
7     referring to getting his last name, are you?
8               MS. BECK:  Objection; form.
9               You can answer.
10         A.   I'm not directly referring to that.  But
11    again, I -- yeah.  Yeah, I'm not directly referring to
12    that.
13    BY MS. GIERING:
14         Q.   Okay.  Did you jump on social media at any
15    point between September and December 2018?  Did you
16    jump on any social media platform and do some search
17    on -- on him?
18               MS. BECK:  Objection; form, asked and
19          answered.
20               You can answer.
21         A.   I don't remember.
22    BY MS. GIERING:
23         Q.   Did you make any attempts to get his last
24    name?
25         A.   I don't remember, as I'm sitting here right

1    now.

2        Q.  Did anyone suggest to you that "Hey, don't let

3    a last name stand in your way because school -- you

4    know, there's a database.  You know, school can help

5    you with that.  Law enforcement can help you with that.

6    You've got an address.  You've got -- you've got a

7    first name"?  Did anyone suggest that to you?

8            MS. BECK:  Objection; form.

9        A.  No one suggested that to me, no.

10    BY MS. GIERING:

11        Q.  Did that thought cross your mind?

12            MS. BECK:  Same objection.

13            You can answer.

14        A.  Again, I felt that -- I -- I didn't even want

15    to touch it, so --

16    BY MS. GIERING:

17        Q.  Okay.

18        A.  -- it was not even on my radar.

19        Q.  But you would agree with me at this point, you

20    had his cell phone number, correct?

21        A.  Correct.

22        Q.  And just because you block his number, it

23    doesn't mean it's not -- the contact is not there in

24    your phone, correct?

25        A.  Correct.

1          Q.   You know -- you have his address.  It's in

2     that text chain at least, correct?

3          A.   Correct.

4          Q.   You know at least one of his roommates,

5     correct?

6          A.   Correct.

7          Q.   You have a first name, correct?

8          A.   Correct.

9          Q.   You know he's in the engineering school,

10    correct?

11         A.   I'm sorry.  I did not know his first name.

12    His middle name is Daniel.  I knew him as Daniel.

13         Q.   Okay.  Well, you -- you knew him as Daniel?

14         A.   Yes.

15         Q.   Presumably in your frame of reference at that

16    time as a first name, but you knew a name, Daniel?

17         A.   Correct.

18         Q.   Correct?

19         A.   I knew a name.  I did not know his first name.

20         Q.   Okay.  Did you make any attempts at all

21    between September and December to use all of those

22    identifying pieces, then, to use -- use that in any way

23    to fill in the blanks with Victor Daniel Silva?

24              MS. BECK:  Objection; form.

25              You can answer.

1    A. Not that I recall doing at the -- as I'm

2  sitting here right now, I -- I don't recall it.

3  BY MS. GIERING:

4    Q. Did you go in -- did you seek counseling?

5  Did you get a counselor between September and

6  December 2018?

7    A. I don't recall.

8    Q. Did you go to therapy?

9    A. I did not go to therapy.  I didn't go to

10  therapy at all in college, from what I can remember.

11    Q. Did you seek medical care?

12    A. Yes.

13    Q. Okay.  Tell me about that.

14    A. I went to the Lincoln Parish Health Unit

15  shortly after it happened -- I don't know exactly how

16  long -- with my friend -- with another friend,

17  Khalilah.

18    Q. How -- how do you spell her name?

19    A. K-h-a-l-i-l-a-h.

20    Q. What is her last name?

21    A. Kersey.

22    Q. How do you spell that?

23    A. K-e-a-r-s-y [sic].

24    Q. Okay.  When did you -- you went with her to

25  the health unit?

1       A.   She accompanied me, yes.

2       Q.   Okay.  When was that?

3       A.   Again, I -- I don't recall the exact time, but

4   it was sometime between when the assault happened and

5   when I reported it.

6       Q.   And what were you going there for?

7       A.   I felt I needed to get screened for STDs.

8               THE REPORTER:  I'm sorry?

9       A.   I felt that I needed to get screened for STDs.

10  BY MS. GIERING:

11      Q.   How -- how long after the assault was this?

12      A.   Again, I don't recall the exact -- the exact

13  date.  Sometime between when the assault happened and

14  when I reported it.

15      Q.   I was just trying to get an idea of, like, was

16  this a month, or was this two months?  Just thinking

17  about the holidays, was it before or after a certain

18  holiday?

19      A.   I don't remember.

20      Q.   Okay.  And you did the screening?

21      A.   I did.

22      Q.   And how did it come back?

23      A.   A negative for STDs.

24      Q.   Okay.  And did you -- whoever the medical

25  professional that you saw, did you tell the medical

1    professional what happened?

2         A.   No.

3         Q.   Okay.  Why not?

4         A.   I mean, I told the medical professional that I

5    had had sex without a condom; I had unprotected sex.

6    But I -- I just didn't feel it was -- it was -- it was

7    like a lab tech that came and took my blood and things,

8    so I -- I just -- I didn't feel comfortable telling him

9    at that time.

10        Q.   So in the months between September 2018 and

11   your report in December of 2018, tell me about -- tell

12   me about that time frame.  You're -- are you going to

13   class?

14        A.   Yes.

15        Q.   Okay.  Did your -- did your grades drop?

16        A.   I don't recall the specifics of -- of where my

17   grades were.

18        Q.   Do you continue to be engaged at the Wesley

19   Foundation?

20        A.   From what I can remember, yes.

21        Q.   Other than going to the Lincoln Parish Health

22   Unit, are you seeking medical or mental health

23   treatment from anyone during that time?

24        A.   No.  And I -- I couldn't afford a therapist.

25   It's really challenging to get a therapist in Ruston.

1     I couldn't afford a therapist at that time, but I also

2     had had experiences with the counseling center at Tech

3     previously.  I went there freshman year, and I didn't

4     find it to be very helpful.

5          I went to a few sessions.  I -- I found it

6     actually to be in a lot of ways, like, really -- yeah,

7     I -- I didn't find it to be helpful at that time.  And

8     so I -- because I had had this experience, that --

9     that's another reason why I was at this point -- and

10    again, I was also still just, like, processing and --

11    and not even -- like, afraid to even touch what had

12    happened to me.  I felt a little -- yeah, yes.

13         Q.   When you went prior, what were you there for?

14         A.   Freshman year, I was in the process of

15    changing my major, and so I went for some career

16    counseling.  And then as I said earlier, the transition

17    to college was kind of hard for me, and so in those --

18    at some point that year, I -- like I said, I tried to

19    take advantage of that -- that service that they had

20    just to try to get some clarity about that transition.

21         Q.   Okay.  So in those -- in that fall of 2018,

22    are you -- did you use any dating apps again?

23         A.   Not that I can recall, no.

24         Q.   Okay.  Were you still on social media?

25         A.   Yes.

1          Q.    As you're on social media, did you see
2     anything about Daniel Silva come across social media?
3          A.    Not until the sorority group chat --
4          Q.    Okay.
5          A.    -- screenshot.
6          Q.    That was the first time that you -- that you
7     saw anything?
8          A.    Yes.
9          Q.    Okay.  Did you continue to study on campus?
10         A.    I don't recall.
11         Q.    Study in the library?
12         A.    I don't recall.
13         Q.    Tolliver Hall?
14         A.    Yeah.  I mean, Tolliver Hall is often where I
15    had meals if I was on campus.  It was convenient.  And
16    so I may have -- I may have studied in Tolliver just
17    for -- because it -- it was the only place I could eat
18    on campus.
19         Q.    Uh-huh.
20         A.    So yeah, maybe.  Or the only place I wanted to
21    eat on campus.
22         Q.    At any time in the fall of 2018, did you think
23    to yourself that the university had something to do
24    with your experience in September 2018?
25         A.    No.

1    Q.   Did you associate your assault with Silva

2    something that the school did or did not do?

3    A.   Not at that point, no.

4    Q.   So we're getting to -- so we're now

5    December 2018.  Is it your testimony that

6    December 11th, 2018, is the first time you saw anything

7    about Silva on social media?

8    A.   Correct.

9    Q.   Okay.  You hadn't seen a picture of him on

10   social media?

11   A.   No.

12   Q.   You hadn't seen his name appear anywhere on

13   social media before that time?

14   A.   Not that I can recall.

15   Q.   And you hadn't seen anybody post anything

16   about "this person is a rapist" with his -- with his

17   picture?

18   A.   No.

19   Q.   Okay.  How did you come to see the Sigma Kappa

20   Sorority post?

21   A.   It was sent in that group chat for the

22   photography project.

23   Q.   That's right.  Okay.

24        And you saw it.  And what -- what -- what was

25   your -- what was your thought when you see that?

1          A.    I was with Ryan Ford at the time, actually.

2          Q.    Okay.

3          A.    We were sitting together, talking.  I saw the

4    text, and I think I said something like, "Oh, my God.

5    This is him.  This is the guy who did this."

6          Q.    I'm going to pause right here.  Was it just a

7    coincidence you happened to be with Ryan --

8          A.    Yes.

9          Q.    -- at the time?  Okay.

10         A.    Yes.

11         Q.    So this wasn't Ryan saying, "Hey, look at

12   this"?

13         A.    No.

14         Q.    Or Ryan suggesting to you --

15         A.    No.

16         Q.    -- "Is that, you know" -- okay.  So --

17         A.    This is totally unrelated --

18         Q.    Totally un- -- you happen to be with him

19   because you're engaged with -- as a leader at the

20   Wesley Foundation.  You happen to see this post?

21         A.    Yes.

22         Q.    And you -- he happens to be sitting next to

23   you, and you say, "Oh -- oh, gosh," and you show it to

24   him?

25         A.    Yes.

1          Q.   Okay.  And what do you say?

2          A.   "This is the guy.  This is the guy who raped

3     me."  I showed him the screenshot.

4          Q.   Uh-huh.

5          A.   He read it.  Yeah.

6          Q.   And prior to you -- the December 11th, 2018,

7     Kayla and Kaiti, they hadn't seen anything that they

8     brought to your attention, a similar post?

9          A.   No.

10         Q.   Okay.  And what did -- what was Ryan's

11    response to you showing that to him?

12         A.   I mean, I think he was as surprised as me

13    about all of these previous allegations for -- was how

14    it was put in these screenshots.

15         Q.   Uh-huh.

16         A.   And he suggested that -- at that point, he

17    suggested that I report it.

18         Q.   Okay.  And did he give you specifics?  Like,

19    "This is who you need to go to or what you need to do"?

20         A.   He did not know, so he reached out to someone.

21    He reached out to Sam Speed and said -- anonymously

22    said, "Hey, I have a student who has experienced this.

23    Who would I go to talk to -- who would she go to talk

24    to about this?  Who would she go to report this?"

25         Q.   And it's my assumption, based on the

1      allegations in your complaint, that you were provided

2      with the name Carrie Flournoy?

3            A.   Yes.

4            Q.   And did you reach out to Carrie?

5            A.   I did.  I emailed her.

6            Q.   Okay.  And I'm going to -- I'm going to pause

7      right here.  So this is the -- this is the first time

8      that you make that -- Ryan says you need to report it.

9      Was there any part of you that still was not ready to

10     report it?

11           A.   At this point, because I saw the number of

12     allegations that were against him, it felt like it was,

13     in a weird way, like a confirmation of what I had

14     experienced.  And of course, up till now, I was -- I

15     was -- I was feeling this was my fault.  I was

16     drinking, right.  And so I think at this point, I felt

17     like, "No, you're right.  I do need to report this."

18     If not for myself, then for these -- all of these

19     alleged victims, that --

20           Q.   Uh-huh.

21           A.   -- like, if he's somehow not in jail at this

22     point, like I -- I have to try at least.

23           Q.   Okay.  And did you want that?  Did you want

24     him to go to jail?

25           A.   Yes.

1        Q.  So was there any hesitation now, like

2     hesitation to reporting, other than being, you know,

3     nervous about telling the story again?

4        A.  I was very nervous, but there was no

5     hesitation, and I -- I had resolved to that is what I

6     wanted to do.

7        Q.  Okay.  So you email -- you reach out to

8     Carrie Flournoy.  What day was that?

9        A.  I don't exactly remember.  It was very soon

10    after meeting with Ryan Ford and -- and seeing the

11    text -- seeing the group chat message.

12       Q.  Okay.  It's my appreciation that you reached

13    out to Carrie Flournoy on December 13th, 2018, the day

14    before you met with her.

15        Does that sound correct to you?

16       A.  That seems correct, yes.

17       Q.  And it's my understanding that you requested

18    to meet the next day, on the 14th.  Is that correct?

19       A.  That sounds correct, yes.

20       Q.  It's also my understanding that December 14th

21    was a Friday.  Does that sound correct to you?

22       A.  Yes.

23       Q.  Okay.  Did -- did you -- before you reached

24    out to Clarrie -- Carrie Flournoy, did someone help you

25    draft your -- your email to her?

1      A.   I don't remember.

2      Q.   Did you go alone to meet with her?

3      A.   No, I did not.

4      Q.   Okay.  Who did you bring with you?

5      A.   Kaiti Lammert.

6      Q.   Okay.  Why Kaiti?

7      A.   She is someone I had already told, and so I

8  felt it wasn't a whole other can of worms to open to

9  tell someone else to come support me in this, and I

10 knew that she could support me.

11     Q.   Okay.  So you and Kaiti go to meet with

12 Carrie?

13     A.   Correct.

14     Q.   Is it just the three of you?

15     A.   Initially, yes.

16     Q.   Okay.  And what happens?  Tell me about the

17 conversation initially.

18     A.   So I mean, up until this point, I didn't even

19 know that there was such a thing as a Title IX officer

20 at Tech.  I -- actually, I was quite confused about

21 what Title IX was.

22     Q.   Uh-huh.

23     A.   I don't think that was ever really explained

24 to me, and so I wasn't sure exactly what to expect

25 going into this meeting.

1     Q.  Ryan Ford did not suggest to you, like, her

2    title or what that meant or why you're going to her?

3     A.  No.  Again, he was the one who asked Sam

4    Speed.

5     Q.  Uh-huh.

6     A.  And so Sam Speed had suggested this.  And I

7    think we both just assumed -- Sam Speed is -- is -- he

8    was the dean of academic affairs, I think, or a dean

9    of -- maybe not academic affairs, maybe student

10    affairs.

11     Q.  Uh-huh.

12     A.  And so I think we both trusted Sam to give us

13    the right recommendation for the person to go to.

14     Q.  Uh-huh.

15     A.  I wasn't exactly sure why that was the person,

16    but -- but Sam Speed had said that that was the person.

17     Q.  This is who they told you to go to, so this is

18    who you're going to?

19     A.  Yes.

20     Q.  And -- okay.  So you meet; you sit down with

21    Carrie.  And what happens?

22     A.  We get to Carrie's office.  We sit down.  I

23    say Victor Daniel Silva's name.  I say it because I

24    think in the email I had already said I need to report

25    something.  I don't know if I said an assault or not.

1          But when I sit down with her, I say I need to

2     make a report about Victor Daniel Silva.  And she says,

3     oh -- something along the lines of like, "Oh, we

4     already had him on our radar."  "He -- we've gotten

5     calls about him," I think is what I remember her

6     saying.  She said that she wasn't surprised.  They were

7     just waiting for someone to come forward about him,

8     which I think made me feel like, "Oh, good.  I can

9     help."  And she said that Chief Randal Hermes, who was

10    the chief --

11         Q.   I'm sorry.  Say that again?

12         A.   Chief Randal Hermes.

13         Q.   Uh-huh.

14         A.   He was the chief of Tech Police Department at

15    the time -- had been looking into Silva because of

16    these calls that they had received.  And -- and again,

17    that they were just waiting for someone to come

18    forward.  And at that point, she called Lieutenant Pat

19    Simmons, who was the -- and she said, "Can you come

20    to" -- we were in Wyly Tower, which is where her office

21    was --

22         Q.   Uh-huh.

23         A.   -- 16th floor right next to Dr. Guice's, who

24    was the president of the university -- right next to

25    his office kind of in an administrative assistant's

1     office.  And so she called Lieutenant Pat Simmons and

2     asked, "Will you come meet us here to take a

3     statement?"

4         Q.   Did she call Pat Simmons before she -- did you

5     tell her what happened before she called Pat Simmons,

6     other than saying Victor Daniel Silva?

7         A.   I -- I -- in that email, I said I needed to

8     report an assault.  I do think that I said very briefly

9     I was sexually assaulted.  I -- I don't exactly

10    remember what I said, but I think I probably said these

11    are the dates -- rehashing what I said in my email,

12    "These are the dates I was sexually assaulted.  Here's

13    who it was."

14        Q.   Okay.  Are you certain that Ms. Flournoy told

15    you that the university had been receiving calls and

16    reports about Silva?

17        A.   I'm not sure she said "reports."  Again, at

18    this point, these screenshots, I'm assuming they were

19    not just being recirculated -- and again, this is an

20    assumption -- not just circulated to other people, but

21    it kind of confirmed to me that -- I think she said

22    they were receiving calls about him, people upset that

23    he was there.

24        Q.   Okay.  And you are certain of that, that

25    she --

1          A.   Yes, that she said, "We've been receiving

2     calls about him."  Yes.

3          Q.   Okay.  And that she was aware of calls of

4     Victor Daniel Silva?

5          A.   Yes.

6          Q.   Okay.  And are you certain that she said they

7     were waiting for someone to come forward?

8          A.   Yes.

9          Q.   Other than your recollection from that

10    conversation, do you have any other evidence of -- of

11    her saying that?

12         A.   Kaiti was there.

13         Q.   Okay.  Did -- after this -- after you -- y'all

14    met with Ms. Flournoy, did you and Kaiti have --

15    discuss the meeting?

16         A.   Yes.

17         Q.   And did y'all -- either of y'all remark upon

18    that comment --

19         A.   I -- I --

20         Q.   -- that they had been receiving calls and --

21         A.   I would assume I did because it -- it does

22    really stick in my memory because it -- it kind of

23    confirmed to me "Oh, this guy has a -- a reputation."

24    And so while I can't exactly remember, I would assume

25    so.

1          Q.   Did you have a discussion with Ms. Flournoy

2     about that, about other people calling, about waiting

3     for someone to come forward?  Did you -- did you

4     discuss that with her?

5               MS. BECK:  Objection; form.

6               You can go ahead.

7          A.   I don't think so.  She said that, and then she

8     called Lieutenant Pat Simmons, and we kind of just had

9     to wait.  I don't think it was -- I don't know if it

10     was in silence or not, but we had to wait.  She kind

11     of -- yeah.  We had to wait until he arrived to -- to

12     give my full statement, so we didn't discuss that,

13     yeah.

14     BY MS. GIERING:

15          Q.   Do you know who these people were that were

16     calling the university?

17          A.   No.

18          Q.   Other than Ms. Flournoy saying that Hermes had

19     been looking into Silva, do you have any other evidence

20     other than her saying that to you?

21          A.   No.

22          Q.   When Pat Simmons meets with you, does he

23     confirm that, that they had been looking into Silva?

24          A.   I don't recall what he said.

25          Q.   When Pat Simmons arrives, did you complete a

1   report?

2                    MS. BECK:  Objection; form.

3                    Go ahead.

4        A.   A police report?

5   BY MS. GIERING:

6        Q.   Uh-huh.

7        A.   Yes.  Yes.

8        Q.   Okay.  How was that report done?  Did you

9   write anything out?  Let me ask that -- ask the --

10       A.   Yes.

11       Q.   -- question that way.

12       A.   I wrote out my statement because I was worried

13  that I -- I would fumble over my words, so I wrote it

14  out.  And I asked -- I -- I said I had it.  When he

15  asked, "Like, so what happened?" I said I had it, and

16  he said, "Okay.  Can you -- you can just read from

17  that, actually.  You can just read from that

18  statement."

19       Q.   Okay.  And when you say you wrote it out, is

20  that the typewritten statement?

21       A.   It is.

22       Q.   Okay.  And had -- did you go to him with the

23  typewritten statement?

24       A.   I did not have it printed.  I -- I believe it

25  was on my phone.

1           MS. GIERING:  I have it in here.

2           THE VIDEOGRAPHER:  Counsel, do you mind

3       if we take a comfort break?

4           MS. GIERING:  That would be fine.

5           THE VIDEOGRAPHER:  Okay.  Thank you.

6       Going off the record at --

7           MS. GIERING:  I'm going to use that,

8       "comfort break."

9           THE VIDEOGRAPHER:  Going off the record

10      at 3:57.

11              (Recess taken.)

12          THE VIDEOGRAPHER:  We're back on the

13      record at 4:05.

14  BY MS. GIERING:

15      Q.   Ms. Doe, before we took a break -- a comfort

16  break, we -- we were getting to a statement that you

17  had prepared.  You prepared that statement before you

18  went to meet with Ms. Flournoy?

19      A.   Yes.

20      Q.   Okay.  And you typed it up, correct?

21      A.   Correct.

22      (Exhibit No. 5 was marked for identification.)

23  BY MS. GIERING:

24      Q.   Okay.  And I am going to hand to you a

25  typewritten statement that was produced to us on your

1  behalf, and it is Bates numbered Plaintiff 23 and 24.

2  It's a two-page document marked as Exhibit 5.  If you

3  could, take a look at that.

4             I'm sorry.  Could -- he's -- they're

5  double-checking my -- the Bates numbers.  In the

6  bottom right-hand corner, what Bates numbers do you

7  see?  PL --

8       A.   -- 23 and 24.

9       Q.   Okay.  And I'm only going to ask you some

10  general questions about it.

11       A.   Okay.

12       Q.   Okay.  Is this the statement that you provided

13  to the Ruston Police Department?

14       A.   Yes.

15       Q.   Did you provide it to them, or did you read it

16  aloud?

17       A.   Both.

18       Q.   Okay.  Did you type up that statement?

19       A.   Yes.

20       Q.   And when did you prepare the statement?

21       A.   I believe the day before I reported.

22       Q.   And why did you prepare the written statement?

23       A.   I didn't want to forget anything.  I wanted to

24  be sure that I -- yeah, I wanted to be sure that I got

25  everything.  I didn't want to forget anything.  I knew

1      I would be nervous.

2          Q.   Did anyone suggest to you that you should type

3      up a statement?

4          A.   I don't think.  I don't think so.

5          Q.   So that statement, if I'm understanding you

6      correctly, was prepared on December 13th, 2018?

7          A.   May I ask what day did I report?  It was

8      the -- the 14th that I reported --

9          Q.   The 14th is when you met with Ms. Carrie

10     Flournoy?

11         A.   Yes.  So yes, I think it was the 13th.

12         Q.   Okay.  Prior to December 13th, 2018, had you

13     put together any similar type of statement, document of

14     your recollection of events?

15         A.   I don't recall.

16         Q.   If you -- if you had, would you have saved

17     that somewhere?

18         A.   No.

19         Q.   Okay.  So as you sit here today, the only

20     statement you know of that you put together is the one

21     that's in front of you?

22         A.   Yes.

23         Q.   Okay.  When -- after you typed up the

24     statement, did anyone read, edit, or proof it before

25     you gave it to the Ruston Police Department?

1    A. No.

2    Q. Did anyone help you putting that together?

3    A. No.

4    Q. It was just you?

5    A. Yes.

6    Q. Okay.  It says at the bottom of that statement

7  that changes were made after the first report was given

8  on 12/14.

9    Do you see that?

10    A. Yes.

11    Q. When did you make those changes?

12    A. I don't remember exactly when.  I believe

13  that it was very shortly after I first reported.

14  And -- and these are, of course, changes like the

15  morning of September 19th.  I think I said the night of

16  September 18th before.  Yeah, little things like that

17  that I -- I just -- as -- as I was reading it aloud, I

18  felt -- I realized, like, "Oh, I'm not sure that's

19  correct."

20    Q. Okay.  So as you're reading it to the Ruston

21  Police Department, you realized there were some errors?

22    A. Yes.

23    Q. You know, I'm like, "Oh, that date is not

24  right because of the time" --

25    A. Yes.

1          Q.    -- that type of thing?

2          A.    Yes.

3          Q.    And then you corrected the document, I guess,

4     saved in your computer, saved as a Word document?

5          A.    Yes.

6          Q.    Okay.  Did anyone recommend to you that you

7     make those changes?

8          A.    No.

9          Q.    Did you provide the edited version to the Tech

10    Police Department?

11         A.    I believe the first -- I -- I would have to

12    speculate, I think.  I -- yeah, I don't remember.

13         Q.    Okay.  Do you recall if you provided the

14    revised or edited version to anyone?

15         A.    I don't recall.

16         Q.    Did you make changes again?

17         A.    No.

18         Q.    That was the one and only time?

19         A.    Yes.

20         Q.    Okay.  And this is a Word document that you

21    keep?

22         A.    It's a Google doc, yes.

23         Q.    Okay.  A Google doc, sorry.

24         A.    That's all right.

25         Q.    Does anyone else have a copy of that Google

1      doc, other than you?

2          A.   No.

3          Q.   Okay.  And then --

4          A.   I'm sorry.  Can I correct that?

5          Q.   Yes, you may.

6          A.   I -- after I reported to Lieutenant Simmons,

7      he asked me to email that report to him, the written

8      statement.

9          Q.   And did you do that?

10         A.   I did, yes.  And I can't remember -- there was

11     a detective at the Ruston Police Department.  I can't

12     remember if he had asked the same thing, for me to send

13     him the written statement, but -- but he may have.  And

14     then of course, I provided it to him.

15         Q.   Okay.  We're going to attach that as

16     Exhibit 5.

17         (Exhibit No. 6 was marked for identification.)

18     BY MS. GIERING:

19         Q.   And we are going to -- I'm going to show you

20     the incident report from the Louisiana -- from

21     Louisiana Tech University.  It is one, two -- three

22     pages.  It says "3 of 3" on the last page.  I've marked

23     it as Exhibit 6.  It says "Incident Report" at the top

24     from Louisiana Tech University, and it is incident

25     number 20180560.

1              MS. BECK:  Has this been produced in

2         discovery?

3              MS. GIERING:  I -- I'm sure a version of

4         it has.

5              MS. BECK:  There are no Bates numbers on

6         this.

7              MS. GIERING:  I think the redacted

8         version was produced in discovery.

9              MS. BECK:  All right.  Well, I'm going

10         to object to this based on it not being

11         produced in discovery or it not being provided

12         to us before now.

13              MS. GIERING:  I -- I know that we

14         produced it in response to our discovery, the

15         request that you sent to us.

16              MS. BECK:  Uh-huh.

17              MS. GIERING:  But it was a redacted

18         version.

19              MS. BECK:  And we haven't seen this

20         version before, so I'm -- I'm objecting on

21         that basis.  But go ahead.

22    BY MS. GIERING:

23         Q.   Okay.  All right.  Have you seen this incident

24    report before?

25         A.   No.

1     Q.   Did you ever request -- after you reported
2     this to Patrick Simmons, did you ever request a copy of
3     your incident report?
4     A.   No.
5     Q.   Okay.  On the document, it says that the date
6     reported is December 14th, 2018, or 12/14/18.
7          Do you see that?
8     A.   Yes.
9     Q.   Is that the date that you reported the
10    incident to Louisiana Tech police?
11    A.   Yes.
12    Q.   And you recall reporting to Tech Police
13    Department on the same day that you met with
14    Ms. Flournoy at Tech?
15    A.   Yes.  They happened in almost the same room.
16    I reported to Ms. Flournoy.  She called Lieutenant Pat
17    Simmons to come there, and I reported to him there in
18    Dr. Guice's office.
19    Q.   Okay.
20    A.   I'm sorry.  In the presence of Ms. Flournoy.
21    Q.   Okay.  Okay.  Is that your name, Jane Doe?
22    A.   I'm sorry.  Where is that?
23    Q.   The top of page 1.
24    A.   Yes.
25    Q.   Okay.  And --

1          MS. BECK:  If you -- if you need to read

2               through that, go ahead.

3                    THE WITNESS:  Yes, yeah.

4                    MS. BECK:  She's going to ask you

5               questions about it.

6     BY MS. GIERING:

7          Q.   And the next question I'm going to ask -- I

8     mean, you feel free to read.  But just so you know what

9     you're looking for is -- it has two ages on the report,

10    an offense age and a current age.

11         A.   Uh-huh.

12         Q.   And my question to you is going to be why are

13    they -- why are they two years apart?

14                    MS. BECK:  Objection; foundation, form.

15         A.   Okay.

16    BY MS. GIERING:

17         Q.   Okay.  Do you see where it says an offense age

18    and a current age?

19         A.   Yes.

20         Q.   Okay.  What is the offense age that's on

21    there?

22         A.   For which person?  There are two.  Me or

23    Daniel?

24         Q.   It is for you.  He -- they don't have a

25    current age for Daniel, correct?

1          A.    Right.

2          Q.    They have an offense age of 22?

3          A.    And next to it to the right.

4          Q.    Oh, and then it has current age of 24.  All

5     right.

6                And then for you, it has an offense age of 20

7     and a current age of 22.  Do you have any idea --

8          A.    I have no idea.  I didn't write up this

9     report, so I don't know.

10         Q.    Correct.  Okay.

11               Going -- I know that you skimmed through the

12    narrative.  Do you see on the narrative where it says,

13    "Met on Tinder 9/16/18," September 16th, 2018?

14         A.    Yes.

15         Q.    Okay.  And that -- would you agree with me

16    that is two days before you went to his apartment on

17    the evening of September 18th --

18         A.    Correct.

19         Q.    -- 2018?  Okay.

20               Does that timeline sound correct to you?

21         A.    Yes.

22         Q.    And then it goes on in the narrative, and it

23    says, "At some point Tuesday September 19th."

24               Do you see that phrase?

25         A.    Yes.

1      Q.   That -- Tuesday was not September 19th; is

2      that correct?  Tuesday was on September the 18th?

3      A.   Correct.  That may have been another --

4      because I corrected it again in the later document

5      where I said, "Oh, actually, this happened on the 18th,

6      early morning of the 19th."  So yes.

7      Q.   Okay.

8      A.   That's correct.

9      Q.   And I -- I just wanted to make sure that that

10     was -- so it was Tuesday September --

11     A.   18th.

12     Q.   -- 18th when you go to his apartment --

13     A.   Yes.

14     Q.   -- after you went to your service, and the

15     assault occurred the very early morning hours of

16     Wednesday, September 19th?

17     A.   Correct.

18     Q.   Okay.  It says in that report that you got to

19     his apartment around 9:00 or 10:00.

20          Do you see that?

21     A.   Yes.

22     Q.   Okay.  And is that -- is that typical for you

23     to begin studying around 9:00 or 10:00 o'clock at

24     night?

25     A.   Yeah, I was a late studier.

1       Q.   Okay.  And your expectation was that you would

2       actually be studying, correct?

3       A.   Yes.

4       Q.   And I believe we covered earlier that all of

5       the details that you provide in there that occurred on

6       September 18th, that night when you were -- after y'all

7       were studying, those were all consensual acts, correct?

8                    MS. BECK:  Objection; form.

9       A.   I'm sorry.  Could you ask that one more time?

10      BY MS. GIERING:

11      Q.   The details from when you were studying --

12      A.   Uh-huh.

13      Q.   -- about physical contact and intimacy, before

14      y'all began drinking, those were all consensual acts,

15      correct?

16      A.   Yes.  I say, "At this time, we made out.

17      Preceding, he wanted to have sex, but not wanting that

18      myself, I gave him a hand job.  This was not forced."

19      But of course, again, I kind of just wanted to get it

20      over with.

21      Q.   Do you not -- do you consider a hand job sex?

22      A.   I don't know.  Sexual contact is what I would

23      consider it, I think.

24      Q.   What message do you believe that that sent to

25      him --

1          MS. BECK:  Objection.

2     BY MS. GIERING:

3          Q.   -- giving him a hand job?

4          MS. BECK:  Objection; form.

5          A.   I -- I don't know what that message sent to

6     him.

7     BY MS. GIERING:

8          Q.   Okay.  It then skips in the narrative.  It

9     talks about "Daniel came -- came to lay next to me."

10              Do you see that?

11         A.   Yes.

12         Q.   Okay.  And he did get in the bed with you; is

13    that correct?

14         A.   Correct.

15         Q.   And then it says if -- in there, "If I

16    resisted, it would only make it worse."

17              Do you see that?

18              MS. BECK:  I'm going to object to this

19              line of questioning again.  It's a running

20              objection based on this document not being

21              produced to us in discovery.  And also, you're

22              reading just parts of it.

23              So with that, you can answer.

24         A.   Yes, I see that.

25    BY MS. GIERING:

1       Q.   Okay.  Why would resisting him make it worse?

2       A.   Again, he seemed extremely persistent.  He

3   showed me that he would go against what I desired,

4   which was for him to stop.  He had his weight on top of

5   me, and I thought that if I tried to get him off, he

6   could -- he could be more forceful with me.  He could

7   be even violent, more than just sexually violent with

8   me but -- but -- I don't know, hit me, to do -- be

9   otherwise violent with me.

10      Q.   Was he violent with you in any way?

11      A.   I mean, he was sexually violent with me.  He

12   laid on top of me.  His -- his -- his weight was on top

13   of me, his bodyweight.  And of course, he forced

14   himself inside of me, so yes.

15      Q.   It -- in the narrative, it continues, and

16   there is a statement that says, "It is because of these

17   conversations."

18           Do you see that sentence?

19      A.   Yes.

20      Q.   Okay.  Read that sentence, that whole

21   sentence.

22      A.   "It is because of these conversations and

23   hashing out the events of that night that I remember

24   what happened to me."

25      Q.   Okay.  What was it about these conversations

1     that made you remember what happened?

2        A.   I think what I was saying here is that -- I

3     was acknowledging that there had been time between when

4     the assault happened and when I reported the assault.

5     And so I was anticipating questions like, "How do you

6     remember if you were drunk?  How do you remember what

7     happened to you that night?"  And I think it's

8     because -- and I'm saying I think it's because I -- I

9     had these conversations with Kaiti and with Kayla the

10    next day and told them what happened and didn't just

11    keep it to myself and -- and allow that to be kind of

12    lost to my memory, yeah.

13       Q.   Okay.  And then it continues, and there is a

14    sentence that begins "The day after the assault."

15          Do you see that?

16       A.   Yes.

17       Q.   Okay.  Read that sentence.

18       A.   "The day after the assault, after my

19    conversation with Kaiti, I texted Daniel and told him

20    that I was not comfortable with what happened."

21       Q.   Wasn't it the same day as the morning of the

22    assault that you texted Silva?

23       A.   Yes, yeah.

24       Q.   Okay.

25       A.   Yes.

1          Q.    So you went to the apartment on the night of

2     the 18th, correct?

3          A.    Yes.

4          Q.    At midnight, that becomes the 19th, correct?

5          A.    Yes.

6          Q.    The assault occurred in the early a.m. hours

7     of the 19th, correct?

8          A.    Correct.

9          Q.    And you left on the morning of the 19th,

10    correct?

11         A.    Correct.

12         Q.    And you told Kaiti Lammert on that same day on

13    the 19th, correct?

14         A.    Correct.

15         Q.    Okay.  And then the texting which we've gone

16    over with Silva, that occurred on the evening of the

17    19th, correct?

18         A.    Correct.

19         Q.    Okay.

20         A.    Yeah.  This is one of those things, again,

21    that I corrected in the second draft because I realized

22    I was thinking about it wrongly, that -- that it's the

23    day after, but actually, it was the same day because it

24    happened in the early morning hours.

25         Q.    Got you.  Okay.

1               It then goes on, and there is a sentence

2       "After meeting with Ms. Doe."

3               Do you see that?

4       A.    After meeting Ms. -- with Ms. Doe?  Yes,

5       "After speaking with Ms. Doe."

6       Q.    Okay.  Read that sentence.

7       A.    "After speaking with Ms. Doe, I offered the

8       services of Louisiana Tech Counseling Services."

9       Q.    Okay.  Were you offered Louisiana Tech

10      Counseling Services?

11      A.    Yes.

12      Q.    Okay.  And did you utilize them?

13      A.    No.

14      Q.    Why not?

15      A.    As I said earlier, I had had experiences with

16      Tech Counseling Services.  I had not found them to be

17      particularly helpful and -- yeah, I -- I had not -- I

18      didn't want to get back into that scene.

19      Q.    Okay.  And I recall that testimony.  I didn't

20      want to cut you off, but I wanted to make -- Louisiana

21      Tech Counseling Services, that title, that's the

22      counseling services you referenced before that you had

23      gone to about your schedule and about adjusting your

24      freshman year to college life?

25      A.    Yes.

1      Q.   Okay.  All right.

2           It then says, "Because the incident occurred

3      off campus."

4           Do you see that?

5      A.   Yes.

6      Q.   Okay.  Read that sentence.

7      A.   "Because the incident occurred off campus, I

8      asked Ms. Doe if she would be willing to tell her story

9      again to Ruston police."

10     Q.   Did that occur?

11     A.   Yes.

12     Q.   All right.  And the -- the incident occurred

13     off campus, correct?

14     A.   Correct.

15     Q.   And was the significance of that explained to

16     you by Officer Simmons?

17     A.   No.

18     Q.   Okay.  But he did say, "This is why you need

19     to go to Ruston police," correct?

20     A.   Yes.

21     Q.   Okay.  And did -- do you have an understanding

22     that Louisiana Tech Police Department does not have

23     jurisdiction over personal matters occurring off

24     campus?

25                MS. BECK:  Objection; form.

1      A.   Because -- I do understand that.  Because

2   Daniel was a student, I think I thought that they had

3   jurisdiction over him as a student.

4   BY MS. GIERING:

5      Q.   All right.  Did you go to Ruston police that

6   day?

7      A.   Yes.

8      Q.   Okay.  Did Mr. Simmons -- Officer Simmons, did

9   he accompany you?

10      A.   No.

11      Q.   Okay.  Who accompanied you to Ruston Police

12   Department?

13      A.   Kaiti Lammert.

14      Q.   Okay.  So Officer Simmons says you need to

15   go to Ruston Police Department.  Did y'all leave

16   direct- -- from the -- from the Tech meeting with

17   Officer Simmons -- I recognize y'all didn't meet in the

18   Tech Police Department -- did y'all leave from that

19   meeting and go directly to the Ruston Police

20   Department?

21      A.   Yes.

22      Q.   Okay.  It continues in that narrative.  It

23   says, "Asked to make contact with law enforcement."

24          Do you see that phrase?

25      A.   Yes.

1          Q.   Okay.  Read that sentence.

2          A.   "Doe was asked to call Tech police or the

3     local law enforcement if Silva tries to make contact

4     with her."

5          Q.   Was that told to you?

6          A.   Yes, from what I recall.

7          Q.   Did Silva ever attempt to make contact with

8     you?

9          A.   No.

10         Q.   And therefore, you did not call law

11    enforcement?

12         A.   Correct.

13         Q.   Okay.

14              MS. GIERING:  We will attach the --

15              subject to your objection, the Louisiana Tech

16              Police Department report.  I think that is

17              Exhibit 6, if I am correct.

18              MS. BECK:  Counsel, just as a reminder,

19              we have around -- we have about an hour and

20              17 minutes left.

21              MS. GIERING:  I'm doing my best.

22              MS. BECK:  Okay.

23              MS. GIERING:  Okay.  I am marking this

24              as Exhibit 7.  This is an incident report from

25              the Ruston Police Department.  It is five

1              pages.  The last page is page 5 of 5.
2         (Exhibit No. 7 was marked for identification.)
3                   MS. GIERING:  I'm going to hand that to
4              you.
5                   MS. BECK:  Okay.  This also wasn't
6              produced to us in discovery, so I'm going to
7              have a running objection based on that fact
8              and any questions on this document.
9                   MS. GIERING:  I believe that a redacted
10             version was produced.
11        BY MS. GIERING:
12        Q.   But subject to that objection -- running
13        objection, have you seen this before?
14        A.   No.
15        Q.   Okay.  Why don't you take a minute if -- to
16        look at it.
17                  MS. BECK:  Counsel, this document was
18             never produced to us, not even in a redacted
19             format.  And this is clearly requested in our
20             discovery requests.  I don't remember ever
21             seeing this document in your -- in your
22             production.
23                  MS. GIERING:  I can go back and check.
24                  MS. BECK:  Okay.
25                  MS. GIERING:  I will.

1          MS. BECK:  Go ahead.

2          Yeah.  I'm asserting an objection

3     basically on any questions based on this

4     document given that it wasn't produced to

5     plaintiff's counsel in discovery.  And that's

6     a running objection.

7          THE WITNESS:  I didn't realize he had

8     spoken to Silva.

9          MS. BECK:  I also want to put on the

10    record that I -- that plaintiff's counsel

11    recently sent a discovery deficiency letter to

12    ULS asking for any documents that hadn't been

13    produced yet to be immediately produced, and

14    this still wasn't produced to us.

15         MS. GIERING:  I will go back and check.

16    I thought that this had been produced, but I

17    will go back and check.

18         MS. GIERING:  Are you finished reading?

19         MS. BECK:  I'm not done reading it yet

20    since I haven't seen this document before.

21         UNIDENTIFIED SPEAKER:  Let's go off the

22    record and let her read it.

23         THE VIDEOGRAPHER:  Okay.  Going off the

24    record at 4:39.

25              (Recess taken.)

1           THE VIDEOGRAPHER:  We are back on the

2           record at 4:49.

3           MS. BECK:  I am going to reassert my

4           objection over the document that's been marked

5           as Exhibit 7.  This was not produced to

6           plaintiff in discovery, and I'm objecting to

7           any questions that are asked regarding this

8           document, and that's a running objection.

9    BY MS. GIERING:

10          Q.   Ms. Doe, did you -- we established that on

11   this -- December 14th, 2018, you met with Carrie

12   Flournoy, correct?

13          A.   Correct.

14          Q.   And then you made a report with Officer

15   Simmons of the Louisiana Tech Police Department,

16   correct?

17          A.   Correct.

18          Q.   And he then referred you to the Ruston Police

19   Department, to which you reported, correct?

20          A.   Correct.

21          Q.   Okay.  After you -- when you went to the

22   Ruston Police Department, did you give them a report?

23          A.   Yes, correct.

24          Q.   Did you give them a -- a copy of that same

25   typed-up statement?

1      A.   I read it to them.  I don't know if I provided

2   them with a copy.

3      Q.   Okay.  Okay.  You had it with you on your

4   person?  Like, you brought it with you?

5      A.   On my phone, yes.

6      Q.   Oh, it was on your phone?

7      A.   It's the same day as the -- the report to --

8   to Tech PD where I had it on my phone.

9      Q.   Oh, okay.  That makes more sense to me.  Okay.

10          So you read it to them from your phone?

11     A.   Uh-huh.

12     Q.   And when you left the Ruston Police

13  Department, did you leave with a report?

14     A.   What -- what do you mean?

15     Q.   Like leave with a copy of a report?

16     A.   No.

17     Q.   Okay.  When -- at any time after

18  December 14th, 2018, when you made your report, did you

19  ever go to the Ruston Police Department and request a

20  copy of your report?

21     A.   No.

22     Q.   Do you know if anybody requested a copy of the

23  Ruston Police Department report on your behalf?

24     A.   No.

25     Q.   Was there a certain reason that you -- that

1         you didn't follow up for a report?

2                     MS. BECK:  Objection; form.

3              A.    I did -- I did email Officer Davidson, who was

4         the second detective that interviewed me.  I emailed

5         him at one point, and I asked, "Hey, will anything

6         happen" -- this is maybe even a year -- it was long

7         after I gave this report, I asked, "Will anything

8         happen with this, with my case?  I just want to know."

9         Because had he not reached out to me.

10        BY MS. GIERING:

11             Q.    Uh-huh.

12             A.    And he never responded, so I figured that

13        because he had never responded, nothing was going to

14        happen.  I had done my due diligence.

15             Q.    Uh-huh.

16             A.    I thought that -- yeah, he never responded.

17             Q.    Okay.  Other than the email to Officer

18        Davidson -- is that correct?

19             A.    Correct.

20             Q.    -- did you take any actions to track the

21        Ruston Police Department in any criminal action against

22        Victor Daniel Silva?

23                     MS. BECK:  Objection; form.

24                     You can answer.

25             A.    Not that I can recall.

1     BY MS. GIERING:

2          Q.   Okay.  Were you ever curious at any point

3     whether anything happened to him criminally?

4          A.   Yes, I was.  And I -- I -- again, I emailed

5     Officer Davidson to ask if anything would happen, and

6     he never replied.

7          Q.   Do you -- what month and year was that, that

8     you emailed him?

9          A.   I don't remember exactly.  I do want to make a

10    quick correction.

11         Q.   Yes.

12         A.   With Hannah -- Hannah Laborde is the officer

13    that I reported to at the Ruston PD.

14         Q.   Uh-huh.

15         A.   I just said that I read my -- my statement --

16         Q.   Uh-huh.

17         A.   -- or I read my statement to her off of my

18    phone.  She actually asked for my phone, and I handed

19    it to her, and she read the statement off of my phone

20    and took notes and then asked some questions --

21         Q.   Okay.

22         A.   -- where she supplemented the statement that I

23    had given her with.

24         Q.   Okay.  Thank you for clarifying that.

25              And when you say she supplemented, did she

1    supplement in your presence?  Like, did y'all go

2    through that, and she asked questions?

3         A.   She asked questions about the report, yes.

4         Q.   And then -- and then she supplemented the

5    report based on the questions she asked of you?

6              MS. BECK:  Objection; form.

7         A.   I would assume.  She was taking notes, so I

8    would assume so, yeah.

9    BY MS. GIERING:

10        Q.   Okay.  I guess I'm confused by "she

11   supplemented the report."  I guess what I'm wondering,

12   are you saying that she came back at a later time and

13   she supplemented her report?

14        A.   No.  It was -- I mean, I don't know.  I don't

15   know if she did it at a later time.  I know that in my

16   presence, she was asking me questions and taking notes.

17        Q.   Okay.  All right.

18             In that report -- and I realize that you did

19   not review that before today -- there is a reference to

20   a person named Gabrielle.  Do you know who Gabrielle

21   is?

22             MS. BECK:  What page?

23             THE WITNESS:  I found it.

24   BY MS. GIERING:

25        Q.   What -- okay.  What page is that on?

1        A.   Three of 5.

2        Q.   Okay.  And it -- do you know who Gabrielle is?

3        A.   Yes.

4        Q.   Who is that?

5        A.   She was a friend of a friend at Tech.

6        Q.   What is Gabrielle's last name?

7        A.   I don't know.

8        Q.   Do you have any contact information for

9 Gabrielle?

10       A.   No.

11       Q.   And how did you come to talk to her?

12       A.   After I saw the screenshot in the sorority

13 group chat -- I mean, I don't -- I'm sorry.  This is

14 like -- these are things that I -- I'm -- yeah, I'm

15 seeing in here and remembering.  I don't think I could

16 tell you exactly how I came to contact her.  As I'm

17 looking back now, yeah, I don't remember.

18       Q.   Okay.  And you don't know Gabrielle's last

19 name?

20       A.   Not as I'm sitting here right now, no.

21       Q.   And what is the context that you -- that you

22 knew Gabrielle?  You said a friend of a friend.  Like,

23 who is the friend?

24       A.   Stevie.

25       Q.   What's Stevie's last name?

1          A.   I can't recall, as I'm sitting here right now.

2     Another Tech student, I believe.

3          Q.   Do you have any contact information for

4     Stevie?

5          A.   Not as I'm sitting here, no.

6          Q.   All right.  We will attach that as Exhibit 7.

7               In your answers to discovery requests, you --

8     you state your -- what you experienced as a result of

9     your -- the allegations in your lawsuit.  And I'm going

10    to go through each of those, and my question for each

11    is going to be the same, to tell -- to detail what

12    treatment you received for those items.  Okay?

13         A.   Okay.

14         Q.   Some of those answers may be the same.  And

15    if you just want to refer to "it's the same," "same

16    treatment," et cetera, then please -- please do that.

17              So you mention in Answer to Interrogatory

18    No. 4, "Rape, physical assault, physical pain, and

19    trauma."  So this is physical injury.

20              Did you receive any medical treatment for

21    rape, physical assault, physical pain, and trauma?

22         A.   As I said, I went to Lincoln Parish Health

23    Unit to be sure that I had not contracted any STDs.

24         Q.   Uh-huh.

25         A.   But no, no immediate medical.

1        Q.   Okay.  What do you mean "no immediate

2   medical"?

3        A.   You're asking about physical.  So the day

4   after or something like that, I did not go to the

5   doctor and receive --

6        Q.   Have you received any medical treatment for

7   physical assault, physical pain, and trauma?

8        A.   I mean, I have had -- I know that this is -- I

9   think I -- I'm struggling with the line between

10  physical and mental trauma in this case.

11       Q.   Okay.  My next question was going to be about

12  emotional suffering and mental suffering.  So why

13  don't -- why don't we do this.  Why don't you tell me

14  about any medical treatment that you've received for

15  both?

16       A.   Sure.

17       Q.   So you don't have to draw a line.

18       A.   When I started going to my therapist in

19  Shreveport, LaNita Proctor --

20       Q.   Uh-huh.

21       A.   -- I told her about this.  I told her about

22  instances where I had, after that, been intimate with

23  my boyfriend and had become, like, inconsolably --

24  the -- that the trauma had -- had resurfaced in those

25  times, and she suggested that we do EMDR.  We never did

1    EMDR because I was only going to be -- I was about to

2    move to Bloomington, Indiana, for grad school.

3                And so she felt like it was more important

4    to -- she felt like it would not be beneficial to begin

5    when we did because she didn't want to open up that

6    trauma and then leave it to the possibility of -- of

7    not being able to finish out those sessions.

8         Q.   Right.  Open up the wound and then send you

9    off to Indiana?

10        A.   Yes.

11        Q.   Okay.  What is EMDR?

12        A.   Eye movement desensitization -- I don't know.

13   I don't know much about it.

14        Q.   Okay.  Other than -- okay.  So LaNita Proctor,

15   you received treatment with her.  You began treatment

16   with her after graduation?

17        A.   Yes.

18        Q.   So that would have been around May/June 2020,

19   I believe you told us earlier in the day?

20        A.   Yes, it was after -- after that.

21        Q.   And then when is the last time that you

22   treated with LaNita Proctor?

23        A.   I don't remember exactly.

24        Q.   You ceased treatment before you went to

25   Indiana University?

1      A.   I did cease treatment with her regularly

2    before I went to Indiana.  On at least one occasion

3    when I came back to Shreveport, I -- I visited her once

4    more or twice more.  I can't remember.

5      Q.   Okay.  Are you currently seeing her?

6      A.   No.

7      Q.   Okay.  Other than LaNita Proctor, have you

8    received treatment from anyone else for the physical

9    and mental pain and suffering in Answer to

10   Interrogatory No. 4?

11     A.   With -- it came up in a -- in a couple of

12   sessions with my therapist in -- in Bloomington.  We

13   discussed it.  Again, it -- there was also so much

14   other -- so many other things going on in my life at

15   the time that -- that it did not come up again.  I -- I

16   would like to -- I'm on a teacher's salary right now,

17   and -- and therapy, at least in Shreveport, has been

18   pretty expensive.  So I would like to, but no.

19     Q.   And I don't recall if earlier -- did we

20   identify the therapist in Bloomington?

21     A.   I believe it was CAPS.

22     Q.   Oh, we did not.  Okay.

23          What is that?

24     A.   Counseling and Psychological Services at

25   Indiana University.  These were the ones that I

1    mentioned were free or close to free to me.

2         Q.   Okay.  Counseling and Psychological Services.

3    What did you say after that?

4         A.   At Indiana University.

5         Q.   At Indiana University.  Okay.

6              Other than LaNita Proctor and the Counseling

7    and Psychological Services at Indiana University,

8    anyone else who provided any treatment to you for the

9    physical and mental suffering?

10        A.   I mean, this calls for speculation about -- I

11   had a -- I had a Pap smear that came back abnormal

12   shortly after that.  And Daniel was the only person

13   that -- you know, I'm not a medical professional, but

14   the --

15        Q.   Uh-huh.

16        A.   -- the only person I had ever had sex with

17   without a condom, those things.  And so I mean, I

18   received treatment for that.  But again, that's --

19   yeah.

20        Q.   Okay.  Who -- that was with your OB/GYN --

21        A.   It was with --

22        Q.   -- that you had your Pap smear?

23        A.   -- a -- no.  It was with a nurse practitioner

24   in Shreveport at Willis-Knighton.

25        Q.   Okay.  And who is that nurse practitioner?

1        A.  I can't recall her name right now.

2        Q.  Do you have someone that you regularly go

3  to --

4        A.  No.

5        Q.  -- for annual exams?

6        A.  No.

7        Q.  No?  Okay.

8        So this nurse practitioner, it was a one-time

9  thing or --

10       A.  I can't remember if I went to her one time or

11  multiple times.  Yeah, I can't remember.

12       Q.  Okay.  Can you get the name?  Do you have that

13  name of your nurse practitioner?

14       A.  Yes.

15       Q.  Okay.  If you could, get that name and provide

16  that to your attorney and provide that to us.

17       A.  Okay.

18       Q.  Okay?  So the reason I'm asking that is

19  because a Pap smear is something that -- that they --

20  that is recommended that women receive annually at an

21  annual appointment with their OB/GYN or nurse

22  practitioner.

23       So what was the reason that you went for a Pap

24  smear if you don't go on an annual basis?

25       A.  I don't go on an annual basis.  I grew up --

1      again, my parents did not have insurance growing up.

2      We did not go to the doctor regularly.

3          Q.   Uh-huh.

4          A.   I -- this is something I've talked about in

5      therapy.  I have a lot of anxiety surrounding medical

6      situations because of that, because it costs so much

7      money.  And because I've moved in the past couple of --

8      I've tried -- I've tried to go as -- as regularly as I

9      can.  So I went once when I was in Indiana, I think,

10     for an annual, and I -- I went once before, but -- to

11     the question, do you go to this one doctor on a regular

12     basis, that's not true, yeah.

13         Q.   Okay.  So this was when -- so when you went to

14     the nurse practitioner for your Pap smear, it was --

15     you decided, "Okay.  It's now time -- I'm going to make

16     the time and find the resources to go to a nurse

17     practitioner for a Pap smear"?

18              MS. BECK:  Objection; form.

19              Go ahead.

20         A.   Yes.  My -- my sister is a nurse, and she

21     said you should -- you should go get a Pap smear.

22     Preventative health is important.

23     BY MS. GIERING:

24         Q.   Okay.  There -- you weren't experiencing some

25     symptoms that led you to go "I've really got to go to a

1  doctor for this"?

2          A.   No.

3          Q.   Okay.  All right.  That's the distinction I

4  was trying to make, and I --

5          A.   Okay.

6          Q.   -- was not doing it very well.

7               You also in Answer to Interrogatory No. 4

8  list, "Lack of trust, fear, humiliation, shame,

9  sadness."  Those feelings, would those all be included

10  in what you discussed with LaNita Proctor and the

11  Counseling and Psychological Services at Indiana

12  University?

13         A.   As far as how I -- who I received treatment

14  from for those things?

15         Q.   Yes.

16         A.   Yes.

17         Q.   Did you receive treatment from anyone in

18  addition to them for those items?

19         A.   No medical professionals, no.

20         Q.   Okay.  It then goes on to list, "Feeling of

21  powerlessness and helplessness, anxiety, depression,

22  betrayal, intimacy issues."

23              For those items, would the answer be the same?

24  The only medical professionals that you have received

25  treatment from are LaNita Proctor and Counseling and

1       Psychological Services at Indiana University?

2           A.   Yes.

3           Q.   It lists concerns for your own safety.  Have

4       you received any treatment from any professional of any

5       kind about concerns for your own safety?

6           A.   Same thing in those discussions with those

7       counseling services, that we may have touched on it,

8       yeah.

9           Q.   And strained relationships, same question?

10          A.   Yes, we've talked about that in my counseling

11      services.

12          Q.   Okay.  But same -- no -- no

13      additional provider?

14          A.   Same -- same -- no additional providers, yeah.

15          Q.   Okay.  In Answer to Interrogatory No. 4, it

16      says, "Ms. Doe" -- referring to you -- "has felt raw,

17      like her insides were exposed and sensitive, and just

18      when she feels as if a callous has formed, she is

19      opened again to trauma."

20              Are those your words?

21          A.   Yes.  Similar to my words, yeah.

22          Q.   What do you mean similar to your words?

23          A.   I mean, I didn't write the -- I provided those

24      answers to my lawyer, yeah.  So yes, those are my

25      words.  Yeah.

1        Q.   Okay.

2        A.   Yeah.

3        Q.   While you were a student at Louisiana Tech

4  University, did you hear of any accusations of other

5  sexual assaults at Louisiana Tech University?

6               MS. BECK:  Objection; form.

7               You can answer.

8        A.   As I'm sitting here right now, I don't

9  remember.  Obviously -- yeah, as I'm sitting here right

10  now, I -- I can't recall any that I can speak to.

11  BY MS. GIERING:

12        Q.   While you were a student at Louisiana Tech

13  University, did you hear of accusations of sexual

14  assaults at ULL?

15        A.   As of right now, I can't -- can't recall.

16        Q.   While you were a student at Louisiana Tech

17  University, did you hear of any accusations of sexual

18  assaults at LSU?

19        A.   Any accusations of sexual assault?

20        Q.   Uh-huh.

21        A.   Like, by anyone?

22        Q.   Uh-huh.

23        A.   Oh, yeah, I don't -- I don't recall.  And --

24  and I -- I want to say I -- I heard your previous two

25  questions as implying sexual assault by Victor Daniel

1    Silva.  And I want to say my -- my answers still stand,

2    but I had assumed that was a -- a narrower question.

3    I'm sorry.

4        Q.   Okay.  Well --

5        A.   That was an assumption that I shouldn't

6    have --

7        Q.   Okay.  But you would have the same answer if

8    it was a different aggressor?

9        A.   I've heard of many sexual assault allegations

10   in my life, and I don't -- you know, I don't recall

11   when or who or -- or where those took place.

12       Q.   Okay.  Nothing specific stands out to you?

13       A.   No.

14       Q.   Okay.  In your time as a student at Louisiana

15   Tech University, have you heard of incident -- have you

16   received information about how incidents of sexual

17   assault are more prevalent on college campuses due to

18   the presence of alcohol, coed socializing, and students

19   being away from home?

20            MS. BECK:  Objection; form.

21       A.   Did I hear any of this while I was at

22   Louisiana Tech University?

23   BY MS. GIERING:

24       Q.   Do you recall that type of information coming

25   to you?

1     A.   I don't recall specifically, no, not right
2   now.
3     Q.   It may be in a freshman orientation.  Did you
4   do a freshman orientation when you were new to
5   Louisiana Tech University?
6     A.   I did.
7     Q.   And do you recall a topic being addressed of
8   sexual assault is more prevalent on college campuses
9   due to the presence of alcohol, coed socializing, and
10   students being away from home?
11     A.   As I'm sitting here right now, I can't recall
12   my freshman orientation, no.
13     Q.   You gave me some -- in response to answer --
14   it's specifically an answer to Interrogatory No. 13.
15   You identified some employers, and so I just want to
16   get -- kind of get an idea of, like, where this fits in
17   on, like, just your timeline.
18     A.   Sure.
19     Q.   Trosly or "Trosly" Farm?
20     A.   Yes.
21     Q.   Where did -- when did you work there?
22             MS. BECK:  Do you have a copy of her
23             interrogatory answers?  That might -- that
24             might help.
25             MS. GIERING:  I do.  I think I do.  And

1              I think that the answers were -- didn't have

2              dates and that's why I'm asking for the dates.

3              So it's just -- it's the same list that I'm

4              asking.

5     BY MS. GIERING:

6         Q.   And I'm just trying to get an idea, was this

7     like high school?  Was this post-college?  During

8     college?

9              All right.  So this is the entire set.  I'm

10    going to direct you to Answer to Interrogatory No. 13,

11    which is on -- it says page 15 at the bottom but --

12    just so we don't get it out of order.  And you'll see

13    there's a list there?

14        A.   Yes.

15        Q.   Okay.  So do you pronounce it -- how do you

16    pronounce that?  "Trosly" Farm?

17        A.   Trosly.

18        Q.   Trosly, okay.  Trosly Farm.  When did you work

19    there?

20        A.   That was the summer of 2018.

21        Q.   Okay.  Working at Tech, when did you work at

22    Tech?  What did you do for Tech, I guess?

23        A.    I was the office assistant to the honors

24    director --

25        Q.   Okay.

1        A.    -- in the honors program.

2        Q.    Okay.  And when would that have been?

3        A.    It was through the end of university.  I don't

4    remember exactly the year I started.  It was, I

5    believe, my junior year.

6        Q.    Okay.  Would this be after the fall of 2018?

7        A.    It may have been around that time.  I don't

8    remember.

9        Q.    Okay.  Smellin' Somethin' Good Farms?

10       A.    Yeah, I worked there the summer of 2020.

11       Q.    Providence Classical Academy, we covered that

12   earlier.  Classical Conversations?

13       A.    Yeah.  So I forgot I also worked there the

14   same year that I was teaching at Theatre School of

15   Dance and teaching at Providence Classical Academy from

16   2020 to 2021.  I also tutored for Classical

17   Conversations that year.

18       Q.    Okay.  And just as you returned -- you're

19   presently at Providence Classical Academy and Theatre

20   School of Dance, are you also -- did you also pick back

21   up Classical Conversations?

22       A.    No.  That was only for one year from 2020 to

23   2021.

24       Q.    Okay.  Great.  For the Beauty Floral?

25       A.    It was between -- it was when I was in

1     Indiana, so between fall of 2021 to spring of 2023.  I
2     don't remember exactly when I started.
3          Q.   Okay.  Indiana University Department of
4     English?  Obviously while you were in Indiana?
5          A.   Yes.  I was a -- as I said, I had taught
6     freshman composition my second school year, so that was
7     from 2020 --
8          Q.   '21 to '22?  Or '22 to '23?
9          A.   '22 to '23.
10         Q.   Yeah.  I just caught myself.
11              And Shreveport Green, when did you work there?
12         A.   Summer of 2023.
13         Q.   Did you lose any wages or income due to the
14    allegations in this lawsuit?
15         A.   I can't say specifically if I lost any wages
16    or income.
17         Q.   Okay.  Clint Davis Counseling, you produced a
18    summary of your counseling services with Clint Davis
19    Counseling which gave the dates that you -- that you
20    went to counseling sessions, and it listed the first
21    session as February 3rd, 2021.
22              Does that sound correct?
23         A.   I think so.  I know it was that year that I
24    was home.
25         Q.   Okay.  And that was the individual that we

1          were just talking about, correct?

2                    A.    LaNita Proctor.

3                    Q.    LaNita Proctor, okay.

4                    Clint Davis Counseling is in Shreveport; is

5          that correct?

6                    A.    Correct.

7                    Q.    And did you -- did you find Clint Davis

8          Counseling on your own, or did someone send you there?

9                    A.    I don't recall how I -- how I came to start

10         going there.  I don't -- yeah, I don't know if someone

11         suggested it or if I found it on my own.  I don't know.

12                   Q.    Okay.  And then in -- May 26, 2021, in the

13         summary, it says you're dating someone new.  Did you

14         meet somebody new in May of 2021?

15                   A.    Yes.

16                   Q.    Okay.  Who is that?

17                   A.    James French.

18                   Q.    Are y'all currently dating?

19                   A.    Yes.

20                   Q.    Okay.  So y'all have been dating since -- so

21         it's been about two years?

22                   A.    Yes.

23                   Q.    Great.  How's that going?

24                   A.    Good.

25                   Q.    Has he ever gone to counseling with you?

1    A.    Not with me, no.

2    Q.    Okay.  Does he go to counseling or therapy on

3    his own?

4    A.    Yes.

5    Q.    Okay.  And is that for something personal to

6    him?

7    A.    Yes.

8    Q.    Okay.  Not related to you?

9    A.    I mean, we're in a relationship, so I know I

10   come up in counseling but --

11   Q.    Let me -- let me ask it this way.  Did he --

12   was he attending counseling before --

13   A.    No.

14   Q.    -- the -- the two -- okay.  No.

15         So it was only since the two of you began

16   dating, he began going to counseling?

17   A.    Yes.

18   Q.    Okay.  In June of 20- -- I'm sorry.  And also,

19   in May of 2021 where it says you're dating someone new,

20   it references trauma that you endured during college.

21   Is that in reference to the -- September of 2018?

22   A.    Yes.  Yeah, I do want to clarify that shortly

23   after James and I started dating and he did start going

24   to therapy, we had had some issues with our intimacy.

25   Q.    Uh-huh.

1  A.  And I -- I had guessed that some of that had

2  to do with my past and -- and the trauma that I had

3  experienced.  And so when he started going to therapy,

4  it was with the aim -- that -- that aim to -- that was

5  one of the things that he wanted to address in therapy.

6  Q.  Okay.  Is James French the first person that

7  you have been intimate with since Mr. Silva in

8  September of 2018?

9  A.  No.

10  Q.  Okay.  Who -- who have you been -- how many

11  partners have you had between Silva and Mr. French?

12          MS. BECK:  I'm going to allow this --

13          some questioning on this but --

14          MS. GIERING:  I'll tell you my next

15          question is --

16          MS. BECK:  Okay.

17          MS. GIERING:  -- going to be "And did

18          you have similar problems" --

19          MS. BECK:  Okay, okay.

20          MS. GIERING:  -- "with those other

21          partners?"

22          MS. BECK:  Okay.

23          MS. GIERING:  That's all I'm asking.

24          MS. BECK:  Okay.

25  A.  I -- I don't remember.  I know that I was with

1          Nathan Kurtz, who I -- I mentioned before --

2          BY MS. GIERING:

3                Q.    Uh-huh.

4                A.    -- for -- we dated for a while.

5                Q.    Uh-huh.

6                A.    As I'm sitting here right now, I can't

7          remember if there were any other partners.

8                Q.    Okay.  And did you have the same response --

9          intimacy issues with Nathan as you did with James?

10               A.    Yes, yeah.  And I remember a specific

11         instance.  We were -- we were camping --

12               Q.    Uh-huh.

13               A.    -- and we were becoming intimate, and he -- he

14         was -- he came on top of me.  And that kind of -- I had

15         a moment of like, "Oh, God.  Like, you need to get off

16         of me right now."  And I was just, like, inconsolable.

17         I -- and I remember saying over and over like -- it,

18         like, triggered something in me, and I just began to,

19         like, weep.  And I --

20               Q.    Uh-huh.

21               A.    -- was saying, like -- like, "Why did he do

22         this?  Why did he do this?"  And I'm -- I'm remembering

23         this because I did -- from what I can recall, brought

24         it up to my therapist.

25               Q.    Uh-huh.

1          A.    And -- yes.  So that's -- that's one instance

2     that I can -- I can kind of specifically recall, is --

3     is becoming kind of inconsolable because Nathan, who

4     had never suggested to me that -- that he should not be

5     trusted --

6          Q.    Uh-huh.

7          A.    -- who even -- he and I decided early on that

8     we were not going to have sex.

9          Q.    Uh-huh.

10         A.    Even that motion of him coming on top of me

11    felt like it was really hard, and it was really weird

12    for us after that.

13         Q.    Uh-huh.  Is -- did that lead to a break up, or

14    was that unrelated?

15         A.    The breakup was a few things, I think, but

16    certainly the intimacy issues played a role in it,

17    yeah.

18         Q.    Okay.  Did he know -- before this time that

19    you're describing when you were camping, did he know

20    that you had been a victim of sexual assault?

21         A.    I can't recall what I -- I did and didn't tell

22    him up to that point.

23         Q.    Did you tell James French that you were --

24         A.    Yes.

25         Q.    -- a victim of sexual assault?

1          A.   Yes.

2                    THE WITNESS:  I'm sorry.  I didn't let

3               her finish there.

4     BY MS. GIERING:

5          Q.   In June of 2021, your counseling summary

6     referenced an upcoming move.  I'm -- I'm presuming that

7     is Indiana University?

8          A.   Yes.

9          Q.   Okay.

10         A.   I -- I would presume so too.  I -- I didn't

11    write the -- the summary, but I would presume --

12         Q.   Timeline --

13         A.   -- that's correct, yeah.

14         Q.   -- because -- yeah.  Okay.

15              And then in July 2021, it referenced stress

16    related to an upcoming move.  Were you experiencing

17    stress about going to grad school?

18         A.   I think that's fair to say, yes.

19         Q.   Okay.  And why is that?  Like, why were you

20    stressed about going -- continuing your education?

21         A.    It was going to be my first time living out

22    of state.  It would be my first time moving kind of --

23    again, with a roommate, not with, you know, family

24    or -- or family friends.  And then in general, just

25    grad school really seemed intimidating to me and --

1      yeah.

2              And then being back, I think, in an

3      educational setting that had been, in undergrad, so

4      difficult in a number of ways, including the fact

5      that I -- including the fact that I had been -- been

6      raped at school but also -- yeah, just the number of

7      ways that -- that being a student was challenging as

8      well as rewarding, I think that -- that made me nervous

9      about the move.

10             Q.   Okay.  Would you mind collecting that for me,

11     handing that to me?

12             A.   (Witness complies.)

13             Q.   Thank you.

14             In response to discovery, we were provided

15     with a -- by -- on your behalf, a seven-page document

16     that is Bates numbered Plaintiff 63 through Plaintiff

17     69.  Have you seen this before?

18             A.   I don't know.  What is this?

19             Q.   I don't know.  That was going to be my

20     question for you.

21             A.   I don't know what this is.

22             Q.   Okay.  You've never seen that before?

23             A.   No.

24             Q.   Okay.  Do you know why that was produced?

25             A.   No.

 1                    MS. GIERING:  I will attach that as 8
 2              just because we referenced it so we know what
 3              we're talking about on the record.
 4         (Exhibit No. 8 was marked for identification.)
 5                    MS. BECK:  Counselor, we have half an
 6              hour left.
 7                    MS. GIERING:  Okay.
 8    BY MS. GIERING:
 9         Q.   How did you connect with The Fierberg National
10    Law Group?
11                    MS. BECK:  I'm going to object to the --
12              objection to the question and especially if --
13              if it calls for any attorney-client privileged
14              communications.
15    BY MS. GIERING:
16         Q.   Yeah.  And I -- and I am not asking for
17    anything that you've discussed with your attorney.  I'm
18    just -- because they are based out of Michigan, I'm --
19    I was just curious how you connected with them, how you
20    found them, your counsel.
21         A.   I'm not sure I can answer this because of
22    attorney-client privilege.
23         Q.   Okay.  Did you reach out to them or -- or vice
24    versa?
25         A.   Again, I'm -- I'm not sure if I can answer

1          this because of attorney-client privilege.
2                    MS. GIERING:  Can she answer the
3               question who came to whom?
4                    MS. BECK:  Can we -- can I just consult
5               with her for a second?
6                    MS. GIERING:  Sure.
7                    MS. BECK:  Okay.
8                    MS. GIERING:  Sure.  I'm just curious
9               how the connection was made.
10                   MS. BECK:  Yeah.
11                   MS. GIERING:  That's really what I'm
12              getting at.
13                   MS. BECK:  I just want to make sure she
14              can -- let's go off the record for a second.
15              I'm just going to --
16                   MS. GIERING:  Sure, sure.
17                   THE VIDEOGRAPHER:  We're going off the
18              record at 5:27.
19                        (Recess taken.)
20                   THE VIDEOGRAPHER:  We are back on the
21              record at 5:29.
22        BY MS. GIERING:
23              Q.   Okay.  So before we went off the record, I was
24        just asking how you and the Fierberg law firm, the --
25        your -- how y'all connected, how y'all came -- how you

1    came to retain them.

2         A.    My brother Calvin --

3         Q.    Uh-huh.

4         A.    -- found them.  I'm -- I'm not sure exactly

5    how they found -- he found them, but he suggested to me

6    that I contact them, and I did.

7         Q.    Okay.  And when -- approximately when was

8    that?

9         A.    It was after the Kenny Jacoby article was

10   published.  I don't know exactly how long after.

11        Q.    Were you ever approached by Kenny Jacoby to

12   interview you for his article?

13        A.    Yes.

14        Q.    When did he approach you?

15        A.    I don't exactly remember when that was.

16        Q.    What year?

17        A.    The article was pub- -- I believe that it was

18   either the end of 2019 or early 2020.

19        Q.    Okay.  And how did he contact you?

20        A.    I don't recall exactly, as I'm sitting here,

21   where our first contact was.

22        Q.    Was it an email?

23        A.    Maybe, yes.  I don't recall exactly.

24        Q.    And did you respond to his email?

25        A.    Yes.

1          Q.   Okay.

2          A.   Or -- well, I'm sorry.  I don't know if it was

3     an email, but I did respond to whatever -- however he

4     contacted me for --

5          Q.   Was it in writing or -- whether that's

6     electronic or not, or was it by -- verbally?  Did he

7     call you?

8          A.   I believe it was in writing.

9          Q.   Okay.  And --

10         A.   I -- I can't recall exactly.

11         Q.   You don't -- do you -- do you recall if you

12    received text messages from him?

13         A.   In order to contact me for this -- or --

14         Q.   Yes.

15         A.   I don't recall if that's how he contacted me

16    for -- in order to interview me for --

17         Q.   And at some point, you said there was -- there

18    were some emails?

19              MS. BECK:  Objection; form.

20         A.   Again, I don't know exactly how he -- he and I

21    communicated.  I don't -- I don't exactly remember, as

22    I'm sitting here right now, whether it was he called me

23    or email me or texted me.  I don't exactly recall right

24    now.

25    BY MS. GIERING:

1        Q.   Okay.  Did you provide information to him?

2        A.   Yes.

3        Q.   Did you provide documents to him?

4        A.   Not that I can recall, as I'm sitting here

5   right now.

6        Q.   Do you have those emails?

7            MS. BECK:  Objection; form.

8        A.   I -- again, I don't know if -- if I emailed

9   him or -- or what.  I provided any communication that I

10   felt would be relevant to this -- to my attorney, but

11   I -- I don't know -- as I'm sitting here right now,

12   I -- I really can't recall how that -- that

13   relationship began or -- or continued.

14   BY MS. GIERING:

15        Q.   But you did -- you -- you did participate in

16   communications with Kenny Jacoby?

17        A.   Yes.

18        Q.   And you did provide him information for his

19   article?

20        A.   Most of that was over the phone, yes.

21        Q.   Okay.  But there was some in written

22   communications?

23        A.   Again, I don't remember exactly what was in

24   written communications.  From what I can remember, as

25   I'm sitting here right now, those written

1      communications were us setting up phone calls in

2      order to -- for him to interview me.

3          Q.    Did you ever meet with him in person?

4          A.    No.

5          Q.    So you are aware he was preparing an

6      investigative piece?

7                      MS. BECK:  Objection; form.

8                      You can answer.

9          A.    Yes.  I wasn't sure the scope of that piece

10     or exactly what -- what that piece would look like, but

11     I -- I was aware that he was preparing --

12     BY MS. GIERING:

13         Q.    Did anyone on Kenny Jacoby's behalf contact

14     you about his investigative piece?

15         A.    What do you mean by on his behalf?

16         Q.    Somebody he worked with, somebody who was

17     helping him with his article, somebody who was doing

18     some investigation for him for his article?

19         A.    No, not --

20         Q.    Just him?

21         A.    -- that I can recall.  Yeah.

22         Q.    Okay.

23         A.    Yes.

24         Q.    Did he provide you with an advanced copy of

25     the article?

1          A.   No.

2          Q.   Did he provide you with a copy of the article

3     after it was completed?

4          A.   No.

5          Q.   Did he tell you when it was going to be

6     published?

7          A.   Yes.

8          Q.   Okay.  And so you were looking for it whenever

9     it came out?

10         A.   Yes.

11         Q.   Did anybody send you a copy of it?

12         A.   No.  Not that -- after it was published, not

13    that I can recall.  But do you mean before it was

14    published?  I'm sorry.

15         Q.   Either.

16         A.   Certainly not before it was published.  That

17    was what my original "no" was to.  And then after it

18    was published, I -- I can't recall if -- no.  I would

19    expect not, no.

20              MS. GIERING:  Counsel, we'll -- we'll

21              send you a supplemental request for

22              production.  But we're going to call for

23              production of any writings, emails, texts,

24              anything with Kenny Jacoby and Ms. Doe.

25    BY MS. GIERING:

1    Q.   In page 10 of your complaint, you allege that
2    you learned for the first time that defendant had
3    permitted Silva to transfer back to ULL after you
4    reported him for rape where he remained under the
5    board's control and authority as a student without
6    investigation or any disciplinary action until he
7    graduated in 2019.
8         How would stopping Silva from resigning from
9    Tech have changed what happened to you?
10        MS. BECK:  Objection; form.
11        You can answer, if you can.
12   A.   Sorry.  Say it one more time, just the -- just
13   the second part.
14   BY MS. GIERING:
15   Q.   How would stopping Silva from resigning from
16   Tech have changed what happened to you?
17   A.   By what "happened to you," I'm assuming you're
18   meaning --
19   Q.   The assault?
20   A.   -- the assault.
21   Q.   Yes.
22   A.   It would not have changed --
23   Q.   How would that have changed the sexual
24   assault?
25   A.   That would not have changed the assault.

1      All of the other things alleged in the claim may have

2      changed the assault, but I guess we can't speculate

3      on that, things like him being transferred to Tech

4      without -- without a spot on his record and -- and

5      these things not being communicated.  But -- but him

6      transferring somewhere else, I suppose would not have

7      changed anything about the assault itself.  It

8      certainly did end up betraying my trust in the system,

9      right.  But yeah.  I'm sorry, yeah.

10         Q.   What information do you have that he

11     transferred from Tech?

12         A.   Is that what you just --

13         Q.   No.  I said with- -- I said "resigned."

14         A.   Oh, resigned.  I'm sorry.  I didn't mean to

15     say "transfer."

16         Q.   Okay, okay.

17         A.   Resigned from -- from Tech and ended up -- he

18     did end up attending UL Lafayette, right, after that

19     and graduated.

20         Q.   Do you know that?

21         A.   That's what it said in the Kenny Jacoby

22     article, so I'm assuming that that's correct.  So when

23     I say "transferred," I think that's what I mean.

24         Q.   Okay.  You allege several times in your

25     lawsuit that the board allowed Silva to transfer, with

1  which we disagree, but for purposes of your deposition,

2  let's assume that Silva tried to leave Tech and could

3  not.  That would not have changed the sexual assault

4  that happened to you, correct?

5  A.  Correct.

6  Q.  Tech agreed to meet with you when you emailed

7  Carrie Flournoy on December 13th, 2018, correct?

8  A.  Correct.  And I do just want to -- I do just

9  want to make a -- a correction to my previous statement

10  where you said that him leaving would not have changed

11  my sexual assault, right?

12  Q.  Correct.

13  A.  And I know that this is a technicality, but I

14  mean, I think in -- from what I've learned in therapy

15  that, like, there are, like, secondary traumas after a

16  trauma.  And while it did not change the fact that I

17  was in that initial moment assaulted --

18  Q.  Uh-huh.

19  A.  -- I do think that it had lasting effects on

20  how I -- I processed that assault afterwards.  So I'm

21  sorry.  That was a technicality, but -- yeah.

22  Q.  Wait.  Tell me that last part again.  You do

23  think what had -- repeat that for me.

24  A.  Sure.  When I found out that he had resigned

25  from Louisiana Tech and reenrolled at ULL and graduated

1  with a clean record, I felt that he had not been held

2  accountable in any way for what he had done to me.  I

3  had trusted that the people who I told who were

4  officials in this case -- that they were doing what

5  needed to be done behind the scenes to hold him

6  accountable for what it is that I had reported.

7        And so when I found out later via the Kenny

8  Jacoby article that -- that actually, seemingly, he --

9  he had kind of gotten off scot-free, that -- that was a

10  real, I think, blow to me and to -- it confirmed to me

11  that people would not believe me, is what it felt like,

12  that they would not believe what -- what had happened

13  to me and that they would not -- at least if they

14  believed me, that they would not take it as seriously

15  as I had taken it.

16        Q.   You did -- going back to your report.

17  You reported to the Ruston Police Department on

18  December 14th, 2018; that was a Friday.  And then

19  on Monday, December 17th, 2018, you were then -- you

20  then met with two represent- -- excuse me, two

21  administrators of Louisiana Tech University, correct?

22        A.   Correct.

23        Q.   And those were Dickie Crawford.  And who was

24  the other one?  Adam Collins?

25        A.   That sounds correct, yes.

1          Q.   Okay.  And you met with them at what time on

2     that Monday?

3          A.   I don't recall the time.

4          Q.   And what did they tell you?

5          A.   I don't -- I don't recall the exact words, but

6     the gist of the conversation was that Daniel had -- and

7     at this point, they were using his name -- Victor

8     Daniel Silva had withdrawn from school shortly after I

9     had reported.  And it was not enough time for them to

10    get an investigation together, and so their hands were

11    tied when it came to investigating or taking any action

12    against him.

13         Q.   Uh-huh.

14         A.   They did tell me that were he to try to

15    reenroll at Louisiana Tech, I would be called to be a

16    witness for an academic misconduct hearing or something

17    like that.  And so I think from that, I kind of

18    assumed, "Oh, okay.  He's out, and he's" --

19         Q.   He's gone?

20         A.   He's gone.  And everything that's been done

21    can -- could be done -- or has been done.

22         Q.   And to be clear, they told you that he

23    withdrew from Tech University, correct?

24         A.   I think they said either withdrew or resigned,

25    maybe.

1          Q.   Uh-huh.  Okay.  Did you take any action at

2     that point to -- did you drive by his apartment or take

3     any actions to determine if he had moved from Ruston?

4          A.   Not -- no.

5          Q.   Did you ask any friends?  Did you confirm it

6     by talking to any friends or contacts that Silva left

7     Louisiana Tech University?

8          A.   I don't recall, as I'm sitting here right now.

9          Q.   You just took -- you took their word for

10    it and --

11         A.   Yes.

12         Q.   -- that was that?

13         A.   Yes.

14         Q.   Okay.  Did you see him on campus since

15    December 17th, 2018?

16         A.   No.

17         Q.   Did you see him in Ruston after December 17th,

18    2018?

19         A.   No.

20              MS. GIERING:  Let's go off the record.

21              THE VIDEOGRAPHER:  We are going off the

22              record.  The time is 5:44.

23                   (Recess taken.)

24              THE VIDEOGRAPHER:  We are back on the

25              record at 5:50.

1    BY MS. GIERING:

2         Q.   Ms. Doe, did -- have you ever accessed your

3    messaging with Silva on Tinder?

4         A.   No, I don't believe so.

5         Q.   Okay.  But do you know how to do that?

6         A.   (Witness shakes head.)

7         Q.   Your prior message -- prior messaging?

8         A.   No, I don't.

9         Q.   Did you -- after the September 2018 sexual

10   assault, did you report it to Tinder?

11        A.   No.

12        Q.   Are you aware that Tinder has a reporting

13   mechanism for any individuals who encounter sexual

14   assault as a result of somebody that they met on

15   Tinder?

16        A.   No, I was not aware of that.

17        Q.   Okay.  Are you aware of Tinder's dating tips?

18   Have you ever reviewed those?

19        A.   No.

20        Q.   Have you ever reviewed Tinder's safety tips

21   for those who are meeting individuals on Tinder?

22        A.   Not that I can recall, no.

23        Q.   As an English major, I know that you wrote

24   many articles, and I just want to go through the ones

25   that I'm aware of.

1           There's one article in the Wesley at Louisiana
2      Tech called "As a Father, Mother, Friend:  Jane Doe."
3      Are you familiar with that from April 14th, 2021?
4           A.   Correct.
5           Q.   Okay.  Does this article have anything to do
6      with your sexual assault experience?
7           A.   No, not that I can recall.  I do believe --
8      I'm so sorry.
9           Q.   No.  That's okay.
10          A.   There's a blurb under the image.  Is there a
11     blurb?
12          Q.   I see no blurb.
13          A.   Okay.  Just kidding.
14          Q.   No.  There is on the next page.  It's the way
15     it printed.  "Jane has been an important part," is this
16     what you're referring to?
17          A.   Yes.
18          Q.   "Jane has been an important part of the
19     ministry at Wesley ever since her freshman year.  Even
20     after graduating last Spring, she continues to pour
21     into and love the people of the Wesley Foundation.  She
22     brings joy and laughter to all of us who have had the
23     pleasure of knowing her."
24          A.   Uh-huh.  Does it say who wrote that?
25          Q.   It does not?

1          A.    Okay.

2          Q.    It's just a blurb.

3          A.    Yeah.  I wasn't sure -- again, Hannah and I

4     have kept in contact.

5          Q.    You have kept in contact?

6          A.    Not -- not kept in contact.  Again, I felt

7     like it was important to maintain, so -- I said this

8     earlier.

9          Q.    Yes.

10          A.    I felt like it was important to maintain some

11     kind of cordiality, and I feel like I remember her

12     writing a blurb for me and feeling really weird about

13     it.  That would be the only thing that I -- that

14     would --

15          Q.    Did she write that?

16          A.    I -- I can't recall.  I feel like I remember

17     that, but -- but if it's not there, then that's not

18     what it is.  I just remember feeling weird about that,

19     yeah.

20          Q.    Understood.  You wrote a poem called -- is it

21     pronounced Chora, C-h-o-r-a?

22          A.    Yes.

23          Q.    And that was published Volume 4 (2020).  Is

24     that about the sexual assault in 2018 in any way?

25          A.    No.

1          Q.   Volume 4 (2020), you wrote another poem called

2     "The Cup of Coffee Next to Me Makes Me Feel Idle."

3          Was that about your September 2018 sexual

4     assault in any way?

5          A.   No.

6          Q.   Okay.  About Victor Silva in any way?

7          A.   No.

8          Q.   Soccer fan?  You were in -- you were quoted in

9     an article in 2019 in the Shreveport/Bossier area.  Did

10    you know?

11         A.   Now that you're bringing it up, yes, I think

12    that was around World Cup one year.

13         Q.   Yeah.

14         A.   And -- yeah.

15         Q.   I am pretty sure -- oh, let me ask you this

16    question.  Part of the article that was written by

17    Kenny Jacoby in USA Today, there is a picture of the

18    Tech campus with an individual walking on the campus.

19    Is that you?

20         A.   No.

21         Q.   That's not, in the picture?

22         A.   I mean, I could look at it, but I -- I can't

23    tell.  I -- I don't think so, no.

24         Q.   Did you provide any photographs to Kenny

25    Jacoby?

1          A.   No.

2          Q.   Did somebody, Kenny Jacoby or anyone else,

3     take a picture of you for his article?

4          A.   No.

5          Q.   Okay.  And you didn't provide that picture to

6     him?

7          A.   No.

8          Q.   I think I just asked that twice.  I'm sorry.

9               Did -- the article contained a picture of

10    Victor Daniel Silva.  Did you provide that to --

11         A.   No.  Sorry, I meant to let you finish your

12    question.

13         Q.   Did you provide any photographs to Kenny

14    Jacoby?

15         A.   No.

16         Q.   And then you -- on Facebook, there is a

17    picture of you with a gentleman?

18         A.   Yes.

19         Q.   Who is that?

20         A.   James French.

21         Q.   That's your current boyfriend?

22         A.   Yes.

23         Q.   All right.  Who is Faith Jonker?

24         A.   That's my aunt.

25         Q.   Okay.  Are you named after her, your middle

1          name?

2                  A.   I am not.  She likes to think so, though.

3                       MS. GIERING:  Okay.  I am going to pass

4                  the witness.

5                       MR. SCHEXNAYDER:  Okay.  How much time

6                  do we have left?

7                       MS. BECK:  We have about seven minutes.

8                       MR. SCHEXNAYDER:  Okay.  I don't know if

9                  we're going to have enough time.  I don't have

10                 many questions, but six minutes, seven minutes

11                 is pretty tight.

12                      MS. BECK:  You got -- the federal rules

13                 provide for seven hours.

14                      MR. SCHEXNAYDER:  All right.

15                      MS. BECK:  So got to stick to it.

16                      MR. SCHEXNAYDER:  All right.  Where do

17                 you want me to do it from?

18                      MS. BECK:  Do you want to go off the

19                 record?

20                      THE VIDEOGRAPHER:  Yeah, let's go off

21                 the record.  We're going off the record.  The

22                 time is 5:56.

23                          (Recess taken.)

24                      THE VIDEOGRAPHER:  We are back on the

25                 record at 5:57.

1                           EXAMINATION

2       BY MR. SCHEXNAYDER:

3           Q.   Ms. Doe, my name is Grant Schexnayder.  I'm

4       here on behalf of Lafayette Consolid- -- Consolidated

5       Government today.  And they're involved in this lawsuit

6       based on the allegations against the Lafayette Police

7       Department.  I know we've been here a long time today,

8       so we're going to try to get out pretty soon.

9                For starters, is your phone an Apple or

10      Android?

11          A.   It's an Apple.

12          Q.   Okay.  And what about your previous phone?

13          A.   Also Apple.

14          Q.   Okay.  Do you have any iCloud subscription or

15      any sort of cloud service provider?

16          A.   I -- I do have, like, an Apple ID.

17          Q.   Okay.  I know mine, I pay $0.99 a month for

18      iCloud storage.

19          A.   I believe that's what I do, yes.  I --

20          Q.   Okay.

21          A.   I'm not sure, as I'm sitting here.

22          Q.   Do you have any idea how long you've had that

23      subscription?

24          A.   It's been recently -- actually, I believe I

25      got it in 2020 when I got that new phone.

1          Q.   Okay.  Earlier today, we talked about two

2     media files.  One was a Twitter screenshot, another was

3     a group chat screenshot that had Daniel Silva's photo

4     on it.  On the group chat, I believe, it was the

5     Kappa Sigma screenshot.

6               Was there any discussion, after that was sent,

7     about Victor Daniel Silva?

8          A.   I don't recall.

9          Q.   Okay.  Do you remember any messages at all

10    being sent after that screenshot?

11         A.   At this time, I don't -- I don't recall.

12         Q.   Okay.  I mean, someone posted that screenshot

13    in your separate group chat.  Are you aware of maybe

14    this screenshot went viral around campus and spread

15    around?

16         A.   I don't know anything about that particular

17    screenshot, no.

18         Q.   Okay.  Did these stories about Victor Daniel

19    Silva -- was it spread throughout campus more than just

20    to yourself or to your group of friends?

21               MS. BECK:  Objection; form.

22         A.   I don't know how much it spread.  It did

23    seem -- I can speak to my group of friends, and -- and

24    where it was spread in that group chat, yeah.

25    BY MS. GIERING:

1       Q.   Okay.  Did you send it to anyone else?

2       A.   I don't recall at this time.

3       Q.   Okay.  What was communicated between yourself

4   and Kenneth Jacoby?

5       A.   You know, I don't recall exactly what it was.

6   I know that we focused on -- he asked me for my

7   experience, and I -- I told him.  So that was -- that's

8   what we focused on.

9       Q.   Okay.  Did he provide you with any

10  information?

11      A.   As I'm sitting here right now, I -- I don't

12  recall, yeah.

13      Q.   Okay.  Is it possible that he might have

14  provided you with information?

15      A.   It's possible.

16      Q.   Okay.  Was there any new information you

17  learned when you read his article?

18      A.   Yes.

19      Q.   If you just generally say what that

20  information was?

21      A.   I did not know -- up until that -- I guess

22  it's easiest to say what I -- that I knew up until that

23  point were all allegations, again, that -- that

24  screenshot that I had been sent.  I did not realize

25  the -- the law that he mentioned.  I did not understand

1     the previous allegations against him and that there had

2     actually been reports to the other schools and to other

3     police departments, specifically the Lafayette Police

4     Department.  I didn't realize that there were so many

5     reports to Lafayette Police Department.  I -- there's a

6     number of things.  I can't recall them all right now,

7     but there's a number of things that I learned from that

8     article.

9          Q.   Was reading that article the first instance

10     where you -- Lafayette Police Department ever crossed

11     your mind as it related to Victor Daniel Silva?

12          A.   I -- I believe so, yes.

13          Q.   Okay.  We talked about Andie Richard earlier

14     today and her Twitter account.  And I believe your

15     testimony was that you followed her on Twitter?

16          A.   Yes.

17          Q.   We also have a screenshot of one of her tweets

18     that you said that you read.  Is that correct?

19          A.   Correct.

20          Q.   Was that a chain?  Were there more messages

21     below that, posted by Andie Richard?

22          A.   I know the one that -- there's -- there's a

23     screenshot of one more.  I'm not -- right now, I can't

24     recall if there were others below that.

25          Q.   And I'm asking because oftentimes, when I'm

1       scrolling down Twitter, someone will make one, and then

2       it'll be a thread because there's a character count,

3       and there will be several on the same subject.

4            A.   Yes.

5            Q.   So I was curious if that might have been the

6       case with this tweet?

7            A.   I -- yeah, I don't -- I don't remember about

8       the specific tweet, if there were more.

9            Q.   Okay.  Did you review any other of her tweets?

10           A.   Again, as I'm sitting here, I can't remember

11      what I did and didn't see.

12           Q.   Have you ever clicked on her profile and

13      scrolled down?

14           A.   I did follow her, so I -- I would assume so.

15           Q.   Okay.  Did you -- and I'm not sure.  Maybe you

16      just answered it.  But did you come across any tweets

17      of hers about Victor Daniel Silva?

18           A.   I know she -- she posted regularly about him.

19      In that original tweet that I saw, she said, "It's been

20      a while since I posted about him."  And so if I saw

21      others, I -- again, I can't speak to that.

22           Q.   Okay.

23           A.   Yeah.

24           Q.   But as you're sitting here today, your

25      memory -- do you remember any other posts besides what

1      was produced in an exhibit today?

2           A.   I don't remember, as I'm sitting here today,

3      any other posts.

4                     MR. SCHEXNAYDER:  Those are all the

5                questions I have.  Thank you.

6                     THE WITNESS:  Thank you.

7                          RE-EXAMINATION

8      BY MS. GIERING:

9           Q.   Did you tell your parents about this incident?

10          A.   No, not until the article had been released.

11          Q.   When it was published?

12          A.   Yes, when it was published.

13          Q.   Did you give your parents a heads up that that

14     article was going to be published?

15          A.   No.

16          Q.   When Kenny Jacoby contacted you, did he

17     identify himself as a journalist with USA Today?

18          A.   Yes.

19          Q.   Okay.  He told you that he was investigating a

20     story about Victor Daniel Silva?

21          A.   Yes.

22          Q.   Okay.  Did he -- and he told you that's what

23     led him to you?

24          A.   Yes, I -- I believe so.

25          Q.   How did he find out about you?

```
 1                MS. BECK:  Objection; form.
 2          A.   As I'm sitting here right now, I -- I don't
 3     recall how --
 4     BY MS. GIERING:
 5          Q.   Did you ask him?
 6          A.   -- how he -- how he found out about me.
 7                MS. BECK:  We're at -- we're at seven.
 8                MS. GIERING:  Okay.
 9     BY MS. GIERING:
10          Q.   Just answer the question, the last question I
11     asked.
12          A.   I -- I don't recall, as I'm -- as I'm
13     sitting here, if I asked him.  Yeah, I don't -- I don't
14     recall.
15                THE VIDEOGRAPHER:  Okay.  Counsel, you
16                want to let her know about reading and signing
17                before we go off the record.
18                MS. BECK:  She will read and sign.
19                THE VIDEOGRAPHER:  She will read and
20                sign, excellent.
21                Okay.  We're going off the record.
22                This is the conclusion of the deposition of
23                Jane Doe.  The --
24                Yeah.  Oh, I thought you were going to
25                tell me something.
```

1          The time is 6:04.  We are off.

2     (This proceeding was concluded at 6:04 p.m. on

3     September 20, 2023.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                     REPORTER'S PAGE

2          I, YOLANDA J. PENA, Certified Court Reporter in

3     and for the State of Louisiana, (CCR #2017002),

4     Registered Professional Reporter (RPR #970346), the

5     officer, as defined in Rule 28 of the Federal Rules of

6     Civil Procedure and/or Article 1434(B) of the

7     Louisiana Code of Civil Procedure, do hereby state on

8     the record:

9          That due to the interaction in the spontaneous

10     discourse of the proceeding, double dashes (--) have

11     been used to indicate pauses, changes in thought,

12     and/or talkovers; that same is the proper method for a

13     transcription of proceedings, and that the double

14     dashes (--) do not indicate that words or phrases have

15     been left out of this transcript;

16          That any spelling of words and/or names which

17     could not be verified through reference material have

18     been denoted with the parenthetical "(phonetic)";

19          That the parenthetical "(sic)" is used to denote

20     when a witness stated a word or phrase that appears

21     odd or erroneous to show that it was quoted exactly as

22     it stands.

23

24                         YOLANDA PENA, CCR, RPR

25

1                    REPORTER'S CERTIFICATE
2          I, YOLANDA J. PENA, Certified Court Reporter in
    and for the State of Louisiana, Registered
3    Professional Reporter, and as the officer before whom
    this testimony was taken, do hereby certify that JANE
4    DOE, after having been duly sworn by me upon authority
    of R.S. 37:2554, did testify as set forth in the
5    foregoing 330 pages.
          I further certify that said testimony was reported
6    by me in the Stenotype reporting method, was prepared
    and transcribed by me or under my direction and
7    supervision, and is a true and correct transcript to
    the best of my ability and understanding.
8          I further certify that the transcript has been
    prepared in compliance with transcript format
9    guidelines required by statute or by rules of the
    board and that I have been informed about the complete
10   arrangement, financial or otherwise, with the person
    or entity making arrangements for deposition services.
11         I further certify that I have acted in compliance
    with the prohibition on contractual relationships, as
12   defined by Louisiana Code of Civil Procedure Article
    1434, and in rules and advisory opinions of the board.
13         I further certify that I am not an attorney or
    counsel for any of the parties, that I am neither
14   related to nor employed by any attorney or counsel
    connected with this action, and that I have no
15   financial interest in the outcome of this matter.
          This certificate is valid only for this
16   transcript, accompanied by my original signature and
    original raised seal on this page.
17
          Prairieville, Louisiana, this 4th day of October,
18   2023.
19
20
21
22
    YOLANDA J. PENA, CCR, RPR
23   CCR NO. 2017002, RPR NO. 907346
24
25

1    CATHERINE S. GIERING, ESQ.

2     cathygiering@gmail.com

3                    October 4, 2023

4     RE: Jane Doe v. Board Of Supervisors

5         9/20/2023, Jane Doe (#6079529)

6        The above-referenced transcript is available for

7     review.

8        Within the applicable timeframe, the witness should

9     read the testimony to verify its accuracy. If there are

10    any changes, the witness should note those with the

11    reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13    Deponent and Errata and return to the deposing attorney.

14    Copies should be sent to all counsel, and to Veritext at

15    erratas-cs@veritext.com.

16

17     Return completed errata within 30 days from

18    receipt of testimony.

19      If the witness fails to do so within the time

20    allotted, the transcript may be used as if signed.

21

22                    Yours,

23                    Veritext Legal Solutions

24

25

1  Jane Doe v. Board Of Supervisors

2  Jane Doe (#6079529)

3                    E R R A T A   S H E E T

4  PAGE_____ LINE_____ CHANGE_____

5  _____

6  REASON_____

7  PAGE_____ LINE_____ CHANGE_____

8  _____

9  REASON_____

10 PAGE_____ LINE_____ CHANGE_____

11 _____

12 REASON_____

13 PAGE_____ LINE_____ CHANGE_____

14 _____

15 REASON_____

16 PAGE_____ LINE_____ CHANGE_____

17 _____

18 REASON_____

19 PAGE_____ LINE_____ CHANGE_____

20 _____

21 REASON_____

22

23 _____    _____

24 Jane Doe                           Date

25

1   Jane Doe v. Board Of Supervisors

2   Jane Doe (#6079529)

3                   ACKNOWLEDGEMENT OF DEPONENT

4       I, Jane Doe, do hereby declare that I

5   have read the foregoing transcript, I have made any

6   corrections, additions, or changes I deemed necessary as

7   noted above to be appended hereto, and that the same is

8   a true, correct and complete transcript of the testimony

9   given by me.

10

11  _____   _____

12  Jane Doe                            Date

13  *If notary is required

14                      SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                      _____ DAY OF _____, 20___.

16

17

18                      _____

19                      NOTARY PUBLIC

20

21

22

23

24

25

| & |
| --- |
| **&** 2:15,20 7:9 |

| **0** |
| --- |
| **0.99** 322:17 |
| **000011** 5:7 |
| **000018** 5:9 |
| **000022** 5:5 |
| **000023** 5:11 |
| **000041** 5:3 |
| **000063** 5:17 |
| **00338** 1:3 |

| **1** |
| --- |
| **1** 5:3 79:6,10 81:8,11,13 260:23 |
| **10** 310:1 |
| **1000** 3:5 |
| **10:00** 263:19 263:23 |
| **10:04** 1:25 7:2 |
| **11** 175:21 176:17 |
| **11:03** 51:21 |
| **11:09** 51:24 |
| **11:32** 190:4 |
| **11:36** 71:2 |
| **11:44** 79:15 |
| **11:45** 71:5 |
| **11th** 14:6 37:14 38:9 241:6 243:6 |
| **12** 69:22 |
| **12/14** 256:8 |

**12/14/18** 5:14 5:16 260:6
**12:02** 176:6 177:8
**12:47** 116:14
**12:53** 116:17
**13** 292:14 293:10
**13th** 245:13 255:6,11,12 312:7
**1434** 330:6 331:12
**14th** 245:18,20 255:8,9 260:6 275:11 276:18 313:18 317:3
**15** 58:4 293:11
**16** 58:4 63:9,10 81:21
**16th** 248:23 262:13
**17** 32:10,11 63:9,10 171:22 175:21 272:20
**175** 5:7
**17th** 2:5 313:19 315:15,17
**18** 14:20 32:10 32:11 215:10
**18th** 80:20 100:23 109:20 121:18,22 151:20 153:15 153:18 154:1

173:9 174:9 176:2,4 256:16 262:17 263:2,5 263:11,12 264:6 268:2
**1998** 14:6
**19th** 109:20 121:19 151:18 152:2,6,9,16 153:7 154:2,23 176:6,9 177:8 189:7 256:15 262:23 263:1,6 263:16 268:4,7 268:9,13,17

| **2** |
| --- |
| **2** 5:5 80:10,13 80:19 81:12,13 81:17 177:7 |
| **20** 1:25 14:18 14:20 262:6 297:18 329:3 334:15 |
| **20/20** 56:14 97:25 144:3 212:9 |
| **200** 3:5 |
| **2000** 171:19 |
| **201** 2:5 |
| **2015** 58:2 91:9 |
| **2016** 58:2 61:22 69:5,13 |
| **2017** 171:16,19 171:23 172:6,6 |

**2017002** 3:13 330:3 331:23
**2018** 14:7,12,19 14:20,22 32:13 39:6 42:18 44:25 46:3 48:16,18,21,24 49:1,5 50:13 51:11 71:18 78:6 80:20 81:18 82:12 97:1,17,20 99:7 100:9,12 100:24 101:4 109:20 127:17 129:20 130:19 152:7,9,17 153:7,15,18 154:2,23 172:2 174:15 231:7 231:10,14 233:15 236:6 238:10,11 239:21 240:22 240:24 241:5,6 243:6 245:13 255:6,12 260:6 262:13,19 275:11 276:18 293:20 294:6 297:21 298:8 312:7 313:18 313:19 315:15 315:18 316:9 318:24 319:3

**20180560**
  258:25
**2019**  129:10
  305:18 310:7
  319:9
**2020**  16:2 23:4
  66:10 72:7
  73:7 122:11,12
  175:4 283:18
  294:10,16,22
  295:7 305:18
  318:23 319:1
  322:25
**2021**  66:11
  294:16,23
  295:1,21
  296:12,14
  297:19 301:5
  301:15 317:3
**2022**  47:14
**2023**  1:25 7:5
  33:18,20 35:2
  35:23 53:23
  58:11,24 60:11
  295:1,12 329:3
  331:18 332:3
**20s**  14:15
**20th**  7:4
**21**  215:10
  295:8
**215**  5:9
**22**  14:8 79:14
  262:2,7 295:8
  295:8,9

**225**  2:12,17,22
**23**  254:1,8
  295:8,9
**231**  2:6
**232-1604**  3:6
**24**  254:1,8
  262:4
**25**  54:25
**253**  5:11
**257**  1:22
**258**  5:13
**26**  296:12
**273**  5:15
**28**  330:5
**29403**  330:23
  331:22
**2:04**  171:2
**2:15**  171:5

**3**

**3**  5:7 175:18,22
  215:8 258:22
  258:22
**3.9**  16:16
**30**  332:17
**303**  5:17
**31**  19:19
**322**  4:7
**3246**  34:14
**327**  4:6
**33**  19:11
**330**  4:8 331:5
**331**  4:9
**337**  3:6
**346-8716**  2:22

**37:2554**  331:4
**383-3796**  2:12
**387-9888**  2:17
**3:00**  197:5
**3:03**  192:6
  196:7,10,12
**3:22**  1:3
**3:57**  253:10
**3rd**  295:21

**4**

**4**  5:9 215:9,13
  229:16 281:18
  284:10 288:7
  289:15 318:23
  319:1 332:3
**4/18/18**  80:20
**4041**  2:16
**41**  77:16
**49684**  2:5
**4:04**  215:11
**4:05**  253:13
**4:39**  274:24
**4:49**  275:2
**4th**  331:17

**5**

**5**  4:3 5:11
  253:22 254:2
  258:16 273:1,1
  280:1
**500**  2:16
**51**  12:23
**523**  37:1
**5:27**  304:18

**5:29**  304:21
**5:44**  315:22
**5:50**  315:25
**5:56**  321:22
**5:57**  321:25

**6**

**6**  4:4 5:13
  258:17,23
  272:17
**6079529**  332:5
  333:2 334:2
**610**  18:14
**63**  302:16
**69**  302:17
**6:04**  329:1,2
**6:30**  133:1
**6:32**  202:24
  217:5,7
**6:58**  216:23
  217:1,7,12

**7**

**7**  5:15 272:24
  273:2 275:5
  281:6
**701**  2:11
**70501**  3:5
**70801**  2:12
**70802**  1:23
  2:21
**70809**  2:17
**732**  2:21
**79**  5:3
**7:00**  132:25
  183:10 188:17

| 8 |
|---|
| **8** 4:6 5:17 303:1,4 |
| **80** 5:5 |
| **8:00** 133:1,1 138:8 183:10 188:17 |
| **8:24** 181:11 |
| **8:27** 176:9 179:25 189:7 189:17 190:12 |
| **8:30** 181:11 |

| 9 |
|---|
| **9/16/18** 262:13 |
| **9/20/2023** 332:5 |
| **907346** 331:23 |
| **933-0180** 2:6 |
| **970346** 330:4 |
| **98** 14:20 |
| **9:00** 263:19,23 |
| **9th** 38:8 |

| a |
|---|
| **a.m.** 1:25 7:2 176:6,9 177:8 189:7,17 190:4 268:6 |
| **abbreviating** 204:21 |
| **ability** 331:7 |
| **ablanchfield** 2:13 |
| **able** 13:2 29:16 50:9 62:10 |

134:22 196:2 216:21 283:7
**abnormal** 285:11
**above** 1:15 79:7 80:11 98:5 332:6 334:7
**absolutely** 204:2
**academia** 28:19 33:5
**academic** 30:12 61:3 98:6,7 247:8,9 314:16
**academically** 33:10 62:14,18
**academy** 20:11 37:6 55:24,25 56:1 69:17,20 69:24 294:11 294:15,19
**accept** 28:13 49:21
**accepted** 121:23
**access** 50:6,16 62:8,9 83:10 83:14 109:17
**accessed** 316:2
**accompanied** 237:1 271:11 331:16
**accompany** 271:9

**accordance** 13:3 30:23
**account** 47:11 47:13,15 52:14 67:17,18 83:13 83:16,19 325:14
**accountable** 313:2,6
**accuracy** 332:9
**accurate** 46:7 51:4 218:24
**accurately** 96:8
**accusations** 290:4,13,17,19
**accused** 12:9 221:4
**accusing** 207:6 214:6
**ace** 191:17
**acknowledge** 204:4,8
**acknowledge...** 334:3
**acknowledging** 204:14 267:3
**acknowledg...** 332:12
**acquaintance** 119:22
**acquaintances** 104:13
**acted** 331:11
**action** 1:3 90:15 277:21

310:6 314:11 315:1 331:14
**actions** 187:18 207:16 277:20 315:3
**activity** 152:24
**acts** 264:7,14
**actually** 14:18 29:22 41:13 71:20 151:23 156:17 209:8 217:23 224:21 239:6 242:1 246:20 252:17 263:5 264:2 268:23 278:18 313:8 322:24 325:2
**adam** 313:24
**adams** 2:20
**add** 82:17 84:16,23 85:5
**added** 72:25 73:3,8 86:2 87:1 89:13
**addition** 78:17 288:18
**additional** 7:19 80:16 93:20 289:13,14
**additionally** 47:21
**additions** 334:6
**address** 17:7,8 34:12 39:25

234:6 235:1
298:5
**addressed**
292:7
**adjusting**
269:23
**administered**
9:14
**administration**
228:24
**administrative**
248:25
**administrator**
92:7,12,21
**administrators**
41:24 98:6
313:21
**admit** 144:19
**advanced**
308:24
**advantage**
239:19
**advertised**
27:18 28:5
**advisable** 83:23
**advise** 26:11
**advised** 12:5
211:10
**adviser** 98:7
**advisory**
331:12
**affairs** 247:8,9
247:10
**affect** 177:23
178:1

**affected** 23:8
23:17
**affiliated**
169:19
**afford** 22:15
238:24 239:1
**afraid** 203:13
214:1,6,7,7
221:8,8 227:20
227:24 228:6
239:11
**afternoon**
196:4
**age** 18:3 114:2
119:8 121:6
128:8,9 261:10
261:10,17,18
261:20,25
262:2,4,6,7
**ages** 19:10
261:9
**aggressor**
291:8
**ago** 56:13 78:8
**agree** 10:12
40:18,24 50:23
165:11 193:2
234:19 262:15
**agreed** 6:3 24:6
184:24 312:6
**agreement**
12:22 13:4,13
**agricultural**
1:7

**ahead** 12:25
66:24 72:22
79:3 90:4
97:24 134:7
164:3 175:11
251:6 252:3
259:21 261:2
274:1 287:19
**aim** 298:4,4
**alarm** 181:21
181:23
**alcohol** 30:4,6
52:20 137:19
153:11,13,16
154:7,17 161:5
161:7 167:3
168:8 177:21
178:4 291:18
292:9
**alcoholic**
107:18
**align** 129:25
**aligned** 129:24
130:3
**allegation**
95:13
**allegations**
75:3 82:18
243:13 244:1
244:12 281:9
291:9 295:14
322:6 324:23
325:1
**allege** 91:8 92:2
113:3 165:21

310:1 311:24
**alleged** 39:4
41:5,8 42:16
244:19 311:1
**alleges** 75:19
226:19
**allotted** 332:20
**allow** 172:12
175:22 267:11
298:12
**allowed** 23:15
23:24 311:25
**allowing** 206:8
**allows** 102:7
**aloud** 221:15
254:16 256:17
**alvarez** 184:17
**amount** 178:4
**andie** 5:6 72:17
73:9,12 74:1,2
74:5,7,10,21,22
74:23 75:12,19
76:1,3,16 78:9
78:11 79:21
80:10,18,23
82:2,11,21
83:8,20,25
84:16 86:5,9
86:11 87:12
89:8,11 90:20
325:13,21
**andie's** 81:17
85:21
**andrew** 2:11
8:9

android 322:10
anecdotally
  136:22
angry 206:17
annelies 19:8
  19:20 36:18
annual 286:5
  286:21,24,25
  287:10
annually
  286:20
anonymously
  243:21
answer 6:10
  10:5,20 11:20
  15:13,14 22:11
  22:17 23:12
  27:8 35:6
  40:22 43:24
  49:13 50:18
  57:22 61:16
  70:2 72:23
  81:2,5 82:4
  84:4,20 85:8
  86:25 89:24
  90:3,6,17
  92:25 93:2
  94:4 95:5,18
  96:4,10 103:13
  106:9 114:25
  116:7 127:7
  131:1 157:17
  160:10 170:6
  172:17,19
  183:18 186:11

187:9 188:15
189:2 190:16
200:3 207:24
211:21 214:24
216:11,13
221:3 229:4
230:6 232:7
233:9,20
234:13 235:25
265:23 277:24
281:17 284:9
288:7,23
289:15 290:7
291:7 292:13
292:14 293:10
303:21,25
304:2 308:8
310:11 328:10
answered
  92:24 116:6
  172:7 221:2
  233:19 326:16
answering 22:3
answers 281:7
  281:14 289:24
  291:1 292:23
  293:1
anticipating
  207:15,17
  267:5
anxiety 29:8,11
  30:3 53:25
  54:2,3,6 58:12
  58:17,22 59:12
  62:19 224:14

287:5 288:21
anybody 44:8
  114:6 126:7
  163:16,19
  164:7 184:14
  241:15 276:22
  309:11
anymore 47:5
  130:1 180:11
  222:6
anyone's 145:7
anyway 169:4
  172:13
apart 138:19
  261:13
apartment
  34:11 36:16
  39:17 100:23
  123:5 125:3,13
  125:15,22
  126:8,22
  133:25 134:8
  135:21 136:11
  136:13 137:1,3
  137:13 138:5
  138:11,20
  139:2,4,12
  145:15 156:1
  156:19 159:11
  163:5,22
  164:24 169:8
  173:8 180:6,13
  181:15 187:4
  188:13,25
  189:22 190:18

194:2 195:22
196:1,11,13,15
197:14 214:20
262:16 263:12
263:19 268:1
315:2
apartments
  39:16,19 40:1
apologies 176:5
apologize 85:2
  228:1
app 64:14
  67:16 68:8,24
  103:17
appear 241:12
appears 330:20
appended
  334:7
apple 154:15
  322:9,11,13,16
applicable
  332:8
applications
  25:3,5
applied 21:20
  25:11,11,12,13
  25:15
applies 94:4
apply 22:23,25
  24:20 25:10
applying 23:14
  25:7,8,17
appointment
  286:21

**appraised**
47:25
**appreciation**
80:22 134:19
245:12
**apprised** 87:17
**approach**
214:3 305:14
**approached**
305:11
**approaching**
55:19 56:8
**approximate**
54:18
**approximately**
152:20 153:7
305:7
**apps** 64:7,9,12
68:20 239:22
**april** 80:20
81:18 317:3
**area** 160:16
161:17 186:2
319:9
**arie** 19:8,17,18
**arises** 91:20
**arkansas** 41:9
45:6,6
**arms** 54:8
58:15 149:25
**arrangement**
331:10
**arrangements**
331:10

**arrest** 92:7,13
92:21 95:1,10
**arrive** 112:9
138:5 139:12
**arrived** 107:9
108:1 139:1
159:17 190:19
251:11
**arrives** 251:25
**art** 43:10
**article** 71:23
72:6,8,11,25,25
73:5 85:1 86:7
87:16 88:6,19
88:22 89:4,13
91:13,14,21,25
92:18 95:25
96:5,11 305:9
305:12,17
307:19 308:17
308:18,25
309:2 311:22
313:8 317:1,5
319:9,16 320:3
320:9 324:17
325:8,9 327:10
327:14 330:6
331:12
**articles** 316:24
**arts** 15:22 16:9
**ashamed** 199:1
227:3
**asked** 15:21
89:6 92:23
93:3 104:16

107:25 111:1,1
116:5 168:12
195:13 198:20
199:10,11
221:1 225:19
233:18 247:3
249:2 252:14
252:15 258:7
258:12 270:8
271:23 272:2
275:7 277:5,7
278:18,20
279:2,3,5
320:8 324:6
328:11,13
**asking** 49:15
52:18,22 57:21
61:6 88:13
94:1 131:24
180:19 190:12
200:12 210:19
274:12 279:16
282:3 286:18
293:2,4 298:23
303:16 304:24
325:25
**asks** 175:25
**asleep** 146:9,15
146:17,23
162:14,21
181:13
**assault** 26:6
39:5 42:12
75:9,17,23,25
82:12 101:4

115:3 189:15
198:7 220:5
227:25 232:8
237:4,11,13
241:1 247:25
249:8 263:15
267:4,4,14,18
267:22 268:6
281:18,21
282:7 290:19
290:25 291:9
291:17 292:8
300:20,25
310:19,20,24
310:25 311:2,7
312:3,11,20
316:10,14
317:6 318:24
319:4
**assaulted** 75:20
75:22 77:8
152:10 249:9
249:12 312:17
**assaults** 198:6
290:5,14,18
**asserting** 274:2
**assistant**
293:23
**assistant's**
248:25
**associate** 70:18
241:1
**associate's** 56:4
**assume** 10:15
104:4 115:5,7

121:17 145:18
180:15 250:21
250:24 279:7,8
312:2 326:14
**assumed** 41:25
42:8 97:11
98:12 114:2
170:8 218:19
247:7 291:2
314:18
**assuming** 41:20
71:21 74:13
91:16 115:6
166:24 179:15
197:22 216:19
218:21 249:18
310:17 311:22
**assumption**
44:24 243:25
249:20 291:5
**assured** 170:16
**ate** 164:23
**athlete** 121:7,7
**athletic** 159:3
**attach** 80:10
181:9 215:7
229:16 258:15
272:14 281:6
303:1
**attached**
144:14 332:11
**attack** 54:9,11
55:12,15 56:9
56:11,21 57:4
57:7 58:19,21

207:4 224:8
**attacked**
194:11 224:6
**attacks** 54:13
54:19 55:3,10
56:25 57:1
**attempt** 53:11
162:19 223:6
272:7
**attempted**
48:19 51:6
**attempting**
54:21
**attempts**
233:23 235:20
**attend** 129:15
159:8
**attended** 24:2
99:25 100:6
129:5 135:1,4
135:16
**attending**
119:7 129:1,8
129:9,11,16,22
297:12 311:18
**attention** 57:5
228:7 243:8
**attest** 12:9
**attorney** 2:10
7:24 11:13
12:5 34:22
85:20 90:1
91:15,17 92:17
93:17,24 94:5
286:16 303:13

303:17,22
304:1 307:10
331:13,14
332:13
**attorney's**
96:14,18,19
**attorneys** 10:6
**attracted** 120:5
**attractive**
111:23
**audibly** 160:12
160:14
**aunt** 320:24
**authority** 310:5
331:4
**available** 34:19
34:23 332:6
**avenue** 37:1
**avoid** 11:4
223:5 224:2,2
**avoiding** 10:21
**awake** 188:24
**aware** 77:9
85:23 91:12
94:17 250:3
308:5,11
316:12,16,17
316:25 323:13
**aycock** 192:14

**b**

**b** 68:7 330:6
**baby** 19:24
**bachelor's**
15:21 16:9
27:22,24

**back** 7:15
15:24 16:21
18:6 19:4,5
23:23 31:22
33:2 36:2,3,6
36:13 41:21
44:25 51:23
58:10,10 71:4
85:2 99:13,20
99:22 100:17
112:24 116:16
119:16 124:3,3
124:23 139:24
141:13 143:21
148:13,16
150:16,18
168:4 171:4
181:10,13
182:7 185:14
190:1 196:7
211:22 212:10
230:9 232:13
237:22 253:12
269:18 273:23
274:15,17
275:1 279:12
280:17 284:3
285:11 294:20
302:2 304:20
310:3 313:16
315:24 321:24
**background**
116:1
**backpack**
137:14,16

182:12,21
**backwards**
60:10
**bad** 145:17
**badoo** 68:7
**baj** 1:3
**ballet** 24:13
37:25 56:5
**banned** 91:8,10
**banning** 91:19
**banter** 143:6
170:10
**bantering**
108:12
**barely** 199:5
**bars** 83:5
**base** 58:23
**based** 123:23
243:25 259:10
265:20 273:7
274:3 279:5
303:18 322:6
**basically**
184:23 274:3
**basis** 135:9
259:21 286:24
286:25 287:12
**basketball**
136:18
**bates** 77:15
79:8,14 176:15
176:18 215:10
254:1,5,6
259:5 302:16

**bathing** 184:10
**bathroom**
145:5,22
165:25 187:16
**baton** 1:23 2:12
2:17,21 7:4
92:13,22 93:19
95:1,10
**beauty** 294:24
**beck** 2:4 8:2,2
13:5 15:11
21:24 22:2
23:11 27:7
35:5 40:21
43:23 49:10,13
50:17 51:13,16
51:18 57:19,21
61:15 66:23
70:1 72:21
77:18,21,24
79:3,5 81:1
82:3 84:2,19
85:7 86:24
89:23 90:6,16
92:23 94:9
95:2 97:22
103:12 105:1
106:8 109:8
113:21 114:24
116:5 127:5
130:24 134:6
152:21 157:16
160:9 164:2
170:5 172:10
172:18 173:1

176:14,20
183:17 186:10
187:8 188:14
189:1 190:15
200:2 207:20
207:23 208:24
211:20 212:8
214:23 219:11
219:21 220:6,9
221:1 229:3
232:6 233:8,18
234:8,12
235:24 251:5
252:2 259:1,5
259:9,16,19
261:1,4,14
264:8 265:1,4
265:18 270:25
272:18,22
273:5,17,24
274:1,9,19
275:3 277:2,23
279:6,22
287:18 290:6
291:20 292:22
298:12,16,19
298:22,24
303:5,11 304:4
304:7,10,13
306:19 307:7
308:7 310:10
321:7,12,15,18
323:21 328:1,7
328:18

**becoming**
299:13 300:3
**bed** 59:6 141:2
141:4,13
144:16 145:1
145:24 146:5
146:15 147:13
147:18,20,20
147:21 150:18
162:23 166:5
180:4 182:5,13
187:17,20
265:12
**bedroom**
126:23,25
140:11 161:16
**began** 55:10
58:12 60:5,6
61:13,13 141:6
148:25 189:23
190:22 224:1
264:14 283:15
297:15,16
299:18 307:13
**beginning** 23:5
32:13 33:24
53:24 54:15
100:15 106:16
171:24 172:1
**begins** 267:14
**behalf** 1:14 7:8
8:5,8,10,11
78:3 79:13
254:1 276:23
302:15 308:13

308:15 322:4
**behest** 218:20
**believe** 32:6,11
39:21 41:14,18
47:1,14 53:20
55:18 60:18
63:7 75:13
76:4,23 78:17
82:16,18 85:14
86:8 87:7,13
89:12,15 90:7
91:13 101:3,4
101:19 106:25
109:16 111:6
112:3,3,24
122:3 125:16
125:18 129:9
129:19 137:7
151:24 155:22
174:18 183:20
197:8 201:4
226:13 232:11
252:24 254:21
256:12 257:11
264:4,24 273:9
281:2 283:19
284:21 294:5
305:17 306:8
313:11,12
316:4 317:7
322:19,24
323:4 325:12
325:14 327:24
**believed** 130:6
130:6 313:14

**beneficial**
283:4
**benefit** 22:14
**best** 185:11
205:11,11
272:21 331:7
**betrayal**
288:22
**betraying**
311:8
**better** 25:18,22
45:23 46:6
75:5 130:1
144:23 225:23
**beverages**
107:18
**big** 55:9,18,20
56:8 108:3,8
227:22
**bio** 102:8
**birth** 149:7
**birthday** 14:5
14:16
**bit** 25:23 48:6
65:6 104:6
109:4 117:9
134:2,3 146:1
146:24 152:23
153:1 158:13
166:2 183:22
204:11 209:18
209:19 224:2
224:23
**black** 121:5

**blaming** 204:11
220:11
**blanchard** 8:9
8:9
**blanchfield**
2:11
**blanks** 139:25
235:23
**block** 50:14
51:1 201:20,24
211:11 213:25
214:1 234:22
**blocked** 50:19
201:22 216:19
216:24 217:6,8
222:20,21
**blood** 238:7
**bloomington**
34:14 59:18
283:2 284:12
284:20
**blow** 150:12
205:9 313:10
**blue** 217:20
218:8
**blurb** 317:10
317:11,12
318:2,12
**board** 1:5,6,14
2:8 311:25
331:9,12 332:4
333:1 334:1
**board's** 310:5
**body** 166:1

**bodyweight**
266:13
**borne** 3:4
**bornewilkes....**
3:6
**boss** 38:14
**bossier** 319:9
**bottom** 79:8
254:6 256:6
293:11
**boulder** 25:13
**boulevard** 2:21
**boyfriend**
154:25 155:1,5
171:11 194:9
282:23 320:21
**boys** 154:24
**brandon** 2:20
2:22 8:5
**break** 11:13,18
11:21,23,25
34:22 51:14
70:25 116:12
121:16 167:17
170:15,25
253:3,8,15,16
300:13
**breakfast**
178:20,23
**breaks** 11:15
**breakup**
300:15
**breasts** 147:5
**breathing**
56:24 224:18

brian 1:5
brief 44:10
112:5
briefly 249:8
bring 80:15
137:12,17,19
137:21 246:4
bringing
319:11
brings 317:22
broke 172:4
brother 19:5
36:14,17 305:2
brought 63:11
143:9 168:15
243:8 276:4
299:23
buddy 70:8
budget 29:25
building 158:7
223:19,20
built 23:16
bumble 68:10
bunch 32:16
43:9,12 107:4
burning 54:8
58:15
burnout 29:4
burnt 21:14

**c**

c 2:1 3:1 17:17
58:6 65:22
117:24,24
118:2,2 318:21

caitlin 117:13
117:19
caitlin's 117:23
call 8:25 9:3
105:3 109:4
114:9,13
116:24 119:19
145:12 168:19
168:25 174:5
184:14 249:4
272:2,10 306:7
309:22
called 35:18
39:16 50:4
55:24 69:7
119:1,21
128:15 160:19
184:15 193:1
248:18 249:1,5
251:8 260:16
306:22 314:15
317:2 318:20
319:1
calling 180:16
187:1 251:2,16
callous 289:18
calls 89:25 95:3
163:19 248:5
248:16 249:15
249:22 250:2,3
250:20 285:10
303:13 308:1
calm 224:20
calvin 19:8,12
305:2

camping
299:11 300:19
campus 17:5,6
17:6 39:15,16
39:19 43:10
91:9,11,20
100:23 101:2
101:10,13,14
108:3,7 136:23
154:24 159:11
196:13,14
222:18,24
223:11 225:2,9
225:22 240:9
240:15,18,21
270:3,7,13,24
315:14 319:18
319:18 323:14
323:19
campuses
291:17 292:8
cancer 31:21
cannabis 31:18
caps 284:21
car 136:10
137:25 149:14
169:1 194:1,5
195:10
cards 142:20
142:22,24
143:1 159:22
159:25 160:2
care 236:11
career 38:5
239:15

careful 99:13
cares 221:18
carrie 95:22
96:23 97:1
244:2,4 245:8
245:13,24
246:12 247:21
255:9 275:11
312:7
carrie's 247:22
carry 98:13,14
98:15
case 103:20
105:8 110:3
138:1 141:22
207:7 277:8
282:10 313:4
326:6
cases 97:4
casual 170:3
173:17
catherine 2:10
332:1
cathy 7:25 8:21
9:3 109:8
cathygiering
2:13 332:2
caught 295:10
cause 1:16
130:11
caveat 11:19
cazayoux 1:21
ccr 3:13 330:3
330:24 331:22
331:23

cease 284:1
ceased 283:24
cell 185:5
  234:20
center 62:9,10
  104:8 239:2
certain 56:3
  68:23 69:10
  87:19 145:19
  188:2 212:1
  237:17 249:14
  249:24 250:6
  276:25
certainly 70:6
  93:9 300:16
  309:16 311:8
certificate 4:9
  331:1,15
certification
  69:8
certified 1:17
  7:6,20 56:1
  330:2 331:2
certify 331:3,5
  331:8,11,13
cetera 281:16
chain 235:2
  325:20
challenging
  238:25 302:7
chance 77:22
  221:22
change 38:5
  196:2 210:4
  218:11 229:21

312:16 333:4,7
333:10,13,16
333:19
changed 28:6,7
  28:8,14 135:18
  310:9,16,22,23
  310:25 311:2,7
  312:3,10
changes 256:7
  256:11,14
  257:7,16
  330:11 332:10
  334:6
changing
  239:15
character
  221:24 326:2
charges 81:21
chat 42:15,20
  42:23 43:5,6,7
  43:8,9,14,17,22
  44:3,8,11,13,14
  44:22 72:10,11
  72:13,15,19
  73:15,22,24
  74:3,5,8,13,19
  78:5,13 79:2
  79:25 80:2,3,8
  81:9,14 84:17
  84:24 85:5,9
  85:12 87:1,6,8
  87:11,17,20
  88:25 90:10,13
  90:22 115:18
  115:21,22

231:2,6 240:3
241:21 245:11
280:13 323:3,4
323:13,24
chatting 202:16
cheap 62:9
check 116:1,1
  273:23 274:15
  274:17
checking 254:5
chest 56:23
  150:1,1
chief 248:9,10
  248:12,14
child 18:10,20
children 18:2,2
choices 130:21
choose 26:21
  168:1
chora 318:21
christian
  144:13
christmastime
  172:5,6
church 128:7
  128:13,14,23
  130:2,10,14,16
  132:19
circles 104:18
circulated
  249:20
circulating
  45:17
city 1:8 2:5 3:3
  155:20

civil 1:3 6:5
  330:6,7 331:12
claim 71:15
  75:20 100:22
  311:1
claims 168:7
clarify 24:6
  34:2 207:7
  210:21 297:22
clarifying
  278:24
clarity 239:20
clark 2:20
clarrie 245:24
class 104:15
  105:15 133:9
  133:22 138:14
  169:13,17
  183:11,13,24
  184:1,4,18
  188:18 189:20
  189:23 190:9
  190:13,19,22
  190:24 191:10
  192:8,9 195:1
  195:3 201:14
  223:14 224:1
  224:12,23
  238:13
classes 24:10
  103:4 159:1
  185:3 191:2
  223:16,17,18
classical 20:11
  37:6 56:5

69:17,18,24
119:1 294:11
294:12,15,16
294:19,21
**classmates**
118:19
**classroom**
20:21,22 70:14
**clean** 196:2
313:1
**clear** 64:8
160:17 210:9
314:22
**clearly** 207:14
273:19
**clicked** 326:12
**client** 90:1
303:13,22
304:1
**climb** 148:3
**climbed** 148:2
**clint** 26:18
295:17,18
296:4,7
**clipped** 139:19
**close** 69:24,25
70:4,5 104:21
140:15 185:12
185:13,25
285:1
**closed** 150:25
**closest** 135:12
135:16 185:11
**closing** 146:11

**clothed** 146:6
**clothes** 138:3
182:6 195:23
196:2
**clothing** 182:9
229:19
**cloud** 322:15
**club** 138:14
157:18,22,24
158:5,5 169:20
**cocaine** 31:8
**code** 330:7
331:12
**coed** 291:18
292:9
**coffee** 51:19
142:21 192:10
193:8,19,20,24
194:6,15,15
195:8 201:14
319:2
**coin** 63:1
**coincidence**
242:7
**colleagues**
69:25
**collecting**
229:14 302:10
**college** 1:8
16:24 17:1
18:23,25 25:20
31:14,14,15
32:2,4,6,15
54:14 60:18,19
60:21,24 61:8

61:10 63:5,13
64:20 103:22
104:12 129:6,9
129:10,12,17
131:11,25
165:6 171:15
236:10 239:17
269:24 291:17
292:8 293:7,8
297:20
**collins** 313:24
**colorado** 25:13
31:18,22
**combined**
27:15,21 62:21
**come** 43:5
58:20 71:12
101:13 105:15
111:10 115:8
122:1 123:1,1
123:3,3,12
125:22,23
126:18 133:20
133:24 134:22
139:24 143:16
143:16 145:2
145:12 168:10
173:8,17
178:19 181:10
227:12 237:22
240:2 241:19
246:9 248:7,17
248:19 249:2
250:7 251:3
260:17 280:11

284:15 297:10
326:16
**comes** 100:2
162:24 190:1
**comfort** 210:6
253:3,8,15
**comfortable**
9:4,11 11:17
131:7 203:4
205:16,23
208:12 211:17
238:8 267:20
**comforting**
226:4
**coming** 11:23
23:22 133:11
141:8 146:10
149:9 194:14
198:16 203:2
226:19 291:24
300:10
**commenced**
71:8
**commencing**
1:25
**comment**
166:17 250:18
**committed** 39:5
**common** 10:22
11:4 100:1
104:11,19,25
105:5,9 111:22
161:16 169:8
170:10 186:2

**communicate**
84:14 134:12
134:13,18
189:15 207:16
208:5
**communicated**
96:3,6,12
210:1 306:21
311:5 324:3
**communicating**
84:13 101:18
101:21 102:3
207:15
**communication**
113:1 173:25
211:11 222:12
307:9
**communicati...**
85:6,15 90:1
173:23 303:14
307:16,22,24
308:1
**commuted**
128:13
**company** 52:13
**complaint**
70:24 71:7,13
71:15 86:16
91:8 92:2 93:9
94:11 97:13
100:17 101:10
113:3 121:23
226:19 244:1
310:1

**complementa...**
130:5
**complete** 11:5
22:17 56:2
251:25 331:9
334:8
**completed**
309:3 332:17
**completely**
75:14 105:24
**completing**
10:5
**complex** 39:17
136:13 137:1
196:15
**compliance**
331:8,11
**complies**
302:12
**compose** 202:1
202:3
**composition**
48:13 295:6
**computer**
257:4
**con** 78:9
**conceal** 13:2
**concept** 50:5
**concern** 228:11
**concerned**
47:23 218:10
219:15,18
**concerning**
93:20

**concerns** 289:3
289:5
**concluded**
329:2
**conclusion** 95:4
328:22
**condom** 149:16
205:17,23
238:5 285:17
**confidentiality**
12:22 13:4
**confirm** 251:23
315:5
**confirmation**
167:1 217:24
244:13
**confirmed**
187:10 249:21
250:23 313:10
**confirming**
195:5
**confront**
224:21 225:25
227:23
**confrontation**
131:4
**confronted**
91:6
**confused**
194:13 220:18
246:20 279:10
**congress** 3:5
**conjunction**
169:25

**connect** 303:9
**connected**
303:19 304:25
331:14
**connection**
304:9
**conner** 32:21
155:8,11,16
171:11,16,18
172:9
**conner's** 155:9
**consensual**
161:10,17
264:7,14
**consented**
187:7,19
**consenting**
191:25
**conservative**
168:24
**consider** 69:24
70:5 229:24
264:21,23
**considered**
6:11 54:8
**considering**
89:21 90:8
**consistent**
135:9
**consistently**
67:24
**consolid** 322:4
**consolidated**
1:9 3:3 8:8
322:4

constant 58:23
construed
220:1
consult 304:4
consulted
202:15
consumed
153:16 154:7
177:21 178:4
consumption
153:11,13
contact 5:8,10
44:18,21 48:19
76:25 78:9
84:11 86:22
87:3 89:11
90:22 177:4
215:25 223:22
234:23 264:13
264:22 271:23
272:3,7 280:8
280:16 281:3
305:6,19,21
306:13 308:13
318:4,5,6
contacted
306:4,15
327:16
contacts 315:6
contained
320:9
context 52:19
52:22 55:20
280:21

continuation
131:13
continue 24:14
59:24 67:13
129:14 142:9
172:20 203:21
204:17,22
206:1,19
238:18 240:9
continued 3:1
60:18 110:21
130:16 156:14
178:19 307:13
continues
266:15 267:13
271:22 317:20
continuing
54:16 301:20
contract
192:25,25
227:3
contracted
281:23
contractual
331:11
control 29:24
149:7 310:5
convenient
240:15
conventionally
111:23
conversation
7:12 22:13
26:9 83:24
139:18 193:6

201:16 229:6
246:17 250:10
267:19 314:6
conversational
11:4
conversations
102:6 119:1
266:17,22,25
267:9 294:12
294:17,21
convince
217:13
cool 209:11
coolest 221:17
coordinate
43:15
coordinating
44:5
coped 29:18
copies 80:16
332:14
coping 29:22
30:3
copy 7:20
77:22 257:25
260:2 275:24
276:2,15,20,22
292:22 308:24
309:2,11
cordiality
193:15 318:11
corey 2:16 8:11
corner 79:8
254:6

correct 12:6
13:4,5 33:11
33:15 34:15
38:23 39:7,8
39:20,21,23
42:3,6 58:12
58:13,15,16
59:1 60:7,8
61:11,12,18
64:15,16 70:18
70:19 76:17
78:9,10,13,14
79:18 80:20,21
80:24,25 81:3
81:10,11,15,23
81:24 82:2,5
82:12,13 83:25
84:1,21 88:7
88:10 89:9,18
92:1 96:7,13
96:14 97:21
100:11,24,25
101:10 113:5,6
113:8,9,11,12
120:11,12,14
121:24,25
129:2 134:10
136:23,24
137:1,2,3,6
156:22 158:19
161:25 162:2
162:11,12
165:15,17,18
167:24,25
170:19 171:12

171:13,20
173:9,10,20,21
173:23,24
174:12,13,22
174:23 175:4,5
175:7,8 176:6
177:1,2,5,8,11
177:12,13,14
178:8,11,12,14
178:15,17,18
178:21,22
179:3,4,7,8,10
179:11,21,22
180:23,25
181:1,4,7,8,15
181:16 183:6
184:19 189:12
189:13,15,16
189:18,24,25
190:2,3,5,25
191:1,13,18,19
196:8,9,19,20
197:21,24
202:25 203:1,4
203:5,8,9,21
204:25 205:1,4
205:5,18,19
206:2,3 208:14
208:17,18
209:4,5 210:6
210:7 211:4,5
215:17,18,19
215:20,23
216:1 217:14
217:15 219:2,6

219:7,20 226:6
226:12,14,15
231:8,9,12,13
231:16,17
234:20,21,24
234:25 235:2,3
235:5,6,7,8,10
235:17,18
241:8 245:15
245:16,18,19
245:21 246:13
253:20,21
256:19 258:4
261:25 262:10
262:18,20
263:2,3,8,17
264:2,7,15
265:13,14
268:2,4,7,8,10
268:11,13,14
268:17,18
270:13,14,19
272:12,17
275:12,13,16
275:17,19,20
275:23 277:18
277:19 295:22
296:1,5,6
301:13 311:22
312:4,5,7,8,12
313:21,22,25
314:23 317:4
325:18,19
331:7 334:8

**corrected** 257:3
263:4 268:21
**correction**
14:17 76:8
278:10 312:9
**corrections**
334:6
**correctly** 84:16
219:23 255:6
**cost** 7:19 30:1
**costs** 287:6
**couch** 144:23
144:25,25
145:2 161:23
168:17,22
170:17,23
180:25 181:6
186:4
**counsel** 7:13,22
253:2 272:18
273:17 274:5
274:10 303:20
309:20 328:15
331:13,14
332:14
**counseling** 26:3
26:5,18 29:16
62:9,10 236:4
239:2,16 269:8
269:10,16,21
269:22 284:24
285:2,6 288:11
288:25 289:7
289:10 295:17
295:18,19,20

296:4,8,25
297:2,10,12,16
301:5
**counselor** 26:4
26:10 60:20
236:5 303:5
**count** 326:2
**couple** 17:14
18:1 29:17
31:21 47:16
75:8 101:4
102:1 109:23
111:16 126:10
126:20 128:3
130:11 143:14
143:23 170:15
171:9 186:18
223:1,22
230:12 284:11
287:7
**coupled** 62:23
**course** 29:24
56:14 95:24,25
97:8 98:19
102:6 105:8
108:1 115:3
120:17 141:3
144:24 147:9
148:18 149:15
169:3 216:10
216:12 232:22
244:14 256:14
258:14 264:19
266:13

courses 119:5
court 1:1,17
7:8,9 8:14 9:16
9:23 10:2,18
13:1,6 22:9
330:2 331:2
courtesy 22:15
covenant 193:1
227:3
cover 99:25
covered 181:12
188:11 229:17
264:4 294:11
covid 20:18
23:5,8,15,16
coworkers
69:23 70:5
cpierce 2:18
crawford 41:23
313:23
criminal 71:18
277:21
criminally
278:3
criteria 69:10
critical 169:2
cross 225:7
234:11
crossed 325:10
crow 58:5,8
crying 186:20
194:14,17
cs 332:15
cs6079529 1:24

cuddle 147:7
162:7
cuddled 162:2
cuddling 147:2
162:14
cues 141:18,21
culture 98:8,12
cum 206:7,14
cup 319:2,12
curious 114:20
115:6,7 278:2
303:19 304:8
326:5
current 19:10
59:16 261:10
261:18,25
262:4,7 320:21
currently 15:25
34:10 59:9,11
59:13,14 66:14
120:20 284:5
296:18
curriculum
55:24
cut 203:23
207:18,19
222:12 269:20
cutie 177:10
180:13
cutting 204:21
cv 1:3

**d**

d 1:6 4:1 68:7
185:22

dame 25:12
dance 24:7,8,12
24:14,16,19
36:8 37:10,11
37:21 38:9,9
38:21 55:21,23
55:24,25 56:1
138:13 157:18
157:22 158:17
194:16 294:15
294:20
dancing 55:17
56:6
dangerous
145:16
daniel 5:8
14:11 39:3,4,9
40:19 41:19,21
42:2 44:25
45:18 46:5
47:24 48:19
49:2,8,25
50:10,15 51:1
64:25 65:13
67:25 71:16
73:15,15 74:24
77:8 84:18
86:10 87:11,18
87:21 90:21
91:20 92:8
104:16 105:7,8
113:4,8,18
114:7,14,22
120:17 133:13
142:22 143:9

166:21 177:1
177:13 189:12
194:24 216:19
216:20,20,21
216:24 217:8
217:14,21,24
218:20,21,22
221:17 222:12
224:10 230:19
235:12,12,13
235:16,23
240:2 247:23
248:2 249:6
250:4 261:23
261:25 265:9
267:19 271:2
277:22 285:12
290:25 314:6,8
320:10 323:3,7
323:18 325:11
326:17 327:20
dashes 330:10
330:14
database 234:4
date 80:19,23
103:18 104:24
105:3 110:3
116:22 171:21
176:2,4 211:1
232:4 237:13
256:23 260:5,9
333:24 334:12
dated 172:3
299:4

dates 61:19
249:11,12
293:2,2 295:19
dating 49:9
64:12,14 67:16
68:8,20,24
103:17 171:19
239:22 296:13
296:18,20
297:16,19,23
316:17
daughter
194:16
davidson 277:3
277:18 278:5
davis 26:18
38:16 295:17
295:18 296:4,7
day 11:16 38:7
47:8 53:6
63:21 108:22
111:17 125:20
126:2 132:6,13
132:15,15,24
133:4,8,11,14
133:22,22
138:16 141:25
143:19,25
164:21 165:2
169:1 184:25
193:23 198:22
199:6 214:15
245:8,13,18
254:21 255:7
260:13 267:10

267:14,18,21
268:12,23,23
271:6 276:7
282:3 283:19
331:17 334:15
days 101:4
102:1 109:23
111:16 213:19
214:12,12,16
214:19 222:14
226:8,20
262:16 332:17
de 50:14
deaf 12:6
deal 213:13
214:22
dean 247:8,8
december
42:14,18 44:25
46:2 48:18,24
49:1 50:13
51:10 78:6
97:1 174:14
231:7,10,14
233:15 235:21
236:6 238:11
241:5,6 243:6
245:13,20
255:6,12 260:6
275:11 276:18
312:7 313:18
313:19 315:15
315:17
decide 24:20
28:16 36:5

133:23
decided 24:23
28:14 33:4
145:20 287:15
300:7
decision 33:13
227:9
declare 334:4
decline 49:21
decuir 2:20,20
8:5,5
decuirlaw.com
2:22
deemed 334:6
defendant
310:2
defendants
8:23
deficiency
274:11
defined 330:5
331:12
definitely 67:23
160:20
defuse 57:10
213:1,12 215:4
215:5 217:23
219:4 220:22
220:25 225:24
defusing 213:9
degree 16:9
20:23 27:24
35:4 56:4
58:20 69:7,11

delay 197:6,9
delete 47:20
deleted 67:25
83:13,19
denote 330:19
denoted 330:18
department
5:15 82:20
223:15 231:11
231:15 248:14
254:13 255:25
256:21 257:10
258:11 260:13
270:22 271:12
271:15,18,20
272:16,25
275:15,19,22
276:13,19,23
277:21 295:3
313:17 322:7
325:4,5,10
departments
325:3
deponent
332:13 334:3
deposing
332:13
deposition 1:12
6:4,12 7:3 9:7
12:20 13:1
14:9 71:9
312:1 328:22
331:10
depression
58:25 59:4,8

63:3,4,11
288:21
**depressive**
53:25
**describe** 31:17
121:1,2,2
**describing**
62:13 300:19
**desensitization**
283:12
**desire** 20:16,18
36:3
**desired** 131:21
266:3
**desperation**
212:19
**detail** 281:11
**details** 47:24
87:22,25
183:23 225:17
264:5,11
**detective**
258:11 277:4
**determine**
315:3
**detrimental**
62:25
**develops**
128:21
**dialogue** 7:14
7:17
**dickie** 41:23
313:23
**difference**
58:20

**different** 47:16
50:22 52:13
56:1 58:18
70:9,10 93:2
118:1,16 119:3
130:2 185:18
195:24 196:15
224:24 291:8
**difficult** 63:14
75:19 302:4
**difficulty** 56:23
59:6,7
**digitally** 103:16
**diligence** 97:12
277:14
**dinner** 123:8
178:25 208:3,3
208:11
**direct** 76:4,11
271:16 293:10
**direction** 223:5
331:6
**directions**
30:23
**directly** 21:11
71:12 110:8
233:10,11
271:19
**director** 226:10
293:24
**disagree** 312:1
**disassociating**
150:4
**disciplinary**
94:12 310:6

**disclosure**
89:25
**discomfort**
13:11
**discourse**
330:10
**discovery** 78:3
79:14 175:21
259:2,8,11,14
265:21 273:6
273:20 274:5
274:11 275:6
281:7 302:14
**discuss** 87:21
250:15 251:4
251:12
**discussed** 12:24
284:13 288:10
303:17
**discussing** 52:2
86:10
**discussion** 46:5
193:20 200:15
230:11 251:1
323:6
**discussions**
289:6
**disrespected**
130:8
**distinct** 210:22
**distinction**
288:3
**distinguish**
173:14

**distracting**
12:13
**district** 1:1,1
8:24
**dizzy** 166:2
**doc** 257:22,23
258:1
**doctor** 62:2,5
282:5 287:2,11
288:1
**doctor's** 53:5
59:17
**document**
12:23 77:15
78:2,4,15
79:12,20 254:2
255:13 257:3,4
257:20 260:5
263:4 265:20
273:8,17,21
274:4,20 275:4
275:8 302:15
**documents**
274:12 307:3
**dodge** 224:1
**doe** 1:3,13 5:12
7:3 8:4,16,21
13:7,19,21,24
21:24 47:1
52:1 71:7
89:24 116:19
171:7 253:15
260:21 269:2,4
269:5,7 270:8
272:2 275:10

289:16 309:24
316:2 317:2
322:3 328:23
331:4 332:4,5
333:1,2,24
334:1,2,4,12
**doing** 28:21,24
37:22 43:12,16
97:11 118:16
132:10 149:4
163:25 214:20
236:1 272:21
288:6 308:17
313:4
**door** 139:10
140:15,17
146:11 203:14
211:12,24
**dosed** 146:6,9
**dosing** 146:21
146:21 147:9
**double** 63:1
254:5 330:10
330:13
**downloaded**
67:25 68:2
**dr** 58:5,8 59:24
248:23 260:18
**draft** 245:25
268:21
**drank** 51:19
144:4 165:10
167:3 191:16
**draw** 282:17

**dreams** 148:9
**dressed** 182:23
188:21
**drew** 12:9
**drink** 30:6,8
100:1 140:7
142:23 143:16
143:17,22
144:3,4 145:3
154:4,4 161:5
161:7,13,13
165:8 168:8,10
168:11 193:2,2
225:20 227:4
**drinking**
107:18 124:10
142:20 146:8
149:13 151:16
154:14 159:17
163:23,25
187:11,16
193:5 195:6,15
195:19 204:6,7
227:6 228:2,10
244:16 264:14
**drinks** 30:10
145:4
**drive** 34:14
144:6 145:10
145:11 165:24
178:20 195:11
315:2
**driver's** 195:13
**driving** 145:22

**drop** 238:15
**drug** 164:13
**drugs** 30:12,15
30:16 31:1,2,6
31:9,10,10
52:20
**drunk** 143:17
143:18,22,23
145:8 150:16
153:19,21
154:2 166:2,18
166:23,25
167:1,6,23
168:25 169:2
177:20 178:21
179:3,5,13,15
179:16,19
191:25 199:5
201:1,6 203:20
204:9,15
208:22 219:19
267:6
**drunkest**
154:20
**dual** 119:4
**due** 25:3 97:11
98:15 277:14
291:17 292:9
295:13 330:9
**duhe** 2:15
**duly** 8:17 331:4

**e**

**e** 2:1,1 3:1,1 4:1
17:17,17 19:8
38:22,22 59:19

59:19,20
155:10,10
185:20 236:23
333:3,3,3
**ear** 12:6 63:24
63:25
**earlier** 53:20
62:13 89:6
110:4 164:20
167:22 171:14
172:7 185:17
187:10 193:23
210:20 214:15
224:2,23
239:16 264:4
269:15 283:19
284:19 294:12
318:8 323:1
325:13
**early** 24:2
53:23 58:11,24
60:11 66:10
119:13 121:19
141:25 151:14
151:17 152:1,4
183:9 188:18
196:4 263:6,15
268:6,24 300:7
305:18
**easier** 77:11
**easiest** 169:6
324:22
**east** 2:5
**eat** 140:9
143:25 165:1

240:17,21
**eaten** 143:19
164:20,21,21
**eating** 165:5
**ed** 223:16
**edge** 141:2,4
147:13,19
**edible** 31:11
32:15
**edibles** 31:12
31:16,23
171:15,18
**edit** 255:24
**edited** 7:17
257:9,14
**education**
301:20
**educational**
302:3
**effect** 10:1
**effects** 23:7
312:19
**effort** 47:18
**either** 13:15
48:3 73:7
91:17 92:17
138:25 172:5
180:17 184:15
250:17 305:18
309:15 314:24
**electronic**
306:6
**elementary**
119:11,12

**eliminate** 63:25
**email** 245:7,25
247:24 249:7
249:11 258:7
277:3,17
305:22,24
306:3,23
**emailed** 244:5
277:4 278:4,8
307:8 312:6
**emails** 14:1
306:18 307:6
309:23
**emdr** 282:25
283:1,11
**emily** 38:22
**emoji** 177:17
191:13
**emotional**
282:12
**emotionally**
233:2,3
**employed**
331:14
**employers**
292:15
**encounter** 75:2
116:20 224:22
316:13
**encountered**
42:11 48:21
49:1
**encourage**
168:16 227:7

**encouraged**
24:25 168:8
**ended** 67:6
142:6 311:17
**endured**
297:20
**enforcement**
71:17 86:18
88:5 93:20
234:5 271:23
272:3,11
**engage** 50:9
68:25
**engaged** 30:13
31:9 49:2 51:4
238:18 242:19
**engaging** 45:19
90:14
**engineering**
102:13 104:17
104:19 107:2,2
114:23 235:9
**engineers**
107:4
**english** 16:11
20:24 21:9
22:22 25:9
27:1 37:14
38:9 107:4
223:15 295:4
316:23
**enjoy** 37:17
48:14
**enjoyable**
31:25

**enrollment**
119:4
**entered** 27:14
72:16
**entire** 17:19,22
38:23 106:14
117:2 293:9
**entities** 87:19
89:2
**entitled** 1:16
**entity** 17:1
331:10
**environment**
25:19 30:13
61:3
**episode** 150:6
**equivalent** 69:6
**eric** 32:21
**errata** 332:11
332:13,17
**erratas** 332:15
**erroneous**
330:21
**errors** 256:21
**especially**
103:23 118:25
303:12
**esq** 2:4,10,11
2:16,20 3:4
332:1
**essen** 2:16
**essentially**
185:1 202:21
**established**
275:10

et 281:16
evening 121:18
125:25 126:1
132:8,16,25
139:3 262:17
268:16
events 121:18
255:14 266:23
eventually
148:3,20 149:7
167:11
everybody
186:9
evidence 91:10
91:16 93:18
94:15,25 95:9
95:12 100:18
153:1 172:12
250:10 251:19
evolution 39:15
39:16,19
ewing 1:21
exact 16:15
17:8 24:22
32:8 57:16
73:4 75:3
102:5 123:15
125:17 129:13
199:22 214:14
214:15 217:3,3
237:3,12,12
314:5
exactly 19:2
24:11 25:14
29:21 40:6,8

40:13,14 42:1
45:16 54:14
55:13 56:13
57:9 59:21
60:22 61:20,20
63:14,14 82:24
89:4,12 106:25
110:24 111:12
111:18 124:25
125:8,13
129:13,17
133:2 134:17
135:5,6 138:6
138:7 141:21
141:21 142:25
144:7 145:24
148:4 149:20
151:14 154:11
154:15 157:20
164:17,19
165:19 172:2
182:8 184:21
190:22 195:15
201:19 211:25
236:15 245:9
246:24 247:15
249:9 250:24
256:12 278:9
280:16 283:23
294:4 295:2
305:4,10,15,20
305:23 306:10
306:20,21,23
307:23 308:10
324:5 330:21

exam 56:2,8
examination
4:5 8:19 10:6
322:1 327:7
examined 8:17
examiner 56:6
examiners 56:1
example 130:4
exams 55:18,20
56:5 286:5
excellent
328:20
except 6:9
exchange
173:11 180:24
212:18 213:1
217:4
exchanged
180:5 217:22
excited 156:5
excluded 7:14
excluding 6:6
excuse 39:3
84:2 127:5
130:24 231:18
313:20
exercise 29:23
exhibit 5:3,5,7
5:9,11,13,15,17
77:19 79:6,10
80:10,11,13,19
81:8,11,12,17
175:18,22
177:7 215:8,9
215:13 229:16

253:22 254:2
258:16,17,23
272:17,24
273:2 275:5
281:6 303:4
327:1
exhibits 4:3 5:1
81:13
expect 102:9
142:3 246:24
309:19
expectation
97:18 98:13
123:24 124:5,9
124:12,15
134:20 144:17
156:16 264:1
expectations
98:23 99:1
123:23 127:9
131:15 144:12
expected 102:9
124:1
expensive
30:10 284:18
experience 26:3
29:6 53:24
54:6 57:1
58:12,19 59:3
63:4 65:6
75:11 95:21
118:20 145:7
165:24 239:8
240:24 317:6
324:7

**experienced**
93:22 218:11
222:5 243:22
244:14 281:8
298:3
**experiences**
198:6 239:2
269:15
**experiencing**
56:22 287:24
301:16
**explain** 54:5
55:22 59:3
73:19 118:23
128:6
**explained**
60:10 61:6
246:23 270:15
**explore** 21:7
23:24
**expose** 201:9
**exposed** 201:13
289:17
**exposure**
203:17
**expression**
178:14,16
**extent** 89:24
95:3 201:15
**extra** 77:21
**extremely**
28:21 266:2
**eye** 223:22
283:12

**eyes** 146:24
147:18,19
150:25

**f**

**f** 185:22
**face** 177:17
206:23 207:3
221:6
**facebook** 46:15
49:6,17 50:1
85:9,24,24
87:1 105:24
230:7 320:16
**facing** 147:20
147:20
**fact** 136:19
149:20 210:4
216:17 273:7
302:4,5 312:16
**factors** 62:24
**failed** 22:6
**fails** 332:19
**fair** 55:1 62:15
84:17 90:12,18
92:9,10,19
94:8,9,23,24
131:22,23
151:18,21,23
212:20,21
301:18
**fairly** 26:25
68:23 70:3
121:4 188:2,18
212:1

**faith** 320:23
**fajardo** 185:15
185:22
**faked** 205:6
**faking** 205:3
**fall** 23:25 25:2
33:22,23
146:16 162:14
166:13 171:23
171:25 181:13
239:21 240:22
294:6 295:1
**fallback** 23:16
**familiar** 35:16
49:23 50:7
104:7 136:13
317:3
**family** 17:13
31:19 38:24
128:4,17,18,18
128:21,22,25
130:19 131:5,8
301:23,24
**fan** 319:8
**far** 23:20 37:18
83:14 138:19
138:21 288:13
**farm** 292:19
293:16,18
**farms** 35:14
294:9
**faster** 54:7
58:14
**father** 317:2

**fault** 195:4,18
244:15
**favorite** 11:16
**fear** 288:8
**feature** 102:7
**february**
295:21
**federal** 6:5
152:25 172:12
321:12 330:5
**feed** 178:25
**feel** 9:3,4,11
11:15 99:8,10
99:11 110:4,6
131:7,12
143:22 144:23
165:23 175:23
183:25 187:6
187:18 198:25
202:19 205:6
208:12 211:16
215:4 225:11
238:6,8 248:8
261:8 318:11
318:16 319:2
**feeling** 55:8
58:23,25
161:20 168:6
177:16,18,20
177:21 198:25
200:19 204:23
204:23,24
220:2,8 224:13
227:2 244:15
288:20 318:12

318:18
**feelings** 213:6,8
213:10,15,20
213:21,24
218:12,15,18
220:21 288:9
**feels** 54:7,7
227:22 289:18
**fell** 166:5
**felt** 21:13,18
25:18,20 26:3
26:4 29:4 36:7
47:19 48:4
58:15 62:3,4
75:10 90:9
98:17 99:16,17
108:8 109:25
110:7 129:24
129:25 130:1,8
131:12,14,16
133:18 141:7
141:24 142:8
142:14 143:23
144:17,18
145:14 147:18
148:11,22
149:8 166:6
169:4 175:14
175:15 183:19
183:23 193:14
194:5,9,10,13
194:25 195:7,8
195:17 198:22
199:12 200:22
200:24 201:7

201:12 203:15
204:4,6,7,10
205:10 206:23
206:25,25
207:3 209:15
209:20 211:13
211:23 212:25
213:5,10 215:2
217:20,22,23
218:7,8 220:1
220:10,10
221:4,4 222:8
224:3 225:12
227:11,20,24
229:9 232:17
232:17,20,24
234:14 237:7,9
239:12 244:12
244:16 246:8
256:18 283:3,4
289:16 300:11
307:10 313:1
313:11 318:6
318:10
**female** 43:12
95:14 97:15,19
221:11 222:2
**fierberg** 2:4 8:2
303:9 304:24
**fight** 224:16
**figure** 116:2
138:22 192:4
**figured** 277:12
**filed** 8:23 71:8

**files** 323:2
**fill** 139:25,25
235:23
**filled** 59:16
**final** 7:18 13:8
119:5
**finally** 11:12
149:23
**financial**
331:10,15
**find** 30:6 61:1
62:12,17 96:18
163:20 239:4,7
287:16 296:7
327:25
**finding** 12:11
139:5
**findings** 96:15
96:19
**fine** 19:10
147:3 207:11
253:4
**finish** 11:25
21:25 22:10
57:21 136:7
167:10 205:11
283:7 301:3
320:11
**finished** 10:5
33:21 34:2,4
35:23 142:17
150:15 185:3
192:8 203:24
274:18

**firm** 1:21
304:24
**first** 8:17 12:19
14:24 40:3
41:16 55:11
56:21 57:4
60:17 63:3
64:17,25 74:22
76:24 77:7
78:9 86:12
101:1,7,12,22
102:4 104:23
104:24 105:2,4
105:13 106:13
107:20 108:16
109:2 111:14
118:8 120:11
120:18 132:18
154:2 156:19
159:24 160:4
161:12,13,19
163:16 167:3,6
175:23,24,25
176:5 177:3
182:1 183:11
183:13 184:6
184:18 189:14
189:19 205:17
214:16 216:4
221:19 227:19
234:7 235:7,11
235:16,19
240:6 241:6
244:7 256:7,13
257:11 295:20

298:6 301:21
301:22 305:21
310:2 325:9
**firsthand** 92:16
93:15
**fits** 292:16
**five** 14:4 15:2
15:10 71:15,19
86:17,19,23
87:6,10 88:3,9
88:24 138:21
153:9 172:8,8
272:25
**flags** 120:8
140:19
**flavored**
154:15
**flee** 187:4
**flies** 108:20
**flight** 224:16
**flip** 177:6 216:2
**flirting** 124:2
**floodgates**
194:18
**floor** 15:9 40:4
140:23 248:23
**floral** 294:24
**flournoy** 95:22
96:24 97:2
244:2 245:8,13
245:24 249:14
250:14 251:1
251:18 253:18
255:10 260:14
260:16,20

275:12 312:7
**flow** 13:1
**fluke** 92:3,6,12
92:14 93:3
**fluoxetine**
53:10
**focused** 48:6
87:23 324:6,8
**foggy** 183:23
**follow** 50:5
51:7 66:15
76:7 105:23
107:13 112:13
112:15 171:9
202:2 229:23
230:6 277:1
326:14
**followed** 76:18
93:19 325:15
**followers** 81:19
**following** 75:9
85:1 223:18
226:8
**follows** 8:18
**food** 137:21
**forced** 264:18
266:13
**forceful** 266:6
**forcing** 161:5
**ford** 226:9,10
226:20 232:4
242:1 245:10
247:1
**foregoing**
331:5 334:5

**forest** 37:1
**forget** 34:13,16
119:9 254:23
254:25
**forgot** 186:19
294:13
**form** 6:9 15:11
23:11 27:7
35:5 40:21
49:11 50:17
60:15 61:15
66:23 70:1
81:1 82:3 84:3
84:19 85:7
86:24 90:16
97:23 103:12
105:1 106:8
113:21 114:24
116:5 127:6
130:25 134:6
157:16 160:9
164:2 170:5
173:1 183:17
186:10 187:8
188:14 189:1
190:15 200:2
207:23 208:24
211:20 212:8
214:23 219:11
219:21 220:9
229:3 232:6
233:8,18 234:8
235:24 251:5
252:2 261:14
264:8 265:4

270:25 277:2
277:23 279:6
287:18 290:6
291:20 306:19
307:7 308:7
310:10 323:21
328:1
**formal** 87:3
93:10,12
**formalities** 6:6
**format** 273:19
331:8
**formed** 289:18
**forth** 112:25
124:3,3,24
168:4 331:4
**forward** 28:14
28:25 139:10
139:11 140:22
156:7 227:12
248:7,18 250:7
251:3
**forwarded**
110:12
**found** 21:13
28:18,19 31:24
33:4,5 36:22
95:25 96:2
111:21,21
115:19 239:5
269:16 279:23
296:11 303:20
305:4,5,5
312:24 313:7
328:6

**foundation**
43:23 132:15
132:16,18
134:5,25 135:4
135:10,13
137:6 138:20
139:1 159:7
170:1 192:22
192:24 197:20
197:23 226:11
238:19 242:20
261:14 317:21
**four** 16:7 17:22
21:15 165:11
165:13
**fourth** 119:10
**frame** 85:3
190:6,8 235:15
238:12
**frankly** 35:7
194:25
**frat** 99:12,19
**fraternity**
100:5
**freaking**
209:21 213:12
**free** 9:3 29:17
62:8 175:23
261:8 285:1,1
313:9
**french** 133:14
140:24 191:5
296:17 298:6
298:11 300:23
320:20

**frequently** 30:2
30:12
**freshman**
48:13 63:7,8
63:12,20 64:21
100:8 171:23
239:3,14
269:24 292:3,4
292:12 295:6
317:19
**friday** 245:21
313:18
**friend** 50:14
51:6 105:10
117:13 120:2,3
120:4,4 135:13
185:11,11,12
192:10,11
197:23 211:3
212:3 222:3
229:24,25
236:16,16
280:5,5,22,22
280:23 317:2
**friend's** 32:16
**friending** 50:4
**friendly** 143:8
**friends** 17:13
32:18 49:5,7
49:19,25 51:4
66:2,3,14
69:25 70:5
101:20 104:10
104:20,21,24
105:5,24

106:24 117:11
117:18 123:13
127:18 128:4
134:25 135:2,8
135:16 139:15
142:13,19
143:4,5 169:9
170:4 185:13
209:10,12
230:7 301:24
315:5,6 323:20
323:23
**frits** 19:9,22
**front** 20:19
22:7 78:15
215:11,24
225:14 255:21
**frustrated**
206:18
**fucking** 206:7
206:14
**full** 13:18 77:7
120:22 232:22
232:24 251:12
**fully** 203:6,10
203:19,19
204:12
**fumble** 252:13
**fumbling**
186:22
**fun** 143:6,7
222:7
**function** 58:22
**funding** 26:23

**funny** 107:24
111:22
**further** 141:10
141:12,17
148:23,23
152:23 153:1
331:5,8,11,13
**future** 23:9,21
23:22

---

**g**

**gabrielle**
279:20,20
280:2,9,22
**gabrielle's**
280:6,18
**gained** 45:2
96:11
**game** 160:5
**games** 123:21
160:21
**gathering**
160:20 169:18
169:25
**general** 2:10
82:25 83:1
115:5 223:16
229:12 254:10
301:24
**generally** 87:20
231:19 324:19
**generic** 53:12
53:16,22 58:3
59:14 60:6,15
**genre** 24:12

**gentleman**
  320:17
**genuine** 212:5
**genuinely**
  212:7 213:5
  222:8
**george** 223:14
**getting** 12:12
  25:4 56:15
  59:6 76:19
  123:7 155:13
  170:14 171:8
  224:23 233:7
  241:4 253:16
  304:12
**giant** 103:23
**giering** 2:10 4:6
  7:25,25 8:20
  8:22 9:4 12:18
  13:9,10 15:16
  22:5,8,19,20
  23:18 27:11
  35:9 41:2 44:1
  49:12,14 50:21
  51:15,17,25
  57:24 61:17
  64:5 67:2 70:7
  70:23 71:6
  73:2 77:20,23
  77:25 78:1
  79:1,4,6,11
  80:9,14,17
  81:4 82:9 84:5
  84:22 85:10
  87:5 90:11,19

93:1 94:8,10
95:7 98:3
103:15 105:11
106:12 109:11
113:22 115:10
116:9,11,18
127:15 131:3
134:9 153:3,6
157:21 158:12
158:15 160:13
164:5 167:13
167:16,20,21
170:13,24
171:6 172:16
172:22 173:3
175:19 176:16
176:22 184:3
186:13 187:12
188:20 189:4
190:20 200:5
207:21 208:1
209:1 212:4,13
215:7,14
219:13,22
220:7,15 221:9
229:7 232:9
233:13,22
234:10,16
236:3 237:10
251:14 252:5
253:1,4,7,14,23
258:18 259:3,7
259:13,17,22
261:6,16
264:10 265:2,7

265:25 271:4
272:14,21,23
273:3,9,11,23
273:25 274:15
274:18 275:9
277:10 278:1
279:9,24
287:23 290:11
291:23 292:25
293:5 298:14
298:17,20,23
299:2 301:4
303:1,7,8,15
304:2,6,8,11,16
304:22 306:25
307:14 308:12
309:20,25
310:14 315:20
316:1 321:3
323:25 327:8
328:4,8,9
332:1
**gift** 122:10
**girl** 44:4 48:7
  104:14 105:6
  105:17 144:13
**girl's** 86:14
**girlfriend**
  157:10
**girls** 105:15
  157:4,6
**gist** 314:6
**give** 9:10 15:9,9
  22:6 34:23
  61:2 77:13

88:14 130:4
142:14 164:18
174:15 175:12
175:14,17
188:10 221:22
228:15 229:16
243:18 247:12
251:12 275:22
275:24 327:13
**given** 9:7,16,22
  10:6 150:11
  256:7 274:4
  278:23 334:9
**gives** 217:10
  221:23
**giving** 142:7
  265:3
**gmail.com** 2:13
  332:2
**go** 12:25 13:24
  16:21 21:8
  25:22 26:4
  28:14,16 31:22
  51:1 62:2,4,5
  66:24 69:9
  72:22 79:3
  88:17 90:3
  97:24 99:20
  105:4 108:2
  114:12 117:4
  124:1,4 126:18
  130:16 133:5
  133:24 134:1,3
  134:7,8,24
  136:2 137:9

139:22,24
140:11 147:7
148:23,23
149:13 151:3
152:23 153:1
157:14,18
162:7,23 164:3
166:5 167:11
169:1,5 175:11
176:1,3 178:17
182:24 183:24
183:25 184:1,6
187:16,16
191:2 192:8
193:22 194:1
197:14,15
198:12 199:20
203:16,16,17
203:24 207:12
212:23 224:19
225:14 227:7
228:25 236:4,8
236:9,9 243:19
243:23,23,24
244:24 246:2
246:11 247:13
247:17 251:6
252:3,22
259:21 261:2
263:12 266:3
270:19 271:5
271:15,19
273:23 274:1
274:15,17,21
276:19 279:1

281:10 282:4
286:2,24,25
287:2,8,11,16
287:19,21,25
287:25 297:2
304:14 315:20
316:24 321:18
321:20 328:17
**goal** 11:6
**god** 242:4
299:15
**godepo** 7:8
**goes** 93:9 176:8
262:22 269:1
288:20
**going** 9:10 10:4
10:5,15 11:16
11:16,17,20
12:24 13:2
14:10 15:14
21:11 22:14
24:20 33:2,2
36:6 47:17
48:17 49:10
51:20 60:14
63:16 64:7,11
71:1 76:12
77:14,14 79:12
80:9 89:23
92:3,3 94:1,16
94:22 95:2
97:22 100:17
100:23 103:6,7
103:24 116:13
117:7,12,13

118:10 119:16
121:1,16,18
123:8,21,25
125:15 126:7
126:11,15,17
128:17 130:10
133:5,24,24
134:20 135:20
136:5,11 137:1
138:11 144:11
144:14,15
145:5 146:2
147:10,15
149:8,17,19,20
150:5 151:2
152:21 159:11
160:17 161:23
162:14 170:9
171:1,9 172:10
172:10 175:20
176:11,13
177:10 178:1,9
178:10 179:23
179:24,25
181:9,10 185:2
189:5 199:12
199:13 200:22
201:3,6 202:12
205:13,13
206:7,14
207:16 215:7,8
215:9 218:22
222:23 232:15
237:6 238:12
238:21 242:6

244:6,6 246:25
247:2,18 253:6
253:7,9,24
254:9 258:15
258:19,19
259:9 261:4,7
261:12 262:11
265:18 273:3,6
274:23 275:3
277:13 281:9
281:11 282:11
282:18 283:1
284:14 287:15
293:10 296:10
296:23 297:16
297:23 298:3
298:12,17
300:8 301:17
301:20,21
302:19 303:11
304:15,17
309:5,22
313:16 315:21
321:3,9,21
322:8 327:14
328:21,24
**good** 8:21
16:17 26:23
28:21,23 29:23
33:10 36:8
41:12 51:13
120:19 121:17
143:6 144:12
145:20 170:24
189:10 198:2

211:1 248:8
294:9 296:24
**goodbye** 183:3
**google** 257:22
257:23,25
**gorgeous**
189:11
**gosh** 171:25
242:23
**gotten** 60:2
127:13 248:4
313:9
**government**
1:9 3:3 8:8
322:5
**gpa** 16:14,15
16:21 21:17
**grab** 186:24
**grabbed**
150:10
**grad** 21:8,11,20
22:23 24:20
28:18,22 29:1
29:14,25,25
48:9,10,12
60:21,25 61:13
61:25 62:7,8
283:2 301:17
301:25
**grade** 20:13
24:3 37:14
38:9
**graded** 56:6
**grades** 33:10
69:21 238:15

238:17
**graduate** 15:6
16:1,5,18,24
21:9 23:14
27:2 29:15
30:7 33:14
47:17 52:19
69:4
**graduated** 15:6
15:14,21 16:14
20:2,23 23:4
69:12 109:17
310:7 311:19
312:25
**graduating**
317:20
**graduation**
20:4 21:22
22:23 122:10
122:11 175:2
283:16
**grant** 3:4 8:7
322:3
**great** 24:16
294:24 296:23
**green** 295:11
**grew** 286:25
**grope** 147:5
**groping** 148:15
187:21
**ground** 9:10
**group** 2:4 8:3
26:17 42:15,20
42:23 43:5,6,7
43:8,9,14,17,22

44:3,8,10,13,14
44:22 72:9,11
72:13,15,19
73:14,22,24
74:2,5,8,13,19
78:5,13 79:2
79:25 80:2,3,8
81:9,14 84:17
84:23 85:5,9
85:12,23,25
86:1,4 87:1,6,7
87:11,17,20
88:25 89:13
90:10,13,22
115:18,21
122:23 132:22
169:7,8,18
231:2,5 240:3
241:21 245:11
280:13 303:10
323:3,4,13,20
323:23,24
**grow** 130:1
156:14
**growing** 62:2
128:7,21 287:1
**grown** 18:2
**guess** 42:9 99:5
105:7 125:2
128:20 129:10
132:1 136:20
149:12 257:3
279:10,11
293:22 311:2
324:21

**guessed** 121:5
298:1
**guice's** 248:23
260:18
**guidelines**
331:9
**guiding** 26:10
**guilt** 194:8
215:2
**guilty** 195:18
199:1
**guy** 116:3,3
211:17 214:19
219:19 225:8
242:5 243:2,2
250:23
**guy's** 145:15
192:19 195:14
199:4
**guys** 221:18
**gyn** 285:20
286:21

**h**

**h** 2:4 155:10
236:19,19
318:21 333:3
**ha** 178:19,19
**half** 192:7
303:5
**halfway** 146:23
175:25
**hall** 104:8
105:13 106:14
106:17 107:7
108:2,8 214:16

223:14 240:13
240:14
**hallway** 223:21
224:1,10
**hallways**
224:24
**hand** 77:14
79:8,12 142:7
142:15,16
147:4 175:20
215:8 253:24
254:6 264:18
264:21 265:3
273:3
**handed** 78:2,4
79:20 175:13
175:15 278:18
**handing** 302:11
**handle** 46:25
192:5
**hands** 91:17
141:23 147:11
148:5 161:13
191:14 314:10
**hang** 134:2
**hanging** 166:15
**hannah** 192:12
192:15,21
193:9,12,17
194:6 195:5,24
200:25 204:5
220:12 226:2
278:12,12
318:3

**hannah's**
192:13
**happen** 149:19
149:21 191:11
242:18,20
277:6,8,14
278:5
**happened**
21:15 83:2
109:14 110:24
115:3 138:23
141:3 142:8
184:22 191:24
191:25 192:1
192:15,18
193:4 194:4
195:13 203:4
217:24 225:9
225:15 227:5
227:12 228:4,5
229:1 233:5
236:15 237:4
237:13 238:1
239:12 242:7
249:5 252:15
260:15 263:5
266:24 267:1,4
267:7,10,20
268:24 278:3
310:9,16,17
312:4 313:12
**happening**
146:19
**happens**
242:22 246:16

247:21
**happy** 11:14,18
**hard** 21:17
213:5,7,10,14
213:20,21,23
218:12,15,18
220:21 232:25
233:1,1,6
239:17 300:11
**harder** 232:2
**harrison** 36:21
**hartupee** 32:21
155:10,16,16
155:19 171:11
**hashing** 266:23
**hate** 146:12
**head** 10:21
32:20 71:14
79:16 97:10
137:5 150:2
225:23 226:5
316:6
**headed** 136:2
**headmaster**
24:4 38:18,19
**heads** 327:13
**health** 55:4
61:25 62:1
236:14,25
238:21,22
281:22 287:22
**hear** 12:8,10,11
12:15 41:11
55:20 114:6
142:12 166:17

290:4,13,17
291:21
**heard** 41:7,9,13
41:16 45:16
109:3 136:16
160:15 206:2,4
290:24 291:9
291:15
**hearing** 160:14
160:15 166:19
314:16
**heart** 54:7
58:14
**heavy** 150:16
166:6 224:18
**height** 121:4
**held** 313:1
**help** 29:10
55:21 104:16
186:20 187:2
190:8 202:1
228:13 234:4,5
245:24 248:9
256:2 292:24
**helped** 202:3
**helper** 70:16
**helpful** 75:10
107:22 226:4
239:4,7 269:17
**helping** 107:23
308:17
**helplessness**
288:21
**hereto** 334:7

**hermes** 248:9
248:12 251:18
**hesitated**
131:10
**hesitation**
131:10 245:1,2
245:5
**hey** 173:17
177:10 180:13
184:22 192:17
202:11 203:3
213:4 234:2
242:11 243:22
277:5
**hi** 223:8
**high** 12:12 33:9
36:9 54:16
55:10,16 60:17
60:24 61:8
62:14 69:2,7
69:11 118:25
293:7
**highly** 26:25
165:22 166:18
**hindsight** 56:14
97:8,25 98:11
143:20 144:3
212:9
**hinge** 68:12
**hit** 266:8
**hold** 313:5
**holding** 232:13
**holiday** 237:18
**holidays**
237:17

**home** 18:7,8,11
18:17,18,23
19:3,4,5 20:4
21:11,19 23:23
24:18 36:3,6
39:2 41:25
42:8 44:25
107:13 112:13
112:15 118:17
124:4 126:23
127:13 128:10
131:17 134:3
144:6 145:10
145:11 168:25
178:17 184:6
230:8,9 291:19
292:10 295:24
**homes** 127:14
**homeschool**
69:4,7 118:12
118:17,19
**homeschooled**
69:3 118:9,15
118:18
**homeschooling**
119:7
**hometown**
117:11,18
121:14
**homework**
104:17 107:3
107:23
**honestly** 47:21
203:11

**honors** 16:18
16:20,22,24,25
293:23 294:1
**hope** 213:17
221:10 222:1
**hoping** 156:13
211:2
**horner** 3:9 7:6
**horticulture**
35:18
**hospital** 199:21
**hour** 108:18
138:9,23
272:19 303:6
**hours** 121:19
151:14,17
192:7 263:15
268:6,24
321:13
**house** 17:6,22
18:6 32:16
126:24,25
127:1,12
144:15 146:12
146:13 150:3,6
192:19 195:14
197:16,17
198:12 199:4
**housed** 223:15
223:16
**household**
131:14
**houses** 127:18
**how's** 296:23

**howard** 38:16
**huh** 19:1 23:19
25:1 27:17,20
30:5 31:20
42:13 49:18
56:10 60:12
67:3 74:25
75:7 98:4,10
98:18,21,25
99:14 100:3
108:4 117:16
128:24 139:8
140:3,12
144:20 147:8
147:16 162:6
166:7 168:14
191:8 192:23
193:16,21,25
194:12,20,23
195:20 199:9
200:14 201:2,5
201:11 203:22
209:17,25
218:14 220:16
221:16,25
222:4 224:5,11
224:17 225:16
225:21 227:21
228:8 229:8
231:4 232:21
240:19 243:4
243:15 244:20
246:22 247:5
247:11,14
248:13,22

252:6 259:16
261:11 264:12
276:11 277:11
277:15 278:14
278:16 281:24
282:20 285:15
287:3 290:20
290:22 297:25
299:3,5,12,20
299:25 300:6,9
300:13 305:3
312:18 314:13
315:1 317:24
**huhs** 11:3
**humanity**
143:1 160:2
**humiliation**
288:8
**husband** 36:20
**hybrid** 118:21
**hyphenated**
73:10

**i**

**icloud** 322:14
322:18
**idea** 14:14,16
14:24 145:20
198:2 237:15
262:7,8 292:16
293:6 322:22
**ideas** 35:11
**identifiable**
47:24
**identification**
79:10 80:13

175:18 215:13
253:22 258:17
273:2 303:4
**identified**
88:20,21 89:3
113:4 171:11
292:15
**identify** 65:14
88:9,24 284:20
327:17
**identifying**
86:13 215:21
235:22
**identities** 12:25
**identity** 13:14
**idle** 319:2
**ignoring**
206:20 207:17
**illegal** 31:6
**image** 317:10
**imagine** 158:17
**immediate**
281:25 282:1
**immediately**
19:4 20:3
125:9 146:20
159:20 178:8
197:3 212:5
274:13
**impersonal**
13:15
**implying**
290:25
**important**
110:7,7 216:7

283:3 287:22
317:15,18
318:7,10
**impression**
162:4
**impromptu**
170:3
**inability** 58:22
**inaccurate** 52:4
**inadmissible**
152:25 172:14
**incident** 5:14
5:16 14:23
155:12 258:20
258:23,24
259:23 260:3
260:10 270:2,7
270:12 272:24
291:15 327:9
**incidents**
291:16
**include** 63:23
152:12 153:11
**included** 87:10
153:13 191:12
288:9
**includes** 164:6
**including** 7:11
100:19 302:4,5
**income** 295:13
295:16
**inconsolable**
299:16 300:3
**inconsolably**
282:23

**incorporated**
12:23
**incredibly**
143:18 167:23
179:2
**independence**
131:21 132:1,2
**independent**
94:6,14 95:11
96:1 97:16
100:21 131:12
**independently**
91:23 93:6,7
93:15 103:7
**indiana** 15:23
25:11 26:19,21
27:4 29:15
33:14 34:6,8
53:21 59:18
283:2,9,25
284:2,25 285:4
285:5,7 287:9
288:11 289:1
295:1,3,4
301:7
**indicate** 330:11
330:14
**indicated** 55:2
**individual**
14:10 295:25
319:18
**individuals**
44:2 66:20
156:21 157:2
228:24 316:13

316:21
**infection** 63:24
  63:25
**inform** 97:2
**informal** 9:19
**information**
  5:8,10 13:3
  41:4,5,6,14
  44:19 45:2,12
  82:1,7 85:20
  86:13,23 88:5
  91:19,24 92:15
  92:16,20 93:5
  93:14,15,20,24
  94:6,14 95:11
  95:15 96:1,11
  96:22 97:16
  100:21 114:21
  115:8,15
  215:22 280:8
  281:3 291:16
  291:24 307:1
  307:18 311:10
  324:10,14,16
  324:20
**informed** 82:19
  331:9
**inhibitions**
  146:3
**initial** 23:7
  76:25 312:17
**initially** 36:13
  82:2,6 84:8
  173:19 246:15
  246:17

**initiating**
  141:14
**injury** 281:19
**inkling** 56:17
**inserting** 72:22
**inside** 149:1,23
  163:5 206:7,14
  206:15 224:8
  266:14
**insides** 289:17
**insight** 164:18
**instagram**
  46:17 66:15
  76:4,7,19
  83:25 84:14
  85:6 105:23
  229:23
**instance** 49:17
  299:11 300:1
  325:9
**instances** 62:20
  223:3,13
  282:22
**institution** 98:2
**institutional**
  25:22,25
**instruct** 90:2
  175:12,17
**instructing**
  172:16,18
**instruction**
  22:6 90:3
**instructions**
  52:25

**insurance**
  61:25 62:1
  287:1
**intend** 10:24
  207:12
**intended** 7:14
**intensively**
  55:17
**intent** 13:12
**intention** 68:25
  145:24 218:11
  219:1
**intentional**
  126:13,15,16
**intentions**
  221:20 222:15
**inter** 141:8
**interacting**
  108:11,12
**interaction**
  107:16 108:10
  112:6 124:7
  198:18 207:10
  330:9
**intercourse**
  142:4
**interest** 94:5
  331:15
**interested**
  111:20 141:9
  213:18
**interests** 21:5
  35:10
**interrogatory**
  281:17 284:10

288:7 289:15
  292:14,23
  293:10
**interview**
  305:12 306:16
  308:2
**interviewed**
  277:4
**intimacy**
  264:13 288:22
  297:24 299:9
  300:16
**intimate** 224:4
  224:7 282:22
  298:7 299:13
**intimidating**
  301:25
**intoxicated**
  165:22,23
  166:3,18
**introduce** 7:23
**introduced**
  40:11
**introductions**
  140:5
**investigating**
  314:11 327:19
**investigation**
  308:18 310:6
  314:10
**investigative**
  308:6,14
**invitation**
  49:21 103:10
  112:22 121:23

122:1,19,21
123:6,24 125:7
126:2 132:4
133:4 156:2
173:8,15
**invite** 135:23
208:2,3,11
**invited** 51:7
101:19,19,19
104:2 111:2
132:11 144:8
155:25 173:16
**invites** 103:1
124:22 125:22
**inviting** 122:25
132:6 133:20
**involved** 66:4,6
158:23 322:5
**issued** 74:7
**issues** 288:22
297:24 299:9
300:16
**it'll** 207:11
326:2
**items** 281:12
288:18,23
**ix** 93:11 95:22
95:23 96:25
97:2,3,4
246:19,21

## j

**j** 1:16 2:20 3:12
185:22 330:2
331:2,22

**jackson** 1:5
18:12
**jacoby** 71:22
84:25 86:8
87:16 88:19
89:3 91:12,14
91:17,21,24
92:18 93:16,24
95:24 305:9,11
307:16 309:24
311:21 313:8
319:17,25
320:2,14 324:4
327:16
**jacoby's** 72:6
88:6 308:13
**jail** 244:21,24
**james** 296:17
297:23 298:6
299:9 300:23
320:20
**jane** 1:3,13
5:12 7:3 8:3,16
13:7,19,21,24
47:1 190:2
208:15 211:3
228:2 260:21
317:2,15,18
328:23 331:3
332:4,5 333:1
333:2,24 334:1
334:2,4,12
**january** 25:4
33:22

**jealousy** 194:10
**jeff** 2:10
**jeffrey** 3:9 7:6
**job** 1:24 20:19
97:12 142:7,15
142:16 150:12
205:9 264:18
264:21 265:3
**jobs** 22:25
**john** 128:15,17
128:23 129:1,5
129:15,22
130:5
**johnson** 1:6
**join** 50:5
**joined** 31:24
72:24 160:23
161:16
**joking** 206:11
206:16
**jonker** 320:23
**journalist**
93:16 327:17
**joy** 317:22
**judge** 1:5,6
9:22 10:2
219:17
**july** 301:15
**jump** 233:14,16
**jumps** 176:8
179:24,25
**june** 14:6 73:7
283:18 297:18
301:5

**junior** 100:14
100:15 294:5
**jurisdiction**
270:23 271:3
**jury** 9:22 10:2

## k

**k** 65:22 69:22
185:20 236:19
236:23
**kaiti** 197:15,19
198:2,15
199:15 201:16
201:17 211:10
212:15 225:4
226:3 227:25
229:6,12 230:3
230:3 231:18
243:7 246:5,6
246:11 250:12
250:14 267:9
267:19 268:12
271:13
**kaiti's** 198:12
**kappa** 5:4
42:23,25 43:2
43:22 44:13,13
74:5 77:17
78:12 79:2,25
80:3 81:9
241:19 323:5
**katelyn** 185:15
185:17,18,19
**kayla** 135:13
136:5 184:15
184:20 185:10

193:23 194:3
195:10 197:13
197:15,22
198:9,9 226:3
227:25 229:21
229:22 230:6
231:23 243:7
267:9
**kayla's** 185:5
196:11,13
**keep** 122:13,19
203:15 211:12
211:24 257:21
267:11
**keeping** 47:24
**kenneth** 324:4
**kenny** 71:22
72:6 84:25
86:8 87:16
88:5,19 89:3
91:12,14,17,21
91:24 92:18
93:16,24 95:24
305:9,11
307:16 308:13
309:24 311:21
313:7 319:17
319:24 320:2
320:13 327:16
**keoghcox.com**
2:13
**kept** 149:4
205:13,13
318:4,5,6

**kersey** 236:21
**key** 127:1
**keys** 182:17
**khalilah** 236:17
**kick** 188:7
**kicking** 205:9
**kidding** 317:13
**kids** 48:7 128:8
**kind** 14:24 15:5
15:8,9 23:24
25:4,19 41:5
43:15 44:10
45:22 54:9
55:24 62:3,25
66:1 68:2 75:1
87:20,23
102:22 103:21
107:25 108:3,9
108:12,20
109:5 112:7,25
116:2 135:5
141:3,7,7,8
142:5,9 143:17
143:20 145:8
145:19 146:22
147:10,13,24
148:8,10 149:5
149:6 150:9,15
150:17 151:16
162:15 165:25
166:2,3,5
170:8 179:5,6
179:15,16,17
182:12 183:23
187:22 192:24

193:6,14 194:7
194:18 195:2,6
198:3 199:15
203:12 211:1
211:13 212:2
212:19 221:23
223:4,7,8
224:15 239:17
248:25 249:21
250:22 251:8
251:10 264:19
267:11 289:5
292:16 299:14
300:2,3 301:22
313:9 314:17
318:11
**kiply** 59:18
**kiss** 124:2
142:3 156:11
207:10
**kissed** 141:5
**kisses** 141:14
**kissing** 107:15
112:6
**kit** 199:18,21
**kitchen** 168:12
**knew** 24:3
36:10 45:21
56:16,18 95:1
95:9 102:8,11
102:11,12,25
103:1 104:15
104:19,21,22
104:24 105:7
111:22 120:13

120:13 121:10
128:9 133:4
145:9,22
149:15 191:16
199:4 212:5
213:25 214:1
217:24 221:5
228:3 229:5
235:12,13,16
235:19 246:10
254:25 280:22
324:22
**knighton**
285:24
**know** 11:15
12:13 14:11
15:7 16:20
22:13 23:9
24:22,22 25:2
26:13 27:10
34:14,18 39:9
39:25 40:3,5,9
40:18,19,23,25
42:1,2 44:7,8
45:8,9 48:2,17
56:11,15,16
57:9 62:7 63:1
72:8,24 73:12
74:12 75:2
76:14 77:3,6
83:3,14 84:10
85:22 86:19
87:8,22,24
92:16 97:5,9
98:23 101:18

102:16,17,18
103:16 104:6
104:12,20,21
108:11,18,20
108:21 109:15
113:7,18,20,24
114:1,4,11
115:16,17,20
116:1 118:15
120:20,22,24
121:10,12,13
121:15 123:7
123:20 125:1
125:13 126:4
126:11 127:22
128:1 129:17
131:14 133:21
133:21 134:17
135:12 136:1,5
136:10,21,22
136:25 138:16
138:25 139:15
140:23,24
141:3,15,15,15
141:17 142:2,4
142:7,9,14,24
142:25 143:1,5
143:11,15,24
144:21 145:3,4
145:6,21,21
146:19,22
147:2,11 148:1
148:3,4,8,21
149:2,10,10
150:3,11

151:14 152:23
154:15 155:4
155:17,20
156:22 157:20
158:14 159:6
159:14,14
160:12 162:5
162:21 166:18
167:12 168:3,4
168:5,6,21
170:8 173:19
178:2 180:14
180:15,17
182:12 185:7
186:12,14
188:12,16,18
188:18 189:22
190:17,17,22
194:10,25
195:8,15
197:11,12
199:5 200:4,6
200:7,8,9,10
201:13 202:4
202:17 203:3,6
203:7,20 204:8
204:8,12,13,15
204:15 205:13
205:21 206:1,2
206:4 208:22
210:5,5,8,25
212:10,11,12
212:16 214:2
214:20 215:19
215:21 217:2

217:25 218:8
219:14,15,17
219:19,19
221:18,20
222:5 223:24
224:18 225:3,8
226:2,2 228:5
228:10,23
229:5 230:2,6
232:14,22,24
234:4,4 235:1
235:4,9,11,19
236:15 242:16
243:20 245:2
246:19 247:25
251:9,15
255:20 256:23
259:13 261:8
262:9,11
264:22 265:5
266:8 276:1,22
277:8 279:14
279:15,15,20
280:2,7,18
282:8 283:12
283:13 285:13
291:10 295:23
296:10,11
297:9 298:25
300:18,19
301:23 302:18
302:19,21,24
303:2 305:10
306:2,20 307:8
307:11 311:20

312:13 316:5
316:23 319:10
321:8 322:7,17
323:16,22
324:5,6,21
325:22 326:18
328:16
**knowing**
198:25 317:23
**knowledge**
39:11 96:20
224:4
**known** 81:21
93:25 105:9
213:18 214:12
214:13,19
222:13
**knows** 195:3
**knox** 128:15,17
128:23 129:1,5
129:15,23
130:5
**kurtz** 65:22,25
66:9 299:1

**l**

**l** 2:16 6:1 26:14
38:22 117:24
185:20 236:19
236:19
**lab** 238:7
**label** 79:1,2
**laborde** 278:12
**lack** 45:23 46:6
75:5 288:8

**ladies** 81:21
**lady** 194:16
**lafayette** 1:8
  3:3,5 8:8 41:6
  41:11,14,17,20
  41:21,22 42:3
  42:17 45:1
  81:21 92:4
  115:5 139:20
  139:21 140:21
  311:18 322:4,6
  325:3,5,10
**laid** 145:23
  146:5,17 147:1
  150:25 161:24
  162:22 266:12
**lammert**
  197:19 230:4,4
  230:5 246:5
  268:12 271:13
**lammert's**
  197:15
**land** 36:8
**landry** 2:10
  105:19 106:1
**landry's** 105:20
**lane** 2:16
**lanita** 26:12,15
  282:19 283:14
  283:22 284:7
  285:6 288:10
  288:25 296:2,3
**lanita's** 26:13
**largely** 220:11

**larger** 25:23
  118:19
**lasting** 312:19
**late** 54:16
  55:10 127:13
  138:18 183:16
  263:25
**latin** 20:13
  24:19
**laughing**
  107:24 160:21
  177:17
**laughter**
  317:22
**law** 1:20,21 2:4
  8:3 9:16,23
  10:2 36:14,17
  71:17 86:18
  88:5 93:19
  234:5 271:23
  272:3,10
  303:10 304:24
  324:25
**lawler** 15:24
  34:9,10
**lawsuit** 8:23
  14:23 42:21
  47:22 48:1
  71:8 165:10,21
  168:7 281:9
  295:14 311:25
  322:5
**lawsuits** 47:25
**lawyer** 83:22
  89:22 90:9

  289:24
**lay** 166:5 169:5
  187:17 265:9
**layering** 194:7
**laying** 146:23
  147:19 150:1
  150:16,18
**lead** 158:13
  300:13
**leader** 198:4
  242:19
**leadership**
  192:21,25
  227:3,14
**leading** 110:8
  170:7
**leaned** 118:22
**learn** 45:11
  102:3
**learned** 92:7,13
  92:21 96:5
  123:20 310:2
  312:14 324:17
  325:7
**leave** 25:19
  107:6 112:11
  112:21 117:4
  134:3 146:1,2
  147:14 161:3
  162:17 179:21
  183:5 225:19
  271:15,18
  276:13,15
  283:6 312:2

**leaving** 112:21
  160:25 183:8
  186:1,15
  312:10
**led** 65:2 177:25
  287:25 327:23
**left** 41:24 42:5
  51:10 107:11
  108:1 139:1
  163:15 184:24
  186:8,18
  188:13,24
  189:22 190:18
  200:21 202:10
  202:17 268:9
  272:20 276:12
  303:6 315:6
  321:6 330:15
**legal** 7:7 90:14
  95:3 109:25
  332:23
**lend** 183:22
**length** 125:17
**lethargic** 166:6
**letter** 274:11
**letting** 168:4,5
**level** 12:12 33:9
  56:3,4 58:23
  62:14
**library** 111:13
  111:25 117:2,7
  125:10,12,14
  196:18 240:11
**lieutenant**
  248:18 249:1

251:8 258:6
260:16
**life** 21:16 28:14
153:21 209:11
217:17 218:6
218:23 219:2
269:24 284:14
291:10
**lifestyle** 130:21
**liked** 49:6
108:14 221:20
**likely** 111:7
**likes** 321:2
**limit** 63:17
**limiting** 48:5
**lincoln** 236:14
238:21 281:22
**line** 25:5
147:21 152:22
167:10 172:11
172:13 175:24
179:24 222:1
265:19 282:9
282:17 333:4,7
333:10,13,16
333:19
**lines** 82:16 83:3
123:14 126:4
135:15 183:16
184:22 192:17
228:10 229:2
233:4 248:3
**list** 4:3 5:1 31:3
288:8,20 293:3
293:13

**listed** 295:20
**listen** 213:4,14
221:13
**listened** 198:20
**lists** 289:3
**literally** 118:17
208:16 221:17
**litigation** 7:9
**little** 21:14
25:23 48:6
65:6 104:6
109:4 117:9
133:1 134:2,2
140:25 145:8
145:25 146:1
146:15,24
148:13 152:23
153:1 158:13
166:2 183:22
204:11 209:18
209:19,22,24
224:2,23
239:12 256:16
**live** 15:8,8,25
17:4,19 18:13
18:14,17,23
34:10 66:17
118:5 136:19
155:16
**lived** 15:18,22
15:23 17:5,5
17:13,22 18:17
34:11 36:13
38:24 39:1,14
40:3,7 41:4

125:1 126:10
128:12,12
130:12,19
144:11 168:24
230:12
**lives** 120:20
155:20
**living** 39:12
45:1,3,7
126:18 131:7
131:16 142:13
142:13,19,22
160:11,16
230:9 301:21
**llc** 2:15 3:4
**llp** 2:4,20
**local** 272:3
**locate** 163:17
**lock** 140:17
**lockdown** 23:8
**lol** 191:16
**long** 20:9,10
24:5 27:4,13
27:14 31:3
56:13 84:8
101:21,24
108:16,18
109:2 111:14
112:4 120:13
125:14 138:8
140:25 142:1
142:25 145:3
146:7,9 232:5
236:16 237:11
277:6 305:10

322:7,22
**longer** 50:15
129:1,24 130:3
216:21 232:1
**look** 16:22 48:1
77:11 88:18
115:11,14
128:1 163:16
175:22 203:25
212:23 216:8
228:23 242:11
254:3 273:16
308:10 319:22
**looked** 97:6
102:16,18,25
**looking** 23:9
81:17 143:21
145:6,7,21
156:7 163:8
166:1 194:17
195:9 197:7
212:9 248:15
251:19,23
261:9 280:17
309:8
**looks** 102:17
**loose** 195:7
**lose** 295:13
**lost** 267:12
295:15
**lot** 21:15 23:20
23:22 28:20
29:2 33:6
45:17,21 51:19
59:5 62:21

65:3 104:12,19
108:5,6 117:14
127:9 129:24
131:12 135:11
136:18 144:13
145:13 188:10
194:14 209:8
215:1,4 220:11
223:16 229:17
229:25 239:6
287:5
**loud** 10:20
198:24 232:19
**louisiana** 1:1,6
1:6,15,17,23
2:9,12,17,21
3:5,13 5:13 7:4
8:1,6,24 15:22
16:3,21,22
17:3 26:2 39:6
39:13 63:18,20
71:16 77:10
86:17 88:4
92:4 93:23
94:17,19 95:13
95:17 97:1,14
97:18 99:9,18
100:19 104:8
117:10 152:15
155:22 158:1,2
173:4 222:17
231:8,11
258:20,21,24
260:10 269:8,9
269:20 270:22

272:15 275:15
290:3,5,12,16
291:14,22
292:5 312:25
313:21 314:15
315:7 317:1
330:3,7 331:2
331:12,17
**love** 317:21
**loved** 48:15
**low** 103:25
104:5
**lowering**
141:13
**lsu** 91:8,10,19
93:10,19
290:18
**lsu's** 91:9
**lsus** 119:5
**luck** 189:10
**lucky** 191:15
**lunch** 70:8,9
**lyft** 168:20
**lying** 209:5,6

**m**

**m** 59:19,19,20
**ma'am** 9:9
10:13 12:7
13:23 16:4
17:18 57:23
63:10 93:4
204:19
**madam** 8:14
**made** 14:23
26:21 28:16

36:5 46:4 52:2
60:4 72:12
73:13,17 82:18
82:19 89:11
90:21 112:23
113:2 144:23
154:4 189:19
214:11 223:22
224:20,22
248:8 256:7
264:16 267:1
275:14 276:18
302:8 304:9
334:5
**madison**
223:14
**magistrate** 1:6
**main** 2:11
**maintain** 21:17
44:21 65:24
67:16,19
193:14,17
212:24 318:7
318:10
**maintaining**
29:3
**major** 16:10
22:22 107:4
239:15 316:23
**make** 9:11 11:7
11:17 12:14
14:17 33:10,13
48:19 49:8
74:10 76:8
83:4 99:5,6

104:12 127:9
141:7 154:5
166:17 178:20
178:23 183:13
184:18 185:2
196:24 204:20
211:2 215:4
221:21 223:6
228:6 233:23
235:20 244:8
248:2 256:11
257:7,16 263:9
265:16 266:1
269:20 271:23
272:3,7 278:9
287:15 288:4
304:13 312:9
326:1
**makes** 9:4
153:21 161:12
197:25 216:22
276:9 319:2
**making** 38:2,4
39:23 141:22
142:2 148:5,14
225:4 331:10
**males** 40:16
**man** 68:25
75:11 207:3
**mandy** 58:5,8
**manner** 206:11
**marijuana**
164:11
**mark** 18:16
190:2

marked 79:10
80:13 175:18
175:22 215:9
215:13 253:22
254:2 258:17
258:22 273:2
275:4 303:4
marking 77:18
272:23
married 17:14
18:1
master's 27:15
27:19 28:2,4,9
28:12,13,15
33:14,21,22
34:4
masters 25:8
match 65:9
67:1 68:14
102:18
matched 65:10
65:17 66:20,21
material
330:17
matter 81:22
331:15
matters 270:23
maximilian
1:22
mayumi 86:14
87:15 88:9
mbeck 2:6
mccormick
18:14

meals 165:5
240:15
mean 23:16
26:1 30:16
64:8 65:8
66:25 92:14
93:12 94:12
96:24 97:13
103:14 107:22
107:24 114:12
115:5 120:16
131:11 149:11
150:19 165:22
165:23 168:9
169:12 170:7
177:18 179:12
179:13,18
180:20 183:21
187:20 199:5
203:10 205:12
206:22 207:8
209:15 211:8,9
211:16 213:7
213:21 217:19
218:2,7 219:12
220:10 221:12
222:10 224:14
224:22 230:21
230:25 233:1
234:23 238:4
240:14 243:12
246:18 261:8
266:11 276:14
279:14 280:13
282:1,8 285:10

285:17 289:22
289:23 297:9
308:15 309:13
311:14,23
312:14 319:22
323:12
meaning 27:23
179:14 310:18
means 10:20
50:15 111:5
173:25 212:7
212:10
meant 179:19
200:8,9,10
203:19 205:15
247:2 320:11
mechanical 1:8
mechanism
316:13
media 13:25
45:18,22,24
46:5,9 48:5
49:2,7 50:6,10
50:16,23,25
51:8 52:2,8
64:6 76:13
86:10 91:4
103:17 115:11
115:17,19,23
233:14,16
239:24 240:1,2
241:7,10,13
323:2
medical 54:10
55:2 57:5

59:10,12
236:11 237:24
237:25 238:4
238:22 281:20
281:25 282:2,6
282:14 285:13
287:5 288:19
288:24
medication
30:19 53:4
57:11
meet 65:8,8
69:10 101:5,13
103:17,24
104:2 105:12
111:25 117:6
245:18 246:2
246:11 247:20
249:2 253:18
271:17 296:14
308:3 312:6
meeting 41:19
41:22 42:5
67:6 105:4,13
106:13,16
107:20 108:3
108:16 109:2
111:10,12,14
111:15 112:4
112:20 116:21
116:23,24
117:1 119:16
120:11,18
214:16 227:2,5
245:10 246:25

250:15 269:2,4
271:16,19
316:21
**meetings** 115:2
119:17
**meets** 251:22
**member** 42:25
43:1
**members**
130:14
**memorialize**
11:8
**memory** 39:22
88:13,18
250:22 267:12
326:25
**memphis** 66:18
**men** 103:10
**mental** 55:4
238:22 282:10
282:12 284:9
285:9
**mention** 123:8
123:10,11
281:17
**mentioned**
71:22 87:16
115:4 285:1
299:1 324:25
**mentor** 198:5
**merely** 94:12
**message** 42:14
42:16 43:5
80:24 111:8
122:3,4 126:6

170:21 197:5
208:6,6 213:23
214:4 217:3,5
219:9 231:5
245:11 264:24
265:5 316:7
**messages** 76:4
76:11 83:7,14
83:21 109:12
109:18,19
110:1,5,10,12
133:13 144:8
151:24 164:17
171:10 173:12
174:16,20
175:7,13
176:23,25
189:6 190:14
191:6 202:1
209:16 216:14
217:21 221:14
306:12 323:9
325:20
**messaging** 14:1
67:4 174:7,11
176:1 196:6
229:15 316:3,7
**met** 64:25 65:7
65:14 67:23,25
68:3,4 71:24
74:22 100:22
101:1,10,12,15
101:22 102:4
103:10 105:7,8
113:4 116:2

119:2,23
120:10 121:12
142:1 173:19
232:4 245:14
250:14 255:9
260:13 262:13
275:11 313:20
314:1 316:14
**method** 330:12
331:6
**methodist**
132:19
**michigan** 2:5
303:18
**mid** 14:15
66:10 196:4
**middle** 1:1 8:24
13:20 235:12
320:25
**midnight** 152:1
268:4
**mind** 8:25 9:2
79:7 88:23
99:13,20,23
109:25 128:20
147:13 162:15
225:7 234:11
253:2 302:10
325:11
**mindset** 211:25
**mine** 322:17
**ministry**
317:19
**minor** 35:13,19

**minors** 16:12
**minute** 273:15
**minutes** 138:21
272:20 321:7
321:10,10
**mirror** 139:19
145:6,8,22
166:1
**misconduct**
71:18 314:16
**misconstrued**
208:9
**misread** 208:4
**misremember...**
208:9
**missed** 163:19
176:20
**mississippi**
25:12
**mistake** 52:2
**mixed** 56:15
76:20 155:14
**mo** 103:22
**mom** 31:21
57:9
**moment** 15:4,6
17:9 33:1
34:20 40:6
78:8 101:23
117:21 150:4
150:21 161:19
187:20 201:8
203:25 204:3
205:24 299:15
312:17

**moments** 99:16
99:17
**monday** 313:19
314:2
**money** 62:3
287:7
**monica** 2:4 8:2
12:19 90:7
**month** 36:14
73:6 85:1
237:16 278:7
322:17
**months** 23:8
232:15 237:16
238:10
**morning** 8:21
51:19 59:6
121:19 133:9
141:25 151:3
151:14,17
152:1,4 163:14
181:11,15,25
183:10 187:18
190:25 191:3
192:2 201:13
256:15 263:6
263:15 267:21
268:9,24
**mother** 317:2
**motion** 300:10
**motivation**
59:7
**mouth** 147:23
**move** 15:7 20:4
36:1,3,6,12

38:2 39:2
142:15 151:5
171:10 172:15
172:19,20
207:11,13
283:2 301:6,16
302:9
**moved** 15:15
15:23,24 36:13
36:16 40:19,25
44:25 118:6,7
129:15 147:11
173:22 287:7
315:3
**movement**
283:12
**movements**
188:8
**moving** 35:22
121:17 301:22
**multiple**
102:21,24
172:25 173:12
223:12,20
286:11
**myers** 59:18,24

**n**

**n** 2:1 3:1 4:1
6:1 26:14
117:24 185:20
**naked** 195:9
**name** 7:6 8:21
9:1 13:6,12,16
13:18,20 26:13
32:24 36:20

39:17,23 44:4
44:6,7 46:24
47:8,10 59:17
65:20,21 69:2
69:15 72:18
73:10 77:7
80:19 81:20
86:12,12,14
87:15 105:19
105:20 113:14
113:16 114:9
114:13,18
115:8,17,20
117:23,25
120:22,22
135:12 155:9
157:9,22
185:16,19,21
192:12,13
196:23 232:23
232:24 233:7
233:24 234:3,7
235:7,11,12,16
235:16,19,19
236:18,20
241:12 244:2
247:23 260:21
280:6,19,25
286:1,12,13,15
314:7 321:1
322:3
**named** 14:10
40:10 68:21
86:7 279:20
320:25

**names** 12:25
13:3,24 17:15
18:15 19:6
32:19 44:2,9
71:20 72:9
86:6,11,19
88:10,14,18
106:25 156:25
330:16
**nancy** 17:16
**narrative**
262:12,12,22
265:8 266:15
271:22
**narrower**
291:2
**nasworthy**
118:4
**nathan** 65:20
65:25 66:9
67:23 68:4
299:1,9 300:3
**nathan's** 65:21
**national** 2:4
8:3 303:9
**natural** 11:23
21:3 22:13
167:17
**nature** 14:1
75:3 77:5
138:3
**near** 136:17
182:12
**nearing** 22:22
35:2

**necessarily**
50:4 108:9
**necessary**
21:18 47:19
48:4 50:14
334:6
**need** 10:20
11:12,15,18
24:4 48:7
70:24 83:22
98:24 99:13
151:10 167:10
167:11 172:15
179:21 183:25
184:23 193:14
207:1,2,18
220:25 225:8
227:11,11,12
243:19,19
244:8,17
247:24 248:1
261:1 270:18
271:14 299:15
**needed** 43:12
95:16 110:3,3
175:14 205:14
207:6 221:5
237:7,9 249:7
313:5
**needing** 61:2
178:16
**negative**
237:23
**neither** 331:13

**nervous** 159:10
209:24 245:3,4
255:1 302:8
**network**
118:19
**never** 12:9 39:1
93:19 110:9
115:16 143:18
169:16,16
206:24 221:21
224:21 273:18
277:12,13,16
278:6 282:25
300:4 302:22
**new** 47:10,10
70:3 81:19
100:19 109:15
122:9 174:10
174:25 175:6
180:14 292:4
296:13,14
297:19 322:25
324:16
**nice** 108:13
111:21 142:10
147:7 162:7
221:22
**nickname**
114:15
**nicknames**
13:22
**night** 109:6
123:22 124:13
126:5 127:11
127:12,16,21

127:22 133:5
138:1,18
142:10,10,16
144:8,10 146:3
163:23 168:16
168:18 177:11
178:9,11 181:6
182:21 184:22
186:8,9,19
187:6 191:16
192:1,18 193:4
195:14 196:23
199:2 203:4
205:22 206:25
207:5,9,12
208:16 214:21
220:13 229:19
256:15 263:24
264:6 266:23
267:7 268:1
**nights** 138:14
157:14,19
**nine** 19:21
**ninth** 37:14
**nodding** 79:16
226:5
**nods** 10:21
71:14
**noise** 12:12
**normal** 56:19
108:13
**north** 2:21
**northwood**
17:11

**notary** 334:13
334:19
**note** 332:10
**noted** 334:7
**notes** 278:20
279:7,16
**notification**
93:10,13
**notre** 25:12
**november** 25:4
**number** 24:10
34:13,16,17,17
34:21 44:18
50:19 55:7
65:12 74:21
79:8 80:12
84:16 85:4,14
85:21 176:18
185:6 201:20
201:22,24
214:14 216:17
216:18,20
217:10 222:20
234:20,22
244:11 258:25
302:4,6 325:6
325:7
**numbered** 1:16
77:15 79:14
254:1 302:16
**numbers** 87:4
111:7 215:10
254:5,6 259:5
**nurse** 285:23
285:25 286:8

286:13,21
287:14,16,20

## o

**o** 6:1 58:6 68:7
68:7 118:2
185:22 318:21
**o'clock** 138:8
197:5 263:23
**oath** 9:14,15,20
9:21
**ob** 285:20
286:21
**object** 49:10
95:2 97:23
152:22 172:11
220:6 259:10
265:18 303:11
**objecting**
259:20 275:6
**objection** 15:11
23:11 27:7
35:5 40:21
43:23 50:17
61:15 66:23
70:1 72:21,22
81:1,1 82:3
84:2,3,19 85:7
86:24 90:16
92:23 95:8
97:22 103:12
105:1 106:8
113:21 114:24
116:5 127:5,6
130:24,25
134:6 157:16

160:9 164:2
170:5 173:1
183:17 186:10
187:8 188:14
189:1 190:15
200:2 207:20
207:23 208:24
211:20 212:8
214:23 219:11
219:21 220:9
221:1 229:3
232:6 233:8,18
234:8,12
235:24 251:5
252:2 261:14
264:8 265:1,4
265:20 270:25
272:15 273:7
273:12,13
274:2,6 275:4
275:8 277:2,23
279:6 287:18
290:6 291:20
303:12 306:19
307:7 308:7
310:10 323:21
328:1
**objections** 6:9
**observations**
166:20
**obtained** 27:24
28:15 85:4,5
**obviously**
21:15 87:22
108:6 150:14

290:9 295:4
**occasion** 284:2
**occur** 61:2 84:6
270:10
**occurred**
151:13 161:15
263:15 264:5
268:6,16 270:2
270:7,12
**occurring**
220:5 270:23
**october** 331:17
332:3
**odd** 330:21
**offense** 261:10
261:17,20
262:2,6
**offer** 228:13
**offered** 26:23
142:23 143:14
144:2,4 195:11
195:22 269:7,9
**offering** 229:13
**office** 93:11
96:25 247:22
248:20,25
249:1 260:18
293:23
**officer** 95:22,24
97:3 246:19
270:16 271:8
271:14,17
275:14 277:3
277:17 278:5
278:12 330:5

331:3
**offices** 1:20
**officials** 313:4
**oftentimes** 54:6
325:25
**oh** 66:16 79:3
119:11 128:14
147:5 155:2
158:5 162:4
166:18 204:2
207:3 224:9
230:23 242:4
242:23,23
248:3,3,8
250:23 256:18
256:23 262:4
263:5 276:6,9
284:22 290:23
299:15 311:14
314:18 319:15
328:24
**okay** 9:3,5,6,10
9:14 10:7,8,16
10:17 11:2,10
11:11,22 12:1
12:2,3,4,8,15
12:16 13:9,17
13:20 14:3,21
14:21,25 15:1
15:17,19 16:1
16:5 18:10
19:6,16,24
20:2,6,8,16
21:1,10 22:3
22:12,18,21

| | | | |
|---|---|---|---|
| 24:8,18,20 | 72:4 73:16 | 119:11,13,15 | 179:18,18,20 |
| 25:6 27:23 | 74:10,21 75:12 | 119:15,19 | 179:23 180:9 |
| 28:1,3,7,10,16 | 75:25 76:3,9 | 120:16 121:21 | 180:12,23 |
| 31:7,13,16 | 76:12,16 77:1 | 122:1,8 125:20 | 181:9,12,17,21 |
| 32:4,14,24 | 77:14,21,24 | 127:3 128:14 | 181:25 182:6 |
| 33:2,13,24 | 78:8,15,21,25 | 129:4,7 130:18 | 183:15,24 |
| 34:1,5,17,21,24 | 79:4,6,12,20,24 | 132:4,21 133:7 | 184:6,10,16,20 |
| 34:25 35:1,20 | 80:4,9,14 81:7 | 133:10 135:3 | 185:1,5,8,13,16 |
| 35:22 36:5,15 | 81:13,16,16 | 135:12,15 | 185:19,23 |
| 36:19,25 37:2 | 82:10,14 84:23 | 136:25 137:5,9 | 186:1,14 |
| 37:9 38:11 | 85:2,11,13,16 | 138:10,22 | 188:21 189:5 |
| 39:19,25 42:2 | 85:18,23 86:2 | 139:9 140:13 | 189:10,17,24 |
| 44:24 45:14 | 86:4,16 88:22 | 140:15,20 | 190:1,6,11,21 |
| 46:4,9,20,24 | 89:6,19 90:5 | 146:17 149:3,8 | 190:23 191:2 |
| 47:10 48:12 | 90:20 91:18 | 150:19 151:6,7 | 191:12,15,20 |
| 49:17,25 50:3 | 92:5,11,19 | 151:8,18,22 | 192:6,13,15 |
| 50:9,22,25 | 93:5,8,18 94:1 | 152:4,6,15 | 193:11,19 |
| 51:3,6,20 52:6 | 94:4,7,11,22,25 | 153:10,15,24 | 196:6,10,13,17 |
| 52:10,12,16,18 | 95:19 96:4,16 | 154:7,19 | 196:25 197:9 |
| 53:3,9,14,16 | 96:18,22 97:13 | 156:11 158:4 | 197:19,22,25 |
| 54:5,24 55:1 | 98:11 99:4,19 | 158:11,16,21 | 198:6,9,12,18 |
| 55:15,20 56:8 | 100:9 101:12 | 160:4,7 163:7 | 200:8,15,18 |
| 57:4,11,14,18 | 101:17,25 | 164:15 165:7 | 201:15,18,23 |
| 57:22 58:10,10 | 102:2,20,25 | 165:13 167:14 | 202:1,6,7,13,13 |
| 58:24 59:3,22 | 103:9 104:2,23 | 167:18,20 | 202:21,24 |
| 60:4,9 61:1,5 | 106:23 107:9 | 168:1 169:7,12 | 203:6,10,21 |
| 62:12,17 63:25 | 107:20 108:16 | 169:15,18 | 204:1,2,17,17 |
| 64:1,2,6,11,12 | 108:25 109:2,7 | 170:14,19 | 204:18,21 |
| 64:13,17 65:2 | 109:10 110:21 | 171:1,10,18 | 205:3,6,6,16 |
| 65:19,24 66:2 | 111:19 113:7 | 172:7 173:11 | 206:1,19 |
| 66:6,8,14,16,22 | 113:10,13 | 173:25 174:7 | 207:14 208:2,7 |
| 67:8,12,19,22 | 114:17 116:10 | 174:14 175:9 | 208:11,15 |
| 68:5,7,10 69:2 | 116:24 117:9 | 175:20 176:5 | 209:2,8 210:3 |
| 69:12 70:11,22 | 117:23 118:14 | 176:10,23,25 | 210:8,13,16,19 |
| 70:25 71:13 | 118:23 119:6 | 177:6,18,25 | 210:24 211:6 |

213:3 214:11
214:17 215:6
215:17,24
216:2,13,15,22
217:7 218:9,23
219:8 220:23
221:10,10
222:7,19,23
223:2,10,13
225:1,10 226:1
226:10,13,16
227:14,17
228:12 229:14
229:24 230:18
230:25 231:7
233:14 234:17
235:13,20
236:13,24
237:2,20,24
238:3,15
239:21,24
240:4,9 241:9
241:19,23
242:2,9,16
243:1,10,18
244:6,23 245:7
245:12,23
246:4,6,11,16
247:20 249:14
249:24 250:3,6
250:13 252:8
252:16,19,22
253:5,20,24
254:9,11,12,18
255:12,19,23

256:6,20 257:6
257:13,20,23
258:3,15
259:23 260:5
260:19,21,21
260:25 261:15
261:17,20
262:10,15,19
263:7,18,22
264:1 265:8,12
266:1,20,25
267:13,17,24
268:15,19,25
269:6,9,12,19
270:1,6,18,21
271:8,11,14,22
272:1,13,22,23
273:5,15,24
274:23 275:21
276:3,3,9,9,17
277:17 278:2
278:21,24
279:10,17,25
280:2,18
281:12,13
282:1,11
283:11,14,14
284:5,7,22
285:2,5,20,25
286:7,12,15,17
286:18 287:13
287:15,24
288:3,5,20
289:12,15
290:1 291:4,7

291:12,14
293:15,18,21
293:25 294:2,6
294:9,18,24
295:3,17,25
296:3,12,16,20
297:2,5,8,14,18
298:6,10,16,19
298:19,22,24
299:8 300:18
301:9,14,19
302:10,22,24
303:7,23 304:7
304:23 305:7
305:19 306:1,9
307:1,21
308:22 309:8
311:16,16,24
314:1,18 315:1
315:14 316:5
316:17 317:5,9
317:13 318:1
319:6 320:5,25
321:3,5,8
322:12,14,17
322:20 323:1,9
323:12,18
324:1,3,9,13,16
325:13 326:9
326:15,22
327:19,22
328:8,15,21
**okcupid** 68:18
**old** 14:3,7,11
19:10 24:7

114:1 120:24
**older** 18:3 19:5
**once** 30:9 31:14
31:14,24 119:1
149:2,3,3
284:3 287:9,10
**ones** 25:14
87:16 89:3
110:7,8 117:20
174:8,16,18
175:13,15
180:7,8 216:16
221:14 224:24
284:25 316:24
**onus** 233:4
**open** 48:3
147:17,18
198:5 203:14
211:12,24
225:18 233:3
246:8 283:5,8
**opened** 146:24
194:19 289:19
**opinions**
331:12
**opportunity**
10:7 25:18
**opposed** 21:11
151:20
**opposite**
206:21 207:8
**option** 229:10
229:10
**options** 199:16
228:15

**order** 12:21
69:9 98:15
172:21 293:12
306:13,16
308:2
**ordering** 7:20
**orders** 53:5
**ordinary**
126:16 136:8
**organically**
141:4
**organization**
158:4,7,9,16,21
169:20
**organizations**
158:24
**organized**
169:22
**orientation**
292:3,4,12
**original** 73:21
79:21 122:13
309:17 326:19
331:16,16
**originally**
74:14 80:23
**outcome**
331:15
**outright** 203:13
**outside** 198:19
**overlapped**
19:3
**overwhelmed**
55:8 212:25

**overwhelming**
28:18,19 33:5
201:7 232:17
**own** 15:25
31:23 36:16,23
87:23 96:14
119:4 181:19
198:6 210:6
289:3,5 296:8
296:11 297:3

**p**

**p** 2:1,1 3:1,1
6:1 17:17
155:10
**p.m.** 79:15
171:2 192:6
196:7 202:24
215:11 216:23
217:1,7,12
329:2
**page** 4:2,8
77:15,16 176:1
176:5,18 177:3
177:6,7 215:11
215:24 216:2
254:2 258:22
260:23 273:1,1
279:22,25
293:11 302:15
310:1 317:14
330:1 331:16
333:4,7,10,13
333:16,19
**pages** 229:15
258:22 273:1

331:5
**pain** 31:23
281:18,21
282:7 284:9
**paints** 148:25
**panic** 54:9,11
54:13,18 55:3
55:10,11,15
56:9,11,21,25
57:1,4,7 58:19
58:21
**pants** 148:7,12
148:14,18,19
148:20 182:7
182:13 210:17
**pap** 285:11,22
286:19,23
287:14,17,21
**paper** 11:1
**paperwork**
95:23 96:24
97:6
**parent** 118:17
127:4,8 230:16
**parenthetical**
330:18,19
**parents** 15:23
18:13,15,18
36:12 62:1
69:9 122:10
128:8 129:5,18
131:13,13,19
287:1 327:9,13
**parish** 1:8 3:3
236:14 238:21

281:22
**park** 139:7
**part** 16:22
43:10 49:7
94:18 96:4
118:18,25
122:6 124:9,12
124:15 131:9
132:18,22
143:25 158:21
159:7,10,13
187:6 197:23
208:21 211:15
211:19 214:17
219:25 220:8
244:9 310:13
312:22 317:15
317:18 319:16
**partaking**
31:23
**participate**
307:15
**particular**
24:12 25:16
323:16
**particularly**
70:4 108:17
220:13 229:11
269:17
**parties** 6:4
99:12,19,24
100:5 331:13
**partner** 119:20
119:24 172:24
172:25 173:6

partners
172:25 298:11
298:21 299:7
parts 265:22
party 7:20
123:17 159:20
160:17
partying
127:10
pass 56:3
166:11 321:3
passed 166:4
179:9,12,17
passing 223:8
passively 66:1
past 77:8
198:10 287:7
298:2
pat 248:18
249:1,4,5
251:8,22,25
260:16
pathway 15:10
patience 171:8
patrick 260:2
pause 94:16
151:2 242:6
244:6
pauses 330:11
pay 62:3 228:7
322:17
pd 93:23 276:8
278:13
peace 203:15

pee 155:18,18
pelvis 147:21
pena 1:16 3:12
7:10 330:2,24
331:2,22
penis 147:22
148:19 149:1
149:23 150:10
206:15
people 45:22
65:3,7 67:1
75:6 77:9
82:17 98:5
104:7,18,21
106:21 107:2
107:23 108:5
111:22 114:12
117:14 118:16
123:9,12,16
135:1,4 139:14
140:2 143:13
144:10 146:16
159:17 160:20
166:15 167:7
168:24 169:19
196:22 199:3
214:3 219:16
219:16,18
226:20,22
228:25 249:20
249:22 251:2
251:15 313:3
313:11 317:21
people's 127:14

perfect 79:9
80:14
perfectly 21:3
perform 33:9
62:14
performing
62:18 97:12
period 63:6,17
66:8 164:15
180:3 191:10
permanent
37:15
permitted
310:3
permitting
158:13
persistent
142:6 266:2
person 43:21
44:12 48:22
49:19 65:18,19
67:7 68:3 72:1
91:6 102:4
104:3 118:8
120:15,16
145:19 159:15
241:16 247:13
247:15,16
261:22 276:4
279:20 285:12
285:16 298:6
308:3 331:10
personal 21:16
95:20 270:23
297:5

personally
40:24
ph.d. 25:8
26:25 27:2,13
27:15,22 28:2
28:15,17 33:4
phone 34:17,21
44:18 50:20
85:4,12 87:4
90:24 109:15
122:9,13,14
163:1,3,8,10,15
163:16 174:3
174:10,21,25
175:6 177:4
181:21 182:15
186:22,24
187:1 197:7
215:25 216:5
216:17,18,20
230:19 234:20
234:24 252:25
276:5,6,8,10
278:18,18,19
307:20 308:1
322:9,12,25
phones 122:6,8
phonetic
330:18
photo 323:3
photograph
140:21
photographer
43:11 44:5

photographs 319:24 320:13

photography 43:13,18,20 44:3,14,22 73:23,24 74:2 74:19 80:2,8 81:14 115:21 241:22

photos 230:18

phrase 262:24 271:24 330:20

phrases 330:14

physical 53:25 54:3 58:17,18 62:19 107:15 112:6 124:6 264:13 281:18 281:18,19,21 281:21 282:3,7 282:7,10 284:8 285:9

physically 121:2

physician 30:24 59:8 60:2 61:24 62:5

pick 112:17 181:10 189:5 294:20

picks 196:7

picture 102:20 139:18 241:9 241:17 319:17

319:21 320:3,5 320:9,17

pictures 102:14 102:24 231:6

piece 308:6,9 308:10,14

pieces 235:22

piecing 192:1,3

pierce 2:16 8:11,11 17:16 64:3

pierces 18:10

pl 5:3,5,7,9,11 5:17 80:12 254:7

place 7:3 36:8 36:23 85:9 103:8 104:7 106:17 108:3 205:18 240:17 240:20 291:11

placed 94:12

places 41:4 70:9

plaintiff 2:3 8:3 79:14 175:21 254:1 275:6 302:16,16

plaintiff's 13:6 77:15 215:10 274:5,10

plan 20:24,25 23:9 28:25 35:1,7,25 36:7 37:19 133:4,23

134:14

planned 23:13

planning 35:22 36:1 38:7 141:25

plans 23:21,22 23:24 38:2,5 112:22 113:2 132:13 134:18 185:2

plant 16:13 35:13,16

platform 49:3 50:7,23 83:25 91:4 115:12 233:16

platforms 46:10,10 47:19 49:7 50:3,11 50:25 51:8 76:20

play 221:11,12 222:2,6

played 80:7 142:22,24 160:2 219:9,12 220:2 300:16

playful 206:11

playing 123:21 142:20,25 159:22,25 160:4,21 220:18

please 7:23 8:15 11:13

12:13 13:18 22:10 79:9 151:11 209:10 211:2,4 281:16 281:16

pleased 126:18 127:4

pleasure 317:23

poem 318:20 319:1

pof 68:16

point 21:23 24:19 25:2 29:1,12 40:20 41:7,9 67:4 75:8 83:24 90:7 106:2 109:6 111:6 113:10,23,23 114:20 119:20 120:19 128:25 133:23 136:12 139:9,23 140:8 140:22 141:6 141:24 142:6 142:12,24 143:9 144:4 145:23,25 146:4,18 147:3 147:5,17,24 148:19 149:4 150:7,11 154:21 161:1,4 161:9,11,12

162:9,13,15,24
163:15 168:19
170:24 179:13
181:12,14
187:17 194:3
203:11 206:24
210:11 211:23
212:15,22
214:11,13
220:13 225:1
226:1 227:20
230:8 232:23
233:15 234:19
239:9,18 241:3
243:16 244:11
244:16,22
246:18 248:18
249:18 262:23
277:5 278:2
300:22 306:17
314:7 315:2
324:23
**police** 5:15
82:20 174:15
200:9 231:11
231:15 248:14
252:4 254:13
255:25 256:21
257:10 258:11
260:10,12
270:9,19,22
271:5,11,15,18
271:19 272:2
272:16,25
275:15,18,22

276:12,19,23
277:21 313:17
322:6 325:3,3
325:5,10
**politz** 2:15
**poor** 27:12
**position** 24:1
37:15 227:15
**possibility**
283:6
**possible** 11:18
111:2,3 127:19
127:20 165:1,3
213:2 324:13
324:15
**post** 241:15,20
242:20 243:8
293:7
**posted** 44:12
74:1,8,13,23
323:12 325:21
326:18,20
**posting** 50:16
**postings** 50:6
**posts** 326:25
327:3
**pot** 30:17
164:11
**pour** 317:20
**poured** 154:6
168:12
**pouring** 144:3
**powerlessness**
288:21

**practice** 144:9
**practitioner**
285:23,25
286:8,13,22
287:14,17
**prairieville**
331:17
**praise** 191:14
**preach** 130:7
**preceding**
264:17
**predictably**
100:18
**pregnant**
149:18 150:9
150:14,24
**premise** 30:11
**prepare** 254:20
254:22
**prepared**
133:15 253:17
253:17 255:6
331:6,8
**preparing**
308:5,11
**presbyterian**
128:15,17,23
129:1,6,15,23
**prescribe** 61:24
62:6
**prescribed**
30:20 58:3
59:17 62:11
**prescribes**
59:14

**prescription**
30:22 31:10
59:16,25 60:5
60:6
**prescriptions**
52:22,23,23
53:7 63:22,24
**prescriptive**
30:19 53:4
**presence** 86:9
104:7 260:20
279:1,16
291:18 292:9
**present** 3:8
7:23 38:7 47:8
53:6 63:21
**presently** 53:7
294:19
**president**
248:24
**press** 147:22
**pressure** 28:20
29:3,6 33:6,8
62:13,17,22,23
62:24
**presumably**
182:7 235:15
**presume**
301:10,11
**presuming**
301:6
**pretty** 17:1
55:17 63:13
102:10 107:24
111:23 112:5

119:22 130:8
143:3,6 162:20
184:24 188:8
206:8,13 218:7
284:18 319:15
321:11 322:8
**prevalent**
291:17 292:8
**preventative**
287:22
**preventing**
160:25
**previous**
104:15 153:10
187:14 208:4
214:4 243:13
290:24 312:9
322:12 325:1
**previously**
50:19 239:3
**prey** 100:19
**primarily**
14:22
**principal** 38:17
**printed** 110:9
252:24 317:15
**printout** 5:17
**prior** 21:22
44:8 67:23
71:8 84:15
97:17,20 99:7
103:9 104:23
120:17 124:6
127:17 130:18
151:12 152:6,9

152:16,24
153:7,15,18
154:23,25
155:2,3 164:23
174:8 175:6
178:5 216:17
239:13 243:6
255:12 316:7,7
**private** 47:19
**privilege**
303:22 304:1
**privileged** 90:1
303:13
**probably** 76:12
76:24 100:11
120:3 122:11
127:24 140:24
143:1 182:4
218:22 249:10
**probation**
94:13
**problem**
104:16
**problems**
130:11 139:5
298:18
**procedure** 6:5
330:6,7 331:12
**proceeding**
47:21 329:2
330:10
**proceedings**
7:11 330:13
**process** 9:12
69:8 98:15

191:23 214:18
214:22 239:14
**processed**
312:20
**processing**
198:23,24
239:10
**proctor** 26:12
26:15 282:19
283:14,22
284:7 285:6
288:10,25
296:2,3
**produced** 78:2
79:13 174:17
174:19 175:21
177:1,3 216:3
253:25 259:1,8
259:11,14
265:21 273:6
273:10,18
274:4,13,13,14
274:16 275:5
295:17 302:24
327:1
**production**
273:22 309:22
309:23
**professional**
54:10 55:2
59:10,12
237:25 238:1,4
285:13 289:4
330:4 331:3

**professionals**
55:4 288:19,24
**professors**
24:24 28:23
98:5
**profile** 67:18
67:19 102:20
326:12
**program** 16:22
16:25 25:6
26:3,24 27:13
27:16,21 29:16
294:1
**programs** 25:8
26:25
**prohibition**
331:11
**project** 43:12
43:13,14,15,18
43:19,20 44:3
44:14,22 73:23
73:24 74:2,19
81:14 115:21
241:22
**pronounce**
293:15,16
**pronounced**
318:21
**proof** 255:24
**proper** 330:12
**protect** 95:14
95:16 97:15,19
98:15 99:2
**protecting**
98:24 100:2

protection
 13:14
protective
 12:21 172:21
protocol 97:4
proud 127:10
prove 233:5
provide 34:22
 95:15 254:15
 257:9 264:5
 286:15,16
 307:1,3,18
 308:24 309:2
 319:24 320:5
 320:10,13
 321:13 324:9
provided 7:19
 95:21 96:23
 97:7 164:18
 180:7 244:1
 254:12 257:13
 258:14 259:11
 276:1 285:8
 289:23 302:14
 307:9 324:14
providence
 20:11,15 37:6
 69:17,18,23
 294:11,15,19
provider
 289:13 322:15
providers
 289:14
prozac 53:13
 53:17,22 57:14

58:3 59:14
 60:6,14,14
 61:2,7,14
 63:16,22
pseudonym
 47:22
psychological
 284:24 285:2,7
 288:11 289:1
pub 305:17
public 71:16
 86:17 88:4
 106:19 334:19
published 72:6
 73:1,5 85:1
 89:14 305:10
 309:6,12,14,16
 309:18 318:23
 327:11,12,14
pull 148:12,15
pulled 195:12
purge 51:1
purposes 12:19
 312:1
pursuant 6:5
pursuing 90:14
pushing 210:14
put 28:17,20
 55:21 62:13
 72:15,16 80:11
 102:7 125:16
 167:19 182:6,7
 206:15 212:20
 220:4 225:18
 225:23 243:14

255:13,20
 274:9
putting 28:20
 33:5,8 79:7
 149:1 256:2

**q**

quarter 135:19
 135:19 223:17
 223:18
question 6:10
 10:10,11,15,16
 11:20,21,24
 12:15 15:12
 21:25 22:10,18
 27:12 29:20
 41:12 49:8
 54:20 57:22
 61:6 63:17
 76:14 88:13
 90:6 93:2 95:3
 99:21 101:6
 118:10 131:24
 132:1 151:12
 153:5 172:7,23
 190:2 210:19
 216:4,11,13
 218:2 220:20
 252:11 261:7
 261:12 281:10
 282:11 287:11
 289:9 291:2
 298:15 302:20
 303:12 304:3
 319:16 320:12
 328:10,10

questioned
 130:20
questioning
 7:16 39:22
 152:22 159:14
 167:10 172:11
 172:13 175:25
 233:4 265:19
 298:13
questions 10:4
 10:7,20 52:22
 71:11 94:2
 124:19 151:5
 167:14 170:15
 171:9 180:1
 186:18 212:2
 254:10 261:5
 267:5 273:8
 274:3 275:7
 278:20 279:2,3
 279:5,16
 290:25 321:10
 327:5
quick 116:12
 278:10
quicker 205:3
quickly 70:25
quite 227:2
 246:20
quizzes 133:11
quoted 319:8
 330:21

| r | | | |
|---|---|---|---|
| **r** 2:1 3:1,4 17:17 19:8 58:6 59:19 65:22,22 155:10 185:22 236:23 318:21 333:3,3 | **raping** 207:6 221:5 | 254:15 255:24 261:1,8 266:20 267:17 269:6 270:6 272:1 274:22 276:1 | 148:10 159:14 166:18,23,25 168:23 194:5 195:6 198:20 |

**r** 2:1 3:1,4
  17:17 19:8
  58:6 59:19
  65:22,22
  155:10 185:22
  236:23 318:21
  333:3,3
**r.s.** 331:4
**rabalais** 3:4
**racing** 56:24
**radar** 234:18
  248:4
**raised** 120:7
  229:10 331:16
**ran** 223:24
**randal** 248:9
  248:12
**range** 14:14
  16:16,20
**ranked** 26:24
**ranking** 16:18
**rankings** 16:19
**rape** 55:9 71:17
  86:18 92:13,21
  110:8 195:17
  199:18,21
  206:9 227:19
  232:19 281:18
  281:21 310:4
**raped** 152:13
  195:19 203:13
  207:2 221:6
  228:3 243:2
  302:6

**raping** 207:6
  221:5
**rapist** 81:20
  241:16
**rarely** 127:11
  127:12,13
**rarity** 62:3,4
**rate** 54:7 58:14
**rather** 225:24
**raw** 289:16
**reach** 75:12
  76:3 77:3 82:2
  82:8,14 83:20
  106:3,6 163:1
  244:4 245:7
  303:23
**reached** 24:5
  75:9 76:1,16
  76:23 77:1
  82:10 84:8
  86:9 90:24
  91:1,3 128:1
  199:1 243:20
  243:21 245:12
  245:23 277:9
**reaching**
  115:23 163:7
  163:10
**reaction** 225:3
**reactivate**
  83:16
**read** 190:11
  218:4,22
  221:14 243:5
  252:16,17

254:15 255:24
  261:1,8 266:20
  267:17 269:6
  270:6 272:1
  274:22 276:1
  276:10 278:15
  278:17,19
  324:17 325:18
  328:18,19
  332:9 334:5
**reading** 6:6
  256:17,20
  265:22 274:18
  274:19 325:9
  328:16
**ready** 133:18
  200:12 225:11
  227:23 244:9
**real** 120:22
  228:7 313:10
**realization**
  149:9
**realize** 47:4
  49:6 274:7
  279:18 324:24
  325:4
**realized** 29:2
  147:5 256:18
  256:21 268:21
**really** 28:18,19
  28:23 33:10
  49:9 70:12
  121:6 141:8,25
  142:5 146:8
  147:10 148:10

148:10 159:14
  166:18,23,25
  168:23 194:5
  195:6 198:20
  198:25,25
  200:25 211:16
  211:18 212:6
  219:19 227:22
  232:17 238:25
  239:6 246:23
  250:22 287:25
  300:11,11
  301:25 304:11
  307:12 318:12
**reason** 21:10
  25:16 61:5
  107:6 129:22
  168:23 197:9
  239:9 276:25
  286:18,23
  332:11 333:6,9
  333:12,15,18
  333:21
**reasons** 47:16
**reassert** 275:3
**reassure** 214:9
**rebecca** 196:19
  196:21
**recall** 16:15
  19:2 20:10
  23:1 25:14
  40:6,17 41:13
  41:15 43:25
  44:9 45:2,5
  46:14,16,18,21

53:1 64:1,19
67:6,9,10
68:22 71:20
73:4 74:12
80:6 82:13,24
84:7 85:17
86:6 87:22
88:1,10,14
89:12 100:7
101:23 103:21
105:17 106:5
106:11 107:10
107:17 110:14
110:16,19
113:2 115:7,13
117:20,21
121:9 122:17
122:18,22
123:11 124:25
126:9 127:18
129:21 132:7,9
132:12 133:10
136:9 137:10
138:12 139:6
153:20 154:11
155:3 159:18
159:21 161:20
162:20 163:2,7
163:9,11
164:17 166:3
166:19 173:13
174:6 178:2
186:15,20,22
187:1 196:12
202:9 214:14

228:14,17
229:5,13,20
230:13,15
236:1,2,7
237:3,12
238:16 239:23
240:10,12
241:14 251:24
255:15 257:13
257:15 260:12
269:19 272:6
277:25 281:1
284:19 286:1
290:10,15,23
291:10,24
292:1,7,11
296:9 299:23
300:2,21
305:20,23
306:10,11,15
306:23 307:4
307:12 308:21
309:13,18
314:3,5 315:8
316:22 317:7
318:16 323:8
323:11 324:2,5
324:12 325:6
325:24 328:3
328:12,14
**receipt** 332:18
**receive** 25:21
26:5 28:9
29:17 33:14
69:6,10 281:20

282:5 286:20
288:17
**received** 33:22
35:13 42:14
43:1 92:17
93:16 115:20
126:2 248:16
281:12 282:6
282:14 283:15
284:8 285:18
288:13,24
289:4 291:16
306:12
**receiving**
209:13 249:15
249:22 250:1
250:20
**recently** 54:17
142:1 274:11
322:24
**recess** 51:22
71:3 116:15
171:3 253:11
274:25 304:19
315:23 321:23
**recirculated**
249:19
**recognize**
159:20 176:23
219:14 271:17
**recognizing**
219:8
**recollection**
82:25 83:1
210:10,22

250:9 255:14
**recommend**
257:6
**recommendat...**
247:13
**recommended**
286:20
**record** 7:1,13
7:15,16,17,24
12:4,20,22,23
13:18 22:14
51:21,24 52:1
71:2,5 116:14
116:17,19
171:2,5 176:14
253:6,9,13
274:10,22,24
275:2 303:3
304:14,18,21
304:23 311:4
313:1 315:20
315:22,25
321:19,21,21
321:25 328:17
328:21 330:8
**recorded** 7:12
**recording** 7:15
7:18,18
**red** 140:19
**redacted** 259:7
259:17 273:9
273:18
**reenroll** 314:15
**reenrolled**
312:25

**refer** 60:14
86:16 88:12,17
92:3 94:22
114:6,13
116:21 281:15
**reference** 42:21
46:4 60:4
116:25 175:24
221:24 235:15
279:19 297:21
330:17
**referenced** 45:1
155:5 269:22
301:6,15 303:2
332:6
**references**
297:20
**referred** 46:25
52:3 94:19
114:17 275:18
**referring** 26:8
46:11 47:6
75:22 78:5,16
79:22 92:8
200:1 222:11
233:7,10,11
289:16 317:16
**refill** 59:24
60:1
**refresh** 88:12
88:18
**refreshments**
137:17
**regarding**
275:7

**registered**
330:4 331:2
**regular** 113:1
287:11
**regularly** 74:23
75:4 109:5
119:23 284:1
286:2 287:2,8
326:18
**rehashing**
249:11
**reiterating**
218:20
**related** 43:17
52:13 297:8
301:16 325:11
331:14
**relationship**
65:24 87:18
128:6,22
155:11,15
156:13 193:17
297:9 307:13
**relationships**
289:9 331:11
**released** 327:10
**relevant** 110:1
110:4 175:15
307:10
**relieve** 29:10
**religious**
132:22
**remained** 310:4
**remark** 250:17

**remember** 17:7
17:8,10 24:11
32:8,21,24
44:4,7 45:16
54:15 56:14
57:8 60:22
73:6 86:11,15
89:1 102:5
105:21 106:25
107:1,24 108:6
108:17,22
110:24 111:1
111:12,17
112:1,5 121:6
123:15,19
124:8,20,21
125:8,11,17
132:17 133:2
133:12 135:5,6
138:6,7 139:13
139:16 140:6
141:16,20
143:3,20,21
144:2,7 145:5
145:24 146:6,7
146:10,11,14
146:22 147:1
148:7,8 150:2
150:4,15,20
153:14 156:4
156:25 157:9
159:23,23
160:1,24
163:13 164:4,8
164:14,19,22

164:25 165:19
166:8,16
170:21 172:2,4
178:6 181:18
181:18 182:3,8
182:13,16,18
182:25 183:9
183:12 184:21
186:5 188:23
189:3,21
191:24 196:23
199:22 201:19
202:9 203:7
204:12,16,23
205:20 206:13
206:15 208:25
210:4,10,14,14
210:17,21
211:25 214:15
223:7 224:13
225:6 226:17
226:23,24
228:22 233:21
233:25 236:10
237:19 238:20
245:9 246:1
248:5 249:10
250:24 256:12
257:12 258:10
258:12 266:23
267:1,6,6
273:20 278:9
280:17 283:23
284:4 286:10
286:11 290:9

294:4,8 295:2
298:25 299:7
299:10,17
305:15 306:21
307:23,24
318:11,16,18
323:9 326:7,10
326:25 327:2
**remembering**
32:12 280:15
299:22
**reminder** 57:19
272:18
**remove** 89:19
**removed** 87:7
89:16 90:12
**repeat** 312:23
**rephrase** 48:16
49:16 101:6
**replied** 278:6
**report** 5:14,16
82:19 83:5
87:19 88:1
199:23,25
200:13,13
212:16,23
225:4,8,11
228:18 229:11
229:11 231:8
231:10,15,19
231:20,24
232:2,16
238:11 243:17
243:24 244:8
244:10,17

247:24 248:2
249:8 252:1,4
252:8 255:7
256:7 258:7,20
258:23 259:24
260:3 261:9
262:9 263:18
272:16,24
275:14,22
276:7,13,15,18
276:20,23
277:1,7 279:3
279:5,11,13,18
313:16 316:10
**reported** 1:15
1:20 3:11
71:16 86:17
87:24 88:4
89:2 96:25
97:11 174:14
228:21 237:5
237:14 254:21
255:8 256:13
258:6 260:1,6
260:9,16,17
267:4 275:19
278:13 310:4
313:6,17 314:9
331:5
**reporter** 1:17
7:10 8:14
10:18 13:2,7
22:9 237:8
330:2,4 331:2
331:3

**reporter's** 4:8,9
330:1 331:1
**reporting** 7:9
199:19 200:1
200:18 245:2
260:12 316:12
331:6
**reports** 249:16
249:17 325:2,5
**reposted** 43:21
74:18 78:12
79:24 81:8
**represent**
313:20
**represented**
162:10
**representing**
8:22
**reputation**
106:7 250:23
**request** 7:19
51:7 259:15
260:1,2 276:19
309:21
**requested**
245:17 273:19
276:22
**requests** 78:3
273:20 281:7
**required** 97:18
331:9 334:13
**rescheduled**
191:9
**reserved** 6:11

**resigned**
311:13,14,17
312:24 314:24
**resigning** 310:8
310:15
**resisted** 265:16
**resisting** 266:1
**resolved** 245:5
**resources**
287:16
**respond** 82:21
189:24 190:23
191:17,21
192:4 197:3,6
197:8 199:6
210:3 213:3
218:9 227:17
305:24 306:3
**responded**
179:2 200:24
206:5 277:12
277:13,16
**responding**
190:7 212:23
219:3 220:17
**responds**
191:15 208:15
**response** 78:3
79:13 82:23
177:15 178:7
178:13 179:9
179:14,16
192:20 195:24
197:10 204:21
243:11 259:14

292:13 299:8
302:14
**responses** 11:5
202:7
**responsiveness**
6:10
**rest** 142:16
**restate** 153:4
**restroom** 70:24
162:24 167:11
182:24
**result** 281:8
316:14
**resuming** 7:16
**resurfaced**
282:24
**retain** 305:1
**retaining** 89:21
90:8
**return** 332:13
332:17
**returned** 18:7
18:11 41:25
294:18
**review** 71:7
174:8 279:19
326:9 332:7
**reviewed** 79:18
79:19 316:18
316:20
**revised** 257:14
**revisit** 225:4
**revoke** 227:14
**rewarding**
302:8

**richard** 5:6
72:17 73:9,9,9
74:1 76:1,3
78:9 80:18,23
87:12 89:8,11
325:13,21
**richard's** 78:12
**ride** 112:18
125:4
**ridiculous**
207:1
**right** 9:7 10:9
11:12 12:4,6
12:17 13:9,17
14:21 19:24
20:2,20 22:7
23:17 25:5
28:25 31:13
34:18 38:11
45:4 46:18
47:22 49:12
51:16,18 54:22
61:20,22 64:1
64:14,19 66:18
66:19 67:6,9
67:11 68:22
71:11 76:5
77:1 79:8 80:6
81:16 82:13
84:7 85:3 88:1
88:10,14 98:22
100:1,10
102:23 103:22
106:10 110:17
116:24 119:15

121:16,21
124:8,20
147:25 148:16
150:17,22
151:8 166:4
168:18 189:5
190:4 193:19
195:19 197:2
198:15,23
204:6 207:22
210:24 213:3
215:3 219:24
225:20 228:4,7
230:4 233:25
236:2 241:23
242:6 244:7,16
244:17 247:13
248:23,24
254:6 256:24
257:24 259:9
259:23 262:1,3
262:5 270:1,12
271:5 279:17
280:20 281:1,6
283:8 284:16
286:1 288:3
290:8,9,15
292:1,11 293:9
299:6,16
306:22,23
307:5,11,25
311:9,18
312:11 315:8
320:23 321:14
321:16 324:11

325:6,23 328:2
**rights** 97:3
**rise** 61:2
**road** 33:3
**rob** 17:16
**robust** 26:2,24
**role** 300:16
**rolled** 147:11
147:12 148:1
150:10,10
182:4
**rolling** 147:25
148:16 150:19
187:21 210:15
**romantically**
66:4,6,9
**room** 12:12
139:16 142:13
142:13,19,22
143:11,13
146:10,22
160:8,11,16
161:22 180:4
180:21 182:10
260:15
**roommate**
120:10 157:12
215:17 301:23
**roommates**
17:12,25 32:23
32:25 34:8
38:12 40:9,12
40:14 121:11
121:12 123:13
124:16 139:15

139:15 140:1
142:12 143:3,5
169:9,10 170:4
235:4
**rosy** 19:8,10,11
**rouge** 1:23 2:12
2:17,21 7:4
92:13,22 93:19
95:1,10
**rounds** 143:2
**row** 209:16
**royal** 55:24,25
56:1
**rpr** 3:13 330:4
330:24 331:22
331:23
**ruin** 217:17
218:5,23 219:1
**rule** 30:8 330:5
**rules** 6:5 9:11
152:25 172:12
321:12 330:5
331:9,12
**run** 148:9
222:24 223:10
223:25
**running** 148:10
183:16 225:2,8
225:13 226:1
265:19 273:7
273:12 274:6
275:8
**ruston** 5:15
39:18 40:19
41:1 82:20

93:23 128:12
128:12,13,23
129:15 200:8
231:15 238:25
254:13 255:25
256:20 258:11
270:9,19 271:5
271:11,15,19
272:25 275:18
275:22 276:12
276:19,23
277:21 278:13
313:17 315:3
315:17
**ryan** 226:9,10
226:20,25
227:12,17
232:4,18 242:1
242:7,11,14
244:8 245:10
247:1
**ryan's** 243:10

**s**

**s** 2:1,10 3:1 6:1
38:22 59:19
236:23 332:1
333:3
**sad** 210:24
**sadness** 288:9
**safe** 56:17 99:8
99:11,17
185:10 214:25
221:11,12
222:2,6

**safety** 289:3,5
316:20
**salary** 284:16
**salsa** 138:13
157:24 158:4
158:17
**sam** 243:21
247:3,6,7,12,16
**sarah** 15:24
34:9,10
**sat** 140:23
141:1,4 142:21
198:19
**save** 110:1
185:8 207:3
229:19
**saved** 110:2
255:16 257:4,4
**saving** 206:23
**saw** 45:20
73:21 77:4,4,7
78:6 81:25
82:6 115:16
146:24 194:17
223:4,19
237:25 240:7
241:6,24 242:3
244:11 280:12
326:19,20
**saying** 75:10
97:6,9 147:25
148:15 158:14
195:5 202:18
204:11 205:20
206:10 208:25

209:3 210:8
211:23 212:6
213:20 214:8
217:13 218:13
218:17 221:13
222:2,18
242:11 248:6
249:6 250:11
251:18,20
267:2,8 279:12
299:17,21
**says** 77:16
79:15,15 81:18
94:11 165:10
177:10 178:10
179:21 190:1
196:17 203:2,3
210:24 215:3
215:11 217:16
217:16 221:15
244:8 248:2
256:6 258:22
258:23 260:5
261:17 262:12
262:23 263:18
265:15 266:16
270:2 271:14
271:23 289:16
293:11 296:13
297:19
**scary** 227:22
232:20
**scene** 269:18
**scenes** 313:5

schedule
  269:23
schexnailder
  3:4,6 4:7
schexnayder
  8:7,7 321:5,8
  321:14,16
  322:2,3 327:4
school  17:2
  21:8,9,12,16
  24:1,2,4,21
  27:5,6 28:18
  28:22 29:1,14
  29:15,25,25
  30:7,9 36:10
  37:7,8,10,11,13
  37:21 38:9,15
  38:21 43:19,19
  47:17 48:9,10
  48:12 52:19
  54:16 55:8,11
  55:16 60:18,21
  60:24,25 61:8
  61:11,13 62:1
  62:7 69:2,7,11
  69:15 103:23
  118:25 119:7
  234:3,4 235:9
  241:2 283:2
  293:7 294:14
  294:20 295:6
  301:17,25
  302:6 314:8
schooling  28:17

schools  21:20
  22:23 23:14
  25:10 325:2
schoolwork
  137:15
science  16:13
  35:13,16
scope  308:9
scot  313:9
scott  1:6
scratch  108:24
screaming
  205:10
screened  237:7
  237:9
screening
  237:20
screenshot  5:3
  5:5,7,9 42:15
  43:6 44:13,25
  73:14,21,25
  74:18 77:5,13
  78:5,16,18,18
  80:2,5,5 81:8
  81:11,12,25
  110:2,4 115:20
  122:19 174:10
  177:4 215:25
  231:6 240:5
  243:3 280:12
  323:2,3,5,10,12
  323:14,17
  324:24 325:17
  325:23

screenshots
  78:19 82:6
  175:16 216:6
  243:14 249:18
screenshotted
  110:15 174:19
scrolled  326:13
scrolling  326:1
sdj  1:3
seal  331:16
seale  38:22
search  233:16
searching  48:2
seat  64:3
  195:13
seated  10:19
seattle  118:6,7
second  24:2
  40:3 77:14
  108:25 110:22
  111:10,12,14
  112:20 116:20
  117:1 118:22
  119:10,16
  131:13 150:3
  188:10 204:1
  216:9 229:16
  268:21 277:4
  295:6 304:5,14
  310:13
secondary
  312:15
see  30:2,12
  59:8,12 73:16
  74:14,17

103:20 135:9
  140:1,2,20
  176:3 178:13
  182:11 184:24
  185:2 186:1,4
  186:6 189:8,11
  190:14 197:5
  215:15 217:17
  218:5 222:3,14
  222:18 224:3,9
  240:1 241:19
  241:25 242:20
  254:7 256:9
  260:7 261:17
  262:12,24
  263:20 265:10
  265:17,24
  266:18 267:15
  269:3 270:4
  271:24 293:12
  315:14,17
  317:12 326:11
seeing  60:20
  156:9 222:15
  224:2 225:22
  245:10,11
  273:21 280:15
  284:5
seek  57:5
  115:14 236:4
  236:11
seeking  238:22
seem  143:7
  166:25 168:23
  323:23

**seemed** 28:25
45:21 107:22
107:23,24
108:13,13
114:4 141:16
143:5,8 147:3
266:2 301:25
**seemingly**
313:8
**seems** 45:18
141:9 162:13
245:16
**seen** 42:11
73:14 135:12
224:24 241:9
241:12,15
243:7 259:19
259:23 273:13
274:20 302:17
302:22
**semester** 33:23
33:23 34:3,4
35:2,23 135:18
**send** 51:6 55:25
83:21 125:6
202:22 213:23
258:12 283:8
296:8 309:11
309:21 324:1
**sends** 55:25
**senior** 55:14,16
57:25 61:7
**sense** 49:8 99:5
99:6 100:1
151:16 183:15

183:20,21
196:24 216:22
224:6 276:9
**senses** 150:8
**sensing** 212:19
**sensitive**
289:17
**sent** 43:7 80:7
83:15 122:23
126:6 140:19
208:6 209:18
217:2,4,5
231:3 241:21
259:15 264:24
265:5 274:11
323:6,10
324:24 332:14
**sentence** 11:6
266:18,20,21
267:14,17
269:1,6 270:6
272:1
**separate** 17:1
126:22 323:13
**separately**
181:3,7
**september** 1:25
7:4 14:7,12,19
14:22 39:6
48:16,21 49:5
71:18 82:12
97:17,20 99:7
100:9,12,23
101:3 109:20
121:18,19,22

127:17 129:20
130:19 151:18
152:2,6,9,16
153:7,15,18
154:1,23 155:3
173:9 174:9
176:2,4,6,9
177:8 189:7
232:12 233:15
235:21 236:5
238:10 240:24
256:15,16
262:13,17,23
263:1,2,10,16
264:6 297:21
298:8 316:9
319:3 329:3
**serial** 81:20
**series** 71:11
94:1
**seriously**
313:14
**service** 132:14
133:5,21 134:4
134:24 135:1
135:17,23,24
136:7 138:10
157:15 239:19
263:14 322:15
**services** 132:16
132:22,24
135:9 159:8
269:8,8,10,16
269:21,22
284:24 285:2,7

288:11 289:1,7
289:11 295:18
331:10
**session** 295:21
**sessions** 29:17
239:5 283:7
284:12 295:20
**set** 181:21
293:9 331:4
**seth** 36:20
**setting** 9:20
30:2 32:14
302:3 308:1
**seven** 19:23
302:15 321:7
321:10,13
328:7
**seventeen**
176:19
**several** 311:24
326:3
**sex** 152:7,17
153:8 172:8,24
194:25 205:17
238:5,5 264:17
264:21 285:16
300:8
**sexual** 39:5
71:18 152:24
198:7 220:5
264:22 290:5
290:13,17,19
290:25 291:9
291:16 292:8
300:20,25

310:23 312:3
312:11 316:9
316:13 317:6
318:24 319:3
**sexually** 152:10
249:9,12 266:7
266:11
**shakes** 10:21
32:20 316:6
**shame** 144:13
145:14 215:2
220:11 288:8
**shameful** 215:2
**share** 81:20
87:25 102:14
**shared** 110:18
**sheet** 332:11
**shirt** 141:23
147:4 148:5
229:20
**shock** 183:22
191:22 192:16
**shoes** 182:19
**shop** 193:24
194:6,15,15
195:8 201:14
**short** 60:19
63:23 89:14
121:4
**shorter** 121:5
**shortly** 42:12
89:13 236:15
256:13 285:12
297:22 314:8

**shot** 154:6
178:20 179:6
**shots** 143:14,24
154:8,10
164:16 165:7
165:11 177:22
214:20
**shoulder** 150:2
**show** 102:22
134:20 242:23
258:19 330:21
**showed** 81:14
202:4 243:3
266:3
**shower** 184:8
195:23 196:2
**showered**
194:22
**showing** 243:11
**shows** 146:16
**shreveport**
15:22,24 18:8
18:13 20:4
24:1 26:16
36:2 37:1,2
38:8 58:8 60:3
60:20 117:15
128:11,13
282:19 284:3
284:17 285:24
295:11 296:4
319:9
**shut** 193:6
**siblings** 18:24
19:7

**sic** 117:24
236:23 330:19
**side** 146:23
147:12,19
**sides** 63:1
**sigma** 5:4 42:23
42:25 43:2,21
44:12,13 74:5
77:17 78:12
79:1,25 80:3
81:9 241:19
323:5
**sign** 328:18,20
332:12
**signal** 147:14
187:22
**signature**
330:23 331:16
331:22
**signed** 192:24
227:3 332:20
**significance**
270:15
**signing** 6:7
328:16
**silence** 251:10
**silly** 143:12
**silva** 14:11 39:3
39:4,9 40:19
45:3 48:19
49:2,8 50:1,10
50:15 51:1
65:13 71:16
74:24 77:8
80:20 81:22

84:18 86:10,17
87:12,21 88:4
90:21 91:9,10
91:20 92:8,8
93:21 94:12
95:15 100:18
100:22 101:2,9
103:9 106:2,4
107:16 109:3
110:13 113:4
114:14 117:2
119:17 120:13
121:10,24
132:5 133:20
155:12,25
158:21 167:4
167:23 173:20
174:1 177:1
196:15 212:18
223:10 235:23
240:2 241:1,7
248:2,15 249:6
249:16 250:4
251:19,23
267:22 268:16
272:3,7 274:8
277:22 291:1
298:7,11 310:3
310:8,15
311:25 312:2
314:8 315:6
316:3 319:6
320:10 323:7
323:19 325:11
326:17 327:20

**silva's** 92:7,13
92:21 95:1,9
96:12 159:11
173:8 247:23
323:3
**similar** 29:4
150:13 230:5
243:8 255:13
289:21,22
298:18
**similarly** 230:5
**simmons**
248:19 249:1,4
249:5 251:8,22
251:25 258:6
260:2,17
270:16 271:8,8
271:14,17
275:15
**simple** 124:23
**single** 173:15
**sister** 36:14,17
36:18 287:20
**sit** 38:1 41:3
42:10 86:18,21
86:22 88:8
91:18 105:4
157:1 193:16
224:19 225:14
247:20,22
248:1 255:19
**sitting** 23:2
38:4 44:15
45:4 46:18,21
61:20 64:19

76:5 100:10
104:13 106:10
110:16,20
123:18 125:18
159:24,25
194:21 195:2
233:25 236:2
242:3,22
280:20 281:1,5
290:8,9 292:11
299:6 305:20
306:22 307:4
307:11,25
315:8 322:21
324:11 326:10
326:24 327:2
328:2,13
**situation** 57:10
63:2 98:1
103:21,25
104:5 150:13
161:21 213:10
213:12 215:5
217:23 219:10
220:3,23
225:24 230:16
**situations**
99:11 287:6
**six** 27:21 28:1
154:12 164:16
165:17 321:10
**sixth** 20:13
**sketch** 15:10
**skewed** 151:16

**skills** 169:3
**skimmed**
262:11
**skip** 165:4
**skips** 192:6
265:8
**skylar** 44:6,12
44:19
**slamming**
150:18
**sleep** 29:23
59:5 144:16,23
144:24,25,25
145:1,25 146:8
147:7,15 151:1
161:23 162:7
162:21,23
168:17,22
169:5 170:17
170:22 180:25
181:2,6,6
186:16 206:20
207:5,12 214:5
**sleeping** 186:2
186:4
**slide** 102:22
**slow** 148:10
**slowly** 148:8,12
**sluggish** 148:22
149:6 188:8
**slurring** 166:7
**slut** 207:4
**small** 17:1
102:10 139:17
139:17 194:15

**smart** 48:7 90:9
100:1 221:22
**smear** 285:11
285:22 286:19
286:24 287:14
287:17,21
**smelled** 194:24
194:24
**smellin** 294:9
**smoked** 30:17
**smoking** 164:9
**snacks** 32:17
**snap** 230:19
**snapchat** 46:20
**sober** 146:1
203:6,10,19
204:12,24
**soccer** 319:8
**social** 13:25
45:18,22,24
46:5,9 48:5
49:2,7 50:6,10
50:16,22,25
51:7 52:2,8
64:6 76:13
86:10 91:3
103:16 115:11
115:17,19,23
119:25 120:1
169:25 170:3
233:14,16
239:24 240:1,2
241:7,10,13
**socializing**
291:18 292:9

socially 68:25
softening
 203:12
solid 20:25
 113:2
solutions
 332:23
somebody
 187:2 296:14
 308:16,16,17
 316:14 320:2
someone's 50:6
 135:21 157:10
somethin 294:9
somewhat 9:19
song 146:12
soon 217:2,5
 245:9 322:8
sophomore
 32:7,9 64:23
 155:14 171:24
 172:1
sorority 5:4
 42:20 43:3
 73:14 74:8
 77:17 78:5
 79:2 80:3 81:9
 115:18,21
 231:2,5 240:3
 241:20 280:12
sorry 22:1
 45:13 48:23
 49:16 57:20
 64:3 65:22
 73:20 77:25

79:3 80:15
83:2 95:6
98:11 117:24
126:4 128:18
128:19 134:17
136:1 155:2
167:9 171:21
175:11 176:3
176:20 180:16
190:24 195:21
210:3 213:17
227:5 235:11
237:8 248:11
254:4 257:23
258:4 260:20
260:22 264:9
280:13 291:3
297:18 301:2
306:2 309:14
310:12 311:9
311:14 312:21
317:8 320:8,11
sort 118:21
 322:15
sound 245:15
 245:21 262:20
 295:22
sounds 36:22
 128:25 143:12
 219:24 226:4
 228:2 231:1
 245:19 313:25
south 34:14
space 209:19

span 111:16
 173:2
speak 93:22
 95:17 96:2
 99:15 118:20
 174:3 223:4
 224:20 230:7
 290:10 323:23
 326:21
speaker 274:21
speaking 25:20
 36:9 52:21
 160:15 187:2
 269:5,7
spec 104:20
specialist 7:7
specific 15:20
 63:6 99:17
 103:21 104:20
 117:20 125:24
 132:5 291:12
 299:10 326:8
specifically
 26:6,7 27:9
 64:11 99:15
 292:1,14
 295:15 300:2
 325:3
specifics
 238:16 243:18
speculate 109:9
 141:20 156:3
 257:12 311:2
speculating
 188:19

speculation
 41:8 45:20
 109:5 153:23
 153:23 180:16
 285:10
speed 243:21
 247:4,6,7,16
spell 26:13
 53:11 117:23
 185:19,21
 236:18,22
spelling 330:16
spend 124:13
 140:4 168:16
 177:10 178:9
 178:10 186:9
spending
 127:22
spent 21:10
 127:16,21
 128:10 138:1
 173:7 214:21
spoke 169:16
 169:16 187:10
 226:3,25
spoken 72:2,4
 89:7 90:8
 274:8
spontaneous
 330:9
spot 311:4
spread 323:14
 323:19,22,24
spring 32:12
 34:4 35:2 91:9

171:22 295:1
317:20
**springs** 34:14
**squeaking** 64:4
**stadium** 136:18
**staff** 5:18
**stake** 103:25
**stakes** 104:5
**stamp** 180:15
**stamped**
151:24
**stamps** 176:15
**stand** 206:25
234:3 291:1
**standing**
147:21,22
**stands** 220:14
291:12 330:22
**start** 47:17
53:5 67:4
92:11 149:1
176:13 296:9
297:23
**started** 12:5
23:14 60:22
61:21 70:3
72:19,24 86:5
87:12 102:12
144:5 147:4,22
187:21 194:7
217:4 224:23
282:18 294:4
295:2 297:23
298:3

**starters** 322:9
**starting** 7:24
195:2
**starts** 176:6
177:7 189:6,10
**state** 1:7,17
3:13 7:13
13:18 25:17,24
26:5 45:9 95:6
96:8,8 155:20
210:20 281:8
301:22 330:3,7
331:2
**stated** 58:24
164:20 330:20
**statement** 5:11
111:18 125:16
125:19 218:24
249:3 251:12
252:12,18,20
252:23 253:16
253:17,25
254:12,18,20
254:22 255:3,5
255:13,20,24
256:6 258:8,13
266:16 275:25
278:15,17,19
278:22 312:9
**states** 1:1
**statute** 331:9
**stay** 81:22
84:11 105:22
127:14 144:8,9
144:15,22

145:2,20 146:2
155:23 157:1
166:24 167:2
168:18 170:22
181:5 195:4
225:19 229:22
230:1,3
**stayed** 24:23
41:1 127:11
193:11
**staying** 37:19
38:8 142:1
**stds** 237:7,9,23
281:23
**stenotype**
331:6
**stephanie**
18:16
**steps** 95:14
97:14
**stevie** 280:24
281:4
**stevie's** 280:25
**stick** 250:22
321:15
**sticker** 80:11
**stipulated** 6:3
**stipulation** 4:4
**stop** 10:10,14
11:13 60:24
139:23 150:22
150:22,23
179:24 184:12
188:3 266:4

**stopped** 60:22
61:21 128:17
129:9,11,16,22
130:10
**stopping**
150:14,24
310:8,15
**storage** 322:18
**stories** 323:18
**story** 245:3
270:8 327:20
**straight** 183:25
184:2,4
**strained** 289:9
**street** 1:22 2:5
2:11 3:5 17:10
18:14 31:1,2
34:15 39:25
**stress** 29:6,11
30:3 301:15,17
**stressed** 301:20
**structured**
118:24
**struggling**
282:9
**stuck** 200:25
**student** 40:10
43:11 44:6
70:20 98:1,7
98:22 99:8
102:9,11,13
103:1 104:8
118:12 130:21
131:11 152:16
152:18 153:8

158:9,23
243:22 247:9
271:2,3 281:2
290:3,12,16
291:14 302:7
310:5
**students** 47:18
48:9,15 62:8
69:10 95:14
97:15,19 98:9
98:16 104:19
108:7,11,12
119:2 131:25
136:19,20
170:9 291:18
292:10
**studied** 103:11
125:10,12
133:15 137:15
140:23,25
154:23 170:8
221:19 240:16
**studier** 263:25
**studies** 26:24
114:22
**studio** 24:7,9
36:9 55:23
**studios** 56:2
**study** 101:20
103:2,18 105:4
108:8 119:20
119:24 121:23
123:1,2,7,12
124:2 126:7
134:2 155:25

156:17 196:18
240:9,11
**studying**
102:12 103:6,7
103:9 104:1,14
106:2 108:21
111:13,20
142:11 160:8
161:15 180:21
263:23 264:2,7
264:11
**stuff** 92:16
**subject** 12:21
14:23 39:3
95:8 272:15
273:12 326:3
**subjects** 119:3
**subscribed**
334:14
**subscription**
322:14,23
**substance**
102:5,6
**substitute** 13:7
20:10,12 23:25
24:5
**succeed** 221:23
**successor** 52:3
**suffering**
282:12,12
284:9 285:9
**suggest** 190:7
199:18,20
228:18,23
231:20 232:1

234:2,7 247:1
255:2
**suggested** 55:4
111:9 141:11
141:18 197:15
199:19 200:18
201:17,19
212:16 234:9
243:16,17
247:6 282:25
296:11 300:4
305:5
**suggesting**
201:23 231:19
242:14
**suggestion** 55:6
197:25
**suggestions**
55:7 144:17
228:15
**suite** 2:5,16 3:5
**summarizing**
219:23
**summary**
295:18 296:13
301:5,11
**summer** 293:20
294:10 295:12
**summers** 18:7
19:4 39:2
**super** 209:11
**supervision**
331:7
**supervisors** 1:5
1:6,14 2:8

332:4 333:1
334:1
**supplement**
279:1
**supplemental**
309:21
**supplemented**
278:22,25
279:4,11,13
**support** 7:9
25:22,25 246:9
246:10
**supportive**
198:3
**supports** 95:12
**suppose** 87:2
88:19 96:1
311:6
**supposed** 27:14
191:10
**sure** 9:13 10:25
11:7 12:14
15:14 22:16
23:13 29:15,20
29:21 31:5
37:20 39:23,24
40:8,13,14
44:16 46:2
49:17 51:15
55:23 59:21
60:17 61:20
65:12 67:9
68:3 73:10
75:14 76:15
77:12 87:14,14

88:16 89:4
96:15 97:5
105:3,25
108:21 109:24
111:13 114:5
115:1,2 117:14
117:17,20,22
119:21,24
129:13 133:19
136:22 138:25
139:12 147:10
160:19 165:16
167:18 170:7
172:2 176:12
178:2 188:1
204:20 208:21
216:10 224:21
224:22 232:23
246:24 247:15
249:17 254:24
254:24 256:18
259:3 263:9
281:23 282:16
292:18 303:21
303:25 304:6,8
304:13,16,16
305:4 308:9
312:24 318:3
319:15 322:21
326:15
**surely** 148:24
148:24
**surprised**
243:12 248:6

**surrounding**
287:5
**swear** 8:14
**sweet** 147:3
207:10
**switch** 119:6
122:8
**switching**
122:6
**sworn** 8:17
331:4 334:14
**symptoms**
53:25,25 54:3
57:2 58:17,18
61:1 62:19
287:25
**system** 1:6,15
2:9 8:1,6 94:16
94:20,22,23
95:1,9,13
97:14 311:8

**t**

**t** 5:10 6:1,1
26:14 40:10,14
65:22,22
106:25 117:24
120:10,13,20
121:10 155:10
156:22 185:20
215:12,17,19
216:3,14
217:10,12
218:10,18,19
218:21 219:3
221:13 222:15

222:21,25
223:14 229:15
333:3,3
**t's** 221:14
**table** 11:20
104:14 105:7
105:16 106:1
142:21
**tac** 136:17
**take** 11:13,14
11:25 21:18,19
23:13 30:23
34:22 51:14
60:15 70:9
116:11 139:9
139:10 140:21
141:11,17
148:7,11,14
170:25 178:19
179:6 195:22
196:2 210:17
239:19 249:2
253:3 254:3
273:15 277:20
313:14 315:1,2
320:3
**taken** 1:14 6:4
9:21 30:19
31:11 51:22
52:21 60:14
71:3 116:15
171:3 182:21
230:20,22
253:11 274:25
304:19 313:15

315:23 321:23
331:3
**talk** 14:22
29:13,13 89:1
102:10 106:3,7
139:17,17
184:23 199:14
199:15 201:8
201:21 214:3
217:13 222:6
223:6 243:23
243:23 280:11
**talked** 64:6
89:10 115:1,2
174:7 193:23
212:15 224:14
226:22 287:4
289:10 323:1
325:13
**talking** 14:10
46:1 52:20
58:11 78:8
116:20 140:4
141:1,5 160:21
171:15 173:4,7
176:13 187:15
242:3 296:1
303:3 315:6
**talkovers**
330:12
**talks** 265:9
**tap** 24:13 37:25
**targeted**
100:18

taught 20:13
20:15 24:10
194:16 295:5
taylor 2:15
teach 24:16
35:12 37:24
38:15 48:10,12
teacher 20:17
70:13,16,18,20
teacher's
284:16
teaching 20:20
24:19 37:13,23
38:8,9 118:18
294:14,15
team 98:17
99:3
teams 159:3
tear 195:2
tech 5:13 16:3
16:21,23 17:3
17:20 20:3
22:22 26:2
38:23 39:6,13
40:10 41:23,24
42:6 43:11
63:18,20 77:10
82:19 93:23
94:17 95:13,14
95:17 96:5,11
97:1,14,15,18
99:9,18 100:19
102:9,11
103:23 104:9
108:6 117:10

117:12,15
121:8 130:22
136:18,20
152:15,16,18
153:8 158:1,2
159:3 170:9,11
173:4 185:11
200:9,15
222:17 228:24
229:11 231:8
231:11 238:7
239:2 246:20
248:14 257:9
258:21,24
260:10,12,14
269:8,9,16,21
270:22 271:16
271:18 272:2
272:15 275:15
276:8 280:5
281:2 290:3,5
290:12,16
291:15,22
292:5 293:21
293:22,22
310:9,16 311:3
311:11,17
312:2,6,25
313:21 314:15
314:23 315:7
317:2 319:18
tech's 108:7
technicality
28:11 312:13
312:21

technically
28:4,12 33:21
technique 56:6
tell 9:15,21
10:10,14 11:13
19:6,6 23:7
27:6 46:9 48:7
54:2,14 55:13
65:5 69:15
72:4 82:10
84:6,10 86:4
106:13 125:23
126:7,10,14,17
135:20 144:10
145:14,17
146:8 153:25
160:12 168:1
183:3 192:15
194:3 198:16
198:18 199:12
201:3 209:19
211:9 213:11
223:2,13 226:7
227:12 228:25
231:20 236:13
237:25 238:11
238:11 246:9
246:16 249:5
270:8 280:16
281:11 282:13
298:14 300:21
300:23 309:5
312:22 314:4
314:14 319:23
327:9 328:25

telling 238:8
245:3
tells 81:22
137:3 140:21
ten 54:23
tend 59:5,5
term 20:9,10
24:5 49:6
63:23
terminal 27:18
28:4,12,13
terminology
76:13
terms 12:21,23
13:13
test 133:14,16
133:22 189:10
191:5,7,10
testified 8:18
161:24 167:22
219:15
testify 331:4
testifying 9:16
9:22 10:1
testimony 9:25
11:7,10 52:14
53:1 84:15
171:14 174:24
241:5 269:19
325:15 331:3,5
332:9,18 334:8
tests 133:11
text 85:16 91:1
109:12,18,19
110:1,5,9,12,21

111:8 122:3,4
126:6 133:13
144:8 151:24
163:10 164:17
166:22 167:23
170:21 171:10
173:9,11,15
174:7,11,15,20
175:7,13 176:1
176:23,25
178:7 180:10
180:24 189:6
191:6 196:6
199:3,7 201:17
201:24 202:2
202:11,22
203:24 208:4,5
208:6 209:16
213:1 214:4
216:14,20,21
217:3,4,4,12,21
219:8 221:14
229:15 230:2
231:5 235:2
242:4 245:11
306:12
**texted** 143:15
144:21 145:1
151:25 184:15
190:18 201:22
267:19,22
306:23
**texting** 109:6
111:7 112:24
113:10 119:22

120:17 124:3
143:10,12
144:5 163:12
163:16 166:21
168:4 173:23
179:25 180:20
190:12 202:16
218:19 268:15
**texts** 180:2,5
185:8 196:7,10
196:17 216:3,5
229:15 309:23
**tfnlgroup.com**
2:6
**thank** 8:13
12:17 13:17
22:19 36:22
67:12 83:2
93:8 99:6
102:2 120:19
151:2 158:11
158:12 171:7
173:19 176:21
208:2,11 218:9
229:14 253:5
278:24 302:13
327:5,6
**thankfully**
23:15
**theatre** 37:10
294:14,19
**theirs** 32:23
**theme** 146:12
**therapist** 25:21
238:24,25

239:1 282:18
284:12,20
299:24
**therapy** 236:8
236:9,10
284:17 287:5
297:2,24 298:3
298:5 312:14
**thing** 11:3
38:21 48:8
57:15,16 123:9
138:15 143:21
169:6 182:2
219:20 227:5
246:19 257:1
258:12 286:9
289:6 318:13
**things** 15:20
21:5 28:13
29:23,24,25
52:20 56:6
59:7 62:21
68:1 97:8 98:7
102:10 109:25
111:23 115:8
123:21 139:3
141:23 145:18
146:19 194:7,8
210:18 224:25
228:5 238:7
256:16 268:20
280:14 284:14
285:17 288:14
298:5 300:15
311:1,3,5

325:6,7
**think** 14:18
16:15,25 17:11
23:3,20,24
25:3 28:11
29:1,4 31:15
32:23 34:13
39:15 41:7,10
41:20,25 44:15
44:16 45:13,24
47:18 54:8
55:13 56:17
57:8 58:7,20
59:17 60:23
62:12,20,21,24
62:25 63:13
64:20 65:23
66:18,25 68:1
72:17,17 73:4
73:7,10 75:3
75:14 76:5,5
76:10,18 77:9
77:10 78:21
80:6 83:11,12
86:14 87:15
90:18 98:1,8
100:10 104:3
104:15 105:3
105:19 107:21
108:19 109:5
109:24 111:17
111:18 112:10
114:3 118:6,6
118:8 122:9,17
123:15 124:1

125:21,24
130:9 131:9,11
131:23 132:25
133:12,14
136:12 137:7
137:10 138:6
138:17,17
139:13,18
140:18,18,19
141:1,19 142:5
142:17 143:14
143:18 144:5,6
145:13,17
147:13 148:2
149:13,20,22
151:16,21,23
153:22,25
154:3,11
155:10,19
156:1,3,6,8,15
157:11,11,11
157:13 159:16
159:21 160:6
160:11,15
161:24 162:16
163:4,24
164:10 167:22
168:3,5,21
169:1,4 170:11
171:25 172:14
172:19 174:23
174:24 177:22
177:25 179:14
179:19 180:22
181:22 182:3

182:20 183:9
183:19,20,21
183:23 184:21
185:14,15,16
185:24 186:7
188:9,9,16
191:22,22
192:3,16,17
194:5,9,18
195:5,17 196:5
198:1,19 199:7
199:10,12,23
200:20,23,24
201:7 202:3,4
202:4,6,12
203:11,11,12
203:15,19
204:3,7,10,16
205:8,12,12,14
206:20 208:12
209:20 211:8
211:22,23
212:9,24 213:9
213:16 214:9
214:25,25
215:3 218:5,7
219:3,5,16,18
220:17,18
221:13 224:9
225:11,12
227:23 228:20
229:9 232:12
240:22 242:4
243:12 244:16
246:23 247:7,8

247:12,24
248:5,8 249:8
249:10,21
251:7,9 255:4
255:4,11
256:15 257:12
259:7 264:23
267:2,7,8
271:2 272:16
280:15 282:9
287:9 292:25
293:1 295:23
300:15 301:18
302:2,8 311:23
312:14,19,23
313:10 314:17
314:24 319:11
319:23 320:8
321:2
**thinking** 99:21
99:22 104:4
107:25 128:20
143:21 146:14
150:20,20
166:1 169:3
171:21 191:20
195:3 202:18
204:4 207:1,9
209:13 211:6
211:19 212:22
228:3 237:16
268:22
**third** 24:3 40:4
40:4 119:10

**thirty** 19:13
**thought** 21:6,8
35:12,12,14
58:22 134:1
142:2 156:4
177:16,19,20
178:3 193:3
198:2,3,4
199:3 210:25
211:15 212:11
216:6 220:25
225:7 234:11
241:25 266:5
271:2 274:16
277:16 328:24
330:11
**thoughts** 56:24
**thread** 79:15
326:2
**threads** 47:5,8
52:3,12,14
**three** 19:13
154:12 164:16
192:7 209:16
246:14 258:21
280:1
**thrive** 62:22
**throw** 166:9
**thumb** 175:23
**thumbnail** 15:9
**tied** 314:11
**tight** 321:11
**tightness** 56:23
**till** 54:16
244:14

**time** 7:2,12,22
11:12 14:18
16:5 17:19
18:22 21:19
22:24 23:1,23
24:7,18,22
25:21 28:5
32:1,4,6 33:19
38:23 39:11
41:16 44:10
45:18,21,25,25
46:5,22 48:5
51:13,24 52:19
53:18,23 55:11
55:17,19 56:12
56:13 57:12,13
58:11 60:4,10
60:13,17,19,20
61:24 63:6,17
63:17 64:17,24
64:25 65:3,5
66:4,5,8,12
71:5,21 73:4
74:22 77:7
85:3 87:11
89:4,11,14,21
90:14 92:11
94:5 95:6
97:10,10 99:8
100:7 101:1,7
101:12,22
102:4 103:8
104:5,23 105:4
105:13 106:14
108:20,25

109:24 110:2,6
110:22 113:23
115:3 116:14
117:2 118:1
120:18 124:6
125:17,23,24
128:10,16
129:13 130:8
130:18 132:5,6
132:10,24
134:22,22
138:5 139:14
140:4 141:1
145:11,16
146:20 149:8
151:13,15,16
151:24 152:15
152:17 153:22
154:2,21,25
156:4,19 160:4
160:23 162:22
163:8 164:15
164:23 166:4
167:3,6 169:11
169:12,15
171:2,15 173:2
173:4,7 178:5
180:3,14
181:17 183:7,7
183:11,12,24
185:12,14,25
187:11,16
188:12 189:14
190:6,8,22
193:8 194:9

196:3 197:19
198:21 210:11
211:9 217:3,20
221:19 223:7
223:19 224:13
225:5 226:18
227:19 230:23
230:24,25
232:14 235:16
237:3 238:9,12
238:23 239:1,7
240:6,22 241:6
241:13 242:1,9
244:7 248:15
256:24 257:18
264:9,16 267:3
276:17 279:12
279:15 283:21
284:15 286:8
286:10 287:15
287:16 291:14
294:7 300:18
301:21,22
310:2,12 314:1
314:3,9 315:22
321:5,9,22
322:7 323:11
324:2 329:1
332:19
**timeframe**
332:8
**timeline** 29:14
138:24 148:4
262:20 292:17
301:12

**times** 19:2
54:15 62:22
70:10 127:21
127:25 151:25
152:20 153:8,9
153:10,21
172:8,9,24
191:24 203:8
204:13 223:1
223:12,20,22
223:23,23,24
223:25 224:20
282:25 286:11
311:24
**timestamped**
216:23
**tinder** 64:15,18
65:1,2,6,7,15
65:17 66:20,25
67:13,16,25
68:24 101:16
101:21 102:4,6
102:17 103:14
111:4 113:7
119:23 173:20
262:13 316:3
316:10,12,15
316:21
**tinder's** 316:17
316:20
**tips** 316:17,20
**tipsy** 206:2
**tissue** 151:10
**title** 93:11
95:22,23 96:25

97:2,3,4
246:19,21
247:2 269:21
**today** 10:1,23
11:6,9 24:14
38:1,4 41:3
42:10 44:16
67:13 86:19,21
86:22 88:8
91:18 157:1
193:16,16
255:19 279:19
319:17 322:5,7
323:1 325:14
326:24 327:1,2
327:17
**together** 43:15
55:21 66:9
72:15,16 80:7
102:12 103:2,4
103:6,18 105:4
110:23,25
112:22 128:7
142:11 158:24
159:1 170:4,8
192:1,3 193:13
194:1 230:1
242:3 255:13
255:20 256:2
314:10
**told** 28:22
41:19,21,24
42:5,10 54:10
125:2 134:21
139:19 165:17

167:23 192:17
193:3 195:14
195:21 198:19
199:5 203:7
204:5,8,13
205:16,21
208:16 210:5
221:19 226:2,3
226:9,20,20
232:5,8 238:4
246:7 247:17
249:14 267:10
267:19 268:12
272:5 282:21
282:21 283:19
313:3 314:22
324:7 327:19
327:22
**tolliver** 104:8
105:13 106:14
106:17 107:7
108:2 196:18
214:16 240:13
240:14,16
**tomorrow**
126:5
**tonight** 126:4
196:19 208:8
**took** 85:9 89:7
95:14 97:14
106:17 121:16
175:16 196:1
224:24 238:7
253:15 278:20
291:11 315:9,9

**toothbrush**
138:3
**top** 77:16 79:15
141:14 148:2,3
148:6 149:12
149:24 150:1
205:8 215:12
258:23 260:23
266:4,12,12
299:14 300:10
**topic** 11:23,25
117:9 292:7
**total** 154:10
214:12
**totally** 242:17
242:18
**touch** 24:23
105:22 155:23
157:2 193:11
229:22 230:1,3
234:15 239:11
**touched** 289:7
**touching**
107:15 112:6
**towards** 28:17
118:22 147:12
223:21
**tower** 248:20
**town** 18:5
**track** 58:10
277:20
**transcribed**
331:6
**transcript** 1:12
6:7 7:21 13:8

96:3,6,13
330:15 331:7,8
331:8,16 332:6
332:20 334:5,8
**transcription**
330:13
**transfer** 310:3
311:15,25
**transferred**
311:3,11,23
**transferring**
311:6
**transition**
63:13 239:16
239:20
**translate** 10:23
**trapped** 204:24
**trauma** 281:19
281:21 282:7
282:10,24
283:6 289:19
297:20 298:2
312:16
**traumas**
312:15
**traverse** 2:5
**treated** 283:22
**treatment**
238:23 281:12
281:16,20
282:6,14
283:15,15,24
284:1,8 285:8
285:18 288:13
288:17,25

289:4
**trial** 6:11
**tricky** 29:20
54:20,21 99:10
212:11
**tried** 127:8
141:19 223:5
239:18 266:5
287:8,8 312:2
**tries** 189:14
272:3
**triggered** 55:15
299:18
**triggering** 55:5
224:15
**triggers** 55:3
62:18
**trosly** 292:19
292:19 293:16
293:17,18,18
**true** 11:9 13:6
60:23 287:12
331:7 334:8
**trust** 288:8
311:8
**trusted** 168:21
168:22 247:12
300:5 313:3
**truth** 9:15,21
**try** 11:4 148:25
149:17 187:4
211:11,24
214:2,3,3
217:16 218:5
239:20 244:22

314:14 322:8
**trying** 45:13
48:6 75:18
138:22 147:14
148:7,11,12,14
148:15 163:17
163:20 173:14
185:14 186:24
187:22 191:23
192:4 203:14
203:23 210:17
210:21 211:9
211:12,22
212:24 213:1
214:9,18,22
215:4,5 217:13
217:22,25
218:23 219:4
220:22,22
237:15 288:4
293:6
**tuesday** 132:14
133:5 138:13
138:14 157:14
157:19 262:23
263:1,2,10
**tuesdays**
132:15
**turn** 214:8,8
**turned** 85:19
146:12,13,13
223:9
**turns** 162:24
162:25

**tutor** 119:2
**tutored** 294:16
**tv** 146:12,13
162:25
**tweet** 5:4,6
42:15 50:5
73:13,15,17,25
74:7,11,14,17
77:4,5 78:12
78:18,19 79:21
79:24 80:10
81:7,12,18
82:1,1 326:6,8
326:19
**tweeted** 73:18
73:25 74:15
80:19,23
**tweets** 83:7
325:17 326:9
326:16
**twenty** 14:4
19:21,23
**twice** 31:12
100:22 284:4
320:8
**twilight** 32:17
**twins** 19:14
**twitter** 46:12
46:22,25 47:2
47:4,4,5,13,15
52:12 74:24
76:10,11,16,24
76:24 77:2,3
83:13 84:14
85:6 323:2

325:14,15
326:1
**twitter's** 52:3
**two** 11:24 27:5
27:6,10 30:9
55:9,21 63:1
66:19 67:5,10
75:13,15,16,25
78:19 82:11
85:16 94:18
99:12,24
108:19 118:21
119:17 129:11
140:13 174:2
180:5 198:24
232:11 237:16
254:2 258:21
261:9,13,22
262:16 290:24
296:21 297:14
297:15 313:20
313:20 323:1
**twpdlaw.com**
2:18
**type** 29:23 63:1
86:12 115:25
123:9 164:13
169:19 219:20
254:18 255:2
255:13 257:1
291:24
**typed** 202:7
253:20 255:23
275:25

**types** 31:8,8
**typewritten**
  252:20,23
  253:25
**typical** 263:22
**typically** 25:3
  126:14 157:14
  165:4,8

**u**

**u** 6:1 65:22,22
  118:2 155:10
**uber** 168:19,25
**ugh** 149:5
**uh** 11:3,3 19:1
  23:19 25:1
  27:17,20 30:5
  31:20 42:13
  49:18 56:10
  60:12 67:3
  74:25 75:7
  98:4,10,18,21
  98:25 99:14
  100:3 108:4
  110:19,19
  117:16 128:24
  139:8 140:3,12
  144:20 147:8
  147:16 162:6
  166:7 168:14
  191:8 192:23
  193:16,21,25
  194:12,20,23
  195:20 197:4,4
  199:9 200:14
  201:2,5,11

203:22 209:17
209:25 218:14
220:16 221:16
221:25 222:4
224:5,11,17
225:16,21
227:21 228:8
229:8 231:4
232:21 240:19
243:4,15
244:20 246:22
247:5,11,14
248:13,22
252:6 259:16
261:11 264:12
276:11 277:11
277:15 278:14
278:16 281:24
282:20 285:15
287:3 290:20
290:22 297:25
299:3,5,12,20
299:25 300:6,9
300:13 305:3
312:18 314:13
315:1 317:24
**uhs** 11:3
**ul** 94:15,23,25
  95:9,13 97:14
  311:18
**ull** 92:4,6,12,20
  93:18 94:12,17
  95:14 97:14
  290:14 310:3
  312:25

**uls** 8:10,12
  274:12
**un** 242:18
**unable** 12:8,10
  12:11
**uncomfortable**
  161:20 178:14
  210:5,9,11
  213:5 221:21
  222:9
**uncovered**
  91:15
**under** 47:10
  80:19 97:3
  141:23 147:4
  148:5 152:25
  310:4 317:10
  331:6
**undergrad**
  22:21 24:24
  28:22,24 29:5
  35:13 122:11
  302:3
**undergraduate**
  21:13,14
**understand**
  9:17,20,25
  10:9,11,15
  13:14 49:15
  73:16 75:19
  76:14 213:17
  221:11 222:1
  271:1 324:25
**understanding**
  11:9 12:14

26:6 33:9
60:15 65:4
75:1 78:11
80:18 84:15
96:10 245:17
245:20 255:5
270:21 331:7
**understood**
  10:16 52:13
  318:20
**undressed**
  142:17,18
  188:22
**uneasy** 159:11
  161:20
**unfortunately**
  83:4
**unidentified**
  274:21
**unit** 236:14,25
  238:22 281:23
**united** 1:1
  132:18
**universities**
  25:17 71:17
  86:18 88:4
  94:18
**university** 1:5,7
  1:15 2:8 5:13
  8:1,6 16:3 18:5
  18:5 23:23
  25:11,12,13,23
  26:19,21 27:4
  29:16 30:2
  33:15 34:6,8

| | | | |
|---|---|---|---|
| 39:6 63:18,21 | **upset** 195:11 | **vaping** 164:6,7 | 81:22 84:18 |
| 92:4 93:23 | 206:8,10 | **variation** 13:25 | 86:10 87:11,21 |
| 94:18,19 95:13 | 249:22 | **varied** 135:5 | 90:21 91:19 |
| 97:18 98:8,12 | **urgency** 183:15 | **verbal** 166:19 | 92:8 114:14 |
| 98:14,19 99:9 | **usa** 319:17 | 166:22,25 | 235:23 247:23 |
| 100:20 102:8 | 327:17 | **verbally** 97:6 | 248:2 249:6 |
| 114:3 117:10 | **use** 6:11 11:5 | 306:6 | 250:4 277:22 |
| 117:12 152:16 | 13:16 53:4 | **verified** 330:17 | 290:25 314:7 |
| 169:23 173:5 | 67:13 76:12 | **verify** 332:9 | 319:6 320:10 |
| 200:16 231:8 | 219:16 227:20 | **veritext** 7:10 | 323:7,18 |
| 240:23 248:24 | 227:24 235:21 | 332:14,23 | 325:11 326:17 |
| 249:15 251:16 | 235:22,22 | **veritext.com.** | 327:20 |
| 258:21,24 | 239:22 253:7 | 332:15 | **victorian** 26:24 |
| 283:25 284:25 | **used** 13:6 30:15 | **vernacular** | **video** 7:2,7,15 |
| 285:4,5,7 | 52:24 64:14,17 | 11:4 | 7:18 10:22 |
| 288:12 289:1 | 65:1,3 68:8,20 | **versa** 303:24 | **videographer** |
| 290:4,5,13,17 | 68:24 82:1,7 | **version** 216:5 | 3:9 7:1,8 8:13 |
| 291:15,22 | 227:19 330:11 | 257:9,14 259:3 | 51:20,23 71:1 |
| 292:5 294:3 | 330:19 332:20 | 259:8,18,20 | 71:4 116:13,16 |
| 295:3 301:7 | **using** 13:12,12 | 273:10 | 171:1,4 253:2 |
| 313:21 314:23 | 53:16,22 187:1 | **versus** 1:4 | 253:5,9,12 |
| 315:7 | 205:17,23 | 212:12 | 274:23 275:1 |
| **unprotected** | 314:7 | **vice** 303:23 | 304:17,20 |
| 238:5 | **usually** 99:25 | **victim** 198:7 | 315:21,24 |
| **unrelated** | **utilize** 12:25 | 300:20,25 | 321:20,24 |
| 242:17 300:14 | 269:12 | **victims** 81:21 | 328:15,19 |
| **unsafe** 99:17 | **utilizing** 13:25 | 84:18 87:11,21 | **videotaped** |
| **unsure** 40:24 | **v** | 90:21 244:19 | 1:12 |
| **unthinkable** | | **victor** 14:10 | **violate** 13:13 |
| 225:12,20 | **v** 332:4 333:1 | 39:3,4,9 40:19 | **violent** 266:7,7 |
| **untrained** | 334:1 | 45:3 48:18 | 266:9,10,11 |
| 109:24 | **vague** 184:24 | 49:2,7,25 | **viral** 323:14 |
| **upcoming** | **valid** 331:15 | 50:10,15 65:13 | **virtually** 20:20 |
| 301:6,16 | **values** 129:25 | 71:16 74:24 | **visibly** 195:11 |
| | 130:1,4 | 77:6,8 80:20 | |

visit 31:22
visited 284:3
voice 82:17
volume 146:14
  162:25 318:23
  319:1
volunteer
  113:16
volunteers
  43:13

**w**

w 58:6
wages 295:13
  295:15
wait 22:10,17
  150:8 155:2
  181:9 197:6
  232:2 251:9,10
  251:11 312:22
waited 197:8
waiting 83:4
  248:7,17 250:7
  251:2
waived 6:8
wake 181:14,14
  181:17,19
  182:10 183:1
  192:2
waking 204:23
walk 11:8,9
  15:5 139:10,11
  140:1 159:19
walked 139:13
  159:24 193:24
  194:16 223:5

walking 146:22
  146:24 165:25
  223:20 319:18
walnut 34:14
want 11:7
  12:14 13:15,15
  14:24 21:6,8
  24:6 34:2 35:3
  48:2,3 60:5,9,9
  81:20 82:17
  109:8 116:11
  131:12,25
  132:2 141:20
  144:19 148:9
  149:18 150:9
  156:11 161:3,7
  168:25 179:6
  179:21 187:22
  196:18 199:14
  199:23,25
  201:8,9,21
  202:6 203:3,8
  203:16,16,25
  204:14,20
  206:19 207:18
  209:9,10 212:3
  213:11,13,16
  223:23 229:17
  234:14 244:23
  244:23 254:23
  254:25 269:18
  269:20 274:9
  277:8 278:9
  281:15 283:5
  290:24 291:1

292:15 297:22
  304:13 312:8,9
  316:24 321:17
  321:18 328:16
wanted 21:6
  141:11,17
  167:19 191:16
  198:21 199:10
  199:11 203:12
  204:25 206:20
  208:16 211:1
  213:12 214:5
  240:20 245:6
  254:23,24
  263:9 264:17
  264:19 269:20
  298:5
wanting 147:6
  147:6 178:17
  264:17
wants 221:18
  221:22
warn 106:7
warning 45:22
  46:6
warns 75:5
watch 146:16
watched 32:17
  150:2
way 10:24
  28:25 29:18
  40:10 98:16
  103:11,14
  112:17 115:14
  127:4 139:22

154:1 177:24
  186:6 190:11
  199:6 200:24
  205:12 210:4
  219:9 220:8,20
  221:21 222:3
  223:9 224:7,7
  225:25 228:13
  230:16 234:3
  235:22 244:13
  252:11 266:10
  297:11 313:2
  317:14 318:24
  319:4,6
ways 23:20
  29:19 118:16
  239:6 302:4,7
we've 135:12
  188:10 213:18
  214:11 229:17
  248:4 250:1
  268:15 289:10
  322:7
wednesday
  133:8,9 152:4
  152:6 177:7
  263:16
week 30:9 73:5
  85:1 89:15,17
  108:22 119:2
  135:6,6 232:11
  232:11
weeks 232:14
weep 299:19

weepy 59:6
weight 149:11
  149:23 266:4
  266:12
weird 146:15
  224:3 244:13
  300:11 318:12
  318:18
welcome 13:16
wellons 2:15
went 26:7
  31:21,22 41:21
  42:8 52:1 57:8
  83:25 99:11
  116:19 117:15
  119:2 125:12
  127:3 128:7
  132:21 137:7
  138:15 139:16
  142:18 145:3
  145:23 146:5
  148:13 150:25
  162:23 166:5
  168:11 180:4,4
  180:24 181:23
  184:2 186:15
  194:2 207:5,9
  210:25 223:8
  227:2,4 230:8
  230:8 232:14
  236:14,24
  239:3,5,13,15
  253:18 262:16
  263:14 268:1
  275:21 281:22

283:24 284:2
286:10,23
287:9,10,13
295:20 304:23
323:14
wesley 132:15
  132:16,18
  134:4,24 135:4
  135:10,13
  137:5 138:19
  139:1 159:7
  170:1 192:22
  192:24 193:13
  197:20,23
  226:10 238:18
  242:20 317:1
  317:19,21
west 3:5
whatsoever
  86:23
when's 41:16
  74:21
whiskey 143:14
  143:24 154:8
  154:13,18,19
  164:16 165:7
  165:11 177:22
whoa 145:9
  166:2
wilkes 3:4
willing 270:8
willis 285:24
withdrawn
  314:8

withdrew
  314:23,24
withheld 96:3,6
  96:12
witness 6:7
  8:15 22:1,4
  57:20,23 71:14
  90:5 109:10
  153:4 167:9,15
  167:18 176:19
  261:3 274:7
  279:23 301:2
  302:12 314:16
  316:6 321:4
  327:6 330:20
  332:8,10,12,19
woke 182:1
  188:21
woman 130:9
women 43:9
  45:21 71:15,19
  71:21,22,25
  72:2,8,10,12,13
  86:7,8,17,20,23
  87:6,10,17
  88:3,9,24 89:5
  99:10 130:7
  197:1 286:20
wonder 150:5
wondering
  279:11
word 45:23
  46:6 75:5
  187:24 195:17
  195:18 199:13

200:19,22
212:20 219:17
225:18 227:20
227:22 232:19
257:4,20 315:9
330:20
wording
  199:23
words 166:7
  195:16 252:13
  289:20,21,22
  289:25 314:5
  330:14,16
work 36:11
  37:5 60:9,9
  292:21 293:18
  293:21 295:11
worked 20:9,10
  24:7 35:14
  36:8 119:3
  294:10,13
  308:16
working 37:3
  69:16 104:17
  107:2 293:21
world 56:2
  319:12
worms 48:3
  246:8
worried 209:22
  221:7 228:11
  252:12
worse 265:16
  266:1

would've  97:6
wound  26:19
  283:8
write  252:9
  262:8 289:23
  301:11 318:15
writing  306:5,8
  318:12
writings  309:23
written  254:22
  258:7,13
  307:21,24,25
  319:16
wrong  32:12
  34:15 56:18,19
  59:20 61:19
  76:13 108:19
  210:25
wrongly  268:22
wrote  252:12
  252:13,19
  316:23 317:24
  318:20 319:1
wyly  248:20

**x**

x  4:1 52:4,6

**y**

y  59:19,19,20
  117:24 185:20
  236:23
y'all  40:23
  85:25 101:12
  101:22 103:4,6
  104:10,10,23

105:12 106:13
106:23 110:23
111:10,25
112:20 117:1,2
125:9 156:16
158:17,23
159:1 160:7
161:16 172:4
173:22 174:3
185:1 193:19
198:15 222:7
250:13,17,17
264:6,14
271:15,17,18
279:1 296:18
296:20 304:25
304:25
yeah  17:5 21:2
21:4,13,18
23:2 25:15
29:7,22 32:7
32:23 35:8,21
41:15 42:1,9
43:7,19 44:15
46:18,19,21
47:19 48:4,6
48:15 51:17
56:20 59:7
61:4 62:4 65:4
65:12 66:25
69:8 74:13
76:11 83:23
89:5 96:17
100:4,11 101:8
101:11 102:11

102:21,21
104:1,5,18,22
105:2,17,17
108:13,15,21
109:10 110:20
111:13,24
115:1 117:17
118:11 120:1,4
120:4,15
122:17 123:1
123:18,20
124:1,20 126:3
126:3,25
127:12 128:10
129:11,21,25
130:6 134:1,18
134:21 138:7
139:20 141:6
141:19 142:7,8
144:24 146:16
147:23 148:22
150:19,24
151:4 152:1
154:16,18
155:6 156:6,8
156:10,12,15
160:1,22 162:8
162:16 165:12
166:23 167:1
168:5 169:4,17
170:12 172:1
175:3 179:2,9
179:12 180:8
180:17,18,19
182:8 192:4

193:8 195:22
200:22 202:14
204:3 209:21
211:25 213:15
215:1,2,5
218:1 226:24
227:24 228:3
233:11,11
239:6,12
240:14,20
243:5 251:11
251:13 254:24
256:16 257:12
261:3 263:25
267:12,23
268:20 269:17
274:2 277:16
279:8 280:14
280:17 285:19
286:11 287:12
289:8,14,21,24
289:25 290:2,9
290:23 294:10
294:13 295:10
296:10 297:22
299:10 300:17
301:13,14
302:1,6 303:16
304:10 308:21
311:9,9 312:21
318:3,19
319:13,14
321:20 323:24
324:12 326:7
326:23 328:13

328:24
**year** 15:23 16:1
20:6,8,9 21:11
23:13 31:15
32:7,8,8,9
33:17,24 53:20
55:14,16,18
56:3 57:25,25
58:1 61:7 63:7
63:8,12,20
64:21,23 69:4
70:4 75:13,15
75:16,25 81:19
100:8,12,14,15
114:3 119:5,10
129:11 135:18
135:18 155:14
171:23,24
172:1 239:3,14
239:18 269:24
277:6 278:7
294:4,5,14,17
294:22 295:6
295:23 305:16
317:19 319:12
**yearly** 56:5
**years** 14:20
15:2,10 16:7
17:23 21:15
27:5,6,10,21
28:1 31:21
75:9 82:11
155:14 261:13
296:21

**yell** 188:5
**yep** 96:21
217:9 218:16
**yikes** 179:10,18
179:19
**yolanda** 1:16
3:12 7:10
10:18 330:2,24
331:2,22
**young** 75:2
119:9
**youngest** 18:4

**z**

**z** 65:22 118:2
**zone** 32:17
**zucco** 117:13
118:2

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.