# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

JANE DOE,

        Plaintiff,

v.

BOARD OF SUPERVISORS OF THE
UNIVERSITY OF LOUISIANA SYSTEM,
et al

        Defendants.

No. 3:22-cv-00338-BAJ-SDJ

Hon. Brian A. Jackson
Hon. Scott D. Johnson

---

**MOTION FOR EXPEDITED CONSIDERATION OF
PLAINTIFF'S MOTION FOR A PROTECTIVE ORDER TO
QUASH DEFENDANT BOARD OF SUPERVISORS OF THE LOUISIANA
SYSTEM'S SUBPOENA FOR DEPOSITION TO THIRD PARTY KAYLA ALVAREZ**

---

Plaintiff Jane Doe, by and through her undersigned attorneys, respectfully submits this Motion for Expedited Consideration of Plaintiff's Motion for a Protective Order to Quash Defendant Board of Supervisors of the Louisiana System's ("ULS") Subpoena for Deposition to Third Party Kayla Alvarez ("Kayla"). (R. Doc. 82.) In support of her Motion, Ms. Doe states as follows:

1. Kayla is a young adult who is only a few years out of college and is not represented by legal counsel.

2. Plaintiff identified Kayla as a material witness in her Complaint, and ULS identified Kayla in its Rule 26(a) Disclosures.

3. ULS waited until the end of the discovery period, which had already been extended once, to attempt to serve a subpoena for deposition on Kayla.

4. On Thursday, November 2, 2023, ULS provided Plaintiff's counsel its Proof of Service of the subpoena for deposition to Kayla. Plaintiff learned that ULS did not tender a

1

witness fee with the subpoena and that ULS served its subpoena on November 1, only nine days prior to the date set for Kayla's deposition, November 10.

5. Plaintiff objected to the subpoena and requested a meet and confer with ULS counsel.

6. On the afternoon of Friday, November 3, 2023, the parties conferred regarding ULS's subpoena for deposition to Kayla. Plaintiff's counsel expressed concern regarding the fact that Kayla is a young adult just a few years out of college and not represented by counsel and stated that the subpoena did not comply with Rule 45; Plaintiff did not agree to third-party discovery that failed to comply with legal authority, rules, and requirements; and Plaintiff intended to file for a protective order.

7. ULS refused to withdraw the subpoena and intends to go forward with Kayla's deposition on November 10.

8. Today, Monday, November 4, 2023, Plaintiff filed for a Motion for a Protective Order to Quash ULS's Subpoena for Deposition to Kayla, pursuant to Federal Rule of Civil Procedure 26(c). (R. Doc. 82.)

9. Plaintiff respectfully requests this Court's expedited consideration of the Motion because ULS intends to depose Kayla on Friday, November 10, 2023.

WHEREFORE, Plaintiff Jane Doe requests that this Honorable Court enter the attached Proposed Order GRANTING her Motion for Expedited Consideration of Plaintiff's Motion for a Protective Order to Quash Defendant Board of Supervisors of the Louisiana System's Subpoena for Deposition to Third Party Kayla Alvarez.

Dated: November 6, 2023                                    Respectfully submitted,


/s/ Monica H. Beck                                         /s/ J. Lane Ewing, Jr.
**THE FIERBERG NATIONAL**                                  **CAZAYOUX EWING LAW FIRM**
**LAW GROUP, PLLC**                                        Donald J. Cazayoux, Jr. (LBN 20742)
Monica H. Beck*                                            J. Lane Ewing, Jr. (LBN 29854)
Bailor Bell*                                               257 Maximilian Street
201 E. 17th Street, Suite A                                Baton Rouge, LA 70802
Traverse City, MI 49684                                    Telephone: (225) 650-7400
Telephone: (231) 933-0180                                  Facsimile: (225) 650-7401
Facsimile: (231) 252-8100                                  Email: don@cazayouxewing.com
Email: mbeck@tfnlgroup.com                                 Email: lane@cazayouxewing.com
Email: bbell@tfnlgroup.com
*Admitted pro hac vice*

*Attorneys for Plaintiff Jane Doe*


### CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2023, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                           /s/ Monica H. Beck