UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 3:22-cv-00338-BAJ-SDJ** |
| **BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; and LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT** | **JUDGE BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE: SCOTT D. JOHNSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF INTENT TO SERVE SUBPOENA**

**PLEASE TAKE NOTICE** that, pursuant to Rule 45(b)(1) of the Federal Rules of Civil Procedure, Defendant, BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM (hereinafter referred to as "ULS"), through undersigned counsel, intends to serve a subpoena upon the following in the form attached hereto as Notice of Records Deposition commanding the production of the documents listed therein:

> Kayla Alvarez
> 1118 Melpomene Street
> New Orleans, LA 70130

1

Respectfully submitted,

**JEFF LANDRY**
**Attorney General**

By:   <u>s/Catherine S. Giering</u>
       Andrew Blanchfield, T.A. (#16812)
       Email: ablanchfield@keoghcox.com
       Catherine S. Giering (#26495)
       Email: cgiering@keoghcox.com
       Special Assistant Attorneys General
       Post Office Box 1151
       Baton Rouge, Louisiana 70821
       Telephone:  (225) 383-3796
       Facsimile:  (225) 343-9612
       *Counsel for the Board of Supervisors of the University of Louisiana System*

-and-

**DECUIR, CLARK & ADAMS, L.L.P.**

<u>s/ Brandon J. DeCuir</u>
Brandon J. DeCuir (#28014)
Linda Law Clark (#22305)
Monica Gant Moton (#27222)
732 North Boulevard
Baton Rouge, La 70802
Tel: 225.346.8716
Fax: 225.336.1950
*Counsel for the Board of Supervisors of the University of Louisiana System*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

    Baton Rouge, Louisiana, this 14th day of November, 2023.

                           <u>s/Catherine S. Giering</u>
                           CATHERINE S. GIERING