UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | CIVIL ACTION |
| VERSUS | |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL. | NO. 22-00338-BAJ-SDJ |

### ORDER

**IT IS ORDERED** that Defendants' **Motion For Evidentiary Ruling Regarding Clergyman Privilege (Doc. 100)** be and is hereby **REFERRED** to the Magistrate Judge.

Baton Rouge, Louisiana, this 11th day of December, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**