UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | : |
| VERSUS | : CIVIL ACTION NO.: 3:22-CV-00338-BAJ-SDJ |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL. | : JUDGE JACKSON, MAG. JUDGE JOHNSON |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### MOTION TO SUBSTITUTE DOC #120-2 LCG's REPLY BRIEF ON MOTION TO COMPEL

NOW INTO COURT, through undersigned counsel, comes defendant, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG"), who moves to withdraw and substitute its Reply to Plaintiff's Opposition of the Motion to Compel Evasive or Incomplete Responses to LCG's Second Request for Production of Documents and to Compel Supplemental Deposition of Plaintiff (Doc. 120-2).

Defendant mistakenly stated that they possess no text messages between plaintiff and Kenneth Jacoby. This statement has been removed from the Reply brief. Defendant further clarifies, in its proposed Reply brief, the messages that were not produced prior to Richard's deposition.

For the foregoing reasons, defendant respectfully requests that this Honorable Court enter an order substituting the modified Reply brief attached to this filing, in lieu of the original Doc. 120-2.

BORNE, WILKES & RABALAIS, L.L.C.

BY:       S/Joy C. Rabalais
JOY C. RABALAIS (26476), T.A.
JORDAN JOHN HENAGAN (36206)
GRANT R. SCHEXNAILDER (40040)
K. ELIZABETH HEINEN (24452)
HUNTER B. AHIA (40251)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 232
Facsimile: (337) 232-1837
E-mail: rabalais@bornewilkes.com

ATTORNEYS FOR LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT

CERTIFICATE

I HEREBY CERTIFY that on January 19, 2024 a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

S/Joy C. Rabalais
JOY C. RABALAIS (Bar Roll #26476)
BORNE, WILKES & RABALAIS, L.L.C.
Attorney for Defendant