UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | CIVIL ACTION |
| VERSUS | |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL. | NO. 22-00338-BAJ-SDJ |

ORDER

**IT IS ORDERED** that Defendants' **Motion To Substitute R. Docs. 117, 117-2, 117-4 And 117-6 Regarding Defendants' Supplemental Memorandum In Support Of Motion For Evidentiary Ruling Regarding Clergyman Privilege (Doc. 119)** be and is hereby **GRANTED**. The Clerk of Court shall substitute Defendants' proposed corrected Supplemental Memorandum in Support of Motion for Evidentiary Ruling Regarding Clergyman Privilege (Doc. 119-3) and Exhibits "B", "D", and "F" (Docs. 119-4, 119-5, and 119-6) thereto in place of the original Memorandum and in place of the original Exhibits "B", "D", and "F."

Baton Rouge, Louisiana, this 22nd day of January, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA