**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**JANE DOE**                                                    **CIVIL ACTION**

**VERSUS**                                                      **NO.:  3:22-cv-00338-BAJ-SDJ**

**BOARD OF SUPERVISORS OF THE**
**UNIVERSITY OF LOUISIANA SYSTEM;**          **JUDGE BRIAN A. JACKSON**
**BOARD OF SUPERVISORS OF LOUISIANA**
**STATE UNIVERSITY AND AGRICULTURAL**        **MAGISTRATE JUDGE:**
**AND MECHANICAL COLLEGE; and**              **SCOTT D. JOHNSON**
**LAFAYETTE CITY-PARISH**
**CONSOLIDATED GOVERNMENT**
**********************************************************************************

## MOTION *IN LIMINE* AND *DAUBERT* MOTION TO EXCLUDE OR LIMIT TESTIMONY OF PLAINTIFF'S EXPERT WITNESS JULIE MEDLIN

Defendant, the Board of Supervisors of University of Louisiana System ("ULS"), moves the Court to exclude or limit the testimony of Plaintiff's expert witness Julie Medlin.  The proposed expert evidence does not meet the standards of Federal Rule of Evidence 702 as applied by *Daubert* and should be excluded.  Additional grounds for exclusion under Federal Code of Civil Procedure Rules 26 and 37 are also presented.

For the reasons set forth in ULS's Memorandum in Support of *Motion in Limine* and *Daubert* Motion to Exclude or Limit Testimony of Plaintiff's Expert Witness Julie Medlin and as supported by the referenced exhibits, ULS respectfully requests that this motion be granted and that this Court issue an order excluding or limiting the testimony of Plaintiff's expert Julie Medlin.

*(Signatures on Following Page)*

**LIZ MURRILL**
**Attorney General**

By:    s/Andrew Blanchfield
         Andrew Blanchfield, T.A. (#16812)
         Email: ablanchfield@keoghcox.com
         Catherine S. Giering (#26495)
         Email: cgiering@keoghcox.com
         Special Assistant Attorneys General
         Post Office Box 1151
         Baton Rouge, Louisiana 70821
         Telephone:  (225) 383-3796
         Facsimile:  (225) 343-9612
         *Counsel for the Board of Supervisors of the*
         *University of Louisiana System*

         *-and-*

         **DECUIR, CLARK & ADAMS, L.L.P.**

         s/ Brandon J. DeCuir
         Brandon J. DeCuir (#28014)
         Corey L. Pierce (#24601)
         Linda Law Clark (#22305)
         Monica Gant Moton (#27222)
         732 North Boulevard
         Baton Rouge, La 70802
         Tel: 225.346.8716
         Fax: 225.336.1950
         *Counsel for the Board of Supervisors of the*
         *University of Louisiana System*

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that the above and foregoing has been served this day upon all known counsel of record by electronic transmission.

Baton Rouge, Louisiana, this 31st day of May, 2024.


                <u>      s/Andrew Blanchfield     </u>
                ANDREW BLANCHFIELD
                CATHERINE S. GIERING