UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | CIVIL ACTION |
| VERSUS | |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL. | NO. 22-00338-BAJ-SDJ |

## ORDER

Considering Defendants' several **Motions For Leave To File Reply Memorandum In Support of Motion In Limine** (Docs. 175-179, the "Motions"),

**IT IS ORDERED** that the Motions be and are hereby **GRANTED**. The Clerk of Court shall file Defendants' proposed Replies and related exhibit(s) into the record as separate docket entries.

Baton Rouge, Louisiana, this 9th day of July, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA