UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | : |
| | |
| VERSUS | : CIVIL ACTION NO.: 3:22-CV-00338-BAJ-SDJ |
| | |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL. | : JUDGE JACKSON, MAG. JUDGE JOHNSON |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

NOW INTO COURT, through undersigned counsel, comes Plaintiff, JANE DOE, Defendant, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG"), and Defendant, BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM ("ULS"), who jointly move to amend the Scheduling Order pursuant to Rec. Doc. 213.

Counsel was unclear whether the remaining Motions in Limine were to be set for the January 16, 2025 hearing date. If such was the intention of the Court, all parties agree to the Court setting a non-Daubert Motion in Limine deadline. Otherwise, the parties propose January 27 as the deadline to file non-Daubert Motions in Limine, as provided below.

- Deadline to file pre-trial order:    **December 20, 2024**
- Deadline to file Non-Daubert Motions in Limine:    **January 27, 2024**

- Deadline to file and affidavit of settlement efforts:    **February 10, 2025**

- Pre-trial conference date:  **TBD**

- Deadline to submit joint jury instructions, voire dire, verdict forms, and trial briefs to the presiding judge:   **TBD**

All parties to this motion respectfully request that this Honorable Court enter an order granting their Joint Motion to Amend the Scheduling Order.

        Respectfully submitted,

        **BORNE, WILKES & RABALAIS, L.L.C.**

BY:    S/Joy C. Rabalais

JOY C. RABALAIS (26476), T.A.
JORDAN JOHN HENAGAN (36206)
GRANT R. SCHEXNAILDER (40040)
K. ELIZABETH HEINEN (24452)
HUNTER B. AHIA (40251)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 232
Facsimile: (337) 232-1837
E-mail: rabalais@bornewilkes.com

ATTORNEYS FOR LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT

                **LIZ MURRILL**
                **ATTORNEY GENERAL**

BY:   <u>s/ Andrew Blanchfield</u>
        Andrew Blanchfield, T.A. (#16812)
        Email: ablanchfield@keoghcox.com
        Catherine S. Giering (#26495)
        Email: cgiering@keoghcox.com
        Special Assistant Attorneys General
        Post Office Box 1151
        Baton Rouge, Louisiana 70821
        Telephone: (225) 383-3796
        Facsimile: (225) 343-9612

COUNSEL FOR THE BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM

**THE FIERBERG NATIONAL LAW GROUP, PLLC**

By:   <u>/s/ Monica H. Beck</u>
        Monica H. Beck*
        Bailor Bell*
        201 E. 17th Street, Suite A
        Traverse City, MI 49684
        Telephone: (231) 933-0180
        Facsimile: (231) 252-8100
        Email: mbeck@tfnlgroup.com
        Email: bbell@tfnlgroup.com
        *Admitted pro hac vice

ATTORNEYS FOR JANE DOE