UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | CIVIL ACTION |
| VERSUS | |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL. | NO. 22-00338-BAJ-SDJ |

## ORDER

**IT IS ORDERED** that a telephone status conference be and is hereby **SET** for February 4, 2024, at 2:00 P.M. to discuss revised deadlines and trial settings. Dial-in instructions will be emailed to counsel prior to the conference.

**IT IS FURTHER ORDERED** that the deadline to submit a joint pretrial order be and is hereby **CONTINUED WITHOUT DATE**.

Baton Rouge, Louisiana, this 28th day of January, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA