UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | : |
| VERSUS | : CIVIL ACTION NO.: 3:22-CV-00338-BAJ-SDJ |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL. | : JUDGE JACKSON, MAG. JUDGE JOHNSON |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### MOTION TO ADOPT ULS'S FRE 412(c) MOTION

NOW INTO COURT, through undersigned counsel, comes Defendant, LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT ("LCG"), who respectfully submits this Motion to adopt and incorporate by reference, as if copied herein *in extenso*, the sealed Motion to Determine Admissibility of Evidence Pursuant to Federal Rule of Evidence 412(c) filed by Co-Defendant Board of Supervisors of the University of Louisiana System ("ULS"). In support of this Motion, Defendant states the following:

1. On January 14, 2025, ULS filed a Motion for Leave to File Briefing and Exhibits Under Seal Regarding ULS's Motion to Determine Admissibility of Evidence Pursuant to Federal Rule of Evidence 412(c) [Rec. Doc. 246 & 256].

2. On January 23, 2025, this Honorable Court granted ULS's Motion for Leave [Rec. Doc. 255].

3. Defendant LCG agrees with and adopts the exhibits, arguments, and authorities set forth in Co-Defendant's FRE 412(c) Motion and Memorandum in Support in their entirety, as they are equally applicable to LCG's defense in this matter.

4.      Adoption of ULS's FRE 412(c) Motion will promote judicial efficiency and ensure that LCG's interests are fully considered by the Court without duplicative filings.

WHEREFORE, Defendant LCG respectfully requests that this Honorable Court permit Defendant, LCG, to adopt and incorporate by reference Co-Defendant's FRE 412 Motion; grant the relief sought in Co-Defendant's FRE 412 Motion on behalf of all Defendants to whom it applies; and grant such other and further relief as the Court deems just and proper.

AND FOR ALL JUST AND EQUITABLE RELIEF, ETC.

Respectfully submitted,

BORNE, WILKES & RABALAIS, L.L.C.

BY:     S/Joy C. Rabalais
JOY C. RABALAIS (26476), T.A.
JORDAN JOHN HENAGAN (36206)
GRANT R. SCHEXNAILDER (40040)
HUNTER B. AHIA (40251)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 232
Facsimile: (337) 232-1837
E-mail: rabalais@bornewilkes.com

ATTORNEYS FOR LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT