UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | CIVIL ACTION |
| VERSUS | |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL. | NO. 22-00338-BAJ-SDJ |

### ORDER

Considering the **Joint Motion For New Trial Date (Doc. 269)**,

**IT IS ORDERED** that the jury trial for this matter be and is hereby **RESET** to begin on August 4, 2025, at 8:30 A.M. in Courtroom 2.

**IT IS FURTHER ORDERED** that the deadline to submit the joint pretrial order be and is hereby **RESET** to June 9, 2025.

**IT IS FURTHER ORDERED** that the pretrial conference for this matter be and is hereby **RESET** to begin July 8, 2025, at 2:00 P.M. in chambers.

**IT IS FURTHER ORDERED** that the deadline to submit joint jury instructions, voir dire, verdict forms, and trial briefs be and is hereby **RESET** to July 21, 2025.

Baton Rouge, Louisiana, this 18th day of February, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA