UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JANE DOE

VERSUS

BOARD OF SUPERVISORS OF THE
UNIVERSITY OF LOUISIANA SYSTEM,
ET AL.

CIVIL ACTION

NO. 22-00338-BAJ-SDJ

### ORDER

Considering Defendants' **Motion For Leave To File Notice Of Supplemental Authority In Further Support Of Defendants' Motions For Summary Judgment (Doc. 276)**,

**IT IS ORDERED** that, within 7 days of the issuance of this Order, Defendants "shall attempt to obtain consent for the filing and granting of such motion from all parties having an interest to oppose," and shall supplement the record to include "a certificate stating the position of the other parties" in accordance with Local Civil Rule 7(e).

Baton Rouge, Louisiana, this 16th day of April, 2025

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA