## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JANE DOE                                                  CIVIL ACTION

VERSUS

BOARD OF SUPERVISORS OF THE                NO. 22-00338-BAJ-SDJ
UNIVERSITY OF LOUISIANA SYSTEM,
ET AL.

## ORDER

Considering Defendant Lafayette City-Parish Consolidated Government's ("LCG") **Motion To Adopt ULS's FRE 412(c) Motion (Doc. 264)**, which is unopposed,

**IT IS ORDERED** that the Motion is **GRANTED**. The Court will consider the arguments in Defendant Board of Supervisors of the University of Louisiana System's ("ULS") Motion To Determine Admissibility Of Evidence Pursuant To Federal Rule Of Evidence 412(c) (Doc. 256) as if filed by both Defendants ULS and LCG.

Baton Rouge, Louisiana, this ___9th___ day of June, 2025

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**