UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JANE DOE | CIVIL ACTION |
| VERSUS | |
| BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL. | NO. 22-00338-BAJ-SDJ |

## ORDER

Considering Plaintiff's **Motion For Leave For Attorney To Be Excused From Attending Or, Alternatively, To Attend Pretrial Conference Remotely (Doc. 301)**, which is unopposed,

**IT IS ORDERED** that the Motion is **GRANTED**. Because Plaintiff will be represented during the pretrial conference by three other attorneys of record, the Court will excuse Mr. Ewing from attending the pretrial conference.

Baton Rouge, Louisiana, this 2nd day of July, 2025

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA