UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JANE DOE                                                                CIVIL ACTION

VERSUS

BOARD OF SUPERVISORS OF THE                      NO. 22-00338-BAJ-SDJ
UNIVERSITY OF LOUISIANA SYSTEM,
ET AL.

## ORDER

Considering Defendant Board of Supervisors of the University of Louisiana System's **Motion For Stay Of Matter And/Or Motion To Continue The August 4 Trial And Motion For Expedited Consideration (Doc. 316),** and because trial is rapidly approaching,[1]

---

[1] The Court notes that it did not deny ULS's request for sovereign immunity. Instead, the Court found:

> **The Court Need Not Address Sovereign Immunity.**
>
> ULS contends that if the Court dismisses Plaintiff's Title IX claims against ULS, then Plaintiff's negligence claims should be dismissed and litigated in state court because it is entitled to sovereign immunity on Plaintiff's state law claims. (Doc. 219 at 20). Because the Court has not dismissed Plaintiff's Title IX claims, the Court need not address this argument.

(Doc. 313 at 62).

**IT IS ORDERED** that Plaintiff shall respond to ULS's Motion (Doc. 316) on or before Thursday, July 24, 2025.

Baton Rouge, Louisiana, this 21ST day of July, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**