## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

JANE DOE                                                  CIVIL ACTION

VERSUS

BOARD OF SUPERVISORS OF THE                   NO. 22-00338-BAJ-SDJ
UNIVERSITY OF LOUISIANA SYSTEM,
ET AL.

### ORDER

Considering Defendant Board of Supervisors of the University of Louisiana System's ("ULS") **Motion To Call Margarita Perez By Deposition And To Call Gregory Zerangue As A Substitute Pursuant To FRCP 32(a) and 25 (Doc. 298),**

**IT IS ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. For the reasons described during the pretrial conference, the Court will permit Perez to testify during trial via trial deposition. Zerangue will not be permitted to testify as a "substitute witness."

Baton Rouge, Louisiana, this 24th day of July, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**