## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

JANE DOE,

      Plaintiff,

v.

BOARD OF SUPERVISORS OF THE
UNIFIED OF LOUISIANA SYSTEM,
et al,

      Defendants.

No. 3:22-cv-00338-BAJ-SDJ

Hon. Brian A. Jackson
Hon. Scott D. Johnson

## NOTICE OF SETTLEMENT

Plaintiff Jane Doe, by and through her undersigned counsel, respectfully notifies the Court that the parties have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing a Settlement Agreement and Stipulated Dismissal.

Date: August 1, 2025

**THE LAW OFFICE OF MONICA BECK, PLLC**

By:  s/ Monica H. Beck
      Monica H. Beck*
      724 Sixth Street
      Traverse City, MI 49684
      Telephone: (231) 943-1168
      Email: monica@lawyerbeck.com
      *Admitted pro hac vice*

**CAZAYOUX EWING LAW FIRM**

By:  s/ J. Lane Ewing, Jr.
      Donald J. Cazayoux, Jr. (LBN 20742)
      J. Lane Ewing, Jr. (LBN 29854)
      257 Maximilian Street
      Baton Rouge, LA 70802
      Telephone: (225) 650-7400
      Facsimile: (225) 650-7401

        Email: don@cazayouxewing.com
        Email: lane@cazayouxewing.com

        **THE LAW OFFICE OF JEFF GREEN**

By: s/ Jeff Green
   Jeff Green*
   4541 N. Prospect Road
   Suite 100
   Peoria Heights, IL 61616
   Telephone: (309) 699-0111
   Facsimile: (309) 233-1913
   Email: jgreen@jgreenlaw.com
   *Admitted pro hac vice*

   *Counsel for Plaintiff Jane Doe*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2025, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system.

s/ Monica H. Beck