**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JANE DOE** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 3:22-cv-00338-BAJ-SDJ** |
| **BOARD OF SUPERVISORS OF THE UNIVERSITY OF LOUISIANA SYSTEM; BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE; and LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT** | **JUDGE BRIAN A. JACKSON**<br><br>**MAGISTRATE JUDGE: SCOTT D. JOHNSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, Jane Doe ("Plaintiff"), and Defendant, the Board of Supervisors of the University of Louisiana System ("Defendant") respectfully submit this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

1. Plaintiff and Defendant have reached an agreement upon a full and final settlement of any and all claims in this matter.

2. The settlement documents have been executed and the agreed upon settlement has been funded.

3. Counsel for Plaintiff and Defendant have reviewed this Joint Stipulation of Dismissal prior to filing with the Court, and consent and agree to the entry of the Order and the relief requested therein.

WHEREFORE, Plaintiff, Jane Doe, and Defendant, the Board of Supervisors of the University of Louisiana System, request that this Court dismiss this lawsuit, with prejudice.

*(Signatures on Following Page)*

<table>
<tr><td>

**THE LAW OFFICE OF MONICA BECK, PLLC**

By:   s/ Monica H. Beck
       Monica H. Beck*
       724 Sixth Street
       Traverse City, MI 49684
       Telephone: (231) 943-1168
       Email: monica@lawyerbeck.com
       **Admitted pro hac vice*

*Counsel for Plaintiff, Jane Doe*

**CAZAYOUX EWING LAW FIRM**

By:   s/ Donald J. Cazayoux, Jr.
       Donald J. Cazayoux, Jr. (#20742)
       J. Lane Ewing, Jr. (LBN 29854)
       257 Maximilian Street
       Baton Rouge, LA 70802
       Telephone: (225) 650-7400
       Facsimile: (225) 650-7401
       Email: don@cazayouxewing.com
       Email: lane@cazayouxewing.com

*Counsel for Plaintiff, Jane Doe*

</td><td>

**LIZ MURRILL**
**Attorney General**

By:   s/ Andrew Blanchfield
       Andrew Blanchfield, T.A. (#16812)
       Email: ablanchfield@keoghcox.com
       Catherine S. Giering (#26495)
       Email: cgiering@keoghcox.com
       Special Assistant Attorneys General
       Post Office Box 1151
       Baton Rouge, Louisiana 70821
       Telephone: (225) 383-3796
       Facsimile: (225) 343-9612

*Counsel for Defendant, the Board of Supervisors of the University of Louisiana System*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the foregoing with the Clerk of Court by utilizing the CM/ECF system, and a copy of the above and foregoing was this day forwarded by the Court's ECF Delivery System to all counsel of record.

Baton Rouge, Louisiana, this 18th day of December, 2025.

s/Andrew Blanchfield
Andrew Blanchfield
