UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JANE DOE                                                                                  CIVIL ACTION

VERSUS

BOARD OF SUPERVISORS OF THE                                   NO. 22-00338-BAJ-SDJ
UNIVERSITY OF LOUISIANA SYSTEM,
ET AL.

## JUDGMENT

Considering the parties' **Joint Stipulation Of Dismissal (Doc. 380)** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 22nd day of December, 2025

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA